United States District Court for the
Southern District of New York

---

Avalon Holdings Corporation,

                                       Plaintiff,

-against-                                                     **AFFIDAVIT OF SERVICE**
                                                                               Civil Action # 1:18-cv-
                                                                               7291 (VSB)

Guy Gentile, et al.

                                        Defendants.

---

STATE OF NEW YORK
COUNTY OF ALBANY  SS:

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is a resident of New York State and is not a party to this action.

That on the 20th day of August, 2018, at approximately the time of 11:00 a.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action and Complaint to Compel Compliance with the Reporting Requirements of the Williams Act 15 U.S.C. 78m(d) and to Recover Short-Swing Profits Under 15 U.S.C. 78p(b), upon **MINTBROKER INTERNATIONAL, LTD.**, by delivering to and leaving with Sue Zouky an agent of the Secretary of State, of the State of New York, one (1) true copy thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 307 of the Business Corporation Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Sue Zouky is a white female, approximately 60 years of age, stands approximately 5 feet tall, weights approximately 110 pounds with brown hair.

                                                                                   _Denise L. Dooley_

Sworn to before me
this 20th day of August, 2018.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Avalon Holdings Corporation,

                                Plaintiff,

-vs-

Guy Gentile, MintBroker International, Ltd.,
and John Does Nos. 1-10,

                                Defendants.

Case No.
1-18-cv-7291 (VSB)

AFFIDAVIT OF MAILING

---

STATE OF NEW YORK}
COUNTY OF NEW YORK}ss:

Reginald Hunter, being duly sworn, deposes and says, I am not a party to this action, am over 18 years old and reside at Bronx, NY;

On August 20, 2017 I mailed a copy of the within SUMMONS and COMPLAINT and to MINTBROKER INTERNATIONAL, LTD., defendant therein named, at Elizabeth Avenue & Bay Street, Nassau C-5 M-8340, Bahamas, their last actual place of business by enclosing same in an envelope, postage prepaid, Registered Mail, Return Receipt Requested (Item No. RE045023267US) and depositing it in an official depository under the exclusive custody and control of the United States Postal service. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

                                                            */s/ Reginald Hunter*
                                                            Reginald Hunter

Sworn to before me this
20th day of August 2018.

*/s/ Bruce Lazarus*
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LA4990593
Qualified in New York County
My Commission Expires 01-13-2022

```
                    State of New York - Department of State
                              Receipt for Service


Receipt #:  201808200316                              Cash #: 201808200147
Date of Service:  08/20/2018                    Fee Paid: $40 - DRAWDOWN
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to:  SECTION 307 OF THE BUSINESS
   CORPORATION LAW

Party Served:  MINTBROKER INTERNATIONAL LTD.



Plaintiff/Petitioner:
           AVALON HOLDINGS CORPORATION



Service of Process Address:

,
                                                     Secretary of State
                                                        By   SUE ZOUKY
```

| Registered No. RE045023267US | | Date Stamp |
|---|---|---|
| Postage $ $6.71 | Extra Services & Fees (continued) ☐ Signature Confirmation $ _____ ☐ Signature Confirmation Restricted Delivery $ _____ | 0010 75 AUG 2018 |
| Extra Services & Fees ☐ Registered Mail $15.50 ☐ Return Receipt (hardcopy) $ $4.00 ☐ Return Receipt (electronic) $ $0.00 ☐ Restricted Delivery $ $0.00 | | |
| | Total Postage & Fees $ $26.71 | |
| Customer Must Declare Full Value $1.00 | Received by [signature] 08/__/2018 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

**FROM:** P.O. BOX 323
171 Edge of Woods Road
Southampton, N.Y. 11969

**TO:** Mintbroker International LTD
Elizabeth Avenue + Bay Street
Nassau N-S N-8340
Bahamas

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)