DAVID LOPEZ, ESQ.  DL-6779
Attorney for Plaintiff
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Tel:          631.287.5520
Fax:         631.283.4735
e-Mail:      DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————

AVALON HOLDINGS CORPORATION,

    Plaintiff,

    - against -

GUY GENTILE, MINTBROKER
INTERNATIONAL, LTD. and
JOHN DOES 1 THRU 10,

    Defendants.
_____/

1:18-CV-7291 (VSB)

NOTICE OF DISMISSAL
WITHOUT PREJUDICE
AS TO JOHN DOES 1 THRU 10
ONLY

**NOTICE IS HEREBY GIVEN** that this action is dismissed without prejudice as to JOHN DOES 1 THRU 10 only pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Issue has not been joined.

Dated:   Southampton, New York
         August 28, 2018

Yours, etc.

_____
David Lopez, Esq. (DL-6779)

S O  O R D E R E D:

_____
Vernon S. Broderick, U.S.D.J.
New York, New York
August      , 2018

1