# EXHIBIT B

**Avalon Holdings Corporation**
2018 Stock Activity

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 8/2/2018 | $ 3.50 | $ 4.36 | $ 3.20 | $ 3.57 | $ 3.57 | 2,549,500 |
| 8/1/2018 | $ 4.24 | $ 4.64 | $ 3.38 | $ 3.47 | $ 3.47 | 2,852,300 |
| 7/31/2018 | $ 5.80 | $ 5.80 | $ 3.30 | $ 3.67 | $ 3.67 | 3,950,400 |
| 7/30/2018 | $ 16.97 | $ 20.20 | $ 6.01 | $ 6.06 | $ 6.06 | 5,599,700 |
| 7/27/2018 | $ 6.35 | $ 11.21 | $ 5.52 | $ 10.25 | $ 10.25 | 12,799,500 |
| 7/26/2018 | $ 4.76 | $ 5.77 | $ 3.94 | $ 5.69 | $ 5.69 | 10,306,900 |
| 7/25/2018 | $ 3.61 | $ 4.49 | $ 3.03 | $ 4.32 | $ 4.32 | 10,660,300 |
| 7/24/2018 | $ 2.22 | $ 3.35 | $ 2.21 | $ 3.35 | $ 3.35 | 2,486,200 |
| 7/23/2018 | $ 2.20 | $ 2.25 | $ 2.17 | $ 2.20 | $ 2.20 | 21,600 |
| 7/20/2018 | $ 2.19 | $ 2.23 | $ 2.19 | $ 2.21 | $ 2.21 | 5,000 |
| 7/19/2018 | $ 2.25 | $ 2.25 | $ 2.19 | $ 2.20 | $ 2.20 | 9,400 |
| 7/18/2018 | $ 2.22 | $ 2.29 | $ 2.18 | $ 2.25 | $ 2.25 | 32,700 |
| 7/17/2018 | $ 2.75 | $ 3.21 | $ 2.16 | $ 2.20 | $ 2.20 | 990,000 |
| 7/16/2018 | $ 2.32 | $ 2.57 | $ 2.23 | $ 2.49 | $ 2.49 | 188,800 |
| 7/13/2018 | $ 2.20 | $ 2.23 | $ 2.20 | $ 2.23 | $ 2.23 | 2,500 |
| 7/12/2018 | $ 2.24 | $ 2.24 | $ 2.20 | $ 2.22 | $ 2.22 | 3,400 |
| 7/11/2018 | $ 2.20 | $ 2.22 | $ 2.20 | $ 2.20 | $ 2.20 | 3,700 |
| 7/10/2018 | $ 2.19 | $ 2.20 | $ 2.19 | $ 2.20 | $ 2.20 | 1,400 |
| 7/9/2018 | $ 2.30 | $ 2.30 | $ 2.19 | $ 2.19 | $ 2.19 | 5,500 |
| 7/6/2018 | $ 2.16 | $ 2.25 | $ 2.16 | $ 2.20 | $ 2.20 | 8,300 |
| 7/5/2018 | $ 2.22 | $ 2.32 | $ 2.16 | $ 2.17 | $ 2.17 | 103,600 |
| 7/3/2018 | $ 2.17 | $ 2.17 | $ 2.16 | $ 2.16 | $ 2.16 | 1,200 |
| 7/2/2018 | $ 2.16 | $ 2.18 | $ 2.16 | $ 2.16 | $ 2.16 | 2,800 |
| 6/29/2018 | $ 2.16 | $ 2.17 | $ 2.15 | $ 2.16 | $ 2.16 | 4,600 |
| 6/28/2018 | $ 2.18 | $ 2.18 | $ 2.14 | $ 2.16 | $ 2.16 | 500 |
| 6/27/2018 | $ 2.14 | $ 2.18 | $ 2.13 | $ 2.14 | $ 2.14 | 8,800 |
| 6/26/2018 | $ 2.18 | $ 2.18 | $ 2.13 | $ 2.13 | $ 2.13 | 8,000 |
