UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br><br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD. <br><br> Defendants. | No. 18-Civ-7291-VSB <br><br> (ECF) |
| Related to: | |
| NEW CONCEPT ENERGY, INC. <br><br> Plaintiff, <br><br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD. <br><br> Defendants. | No. 18-Civ. 8896-VSB |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

This Stipulation and Order is entered into by and between Plaintiff Avalon Holdings Corp., and Defendants Guy Gentile and MintBroker International, Ltd., through their respective undersigned counsel:

1. Defendants hereby waive service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure of the First Amended Complaint ("FAC") filed in this action on September 28, 2018 (Dkt. No. 19).

1

2. Defendants shall have until December 27, 2018, to answer, move to dismiss, or otherwise respond to the FAC.

3. The parties agree that efficiency warrants adjudication of this case as "related to" *New Concept Energy, Inc. v. Gentile*, No. 1:18-cv-8896, as asserted in the Related Case Statement filed by Plaintiff at Dkt. No. 3 in the *New Concept* case.

4. This Stipulation shall not be deemed a waiver of any defenses that Defendants may assert, including, but not limited to, any motion pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Dated: October 5, 2018

_____
Adam C. Ford
Robert S. Landy
FORD O'BRIEN LLP
575 Fifth Avenue, 17th Floor
New York, NY 10017
Tel.: (212) 858-0040
Email: aford@fordobrien.com
         rlandy@fordobrien.com

*Attorneys for Defendants*
*Guy Gentile and*
*MintBroker International, Ltd.*

_____
Miriam Tauber
MIRIAM TAUBER LAW PLLC
885 Park Ave. 2A
New York, NY 10075
Tel.: (323) 790-4881
Email: miriamtauberlaw@gmail.com

David Lopez, Esq.
LAW OFFICES OF DAVID LOPEZ
PO Box 323, 171 Edge of Woods Rd.
Southampton, NY 11969
Tel.: (631) 287-5520
Email: davidlopezesq@aol.com

*Attorneys for Plaintiff Avalon Holdings Corp.*

**SO ORDERED:**

DATED: _____          _____
                                         Hon. Vernon S. Broderick, U.S.D.J.