**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVALON HOLDINGS CORP., | |
| Plaintiff, | No.  18-Civ-7291-VSB |
| v. | (ECF) |
| GUY GENTILE and MINTBROKER INTERNATIONAL, LTD. | |
| Defendants. | |
| Related to: | |
| NEW CONCEPT ENERGY, INC. | |
| Plaintiff, | No. 18-Civ. 8896-VSB |
| v. | |
| GUY GENTILE and MINTBROKER INTERNATIONAL, LTD. | |
| Defendants. | |

## <u>NOTICE OF MOTION OF ADAM C. FORD TO DISMISS OR TRANSFER</u>

**PLEASE TAKE NOTICE** that upon the annexed: (1) Declaration of Adam C. Ford in Support of Motion to Dismiss of Transfer dated December 27, 2018, together with the exhibits annexed thereto; (2) Affidavit of Guy Gentile in Support of Motion to Dismiss of Transfer dated December 21, 2018; (3) Affidavit of MintBroker International Ltd. (Bahamas) in Support of Motion to Dismiss of Transfer dated December 20, 2018; and (4) the accompanying Memorandum of Law in Support of Motion to Dismiss of Transfer dated December 27, 2018, Defendants, by and through their undersigned counsel, will move to dismiss or to transfer in this Court pursuant to 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure at the United

States Courthouse, Southern District of New York, 500 Pearl Street, New York, NY 10007, on

such date and at such time as the Court may direct, for an order granting Defendants instant

Dismissal or Transfer with respect to and for such other and further relief as the Court may deem

just and proper.


Dated:   New York, New York
         December 27, 2018

                                    FORD O'BRIEN LLP

                                    By:    /s/ Adam C. Ford_____
                                           Adam C. Ford
                                           Robert S. Landy
                                           575 Fifth Avenue, 17th Floor
                                           New York, NY 10017
                                           aford@fordobrien.com
                                           rlandy@fordobrien.com

                                    *Attorneys for Guy Gentile and MintBroker
                                    International Ltd. (Bahamas)*


TO:

All Counsel of Record (via ECF)