UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVALON HOLDINGS CORP.,

        Plaintiff,

        v.

GUY GENTILE and
MINTBROKER INTERNATIONAL, LTD.

        Defendants.

Index No.: No. 18-Civ-7291-VSB

**AFFIDAVIT**

---

## AFFIDAVIT OF GUY GENTILE
## IN SUPPORT OF HIS MOTION TO DISMISS

I, Guy Gentile, being duly sworn, hereby, under risk of penalty and perjury, do solemnly, sincerely, and truly declare and affirm:

1. I am a domicile and permanent resident of Puerto Rico, where I moved in 2016.

2. While I also maintain a residence in the Bahamas, I no longer maintain one in Florida.

3. I shipped my car from Florida to Puerto Rico in 2016, all of my most important personal belongings are in my home in Puerto Rico, I pay taxes in Puerto Rico, and I am in a committed relationship to a resident of Puerto Rico with whom I have a child, who we are raising together and who lives there.

4. I moved to Puerto Rico with the intention to remain there and currently intend to remain there.

5. I have been a professional stock trader for over twenty years and have achieved the following FINRA licenses: Series 7 (General Securities Representative Exam), Series 63

(business transaction authorization), Series 24 (General Securities Principal Exam), Series 55 (Equity Trading), Series 56 (Proprietary Trading), Series 4 (Registered Options Principal Exam) and Series 14 (Compliance Officer Exam).

6. I have owned four broker dealers, one of which focuses on high-frequency trading and am familiar with all applicable rules and regulations regarding trading algorithms.

7. During the years of 2012-2016 the FBI, SEC and DOJ relied upon my expert opinions to train regulatory personnel in the inner workings of the stock market.

Dated: December 20, 2018

Sworn to before me this
21ˢᵗ day of December 2018

_____
Notary Public

_____
Guy Gentile