```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
AVALON HOLDINGS CORPORATION,                               :
                                                           :
                        Plaintiff,                         :
                                                           :            18-CV-7291 (VSB)
            - against -                                    :
                                                           :
GUY GENTILE and MINTBROKER                                 :
INTERNATIONAL, LTD.,                                       :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------:
                                                           :
NEW CONCEPT ENERGY, INC.,                                  :
                                                           :
                        Plaintiff,                         :            18-CV-8896 (VSB)
                                                           :
            - against -                                    :         ORDER OF REFERENCE
                                                           :
GUY GENTILE and MINTBROKER                                 :
INTERNATIONAL, LTD.,                                       :
                                                           :
                        Defendants.                        :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2019

VERNON S. BRODERICK, United States District Judge:

      The above entitled actions are referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:    December 20, 2019
         New York, New York

Vernon S. Broderick
United States District Judge