UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
AVALON HOLDINGS CORPORATION,              :
:
                      Plaintiff,   :                 18-CV-7291 (VSB)
:
      - against -             :
:
GUY GENTILE and MINTBROKER         :
INTERNATIONAL, LTD.,                           :
:
                Defendants.    :
---------------------------------------------------------:
:
NEW CONCEPT ENERGY, INC.,                :
:
                     Plaintiff,   :               18-CV-8896 (VSB)
:
      - against -            :   **AMENDED ORDER OF REFERENCE**
:
GUY GENTILE and MINTBROKER         :
INTERNATIONAL, LTD.,                           :
:
                Defendants.    :
:
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2019

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The above entitled actions are referred to the designated Magistrate Judge for the following purposes:

[INTENTIONALLY BLANK]

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| __ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

SO ORDERED.

Dated:     December 30, 2019
           New York, New York

Vernon S. Broderick
United States District Judge