# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

January 24, 2020

Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: New Concept Energy, Inc. v. Gentile // 18 Civil 8896 – VSB-RWL**
**Avalon Holdings Corp. v. Gentile // 18 Civil 7291 -VSB-RWL**

Your Honor:

I am one of Plaintiff's counsel in the above captioned matters and I appeared before you in open court on January 22, 2010, at 2:30 P.M. for a status conference.

At the conclusion of that conference Your Honor ordered one of the Defendants in both cases, Guy Gentile, to make himself available for oral deposition at some time prior to February 29, 2020, in New York City.

A docket entry was made on January 24, 2020, in the New Concept case, a copy of which accompanies this letter. That docket entry bears no relation to the proceedings of January 22, in that it resets deadlines that have long since passed, do not need resetting and does not address the subject of the conference or the order Your Honor made from the bench. I suggest the docket entry is in error and that two new ones, one for each case, will be needed. No docket entry has yet been made in the Avalon Holdings case.

To clarify a point not made at the conference, there are two cases conjoined by relatedness. They are not consolidated. Each Plaintiff is entitled to take Mr. Gentile's deposition for up to seven hours and two orders to that effect should be entered. Scheduling is a matter that counsel to the parties should be able to work out for themselves to suit mutual convenience.

Very truly yours,

David Lopez

DL/el
Cc: All Counsel via ECF

Subject: **Activity in Case 1:18-cv-08896-VSB-RWL New Concept Energy, Inc. v. Gentile et al Set/Reset Deadlines**
Date: 1/24/2020 8:17:51 AM Eastern Standard Time
From: NYSD_ECF_Pool@nysd.uscourts.gov
To: CourtMail@nysd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 1/24/2020 at 8:17 AM EST and filed on 1/2/2020
**Case Name:** New Concept Energy, Inc. v. Gentile et al
**Case Number:** 1:18-cv-08896-VSB-RWL
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Set/Reset Deadlines: Amended Pleadings due by 2/20/2020. Joinder of Parties due by 2/20/2020. (rro)**

**1:18-cv-08896-VSB-RWL Notice has been electronically mailed to:**

David Lopez    DavidLopezEsq@aol.com

Adam C. Ford    aford@fordobrien.com, cmerante@fordobrien.com

Robert Seabrook Landy    rlandy@fordobrien.com, kjaskot@fordobrien.com

Miriam Deborah Tauber    miriamtauberlaw@gmail.com

Danielle M. McLaughlin    dmclaughlin@fordobrien.com

**1:18-cv-08896-VSB-RWL Notice has been delivered by other means to:**