USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

AVALON HOLDINGS CORP.,

          Plaintiff,

- against -

GUY GENTILE, et al.,

          Defendants.

---------------------------------------------------------------X

18-cv-7291 (VSB) (RWL)

**ORDER**

NEW CONCEPT ENERGY, INC.,

          Plaintiff,

- against -

GUY GENTILE, et al.,

         Defendants.

---------------------------------------------------------------X

18-cv-8896 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff counsel's letter dated January 24, 2020 in both of the above-captioned actions regarding a docket entry issued in *New Concept Energy, Inc. v. Gentile, et al.*, No. 18-cv-8896 setting deadlines for submission of amended pleadings and the joinder of parties, if any.  (Dkt. 43 (*New Concept Energy, Inc.*), 51 (*Avalon Holdings Corp.*).)  While counsel is correct that the January 22, 2020 conference before this Court did not reset any deadlines set in these matters, counsel is mistaken that the deadlines "amended" by this docket entry have "long since passed."  (*Id.*)  Pursuant to the case management plan and scheduling order entered by Judge Broderick on January 2, 2020 in each of the above-captioned actions, the deadlines for submission of amended pleadings and the joinder of parties are, in fact, February 20, 2020.  (Dkt. 34

(*New Concept Energy, Inc.*), 47 (*Avalon Holdings, Corp.*).)  If counsel for either party in either action believes this deadline to be an error, counsel may submit a letter to the Court explaining its basis for that position for the Court's consideration.

The Clerk is respectfully directed to terminate Dkt. 43 in *New Concept Energy, Inc. v. Gentile*, No. 18-cv-8896 and Dkt. 51 in *Avalon Holdings Corp. v. Gentile, et al.*, No. 18-cv-7291.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     January 27, 2020
           New York, New York

Copies transmitted this date to all counsel of record.