```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AVALON HOLDINGS CORP.,                :         18-cv-7291 (VSB) (RWL)
                                      :
                Plaintiff,            :         **ORDER**
                                      :
        - against -                   :
                                      :
GUY GENTILE, et al.,                  :
                                      :
                Defendants.           :
-----------------------------------------------------------X
NEW CONCEPT ENERGY, INC.,             :         18-cv-8896 (VSB) (RWL)
                                      :
                Plaintiff,            :         **ORDER**
                                      :
        - against -                   :
                                      :
GUY GENTILE, et al.,                  :
                                      :
                Defendants.           :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court hereby schedules a telephonic conference in the above-captioned cases to take place on April 23, 2020 at 10:00 a.m. The parties shall call the teleconference line at (888) 398-2342 and enter pass code 9543348.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 16, 2020
       New York, New York