UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AVALON HOLDINGS CORP.,                           :        18-cv-7291 (VSB) (RWL)
                                                 :
               Plaintiff,                :        **ORDER**
                                                 :
    - against -                                 :
                                                 :
GUY GENTILE, et al.,                             :
                                                 :
               Defendants.               :
-------------------------------------------------------------X
NEW CONCEPT ENERGY, INC.,                        :        18-cv-8896 (VSB) (RWL)
                                                 :
               Plaintiff,                :        **ORDER**
                                                 :
    - against -                                 :
                                                 :
GUY GENTILE, et al.,                             :
                                                 :
               Defendants.               :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      For the reasons stated on the record during a telephonic conference held on April 23, 2020:

      1.     By May 1, 2020, Defendants shall serve amended responses to Plaintiffs' First and Second Interrogatories.

      2.     By May 1, 2020, each party shall produce to the other any discovery they have received from third-parties but have not yet produced. Plaintiffs' request to share out-of-pocket costs for third-party discovery is denied without prejudice.

      3.     By May 6, 2020, Defendants shall provide to Plaintiffs a proposed stipulation concerning payments/receipts for transactions involving Defendant MintBroker during the relevant time period.

4. Defendants' request for a stay of discovery is denied.

5. The deadline for completion of fact discovery to June 22, 2020. Subsequent dates are extended commensurately.

6. In light of the COVID-19 pandemic, the parties are strongly encouraged to conduct depositions remotely.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 23, 2020
      New York, New York