

July 7, 2020

**VIA ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/17/2020
```

    Re:    ***Avalon Holdings Corporation v. Guy Gentile and Mintbroker International, Ltd.*,**
          **18-cv-7291 (VSB)(RWL)**
          ***New Concept Energy, Inc. v. Guy Gentile and Mintbroker International, Ltd.*,**
          **18-cv-8896 (VSB)(RWL)**

Dear Judge Lehrbuger:

We write on behalf of all parties in the above-captioned matters to advise the court that Plaintiffs and Defendants intend to move for summary judgment and to propose a briefing schedule for said dispositive motions.

Specifically, the parties propose the following filing dates:

Motions for Summary Judgment to be due on August 7, 2020;
Opposition briefs to be due on September 14, 2020; and
Reply briefs to be due on September 25, 2020.

Respectfully submitted,

| | |
|---|---|
| */s/ Miriam Taubuer* | */s/ Danielle McLaughlin* |
| Miriam Tauber | Danielle McLaughlin; Adam Ford; Robert Landy |
| MIRIAM TAUBER LAW PLLC | FORD O'BRIEN LLP |
| | |
| David Lopez | *Attorneys for Defendants Guy Gentile and* |
| LAW OFFICES OF DAVID LOPEZ | *Mintbroker International, Ltd.* |
| | |
| *Attorneys for Plaintiffs Avalon Holdings* | |
| *Corporation and New Concept Energy, Inc.* | |

SO ORDERED:

7/17/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE