# EXHIBIT 1



# Avalon Holdings Corporation

**Technical**
**Waste Management Services**
 American Waste Management Services, Inc.
 American Landfill Management Inc.
 American Construction Supply, Inc.
**Avalon Golf and Country Club**
**Golf Courses**
 Avalon Lakes Golf Course
 Squaw Creek Golf Course
 Buhl Golf Course
**Hotel**
 Avalon Inn and Resort
**SEC Filings By Year**
 2018 SEC Filings
 2017 SEC Filings
 2016 SEC Filings
 2015 SEC Filings
 2014 SEC Filings
 2013 SEC Filings
 2012 SEC Filings
 2011 SEC Filings
 2010 SEC Filings
 2009 SEC Filings
 2008 SEC Filings
 2007 SEC Filings
 2006 SEC Filings
**SEC Filings By Type**
 Form 10K
 Form 10Q
 Form 8K
 Proxy Statement
**Proxy Materials**
 Notice and Proxy Statement
 Supplement To Proxy Statement
 Annual Report
 Class A Proxy Card
 Class B Proxy Card
**Corporate Governance**
 Code of Ethics
 Audit Committee Charter
**Interactive XBRL For Quarter Ending June 30, 2019**
 XBRL Instance
 XBRL Taxonomy Extension Schema
 XBRL Taxonomy Extension Calculation
 XBRL Taxonomy Extension Definition
 XBRL Taxonomy Extension Labels
 XBRL Taxonomy Extension Presentation
**Interactive XBRL For Quarter Ending September 30, 2018**
 XBRL Instance
 XBRL Taxonomy Extension Schema
 XBRL Taxonomy Extension Calculation
 XBRL Taxonomy Extension Definition
 XBRL Taxonomy Extension Labels
 XBRL Taxonomy Extension Presentation
**Interactive XBRL For Year Ending December 31, 2018**
 XBRL Instance
 XBRL Taxonomy Extension Schema
 XBRL Taxonomy Extension Calculation
 XBRL Taxonomy Extension Definition

Avalon Holdings Corporation was formed on April 30, 1998. Avalon is a public company and is traded on the NYSE Amex Exchange (Symbol AWX).



Avalon Holdings Corporation is based in Warren, Ohio, and provides waste management services to industrial, commercial, municipal and governmental customers in selected northeastern and midwestern U.S. markets. Avalon Holdings Corporation also owns the Avalon Golf and Country Club, which operates golf courses and related facilities.

Avalon Holdings Corp., One American Way, Warren OH 44484
Phone (330)856-8800    Fax (330)856-8480

*For questions or comments concerning this website, contact:*
*webmaster@avalonholdings.com*

 XBRL Taxonomy Extension Labels
 XBRL Taxonomy Extension Presentation

**Interactive XBRL For Quarter Ending March 31, 2019**

 XBRL Instance
 XBRL Taxonomy Extension Schema
 XBRL Taxonomy Extension Calculation
 XBRL Taxonomy Extension Definition
 XBRL Taxonomy Extension Labels
 XBRL Taxonomy Extension Presentation

**\* To save XBRL Files After Opening On Toolbar Hit "Page" Then "Save As"**

**Note:**  The Press Releases are in Word format. If you do not have Microsoft Word on your computer, you can follow the link below to download the free viewer from Microsoft's Website.
*Word 97-2000 Viewer*