# EXHIBIT 2

NYSE American - Nasdaq Real Time Price. Currency in USD

Quote Lookup

# 1.7201 -0.0099 (-0.57%)

As of 10:50AM EDT. Market open.

Full screen

Indicators Comparison Jan 01, 2018 - Dec 31, 2018 Interval 1D Line Draw

Simply Wall St. • 21 days ago

## Have Insiders Been Buying Avalon Holdings Corporation (NYSEMKT:AWX) Shares This Year?

We often see insiders buying up shares in companies that perform well over the long term. Unfortunately, there are...

Ad Stansberry Research

## Man Who Predicted Rise of AMZN Has New Prediction

He called bottom of stocks in '09, and recommended AMZN before it soared an extraordinary 1,800%. Now he has a surprising new...

Motley Fool Makes 5G Buy

1 5G Stock Poised to Soar in 2
Man Who Called Shopify and 1
Has Bold 5G Prediction

PR Newswire • 3 months ago

## Avalon Holdings Corporation Announces First Quarter Results

Avalon Holdings Corporation (NYSE Amex:AWX) today announced

