# EXHIBIT 3

| Trade Date | Conid | Symbol | Side | Quantity | Price | Exchange | Trade Time |
|---|---|---|---|---|---|---|---|
| 2018-06-15 | 6604246 | AWX | BUY | 200 | 2.1989 | NITEEXST | 10:27:16 |
| 2018-06-15 | 6604246 | AWX | BUY | 100 | 2.2 | IDEAL | 10:27:16 |
| 2018-06-15 | 6604246 | AWX | BUY | 200 | 2.2 | IDEAL | 10:27:16 |
| 2018-06-15 | 6604246 | AWX | BUY | 500 | 2.1975 | NITEECN | 10:27:16 |
| 2018-06-15 | 6604246 | AWX | SELLSH | -1000 | 2.25 | IBKRATS | 15:59:43 |
| 2018-07-24 | 6604246 | AWX | BUY | 100 | 2.22 | AMEX | 09:43:08 |
| 2018-07-24 | 6604246 | AWX | BUY | 100 | 2.22 | AMEX | 09:43:08 |
| 2018-07-24 | 6604246 | AWX | BUY | 300 | 2.2173 | CITADELDP | 09:43:08 |
| 2018-07-24 | 6604246 | AWX | BUY | 25 | 2.25 | AMEX | 09:59:47 |
| 2018-07-24 | 6604246 | AWX | BUY | 100 | 2.25 | AMEX | 09:59:47 |