# EXHIBIT 4

| 2018-08-02 | 6604246 | AWX | SELLSH | -126 | 3.26 | DRCTEDGE | 11:03:24 | Exchange |
|---|---|---|---|---|---|---|---|---|
| 2018-08-02 | 6604246 | AWX | SELLSH | -274 | 3.26 | DRCTEDGE | 11:03:50 | Exchange |
| 2018-08-02 | 6604246 | AWX | SELLSH | -100 | 3.22 | ARCA | 12:08:42 | Exchange |
| 2018-08-02 | 6604246 | AWX | SELLSH | -250 | 3.22 | DRCTEDGE | 12:08:42 | Exchange |
| 2018-08-02 | 6604246 | AWX | BUY | 300 | 3.28 | BYX | 12:56:48 | Exchange |
| 2018-08-02 | 6604246 | AWX | BUY | 200 | 3.2754 | IDEAL | 12:56:48 | Exchange |
| 2018-08-02 | 6604246 | AWX | BUY | 100 | 3.2775 | NITEECN | 12:57:03 | Exchange |
| 2018-08-02 | 6604246 | AWX | BUY | 100 | 3.2789 | NITEEXST | 12:57:03 | Exchange |
| 2018-08-02 | 6604246 | AWX | BUY | 51 | 3.28 | ISLAND | 12:57:03 | Exchange |
| 2018-08-02 | 6604246 | AWX | BUY | 1000 | 3.2754 | IDEAL | 12:57:03 | Exchange |