# EXHIBIT 7

```
<DOCUMENT>
<TYPE>SC 13D
<SEQUENCE>1
<FILENAME>scdawxholdingscorp.txt
<DESCRIPTION>SC 13D AVALON HOLDINGS CORP
<TEXT>
```
UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
SCHEDULE 13D
Under the Securities Exchange Act of 1934
(Amendment No. _____)*
Avalon Holdings Corporation
(Name of Issuer)
Class A Common Shares, par value $0.01
(Title of Class of Securities)
0534P109
(CUSIP Number)
Mr. Antonio S. Collie
MintBroker International, Ltd.
Elizabeth Avenue & Bay Street
Nassau, Bahamas
(242) 603-8610

(Name, Address and Telephone Number of Person
Authorized to Receive Notices and Communications)
July 24, 2018
(Date of Event which Requires Filing of this Statement)
If the filing person has previously filed a statement on
Schedule 13G to report the acquisition that is the subject of
this Schedule 13D, and is filing this schedule because of
??240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the
following box. ?
Note: Schedules filed in paper format shall include a signed
original and five copies of the schedule, including all
exhibits. See ?240.13d-7 for other parties to whom copies are to
be sent.
* The remainder of this cover page shall be filled out for a
reporting person's initial filing on this form with respect to
the subject class of securities, and for any subsequent
amendment containing information which would alter disclosures
provided in a prior cover page.
The information required on the remainder of this cover page
shall not be deemed to be "filed" for the purpose of Section 18
of the Securities Exchange Act of 1934 ("Act") or otherwise
subject to the liabilities of that section of the Act but shall
be subject to all other provisions of the Act (however, see the
Notes).




CUSIP No. 0534P109

13D

Page 2 of 6 Pages

1.

NAMES OF REPORTING PERSONS I.R.S. IDENTIFICATION NOS. OF
ABOVE PERSONS (ENTITIES ONLY)

MintBroker International Ltd.


2.

CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
(see instructions)
(a)    ?
(b)    ?


3.

SEC USE ONLY



4.

SOURCE OF FUNDS (see instructions)

WC


5.

CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED
PURSUANT TO ITEMS 2(d) or 2(e)      ?


6.

CITIZENSHIP OR PLACE OF ORGANIZATION

Nassau, Bahamas




NUMBER OF
SHARES
BENEFICIALLY
OWNED BY
EACH

REPORTING
PERSON WITH

7.

SOLE VOTING POWER

0


8.

SHARED VOTING POWER

0


9.

SOLE DISPOSITIVE POWER

0


10.

SHARED DISPOSITIVE POWER

0




11.

AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING
PERSON

0


12.

CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
CERTAIN SHARES
(see instructions)     ?


13.

PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)

0.00%


14.

TYPE OF REPORTING PERSON (see instructions)

OO

CUSIP No. 0534P109

13D

Page 3 of 6 Pages

1.

NAMES OF REPORTING PERSONS I.R.S. IDENTIFICATION NOS. OF
ABOVE PERSONS (ENTITIES ONLY)

Guy Gentile


2.

CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
(see instructions)
(a)    ?
(b)    ?


3.

SEC USE ONLY



4.

SOURCE OF FUNDS (see instructions)

WC


5.

CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED
PURSUANT TO ITEMS 2(d) or 2(e)      ?


6.

CITIZENSHIP OR PLACE OF ORGANIZATION

```
Nassau, Bahamas




NUMBER OF
SHARES
BENEFICIALLY
OWNED BY
EACH
REPORTING
PERSON WITH

7.

SOLE VOTING POWER

0


8.

SHARED VOTING POWER

0


9.

SOLE DISPOSITIVE POWER

0


10.

SHARED DISPOSITIVE POWER

0




11.

AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING
PERSON

0


12.

CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
CERTAIN SHARES
```

(see instructions)     ?

13.

PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)

0.00%

14.

TYPE OF REPORTING PERSON (see instructions)

OO

CUSIP No. 0534P109

13D

Page 4 of 6 Pages

Item 1.   Security and Issuer.
This statement relates to the Class A shares, par value $0.01
(the ?Shares?), of Avalon Holdings Corporation (the ?Issuer?).
The principal executive offices of the Issuer are located at One
American Way, Warren, OH 44484-5555.

