# EXHIBIT 10

For Analysis AVX UTC CTS 07-23-2018 to 08-03-2018 Trade Summary M209.xlsx

| Report_Date | Report_Cycle | Page | Member_No | Member_Name | Sttlmt_Date | Trade_Date | Rcvd_Date | Mkt | Security_Symbol | Buy_Cnt | Buy_Qty | Buy_Amt | Sell_Cnt | Sell_Qty | Sell_Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-07-24 | 1 | 3212 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 170 | AVX | 3 | 800.00 | 2,420.00 | 0 | 0.00 | 0.00 |
| 2018-07-24 | 1 | 3212 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 160 | AVX | 879 | 297701.00 | 879,335.35 | 543 | 150089.00 | 441,025.60 |
| 2018-07-24 | 1 | 3212 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 150 | AVX | 15 | 2900.00 | 8,993.00 | 8 | 1075.00 | 3,252.25 |
| 2018-07-24 | 1 | 3212 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 145 | AVX | 9 | 2069.00 | 6,035.39 | 6 | 1810.00 | 5,602.00 |
| 2018-07-24 | 1 | 3212 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 140 | AVX | 2 | 900.00 | 2,579.00 | 0 | 0.00 | 0.00 |
| 2018-07-24 | 1 | 3212 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 135 | AVX | 8 | 900.00 | 2,666.00 | 5 | 1000.00 | 3,008.00 |
| 2018-07-24 | 1 | 3213 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 130 | AVX | 37 | 6570.00 | 19,855.00 | 6 | 800.00 | 2,388.00 |
| 2018-07-24 | 1 | 3213 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 120 | AVX | 149 | 62919.00 | 183,650.86 | 62 | 16389.00 | 49,334.65 |
| 2018-07-24 | 1 | 3213 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 110 | AVX | 44 | 4350.00 | 12,452.75 | 14 | 425134.00 | 1,238,661.27 |
| 2018-07-24 | 1 | 3213 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 100 | AVX | 389 | 138444.00 | 399,530.06 | 273 | 76688.00 | 224,275.38 |
| 2018-07-24 | 1 | 3213 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 060 | AVX | 502 | 178230.00 | 524,007.44 | 250 | 64900.00 | 194,375.99 |
| 2018-07-24 | 1 | 3213 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 030 | AVX | 175 | 68062.00 | 201,340.94 | 134 | 26060.00 | 81,234.65 |
| 2018-07-24 | 1 | 3213 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 020 | AVX | 1 | 100.00 | 292.00 | 0 | 0.00 | 0.00 |
| 2018-07-24 | 1 | 3213 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-26 | 2018-07-24 | 2018-07-24 | 010 | AVX | | | | | | |
| | | | | | | | | | **total buy quantity** | | **763945.00** | | | **763945.00** | |
| | | | | | | | | | **percent of float** | | **23.51** | | | **23.51** | |
| 2018-07-25 | 1 | 3217 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-27 | 2018-07-25 | 2018-07-25 | 160 | AVX | 1398 | 412221.00 | 1,470,673.72 | 860 | 227577.00 | 867,114.61 |
| 2018-07-25 | 1 | 3217 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-27 | 2018-07-25 | 2018-07-25 | 150 | AVX | 16 | 3921.00 | 12,980.93 | 26 | 6040.00 | 20,761.65 |
| 2018-07-25 | 1 | 3217 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-27 | 2018-07-25 | 2018-07-25 | 145 | AVX | 12 | 2000.00 | 7,249.00 | 15 | 2900.00 | 10,909.00 |
