# EXHIBIT 11



# Avalon Holdings Corporation (AWX)
NYSE American - Nasdaq Real Time Price. Currency in USD

⭐ Add to watchlist     👥 Visitors trend  2W ↓  10W ↑  9M ↑

## 1.6600  0.0000 (0.00%)
As of 9:34AM EDT. Market open.

Summary | Company Outlook 🔒 | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | ...

Finance Home | Watchlists | My Portfolio | Screeners | Premium 🔒 | Markets | News | ...    Premium - Try it free

Time Period: Jul 23, 2018 - Jul 31, 2018 ⌄     Show: Historical Prices ⌄     Frequency: Daily ⌄

Apply

12 Insanely Cool Gadgets That Are Going to Sell out This July

Currency in USD                                                                            ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jul 31, 2018 | 5.8000 | 5.8000 | 3.3000 | 3.6700 | 3.6700 | 3,976,900 |
| Jul 30, 2018 | 16.9700 | 20.2000 | 6.0100 | 6.0600 | 6.0600 | 5,707,000 |
| Jul 27, 2018 | 6.3500 | 11.2100 | 5.5200 | 10.2500 | 10.2500 | 12,799,500 |
| Jul 26, 2018 | 4.7600 | 5.7700 | 3.9400 | 5.6900 | 5.6900 | 10,306,900 |
| Jul 25, 2018 | 3.6100 | 4.4900 | 3.0300 | 4.3200 | 4.3200 | 10,660,300 |
| Jul 24, 2018 | 2.2200 | 3.3500 | 2.1000 | 3.3500 | 3.3500 | 2,486,200 |

*Close price adjusted for splits.      **Adjusted close price adjusted for both dividends and splits.

Stay ahead of volatile markets. yahoo! finance PREMIUM  Try it free*

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **BDR** Blonder Tongue Laboratories, In | 0.7991 | +0.0591 | +7.99% |
| **MTSL** MER Telemanagement Solutions Lt | 1.47 | +0.09 | +6.5217% |
| **NSYS** Nortech Systems Incorporated | 4.2500 | -0.0900 | -2.07% |
| **UUU** Universal Security Instruments, | 1.2600 | 0.0000 | 0.00% |
| **GBR** New Concept Energy, Inc | 1.63 | -0.09 | -5.2326% |

### Financials ›

**Annual**  Quarterly            Revenue   Earnings

Case 1:18-cv-07291-VSB-RWL   Document 74-12   Filed 08/10/20   Page 3 of 4





### 12 Insanely Cool Gadgets That Are Going to Sell out This July

### Recommendation Trends >



Strong Buy
Buy
Hold
Underperform
Sell

### Company Profile

One American Way
Warren, OH 44484
United States
330 856 8800
http://www.avalonholdings.com
Sector(s): **Industrials**
Industry: **Waste Management**
Full Time Employees: **521**

Avalon Holdings Corporation provides waste management services to industrial, commercial, municipal, and governmental customers in the United States. It operates through Waste Management Services, and Golf and Related Operations segments. The Waste Management Services segment offers hazardous and nonhazardous waste disposal brokerage and management services; and captive landfill management services, as well as engages in salt

water injection well operations. This segment also provides turnkey services, including daily operations, facilities management, and management reporting; and sells construction mats. The Golf and Related Operations segment operates and manages three golf courses and related clubhouses, a hotel, and a travel agency. Its golf and country club facilities provide swimming pools, fitness centers, tennis courts, dining, and banquet and conference facilities, as well as spa services. The company also owns and operates hotel under the brand of The Grand Resort, which provides various facilities, such as swimming pool, fitness center, rooms, restaurants, bars, banquet, and conference facilities, as well as adjoining tennis center. The company was founded in 1998 and is headquartered in Warren, Ohio.

Advertise With Us

Data Disclaimer   Help   Suggestions
Privacy Dashboard

Privacy (Updated)   About Our Ads   Terms (Updated)   Sitemap

© 2020 Verizon Media. All rights reserved.