# EXHIBIT 12

DAILY BALANCE
AWX FLOAT: 3,250,012
AWX AVAILABLE FLOAT: 1,700,000
AWX totals

DAILY:

| Date | Type | Mint | Absolute # | | | % of Float | % of Available Float | |
|---|---|---|---|---|---|---|---|---|
| 24-Jul | Buy | 624073 | 624073 | total purchases | 624073 | 19.20 | 36.71 | (purchases) |
| | Sell | -95986 | 95986 | | | | | |
| | Short Sell | -3100 | 3100 | total sales | 99086 | 3.05 | 5.83 | (sales) |
| | **DAY 1 BALANCE (purchases - sales)** | **528087** | **Total trades (purchases + sales)** | **723159** | | **22.25** | **42.54** | **(purchases + sales)** |
| 25-Jul | Buy | 703602 | 703602 | total purchases | 703602 | 21.65 | 41.39 | (purchases) |
| | Sell | -118277 | 118277 | | | | | |
| | Short Sell | 0 | 0 | total sales | 118277 | 3.64 | 6.96 | (sales) |
| | **DAY 2 BALANCE (purchases - sales)** | **585325** | **Total trades (purchases + sales)** | **821879** | | **25.29** | **48.35** | **(purchases + sales)** |
| 26-Jul | Buy | 690184 | 690184 | total purchases | 690184 | 21.24 | 40.60 | (purchases) |
| | Sell | -215677 | 215677 | | | | | |
| | Short Sell | 0 | 0 | total sales | 215677 | 6.64 | 12.69 | (sales) |
| | **DAY 3 BALANCE (purchases - sales)** | **474507** | **Total trades (purchases + sales)** | **905861** | | **27.87** | **53.29** | **(purchases + sales)** |
| 27-Jul | Buy | 327406 | 327406 | total purchases | 327406 | 10.07 | 19.26 | (purchases) |
| | Sell | -192340 | 192340 | | | | | |
| | Short Sell | 0 | 0 | total sales | 192340 | 5.92 | 11.31 | (sales) |
| | **DAY 4 BALANCE (purchases - sales)** | **135066** | **Total trades (purchases + sales)** | **519746** | | **15.99** | **30.57** | **(purchases + sales)** |
| 30-Jul | Buy | 0 | 0 | total purchases | 0 | 0.00 | 0.00 | (purchases) |
| | Sell | -719885 | 719885 | | | | | |
| | Short Sell | 0 | 0 | total sales | 719885 | 22.15 | 42.35 | (sales) |
| | **DAY 5 BALANCE (purchases - sales)** | **-719885** | **Total trades (purchases + sales)** | **719885** | | **22.15** | **42.35** | **(purchases + sales)** |
| 31-Jul | Buy | 0 | 0 | total purchases | 0 | 0.00 | 0.00 | (purchases) |
| | Sell | -799720 | 799720 | | | | | |
| | Short Sell | 0 | 0 | total sales | 799720 | 24.61 | 47.04 | (sales) |
| | **DAY 6 BALANCE (purchases - sales)** | **-799720** | **Total trades (purchases + sales)** | **799720** | | **24.61** | **47.04** | **(purchases + sales)** |

TOTAL SHORT SWING:

| | | | | |
|---|---|---|---|---|
| TOTAL TRADES | 4490250 | PURCHASES TOTAL | 2345265 | 72.16 (PERCENT OF FLOAT) |
| | | SALES TOTAL | 2144985 | 66.00 (PERCENT OF FLOAT) |
| | | PURCHASES PLUS SALES | 4490250 | 138.16 (PERCENT OF FLOAT) |
| | | PURCHASES TOTAL | 2345265 | **137.96** (PERCENT OF AVAILABLE FLOAT) |
| | | SALES TOTAL | 2144985 | **126.18** (PERCENT OF AVAILABLE FLOAT) |
| | | PURCHASES PLUS SALES | 4490250 | **264.13** (PERCENT OF AVAILABLE FLOAT) |