# EXHIBIT 18

| Trades | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AVGO | 2018-07-13, 13:15:34 | | -1,000 | 203.8380 | 202.4600 | 203,838.00 | -3.39 | -203,834.61 | 0.00 | 1,378.00 | O;P |
| AVGO | 2018-07-13, 13:15:52 | | -1,000 | 203.9950 | 202.4600 | 203,995.00 | -2.37 | -203,992.63 | 0.00 | 1,535.00 | O;P |
| AVGO | 2018-07-13, 13:15:52 | | -1,000 | 203.9750 | 202.4600 | 203,975.00 | -4.41 | -203,970.59 | 0.00 | 1,515.00 | O;P |
| AVGO | 2018-07-13, 13:15:52 | | -700 | 203.9057143 | 202.4600 | 142,734.00 | -2.17 | -142,731.83 | 0.00 | 1,012.00 | O;P |
| AVGO | 2018-07-17, 13:38:12 | | -200 | 206.2600 | 208.3100 | 41,252.00 | -0.53 | -41,251.47 | 0.00 | -410.00 | O;P |
| AVGO | 2018-07-17, 13:38:47 | | -100 | 206.1500 | 208.3100 | 20,615.00 | -0.44 | -20,614.56 | 0.00 | -216.00 | O |
| AVGO | 2018-07-17, 13:38:49 | | -1,810 | 206.1022652 | 208.3100 | 373,045.10 | -8.38 | -373,036.72 | 0.00 | -3,996.00 | O;P |
| AVGO | 2018-07-17, 13:39:31 | | -2,110 | 206.1337915 | 208.3100 | 434,942.30 | -8.80 | -434,933.50 | 0.00 | -4,591.80 | O;P |
| AVGO | 2018-07-17, 13:39:46 | | -1,196 | 206.1800 | 208.3100 | 246,591.28 | -2.87 | -246,588.41 | 0.00 | -2,547.48 | O;P |
| AVGO | 2018-07-17, 13:40:17 | | -863 | 206.1800 | 208.3100 | 177,933.34 | -2.07 | -177,931.27 | 0.00 | -1,838.19 | O;P |
| AVGO | 2018-07-17, 13:41:28 | | -736 | 206.2400 | 208.3100 | 151,792.64 | -1.84 | -151,790.80 | 0.00 | -1,523.52 | O;P |
| AVGO | 2018-07-17, 13:42:49 | | -985 | 206.2400 | 208.3100 | 203,146.40 | -2.38 | -203,144.02 | 0.00 | -2,038.95 | O;P |
| Total AVGO | | | -22,893 | | | 4,685,718.44 | -164.70 | -4,733,612.53 | -48,058.80 | -76,214.18 | |
| AVGR | 2018-03-19, 14:34:45 | | 1,384 | 1.5000 | 1.3900 | -2,076.00 | -6.24 | 2,082.24 | 0.00 | -152.24 | O;P |
| AVGR | 2018-03-19, 14:42:40 | | -2,000 | 1.5000 | 1.3900 | 3,000.00 | -0.64 | -2,967.19 | -6.78 | 220.00 | C;O;P |
| AVGR | 2018-03-19, 15:10:22 | | -2,500 | 1.3200 | 1.3900 | 3,300.00 | -1.91 | -3,298.09 | 0.00 | -175.00 | O;P |
| AVGR | 2018-03-19, 15:10:45 | | -2,000 | 1.33035 | 1.3900 | 2,660.70 | -5.60 | -2,655.10 | 0.00 | -119.30 | O;P |
| AVGR | 2018-03-19, 15:11:39 | | -500 | 1.3400 | 1.3900 | 670.00 | 0.12 | -670.12 | 0.00 | -25.00 | O;P |