| 6/25/2018 | $ 2.13 | $ 2.15 | $ 2.13 | $ 2.15 | $ 2.15 | 3,000 |
| 6/22/2018 | $ 2.10 | $ 2.18 | $ 2.10 | $ 2.13 | $ 2.13 | 2,000 |
| 6/21/2018 | $ 2.16 | $ 2.19 | $ 2.09 | $ 2.12 | $ 2.12 | 24,300 |
| 6/20/2018 | $ 2.15 | $ 2.19 | $ 2.15 | $ 2.15 | $ 2.15 | 2,000 |
| 6/19/2018 | $ 2.13 | $ 2.20 | $ 2.13 | $ 2.15 | $ 2.15 | 10,000 |
| 6/18/2018 | $ 2.40 | $ 2.40 | $ 2.17 | $ 2.20 | $ 2.20 | 16,500 |
| 6/15/2018 | $ 2.50 | $ 3.40 | $ 2.12 | $ 2.32 | $ 2.32 | 836,000 |
| 6/14/2018 | $ 2.10 | $ 2.48 | $ 2.06 | $ 2.40 | $ 2.40 | 145,800 |
| 6/13/2018 | $ 2.13 | $ 2.13 | $ 2.09 | $ 2.11 | $ 2.11 | 7,300 |
| 6/12/2018 | $ 2.10 | $ 2.18 | $ 2.10 | $ 2.13 | $ 2.13 | 1,400 |
| 6/11/2018 | $ 2.32 | $ 2.32 | $ 2.18 | $ 2.24 | $ 2.24 | 1,100 |
| 6/8/2018 | $ 2.12 | $ 2.13 | $ 2.09 | $ 2.09 | $ 2.09 | 400 |
| 6/7/2018 | $ 2.09 | $ 2.12 | $ 2.09 | $ 2.12 | $ 2.12 | 1,700 |
| 6/6/2018 | $ 2.17 | $ 2.18 | $ 2.09 | $ 2.09 | $ 2.09 | 8,300 |
| 6/5/2018 | $ 2.20 | $ 2.20 | $ 2.13 | $ 2.16 | $ 2.16 | 11,300 |
| 6/4/2018 | $ 2.26 | $ 2.26 | $ 2.22 | $ 2.22 | $ 2.22 | 400 |
| 6/1/2018 | $ 2.30 | $ 2.30 | $ 2.30 | $ 2.30 | $ 2.30 | 200 |

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5/31/2018 | $ | 2.27 | $ | 2.27 | $ | 2.20 | $ | 2.25 | 1,300 |
| 5/30/2018 | $ | 2.20 | $ | 2.30 | $ | 2.20 | $ | 2.23 | 13,100 |
| 5/29/2018 | $ | 2.32 | $ | 2.32 | $ | 2.25 | $ | 2.25 | 600 |
| 5/25/2018 | $ | 2.20 | $ | 2.23 | $ | 2.20 | $ | 2.23 | 700 |
| 5/24/2018 | $ | 2.19 | $ | 2.24 | $ | 2.19 | $ | 2.24 | 4,000 |
| 5/23/2018 | $ | 2.15 | $ | 2.19 | $ | 2.15 | $ | 2.16 | 5,100 |
| 5/22/2018 | $ | 2.15 | $ | 2.18 | $ | 2.13 | $ | 2.15 | 8,400 |
| 5/21/2018 | $ | 2.16 | $ | 2.16 | $ | 2.15 | $ | 2.15 | 3,300 |
| 5/18/2018 | $ | 2.15 | $ | 2.19 | $ | 2.13 | $ | 2.19 | 2,700 |
| 5/17/2018 | $ | 2.14 | $ | 2.20 | $ | 2.14 | $ | 2.15 | 10,500 |
| 5/16/2018 | $ | 2.18 | $ | 2.18 | $ | 2.14 | $ | 2.17 | 5,600 |