Item 2.   Identity and Background.
(a)      & (f) The persons filing this joint statement on
Schedule 13D are (i) MintBroker International, Ltd
(?MintBroker?), a Bahamian Company, and (ii) Guy Gentile,
an Italian citizen (?Gentile,? collectively with
MintBroker, the ?Reporting Persons?).

(b)      The principal business address of each of the
Reporting Persons is Elizabeth on Bay Plaza, Bay Street &
Elizabeth Ave., Nassau, Bahamas.

(c)      MintBroker is a broker-dealer and investment adviser
licensed in the Bahamas.  Gentile?s present principal
occupation is serving as CEO of MintBroker.

(d)      During the past five years, no Reporting Person has
been convicted in a criminal proceeding (excluding traffic
violations or similar misdemeanors).

(e)     During the past five years, no Reporting Person has
been a party to a civil proceeding of a judicial or
administrative body of competent jurisdiction and as a
result of such proceeding was or is subject to a judgement,
decree or final order enjoining future violations of, or
prohibiting or mandating activities subject to, federal or
state securities laws or finding any violation with respect
to such laws.

Item 3.  Source and Amount of Funds or Other Consideration.
The source of funding for the purchase of the Shares was the
general working capital of MintBroker together with margin
borrowing.

Item 4.  Purpose of Transaction.
The Reporting Persons acquired their position in an attempt to
gain control over the Issuer and replace its board of directors
with the near-term goal of selling the assets of the Issuer.
While the Reporting Persons have sold all their Shares and have
no present plans to seek control of the Issuer, they reserve the
right to reacquire the Shares and propose other transactions
which relate to or would result in one or more of the actions
specified in clauses (a) through (i) of item 4 of Schedule 13D.

Item 5.  Interest in Securities of the Issuer.
(a)     The Reporting Persons beneficially own no Shares.




CUSIP No. 0534P109

13D

Page 5 of 6 Pages


(b)     Neither of the Reporting Persons have sole power to
vote or to direct the vote, any shared power to vote or to
direct the vote, any sole power to dispose or to direct the
disposition of, and any shared power to dispose or to
direct the disposition of, the Shares.

(c)     Attached to this statement is a schedule setting forth
all transactions with respect to Shares effected during the
past sixty (60) days by any of the Reporting Persons.
Gentile, by virtue of his relationship to MintBroker may be
deemed to indirectly beneficially own (as that term is
defined in Rule 13d-3 under the Exchange Act of 1934, as
amended) those Shares which MintBroker had owned.  Gentile
disclaims beneficial ownership of all such Shares for all
other purposes.

(d)     Not applicable


(e)     August 1st, 2018

Item 6.   Contracts, Arrangements, Understandings or
Relationships with Respect to Securities of the Issuer.

None.

Item 7.   Material to Be Filed as Exhibits.

1.       Joint Filing Agreement of the Reporting Persons.

2.       Trade Schedule.




CUSIP No. 0534P109

13D

Page 6 of 6 Pages




SIGNATURE
    After reasonable inquiry and to the best of each of the
undersign my knowledge and belief, each of the undersigned
certifies that the information set forth in this statement is
true, complete and correct.

MINTBROKER
INTERNATIONAL, LTD.

By: /s/ Antonio S.
Collie

Antonio S. Collie
Insert Name

Chief Financial Officer
Insert Title



/s/ Guy Gentile

Guy Gentile,
individually


        JOINT FILING STATEMENT

The undersigned hereby agree that this Statement on Schedule 13D
with respect to the Class A Common Shares of Avalon Holdings
Corp., dated the date hereof, is, and any amendments thereto
signed by the undersigned shall be, filed on behalf of each of
the undersigned pursuant to and in accordance with the
provisions of Rule 13d-1(k) under the Securities and Exchange
Act of 1934, as amended. This agreement may be executed in any
number of counterparts, each of which shall be deemed to be an

```
original and all of which together constitute one instrument.

IN WITNESS WHEREOF, the undersigned hereby execute this
agreement as of this 21st day of August, 2018.

MINTBROKER INTERNATIONAL, LTD.


By: /s/ Antonio S. Collie
Name: Antonio S. Collie
Its:      Chief Financial Officer
 /s/ Guy Gentile

</TEXT>
</DOCUMENT>
```