| 2018-07-25 | 1 | 3218 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-27 | 2018-07-25 | 2018-07-25 | 140 | AVX | 3 | 1200.00 | 3,903.00 | 3 | 800.00 | 2,906.00 |
| 2018-07-25 | 1 | 3218 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-27 | 2018-07-25 | 2018-07-25 | 135 | AVX | 62 | 10790.00 | 38,054.22 | 22 | 3568.00 | 13,330.05 |
| 2018-07-25 | 1 | 3218 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-27 | 2018-07-25 | 2018-07-25 | 130 | AVX | 112 | 17547.00 | 62,205.39 | 25 | 3747.00 | 14,361.54 |
| 2018-07-25 | 1 | 3218 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-27 | 2018-07-25 | 2018-07-25 | 110 | AVX | 424 | 119316.00 | 436,849.34 | 240 | 50237.00 | 179,968.11 |
| 2018-07-25 | 1 | 3218 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-27 | 2018-07-25 | 2018-07-25 | 100 | AVX | 10 | 3795.00 | 16,144.48 | 9 | 502525.00 | 1,701,246.15 |
| 2018-07-25 | 1 | 3218 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-27 | 2018-07-25 | 2018-07-25 | 080 | AVX | 618 | 185771.00 | 683,526.24 | 443 | 111399.00 | 413,968.88 |
| 2018-07-25 | 1 | 3218 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-27 | 2018-07-25 | 2018-07-25 | 030 | AVX | 942 | 280222.00 | 988,496.72 | 517 | 125561.00 | 482,680.63 |
| 2018-07-25 | 1 | 3218 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-27 | 2018-07-25 | 2018-07-25 | 020 | AVX | 140 | 44867.00 | 169,335.63 | 232 | 48871.00 | 188,224.55 |
| 2018-07-25 | 1 | 3218 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-27 | 2018-07-25 | 2018-07-25 | 010 | AVX | 1 | 100.00 | 395.00 | 2 | 105.00 | 372.75 |
| 2018-07-25 | 1 | 3218 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-27 | 2018-07-25 | 2018-07-25 | 170 | AVX | 8 | 2200.00 | 8,344.20 | 4 | 600.00 | 2,314.00 |
| | | | | | | | | | **total buy quantity** | | **1083950.00** | | | **1083950.00** | |
| | | | | | | | | | **percent of float** | | **33.35** | | | **33.35** | |
| 2018-07-26 | 1 | 3214 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-30 | 2018-07-26 | 2018-07-26 | 170 | AVX | 0 | 0.00 | 0.00 | 2 | 196.00 | 926.40 |
| 2018-07-26 | 1 | 3214 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-30 | 2018-07-26 | 2018-07-26 | 160 | AVX | 1394 | 370221.00 | 1,694,884.30 | 1,164 | 291661.00 | 1,446,417.12 |
| 2018-07-26 | 1 | 3214 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-30 | 2018-07-26 | 2018-07-26 | 150 | AVX | 32 | 4833.00 | 22,645.28 | 23 | 8213.00 | 42,258.62 |
| 2018-07-26 | 1 | 3214 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-30 | 2018-07-26 | 2018-07-26 | 145 | AVX | 10 | 1435.00 | 5,727.00 | 3 | 437.00 | 2,254.75 |
| 2018-07-26 | 1 | 3214 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-30 | 2018-07-26 | 2018-07-26 | 140 | AVX | 1 | 300.00 | 1,278.00 | 11 | 2330.00 | 10,551.38 |
| 2018-07-26 | 1 | 3214 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-30 | 2018-07-26 | 2018-07-26 | 135 | AVX | 29 | 3872.00 | 17,798.62 | 49 | 1805.00 | 8,347.73 |