| AVGR | 2018-03-19, 15:17:22 | | -952 | 1.3500 | 1.3900 | 1,285.20 | 0.24 | -1,285.44 | 0.00 | -38.08 | O;P |
| AVGR | 2018-03-19, 15:19:18 | | -2,500 | 1.36806 | 1.3900 | 3,420.15 | 0.62 | -3,420.77 | 0.00 | -54.85 | O;P |
| AVGR | 2018-03-19, 15:28:20 | | -2,500 | 1.375996 | 1.3900 | 3,439.99 | 0.62 | -3,440.61 | 0.00 | -35.01 | O;P |
| Total AVGR | | | -11,568 | | | 15,700.04 | -12.78 | -15,655.09 | -6.78 | -379.48 | |
| AWX | 2018-06-15, 10:27:16 | | 1,000 | 2.19853 | 2.3200 | -2,198.53 | -1.70 | 2,200.23 | 0.00 | 121.47 | O;P |
| AWX | 2018-07-24, 13:00:33 | | -3,100 | 2.8700 | 3.3500 | 8,897.00 | -3.06 | -8,893.94 | 0.00 | -1,488.00 | O;P |
| AWX | 2018-07-24, 13:31:13 | | 2,447 | 2.9499481 | 3.3500 | -7,218.52 | -3.16 | 7,019.74 | -201.95 | 978.93 | C;P |
| AWX | 2018-07-25, 09:40:07 | | 1,600 | 3.2800 | 4.3200 | -5,248.00 | -2.52 | 3,842.52 | -268.21 | 1,664.00 | C;O;P |
| AWX | 2018-07-25, 09:40:14 | | 340 | 3.2800 | 4.3200 | -1,115.20 | 0.10 | 1,115.10 | 0.00 | 353.60 | O |
| AWX | 2018-08-02, 10:48:34 | | -800 | 3.2600 | 3.5700 | 2,608.00 | -1.76 | -2,606.24 | 0.00 | -248.00 | O;P |
| AWX | 2018-11-07, 14:37:04 | | -1,000 | 3.80086 | 3.4500 | 3,800.86 | -1.92 | -3,798.94 | 0.00 | 350.86 | O;P |

| Trades | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-11-07, 14:37:16 | -600 | 3.8000 | 3.4500 | 2,280.00 | 0.08 | -2,280.08 | 0.00 | 210.00 | O;P |
| AWX | 2018-11-07, 14:38:59 | -1,000 | 3.7515 | 3.4500 | 3,751.50 | -1.87 | -3,749.63 | 0.00 | 301.50 | O;P |
| AWX | 2018-11-07, 14:39:00 | -1,000 | 3.75045 | 3.4500 | 3,750.45 | -3.97 | -3,746.48 | 0.00 | 300.45 | O;P |
| AWX | 2018-11-07, 14:39:01 | -1,000 | 3.7500 | 3.4500 | 3,750.00 | -4.87 | -3,745.13 | 0.00 | 300.00 | O |
| AWX | 2018-11-07, 14:56:04 | -355 | 3.7200 | 3.4500 | 1,320.60 | 0.05 | -1,320.65 | 0.00 | 95.85 | O;P |
| AWX | 2018-11-07, 15:06:33 | 888 | 3.6100 | 3.4500 | -3,205.68 | 0.27 | 3,373.42 | 168.00 | -142.08 | C;P |
| AWX | 2018-11-07, 15:11:04 | 100 | 3.6200 | 3.4500 | -362.00 | -0.17 | 379.93 | 17.76 | -17.00 | C |
| AWX | 2018-11-07, 15:14:57 | 2,700 | 3.6886556 | 3.4500 | -9,959.37 | -6.93 | 10,151.35 | 185.05 | -644.37 | C;P |
| AWX | 2018-11-07, 15:15:04 | 1,267 | 3.7078532 | 3.4500 | -4,697.85 | -2.54 | 4,736.21 | 35.82 | -326.70 | C;P |