| 5/15/2018 | $ | 2.15 | $ | 2.19 | $ | 2.15 | $ | 2.17 | 5,700 |
| 5/14/2018 | $ | 2.20 | $ | 2.22 | $ | 2.09 | $ | 2.19 | 13,500 |
| 5/11/2018 | $ | 2.21 | $ | 2.34 | $ | 2.12 | $ | 2.28 | 22,700 |
| 5/10/2018 | $ | 2.50 | $ | 3.64 | $ | 2.16 | $ | 2.17 | 630,400 |
| 5/9/2018 | $ | 2.15 | $ | 2.45 | $ | 2.15 | $ | 2.40 | 138,800 |
| 5/8/2018 | $ | 2.09 | $ | 2.12 | $ | 2.09 | $ | 2.12 | 1,500 |
| 5/7/2018 | $ | 2.19 | $ | 2.19 | $ | 2.11 | $ | 2.12 | 2,300 |
| 5/4/2018 | $ | 2.23 | $ | 2.23 | $ | 2.10 | $ | 2.13 | 6,800 |
| 5/3/2018 | $ | 2.10 | $ | 2.27 | $ | 2.10 | $ | 2.24 | 8,900 |
| 5/2/2018 | $ | 2.07 | $ | 2.08 | $ | 2.07 | $ | 2.08 | 700 |
| 5/1/2018 | $ | 2.07 | $ | 2.07 | $ | 2.07 | $ | 2.07 | - |
| 4/30/2018 | $ | 2.07 | $ | 2.07 | $ | 2.07 | $ | 2.07 | - |
| 4/27/2018 | $ | 2.07 | $ | 2.07 | $ | 2.07 | $ | 2.07 | 200 |
| 4/26/2018 | $ | 2.09 | $ | 2.08 | $ | 2.07 | $ | 2.07 | 10,800 |
| 4/25/2018 | $ | 2.12 | $ | 2.11 | $ | 2.08 | $ | 2.09 | 14,100 |
| 4/24/2018 | $ | 2.20 | $ | 2.15 | $ | 2.11 | $ | 2.13 | 5,400 |
| 4/23/2018 | $ | 2.15 | $ | 2.20 | $ | 2.15 | $ | 2.15 | 1,000 |
| 4/20/2018 | $ | 2.26 | $ | 2.15 | $ | 2.13 | $ | 2.15 | 1,500 |
| 4/19/2018 | $ | 2.29 | $ | 2.26 | $ | 2.15 | $ | 2.15 | 11,100 |
| 4/18/2018 | $ | 2.29 | $ | 2.29 | $ | 2.29 | $ | 2.29 | - |
| 4/17/2018 | $ | 2.30 | $ | 2.29 | $ | 2.25 | $ | 2.29 | 1,000 |
| 4/16/2018 | $ | 2.25 | $ | 2.30 | $ | 2.24 | $ | 2.27 | 6,200 |
| 4/13/2018 | $ | 2.17 | $ | 2.32 | $ | 2.17 | $ | 2.31 | 32,200 |
| 4/12/2018 | $ | 2.14 | $ | 2.17 | $ | 2.13 | $ | 2.17 | - |
| 4/11/2018 | $ | 2.18 | $ | 2.30 | $ | 2.11 | $ | 2.17 | 3,400 |
| 4/10/2018 | $ | 2.18 | $ | 2.23 | $ | 2.09 | $ | 2.24 | 38,100 |
| 4/9/2018 | $ | 2.08 | $ | 2.16 | $ | 2.08 | $ | 2.18 | 10,200 |
| 4/6/2018 | $ | 2.07 | $ | 2.07 | $ | 2.07 | $ | 2.16 | 7,300 |
| 4/5/2018 | $ | 2.09 | $ | 2.10 | $ | 2.08 | $ | 2.07 | 1,900 |
| 4/4/2018 | $ | 2.20 | $ | 2.20 | $ | 2.11 | $ | 2.10 | 500 |