| 2018-07-26 | 1 | 3214 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-30 | 2018-07-26 | 2018-07-26 | 130 | AVX | 49 | 3872.00 | 43,666.00 | 46 | 13110.00 | 67,459.02 |
| 2018-07-26 | 1 | 3214 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-30 | 2018-07-26 | 2018-07-26 | 110 | AVX | 292 | 69288.00 | 328,095.77 | 208 | 41220.00 | 211,341.71 |
| 2018-07-26 | 1 | 3214 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-30 | 2018-07-26 | 2018-07-26 | 100 | AVX | 34 | 3152.00 | 15,536.44 | 45 | 383866.00 | 1,489,304.49 |
| 2018-07-26 | 1 | 3214 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-30 | 2018-07-26 | 2018-07-26 | 060 | AVX | 564 | 154508.00 | 720,729.90 | 426 | 86097.00 | 410,649.53 |
| 2018-07-26 | 1 | 3214 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-30 | 2018-07-26 | 2018-07-26 | 030 | AVX | 1467 | 377738.00 | 1,716,754.18 | 790 | 203266.00 | 1,045,511.58 |
| 2018-07-26 | 1 | 3214 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-30 | 2018-07-26 | 2018-07-26 | 020 | AVX | 221 | 87926.00 | 413,761.37 | 237 | 50049.00 | 244,854.57 |
| | | | | | | | | | **total buy quantity** | | **1082250.00** | | | **1082250.00** | |
| | | | | | | | | | **percent of float** | | **33.30** | | | **33.30** | |
| 2018-07-27 | 1 | 3205 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-31 | 2018-07-27 | 2018-07-27 | 170 | AVX | 0 | 0.00 | 0.00 | 12 | 1511.00 | 10,315.96 |
| 2018-07-27 | 1 | 3205 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-31 | 2018-07-27 | 2018-07-27 | 160 | AVX | 1519 | 294533.00 | 2,318,106.44 | 1,488 | 260306.00 | 2,947,081.09 |
| 2018-07-27 | 1 | 3205 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-31 | 2018-07-27 | 2018-07-27 | 150 | AVX | 13 | 2900.00 | 20,460.00 | 6 | 598.00 | 3,860.92 |
| 2018-07-27 | 1 | 3205 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-31 | 2018-07-27 | 2018-07-27 | 145 | AVX | 8 | 1435.00 | 12,396.20 | 3 | 250.00 | 3,150.00 |
| 2018-07-27 | 1 | 3205 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-31 | 2018-07-27 | 2018-07-27 | 140 | AVX | 3 | 273.00 | 2,593.02 | 1 | 100.00 | 647.00 |
| 2018-07-27 | 1 | 3205 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-31 | 2018-07-27 | 2018-07-27 | 135 | AVX | 26 | 7697.00 | 48,512.57 | 7 | 1925.00 | 13,676.50 |
| 2018-07-27 | 1 | 3205 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-31 | 2018-07-27 | 2018-07-27 | 130 | AVX | 33 | 4555.00 | 31,545.14 | 15 | 1846.00 | 13,357.40 |
| 2018-07-27 | 1 | 3205 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-31 | 2018-07-27 | 2018-07-27 | 110 | AVX | 150 | 37568.00 | 267,273.51 | 97 | 19349.00 | 194,740.27 |
| 2018-07-27 | 1 | 3205 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-31 | 2018-07-27 | 2018-07-27 | 100 | AVX | 67 | 135226.00 | 2,287,652.62 | 49 | 338135.00 | 2,094,436.22 |
| 2018-07-27 | 1 | 3205 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-31 | 2018-07-27 | 2018-07-27 | 060 | AVX | 450 | 125723.00 | 847,008.80 | 402 | 65415.00 | 478,626.03 |