| AWX | 2018-11-09, 08:21:41 | -825 | 4.3800 | 3.5500 | 3,613.50 | -2.52 | -3,610.98 | 0.00 | 684.75 | O;P |
| AWX | 2018-11-09, 08:21:41 | -400 | 4.3800 | 3.5500 | 1,752.00 | 0.09 | -1,752.09 | 0.00 | 332.00 | O;P |
| AWX | 2018-11-09, 08:22:24 | -900 | 4.3900 | 3.5500 | 3,951.00 | -1.89 | -3,949.11 | 0.00 | 756.00 | O;P |
| AWX | 2018-11-09, 08:23:29 | -100 | 4.4000 | 3.5500 | 440.00 | -0.19 | -439.81 | 0.00 | 85.00 | O |
| AWX | 2018-11-09, 09:27:49 | -262 | 4.7800 | 3.5500 | 1,252.36 | -0.19 | -1,252.17 | 0.00 | 322.26 | O;P |
| AWX | 2018-11-09, 09:30:10 | -10,225 | 4.4343335 | 3.5500 | 45,341.06 | -21.23 | -45,319.83 | 0.00 | 9,042.31 | O;P |
| AWX | 2018-11-09, 09:31:07 | -10,225 | 4.5024205 | 3.5500 | 46,037.25 | -36.38 | -46,000.87 | 0.00 | 9,738.50 | O;P |
| AWX | 2018-11-09, 09:31:40 | -322 | 4.6000 | 3.5500 | 1,481.20 | 0.04 | -1,481.24 | 0.00 | 338.10 | O;P |
| AWX | 2018-11-09, 09:35:05 | 100 | 4.2200 | 3.5500 | -422.00 | -0.17 | 437.81 | 15.64 | -67.00 | C |
| AWX | 2018-11-09, 09:35:23 | 600 | 4.2200 | 3.5500 | -2,532.00 | 0.22 | 2,627.11 | 95.33 | -402.00 | C;P |
| AWX | 2018-11-09, 09:35:27 | 600 | 4.2000 | 3.5500 | -2,520.00 | 0.18 | 2,627.26 | 107.44 | -390.00 | C;P |
| AWX | 2018-11-09, 09:35:50 | 600 | 4.1200 | 3.5500 | -2,472.00 | -0.57 | 2,634.52 | 161.95 | -342.00 | C;P |
| AWX | 2018-11-09, 09:41:57 | 600 | 4.1000 | 3.5500 | -2,460.00 | -0.32 | 2,735.38 | 275.06 | -330.00 | C;P |
| AWX | 2018-11-09, 09:41:57 | 600 | 4.0800 | 3.5500 | -2,448.00 | 0.33 | 2,666.45 | 218.78 | -318.00 | C;P |
| AWX | 2018-11-09, 09:42:16 | 600 | 4.0600 | 3.5500 | -2,436.00 | -0.57 | 2,660.82 | 224.25 | -306.00 | C;P |
| AWX | 2018-11-09, 09:42:20 | 600 | 4.0400 | 3.5500 | -2,424.00 | 0.18 | 2,669.32 | 245.50 | -294.00 | C;P |
| AWX | 2018-11-09, 09:44:04 | 600 | 4.0200 | 3.5500 | -2,412.00 | 0.23 | 2,666.32 | 254.55 | -282.00 | C;P |
| AWX | 2018-11-09, 09:44:08 | 1,000 | 3.9800 | 3.5500 | -3,980.00 | 0.38 | 4,428.78 | 449.16 | -430.00 | C;P |
| AWX | 2018-11-09, 09:44:08 | 1,000 | 3.9900 | 3.5500 | -3,990.00 | -0.33 | 4,430.25 | 439.92 | -440.00 | C;P |
| AWX | 2018-11-09, 09:44:09 | 600 | 3.9700 | 3.5500 | -2,382.00 | 0.23 | 2,656.62 | 274.85 | -252.00 | C;P |