| 4/3/2018 | $ | 2.20 | $ | 2.20 | $ | 2.20 | $ | 2.12 | 6,200 |
| 4/2/2018 | $ | 2.20 | $ | 2.20 | $ | 2.20 | $ | 2.20 | - |
| 3/29/2018 | $ | 2.20 | $ | 2.20 | $ | 2.20 | $ | 2.20 | - |
| 3/28/2018 | $ | 2.20 | $ | 2.20 | $ | 2.20 | $ | 2.20 | - |
| 3/27/2018 | $ | 2.20 | $ | 2.20 | $ | 2.20 | $ | 2.20 | 100 |
| 3/26/2018 | $ | 2.27 | $ | 2.35 | $ | 2.21 | $ | 2.23 | 8,300 |
| 3/23/2018 | $ | 2.22 | $ | 2.33 | $ | 2.22 | $ | 2.26 | 6,500 |
| 3/22/2018 | $ | 2.29 | $ | 2.29 | $ | 2.18 | $ | 2.19 | 5,000 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 3/21/2018 | $ 2.19 | $ 2.25 | $ 2.11 | $ 2.21 | 35,300 |
| 3/20/2018 | $ 2.14 | $ 2.14 | $ 2.14 | $ 2.14 | - |
| 3/19/2018 | $ 2.20 | $ 2.20 | $ 2.14 | $ 2.14 | 4,100 |
| 3/16/2018 | $ 2.11 | $ 2.18 | $ 2.11 | $ 2.18 | 3,100 |
| 3/15/2018 | $ 2.34 | $ 2.34 | $ 2.12 | $ 2.12 | 3,700 |
| 3/14/2018 | $ 2.15 | $ 2.28 | $ 2.14 | $ 2.21 | 22,200 |
| 3/13/2018 | $ 2.11 | $ 2.15 | $ 2.09 | $ 2.15 | 1,600 |
| 3/12/2018 | $ 2.20 | $ 2.20 | $ 2.14 | $ 2.14 | 11,000 |
| 3/9/2018 | $ 2.22 | $ 2.30 | $ 2.14 | $ 2.15 | 12,700 |
| 3/8/2018 | $ 2.15 | $ 2.19 | $ 2.07 | $ 2.19 | 7,600 |
| 3/7/2018 | $ 2.18 | $ 2.18 | $ 2.08 | $ 2.08 | 3,000 |
| 3/6/2018 | $ 2.13 | $ 2.24 | $ 2.13 | $ 2.13 | 1,000 |
| 3/5/2018 | $ 2.26 | $ 2.26 | $ 2.09 | $ 2.09 | 6,600 |
| 3/2/2018 | $ 2.10 | $ 2.18 | $ 2.09 | $ 2.13 | 4,500 |
| 3/1/2018 | $ 2.07 | $ 2.13 | $ 2.07 | $ 2.09 | 3,900 |
| 2/28/2018 | $ 2.12 | $ 2.12 | $ 2.12 | $ 2.12 | 400 |
| 2/27/2018 | $ 2.10 | $ 2.10 | $ 2.10 | $ 2.10 | 200 |
| 2/26/2018 | $ 2.17 | $ 2.17 | $ 2.07 | $ 2.07 | 8,000 |
| 2/23/2018 | $ 2.28 | $ 2.28 | $ 2.18 | $ 2.18 | 2,500 |
| 2/22/2018 | $ 2.19 | $ 2.29 | $ 2.19 | $ 2.21 | 4,300 |
| 2/21/2018 | $ 2.10 | $ 2.14 | $ 2.03 | $ 2.09 | 5,100 |
| 2/20/2018 | $ 2.11 | $ 2.11 | $ 2.00 | $ 2.11 | - |
| 2/16/2018 | $ 2.19 | $ 2.20 | $ 2.07 | $ 2.11 | 1,700 |