| 2018-07-27 | 1 | 3205 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-31 | 2018-07-27 | 2018-07-27 | 030 | AVX | 1272 | 244892.00 | 1,868,547.23 | 815 | 177067.00 | 2,023,317.84 |
| 2018-07-27 | 1 | 3205 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-31 | 2018-07-27 | 2018-07-27 | 020 | AVX | 104 | 31906.00 | 243,393.52 | 113 | 20436.00 | 161,234.78 |
| 2018-07-27 | 1 | 3205 | 00000017 | INTERACTIVE BROKERS LLC | 2018-07-31 | 2018-07-27 | 2018-07-27 | 010 | AVX | 3 | 230.00 | 1,955.00 | 0 | 0.00 | 0.00 |
| | | | | | | | | | **total buy quantity** | | **886938.00** | | | **886938.00** | |
| | | | | | | | | | **percent of float** | | **27.29** | | | **27.29** | |
| 2018-07-30 | 1 | 3151 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-01 | 2018-07-30 | 2018-07-30 | 170 | AVX | 3 | 104.00 | 1,038.82 | 7 | 1390.00 | 11,863.00 |
| 2018-07-30 | 1 | 3151 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-01 | 2018-07-30 | 2018-07-30 | 160 | AVX | 983 | 125909.00 | 1,621,461.15 | 2,409 | 285205.00 | 2,718,917.47 |
| 2018-07-30 | 1 | 3151 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-01 | 2018-07-30 | 2018-07-30 | 150 | AVX | 11 | 2400.00 | 23,632.00 | 20 | 3726.00 | 35,827.20 |
| 2018-07-30 | 1 | 3151 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-01 | 2018-07-30 | 2018-07-30 | 145 | AVX | 92 | 543.00 | 4,092.96 | 1 | 1.00 | 14.11 |
| 2018-07-30 | 1 | 3151 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-01 | 2018-07-30 | 2018-07-30 | 140 | AVX | 0 | 0.00 | 0.00 | 8 | 690.00 | 12,273.20 |
| 2018-07-30 | 1 | 3151 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-01 | 2018-07-30 | 2018-07-30 | 135 | AVX | 10 | 576.00 | 8,214.36 | 24 | 8378.00 | 63,624.00 |
| 2018-07-30 | 1 | 3152 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-01 | 2018-07-30 | 2018-07-30 | 130 | AVX | 4 | 525.00 | 9,364.75 | 114 | 33791.00 | 229,424.01 |
| 2018-07-30 | 1 | 3152 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-01 | 2018-07-30 | 2018-07-30 | 110 | AVX | 90 | 9968.00 | 114,967.16 | 152 | 35470.00 | 339,921.19 |
| 2018-07-30 | 1 | 3152 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-01 | 2018-07-30 | 2018-07-30 | 100 | AVX | 51 | 622644.00 | 4,601,291.63 | 39 | 2912.00 | 33,016.31 |
| 2018-07-30 | 1 | 3152 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-01 | 2018-07-30 | 2018-07-30 | 080 | AVX | 190 | 16876.00 | 195,583.91 | 333 | 41796.00 | 384,625.34 |
| 2018-07-30 | 1 | 3152 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-01 | 2018-07-30 | 2018-07-30 | 030 | AVX | 652 | 83446.00 | 1,397,870.80 | 1,957 | 319957.00 | 3,071,565.77 |
| 2018-07-30 | 1 | 3152 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-01 | 2018-07-30 | 2018-07-30 | 020 | AVX | 139 | 21619.00 | 216,238.76 | 650 | 151243.00 | 1,281,577.72 |
| 2018-07-30 | 1 | 3152 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-01 | 2018-07-30 | 2018-07-30 | 010 | AVX | 0 | 0.00 | 0.00 | 1 | 41.00 | 1,107.00 |
| | | | | | | | | | **total buy quantity** | | **884610.00** | | | **884610.00** | |