| Trades | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-11-09, 09:47:57 | | -500 | 4.1200 | 3.5500 | 2,060.00 | 0.06 | -2,060.06 | 0.00 | 285.00 | O;P |
| AWX | 2018-11-09, 09:48:01 | | -500 | 4.1103 | 3.5500 | 2,055.15 | -0.58 | -2,054.57 | 0.00 | 280.15 | O;P |
| AWX | 2018-11-09, 09:48:06 | | -1,600 | 4.1100 | 3.5500 | 6,576.00 | -3.30 | -6,572.70 | 0.00 | 896.00 | O;P |
| AWX | 2018-11-09, 09:49:14 | | -500 | 4.1300 | 3.5500 | 2,065.00 | 0.11 | -2,065.11 | 0.00 | 290.00 | O;P |
| AWX | 2018-11-09, 09:50:46 | | -1,600 | 4.1000 | 3.5500 | 6,560.00 | -0.80 | -6,559.20 | 0.00 | 880.00 | O;P |
| AWX | 2018-11-09, 09:53:13 | | 439 | 4.0600 | 3.5500 | -1,782.34 | 0.18 | 1,943.86 | 161.69 | -223.89 | C;P |
| AWX | 2018-11-09, 09:53:55 | | 600 | 4.0100 | 3.5500 | -2,406.00 | -0.77 | 2,656.97 | 250.20 | -276.00 | C;P |
| AWX | 2018-11-09, 09:53:58 | | 200 | 4.0100 | 3.5500 | -802.00 | -0.24 | 885.58 | 83.34 | -92.00 | C;P |
| AWX | 2018-11-09, 09:54:04 | | 100 | 3.9600 | 3.5500 | -396.00 | -0.17 | 442.79 | 46.62 | -41.00 | C |
| AWX | 2018-11-09, 09:54:04 | | 100 | 3.9400 | 3.5500 | -394.00 | -0.17 | 442.79 | 48.62 | -39.00 | C |
| AWX | 2018-11-09, 10:00:16 | | -2,550 | 4.1800 | 3.5500 | 10,659.00 | -11.25 | -10,647.75 | 0.00 | 1,606.50 | O;P |
| AWX | 2018-11-09, 10:04:12 | | 1,000 | 4.0600 | 3.5500 | -4,060.00 | -1.70 | 4,427.92 | 366.22 | -510.00 | C;P |
| AWX | 2018-11-09, 10:08:56 | | -469 | 4.2000 | 3.5500 | 1,969.80 | 0.11 | -1,969.91 | 0.00 | 304.85 | O;P |
| AWX | 2018-11-09, 10:09:18 | | 7,700 | 4.2295221 | 3.5500 | -32,567.32 | -10.03 | 34,449.33 | 1,871.98 | -5,232.32 | C;P |
| AWX | 2018-11-09, 10:11:08 | | -1,000 | 4.2400 | 3.5500 | 4,240.00 | 0.21 | -4,240.21 | 0.00 | 690.00 | O;P |
| AWX | 2018-11-09, 10:11:25 | | -1,000 | 4.2800 | 3.5500 | 4,280.00 | 0.06 | -4,280.06 | 0.00 | 730.00 | O;P |
| AWX | 2018-11-09, 10:11:35 | | -385 | 4.3000 | 3.5500 | 1,655.50 | 0.05 | -1,655.55 | 0.00 | 288.75 | O;P |
| AWX | 2018-11-09, 10:12:20 | | -415 | 4.3000 | 3.5500 | 1,784.50 | -0.20 | -1,784.30 | 0.00 | 311.25 | O;P |
| AWX | 2018-11-09, 10:13:36 | | -1,000 | 4.2800 | 3.5500 | 4,280.00 | -4.58 | -4,275.42 | 0.00 | 730.00 | O;P |