| 2/15/2018 | $ 2.10 | $ 2.10 | $ 2.06 | $ 2.10 | - |
| 2/14/2018 | $ 2.25 | $ 2.25 | $ 2.00 | $ 2.10 | 2,600 |
| 2/13/2018 | $ 2.03 | $ 2.19 | $ 2.01 | $ 2.18 | 7,800 |
| 2/12/2018 | $ 2.00 | $ 2.17 | $ 1.93 | $ 2.10 | 7,800 |
| 2/9/2018 | $ 2.19 | $ 2.19 | $ 2.06 | $ 2.09 | 1,100 |
| 2/8/2018 | $ 2.06 | $ 2.17 | $ 2.06 | $ 2.17 | 23,100 |
| 2/7/2018 | $ 2.02 | $ 2.02 | $ 2.00 | $ 2.00 | 4,500 |
| 2/6/2018 | $ 2.01 | $ 2.03 | $ 2.01 | $ 2.03 | 1,800 |
| 2/5/2018 | $ 2.05 | $ 2.05 | $ 1.93 | $ 2.00 | 21,900 |
| 2/2/2018 | $ 2.15 | $ 2.16 | $ 2.06 | $ 2.06 | 7,900 |
| 2/1/2018 | $ 2.06 | $ 2.06 | $ 2.06 | $ 2.06 | 300 |
| 1/31/2018 | $ 2.06 | $ 2.18 | $ 2.06 | $ 2.17 | 12,000 |
| 1/30/2018 | $ 2.03 | $ 2.11 | $ 2.03 | $ 2.08 | 11,100 |
| 1/29/2018 | $ 2.09 | $ 2.14 | $ 2.05 | $ 2.08 | 7,300 |
| 1/26/2018 | $ 2.21 | $ 2.22 | $ 2.15 | $ 2.15 | 2,900 |
| 1/25/2018 | $ 2.41 | $ 2.44 | $ 2.10 | $ 2.21 | 31,700 |
| 1/24/2018 | $ 2.39 | $ 2.50 | $ 2.32 | $ 2.40 | 99,100 |
| 1/23/2018 | $ 2.10 | $ 2.51 | $ 2.10 | $ 2.35 | 35,200 |
| 1/22/2018 | $ 2.09 | $ 2.09 | $ 2.09 | $ 2.09 | - |
| 1/19/2018 | $ 2.13 | $ 2.13 | $ 2.09 | $ 2.09 | 2,000 |
| 1/18/2018 | $ 2.02 | $ 2.07 | $ 2.02 | $ 2.05 | 12,800 |
| 1/17/2018 | $ 2.06 | $ 2.11 | $ 2.05 | $ 2.08 | 8,300 |
| 1/16/2018 | $ 2.11 | $ 2.15 | $ 2.11 | $ 2.15 | 8,000 |
| 1/12/2018 | $ 2.13 | $ 2.25 | $ 2.06 | $ 2.08 | 11,300 |
| 1/11/2018 | $ 2.13 | $ 2.17 | $ 2.13 | $ 2.15 | 1,200 |
| 1/10/2018 | $ 2.18 | $ 2.19 | $ 2.18 | $ 2.19 | 4,400 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 1/9/2018 | $ 2.21 | $ 2.25 | $ 2.19 | $ 2.19 | 2.19 | 1,600 |
| 1/8/2018 | $ 2.35 | $ 2.50 | $ 2.27 | $ 2.28 | 2.28 | 27,500 |
| 1/5/2018 | $ 2.12 | $ 2.40 | $ 2.10 | $ 2.32 | 2.32 | 38,400 |
| 1/4/2018 | $ 2.05 | $ 2.05 | $ 2.05 | $ 2.05 | 2.05 | 400 |
| 1/3/2018 | $ 2.05 | $ 2.05 | $ 2.05 | $ 2.05 | 2.05 | - |
| 1/2/2018 | $ 2.05 | $ 2.10 | $ 2.05 | $ 2.05 | 2.05 | 3,300 |
| TOTAL | | | | | | 55,275,700 |