CONFIDENTIAL TREATMENT REQUESTED BY DTCC

DTCC-22

For Analysis AWX UTC CTS 07-23-2018 to 08-03-2018 Trade Summary M209.xlsx

| Date | | ID | Firm | Settle Date | Trade Date | Acct | Symbol | Qty | Buy | Value | Shares | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-07-31 | 1 | 3229 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-02 | 2018-07-31 | 150 | AWX | percent of float | 2 | 115.00 | 578.01 | 7 | 1400.00 |
| 2018-07-31 | 1 | 3229 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-02 | 2018-07-31 | 145 | AWX | 93 | 6914.00 | 27,755.99 | 21 | 2810.00 | 5,226.00 |
| 2018-07-31 | 1 | 3229 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-02 | 2018-07-31 | 140 | AWX | 0 | 0.00 | 0.00 | 3 | 2500.00 | 11,238.50 |
| 2018-07-31 | 1 | 3229 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-02 | 2018-07-31 | 135 | AWX | 0 | 0.00 | 0.00 | 21 | 6675.00 | 11,820.00 |
| 2018-07-31 | 1 | 3229 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-02 | 2018-07-31 | 130 | AWX | 3 | 550.00 | 2,752.50 | 171 | 25834.00 | 28,762.95 |
| 2018-07-31 | 1 | 3229 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-02 | 2018-07-31 | 110 | AWX | 70 | 12848.00 | 59,175.15 | 411 | 97001.00 | 106,633.05 |
| 2018-07-31 | 1 | 3229 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-02 | 2018-07-31 | 100 | AWX | 3 | 759543.00 | 3,096,313.31 | 17 | 1606.00 | 402,647.13 |
| 2018-07-31 | 1 | 3229 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-02 | 2018-07-31 | 060 | AWX | 184 | 57321.00 | 232,940.07 | 262 | 83906.00 | 5,955.42 |
| 2018-07-31 | 1 | 3229 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-02 | 2018-07-31 | 030 | AWX | 250 | 47205.00 | 212,499.98 | 1,258 | 301048.00 | 322,973.14 |
| 2018-07-31 | 1 | 3229 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-02 | 2018-07-31 | 020 | AWX | 36 | 10247.00 | 41,769.33 | 330 | 147293.00 | 1,286,161.55 |
| 2018-07-31 | 1 | 3229 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-02 | 2018-07-31 | 010 | AWX | 0 | 0.00 | 0.00 | 1 | 100.00 | 599,477.40 |
| 2018-07-31 | 1 | 3229 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-02 | 2018-07-31 | 170 | AWX | 1 | 200.00 | 904.00 | 10 | 2800.00 | 365.00 |
| 2018-07-31 | 1 | 3229 | 00000017 | INTERACTIVE BROKERS LLC | 2018-08-02 | 2018-07-31 | 160 | AWX | 376 | 95197.00 | 412,997.09 | 1,715 | 317167.00 | 9,813.00 |
| | | | | | | | | | | | | | | 1,296,612.28 |

| | total buy quantity | | total percent of float | | |
|---|---|---|---|---|---|
| | 990140.00 | | | | 990140.00 |
| percent of float | 30.47 | | | | 30.47 |
| total percent of float | 175.13 | | total percent of float | | 175.13 |
| | 27.22 | | | | 27.22 |

CONFIDENTIAL TREATMENT REQUESTED BY DTCC                                    DTCC-22

| | | Interactive Brokers Customers | % of Float/day | | % of Absolute Float/day |
|---|---|---|---|---|---|
| AWX FLOAT | | 3,250,012 | | | |
| AWX ABSOLUTE FLOAT | | 1,700,000 | | | |
| DAILY | | | | | |
| 24-Jul | Buy | 763945.00 | 23.51 | | 44.94 |
| | Sell | 763945.00 | 23.51 | | 44.94 |
| | | | | | 0.00 |
| | Total Trades | 1527890.00 | 47.01 | | 89.88 |
| 25-Jul | Buy | 1083950.00 | 33.35 | | 63.76 |
| | Sell | 1083950.00 | 33.35 | | 63.76 |
| | | | | | 0.00 |
| | Total Trades | 2167900.00 | 66.71 | | 127.52 |
| 26-Jul | Buy | 1082250.00 | 33.30 | | 63.66 |
| | Sell | 1082250.00 | 33.30 | | 63.66 |
| | | | | | 0.00 |
| | Total Trades | 2164500.00 | 66.60 | | 127.32 |
| 27-Jul | Buy | 886938.00 | 27.29 | | 52.17 |
| | Sell | 886938.00 | 27.29 | | 52.17 |
| | | | | | 0.00 |
| | Total Trades | 1773876.00 | 54.58 | | 104.35 |
| 30-Jul | Buy | 884610.00 | 27.22 | | 52.04 |
| | Sell | 884610.00 | 27.22 | | 52.04 |
| | | | | | 0.00 |
| | Total Trades | 1769220.00 | 54.44 | | 104.07 |
| 31-Jul | Buy | 990140.00 | 30.47 | | 58.24 |
| | Sell | 990140.00 | 30.47 | | 58.24 |
| | | | | | 0.00 |
| | Total Trades | 1980280.00 | 60.94 | | 116.49 |
| TOTAL SHORT SWING | total buy | 5691833.00 | total buy % of float | | 175.14 |
| | total sell | 5691833.00 | total sell % of float | | 175.14 |
| | total trade | 11383666 | total trade % of float | | 350.28 |
| | | | total buy % of absolue float | | 334.81 |
| | | | total sell % of absolute float | | 334.81 |
| | | | total trade % of absolute float | | 669.63 |