| AWX | 2018-11-09, 10:13:37 | | -300 | 4.2833333 | 3.5500 | 1,285.00 | -0.96 | -1,284.04 | 0.00 | 220.00 | O;P |
| AWX | 2018-11-09, 10:13:56 | | -1,000 | 4.2062 | 3.5500 | 4,206.20 | -1.87 | -4,204.33 | 0.00 | 656.20 | O |
| AWX | 2018-11-09, 10:14:08 | | -1,000 | 4.15498 | 3.5500 | 4,154.98 | -1.86 | -4,153.12 | 0.00 | 604.98 | O;P |
| AWX | 2018-11-09, 10:14:17 | | -1,000 | 4.17311 | 3.5500 | 4,173.11 | -1.87 | -4,171.24 | 0.00 | 623.11 | O;P |
| AWX | 2018-11-09, 10:14:23 | | -1,000 | 4.1900 | 3.5500 | 4,190.00 | 0.13 | -4,190.13 | 0.00 | 640.00 | O;P |
| AWX | 2018-11-09, 10:14:29 | | -782 | 4.2000 | 3.5500 | 3,284.40 | 0.12 | -3,284.52 | 0.00 | 508.30 | O;P |
| AWX | 2018-11-09, 10:14:33 | | -1,000 | 4.1831 | 3.5500 | 4,183.10 | -1.87 | -4,181.23 | 0.00 | 633.10 | O |
| AWX | 2018-11-09, 10:14:43 | | -1,000 | 4.1500 | 3.5500 | 4,150.00 | -4.73 | -4,145.27 | 0.00 | 600.00 | O;P |
| AWX | 2018-11-09, 10:14:52 | | -1,000 | 4.1500 | 3.5500 | 4,150.00 | -0.12 | -4,149.88 | 0.00 | 600.00 | O;P |
| AWX | 2018-11-09, 10:15:00 | | -1,000 | 4.1800 | 3.5500 | 4,180.00 | 0.13 | -4,180.13 | 0.00 | 630.00 | O |

| Trades | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-11-09, 10:15:05 | | -1,000 | 4.2000 | 3.5500 | 4,200.00 | 0.13 | -4,200.13 | 0.00 | 650.00 | O |
| AWX | 2018-11-09, 10:22:55 | | 1,900 | 4.1000 | 3.5500 | -7,790.00 | 0.76 | 8,547.42 | 758.18 | -1,045.00 | C;P |
| AWX | 2018-11-09, 10:22:59 | | 2,000 | 4.0800 | 3.5500 | -8,160.00 | 0.79 | 8,991.20 | 831.99 | -1,060.00 | C;P |
| AWX | 2018-11-09, 10:23:34 | | 100 | 4.0600 | 3.5500 | -406.00 | -0.17 | 449.51 | 43.34 | -51.00 | C |
| AWX | 2018-11-09, 10:23:37 | | 1,808 | 4.0600 | 3.5500 | -7,340.48 | 0.54 | 7,907.63 | 567.69 | -922.08 | C;P |
| AWX | 2018-11-09, 10:23:37 | | 2,000 | 4.0400 | 3.5500 | -8,080.00 | 0.60 | 8,415.62 | 336.22 | -980.00 | C;P |
| AWX | 2018-11-09, 10:23:37 | | 2,000 | 4.0200 | 3.5500 | -8,040.00 | 0.79 | 8,217.19 | 177.98 | -940.00 | C;P |
| AWX | 2018-11-09, 10:23:59 | | 1,930 | 4.0000 | 3.5500 | -7,720.00 | 0.77 | 8,020.54 | 301.31 | -868.50 | C;P |
| AWX | 2018-11-09, 10:24:05 | | 2,000 | 3.979875 | 3.5500 | -7,959.75 | 0.57 | 8,392.24 | 433.06 | -859.75 | C;P |
| AWX | 2018-11-09, 10:24:05 | | 2,000 | 3.959765 | 3.5500 | -7,919.53 | 0.00 | 8,529.10 | 609.56 | -819.53 | C;P |
| AWX | 2018-11-09, 10:24:05 | | 2,000 | 3.9400 | 3.5500 | -7,880.00 | 0.60 | 8,485.65 | 606.25 | -780.00 | C;P |
| AWX | 2018-11-09, 10:24:07 | | 2,000 | 3.91953 | 3.5500 | -7,839.06 | -5.85 | 8,413.64 | 568.72 | -739.06 | C;P |
| AWX | 2018-11-09, 10:24:11 | | 1,000 | 3.8900 | 3.5500 | -3,890.00 | -0.54 | 4,179.73 | 289.19 | -340.00 | C;P |
| AWX | 2018-11-09, 10:24:12 | | 600 | 3.8800 | 3.5500 | -2,328.00 | 0.24 | 2,511.23 | 183.47 | -198.00 | C;P |
| **Total AWX** | | | **-4,396** | | | **32,124.89** | **-143.21** | **-21,886.93** | **11,234.54** | **16,897.49** | |
| AXON | 2018-06-06, 08:22:38 | | -1,000 | 3.4300 | 4.5500 | 3,430.00 | -1.72 | -3,428.28 | 0.00 | -1,120.00 | O;P |
| AXON | 2018-06-06, 08:22:39 | | -1,000 | 3.4200 | 4.5500 | 3,420.00 | -5.36 | -3,414.64 | 0.00 | -1,130.00 | O |
| AXON | 2018-06-06, 08:22:43 | | -1,000 | 3.4200 | 4.5500 | 3,420.00 | -3.25 | -3,416.75 | 0.00 | -1,130.00 | O;P |
| AXON | 2018-06-06, 08:22:44 | | -1,000 | 3.41064 | 4.5500 | 3,410.64 | -5.36 | -3,405.28 | 0.00 | -1,139.36 | O;P |
| AXON | 2018-06-06, 08:55:34 | | -1,000 | 3.6300 | 4.5500 | 3,630.00 | -0.30 | -3,629.70 | 0.00 | -920.00 | O;P |
| AXON | 2018-06-06, 08:55:37 | | -1,000 | 3.6400 | 4.5500 | 3,640.00 | -0.27 | -3,639.73 | 0.00 | -910.00 | O;P |
| AXON | 2018-06-06, 09:31:00 | | -4,000 | 3.51175 | 4.5500 | 14,047.00 | -19.01 | -14,027.99 | 0.00 | -4,153.00 | O;P |
| AXON | 2018-06-06, 09:31:04 | | -8,500 | 3.4799671 | 4.5500 | 29,579.72 | -41.76 | -29,537.96 | 0.00 | -9,095.28 | O;P |
| AXON | 2018-06-06, 09:31:20 | | 1,100 | 3.4142455 | 4.5500 | -3,755.67 | -5.72 | 3,758.96 | -2.43 | 1,249.33 | C;P |
| AXON | 2018-06-06, 09:31:25 | | 200 | 3.4385 | 4.5500 | -687.70 | -0.44 | 683.14 | -5.00 | 222.30 | C |
| AXON | 2018-06-06, 09:31:31 | | 1,000 | 3.3800 | 4.5500 | -3,380.00 | -4.38 | 3,425.20 | 40.83 | 1,170.00 | C;P |
| AXON | 2018-06-06, 09:31:41 | | 2,000 | 3.45825 | 4.5500 | -6,916.50 | -6.86 | 6,886.55 | -36.81 | 2,183.50 | C;P |
| AXON | 2018-06-06, 09:32:16 | | 1,000 | 3.6600 | 4.5500 | -3,660.00 | -0.10 | 3,632.70 | -27.40 | 890.00 | C;P |
| AXON | 2018-06-06, 09:34:07 | | -10,000 | 3.3500 | 4.5500 | 33,500.00 | -53.64 | -33,446.36 | 0.00 | -12,000.00 | O;P |