# EXHIBIT 20

# Select A Case

**David Lopez is an attorney in 325 cases.**

| | | | | |
|---|---|---|---|---|
| [1:00-cv-00957-LMM](#) | Morales v. Adept Technology, et al | filed 02/08/00 | closed 05/29/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01145-HB](#) | Morales v. eGlobe, Inc., et al | filed 02/15/00 | closed 03/28/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01173-KMW](#) | Morales v. Auspex Systems, Inc., et al | filed 02/16/00 | closed 06/06/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01176-DC](#) | Morales, et al v. Energy Biosystems, et al | filed 02/17/00 | closed 05/30/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01342-AKH](#) | Morales v. ISS Group, Inc., et al | filed 02/22/00 | closed 05/22/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01347-HB](#) | Morales v. Imaging Technologies, et al | filed 02/22/00 | closed 07/21/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01482-BSJ](#) | Morales v. Imaging Technologies, et al | filed 02/25/00 | closed 07/26/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01741-SAS](#) | Morales v. Aviation Sales Co., et al | filed 03/07/00 | closed 05/30/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| | | | | 15:0078(15:78m(a) |

Case 1:18-cv-07291-VSB-RWL   Document 74-21   Filed 08/10/20   Page 3 of 35   8/6/20, 4:12 PM

| [1:00-cv-01753-BSJ](#) | Morales v. IEC Electronics, et al | filed 03/07/00 | closed 07/12/01 | Securities Exchange Act) |
|---|---|---|---|---|
| [1:00-cv-01759-JGK](#) | Morales v. Network Systems Intl, et al | filed 03/08/00 | closed 07/29/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-02430-LAK](#) | Morales v. Critical Path Inc., et al | filed 03/30/00 | closed 06/08/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-02482-VM](#) | Morales v. Coleman Co. Inc., et al | filed 03/31/00 | closed 05/01/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-02911-MBM](#) | Morales v. Ubarter.com, et al | filed 04/14/00 | closed 01/10/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-03122-JSM](#) | Morales v. Memberworks Inc., et al | filed 04/24/00 | closed 08/28/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-03964-HB](#) | Morales v. WRP Corp., et al | filed 05/24/00 | closed 06/15/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-03987-JSM](#) | Donoghue, et al v. Flightserv.Com, et al | filed 05/25/00 | closed 06/20/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-04096-JSM](#) | Morales v. Pacific Gateway, et al | filed 06/01/00 | closed 11/29/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-04891-LAP](#) | Morales v. Memberworks Inc., et al | filed 06/30/00 | closed 11/13/00 | 15:0078(15:78m(a) Securities Exchange Act) |

Case 1:18-cv-07291-VSB-RWL   Document 74-21   Filed 08/10/20   Page 4 of 35        8/6/20, 4:12 PM

| [1:00-cv-05083-LLS](#) | Morales v. Rofin-Sinar Tech., et al | filed 07/11/00 | closed 11/16/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05084-DC](#) | Morales v. Ebix.com, Inc., et al | filed 07/11/00 | closed 08/28/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05085-LAP](#) | Morales v. Payforview.com Corp., et al | filed 07/11/00 | closed 11/21/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05181-AKH](#) | Morales v. It Group Inc., et al | filed 07/13/00 | closed 02/07/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05410-RO](#) | Morales v. Alysis Technologies, et al | filed 07/24/00 | closed 01/19/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05497-RO](#) | Morales v. Nevada Manhattan, et al | filed 07/25/00 | closed 02/26/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05569-WHP](#) | Morales v. Cal Dive Int'l. Inc., et al | filed 07/26/00 | closed 12/01/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05675-SHS](#) | Morales v. Frontier Airlines, et al | filed 07/28/00 | closed 06/26/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-06051-RMB](#) | Morales v. Comsat Corporation, et al | filed 08/15/00 | closed 08/28/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-06054-SWK](#) | Morales v. Virco Manufacturing, et al | filed 08/15/00 | closed 10/06/00 | 15:0078(15:78m(a) Securities Exchange Act) |

8/6/20, 4:12 PM

| [1:00-cv-06060-GBD](#) | Morales v. Wet Seal, Inc., et al | filed 08/15/00 | closed 02/15/01 | 15:0078(15:78m(a) Securities Exchange Act) |
|---|---|---|---|---|
| [1:00-cv-06695-AKH](#) | Morales v. Econnect, et al | filed 09/06/00 | closed 12/01/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-06696-JGK](#) | Donoghue, et al v. Miracor Diagnostics, et al | filed 09/06/00 | closed 03/27/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-06787-AGS](#) | Morales v. Usabancshares.com, et al | filed 09/08/00 | closed 09/29/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-07724-KMW](#) | Morales v. Steiner Leisure Ltd., et al | filed 10/12/00 | closed 12/19/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-07970-GBD](#) | Morales v. Payforview.com Corp., et al | filed 10/19/00 | closed 12/28/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-07971-JSM](#) | Morales v. Complete Wellness, et al | filed 10/19/00 | closed 01/24/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-08755-DC](#) | Morales v. American Skiing Co., et al | filed 11/16/00 | closed 08/27/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-09173-HB](#) | Gryl, et al v. Shire Pharm. Group, et al | filed 12/04/00 | closed 08/31/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-09338-KMW](#) | Morales v. Country World, et al | filed 12/08/00 | closed 06/22/01 | 15:0078(15:78m(a) Securities Exchange Act) |

Case 1:18-cv-07291-VSB-RWL   Document 74-21   Filed 08/10/20   Page 6 of 35          8/6/20, 4:12 PM

| | | | | |
|---|---|---|---|---|
| [1:01-cv-00700-GBD](#) | Morales v. Lynx Therapeutics, et al | filed 01/29/01 | closed 03/08/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-00708-RWS](#) | Morales, et al v. Natural Microsystems, et al | filed 01/29/01 | closed 05/09/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-01302-RMB](#) | Morales v. Creditrust Corp., et al | filed 02/21/01 | closed 05/15/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-01303-KMW-KNF](#) | Morales, et al v. CT Holdings Inc., et al | filed 02/21/01 | closed 01/30/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-02029-JSM](#) | Donoghue v. Quotemedia.com, Inc., et al | filed 03/09/01 | closed 08/02/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-02407-KMW](#) | Donoguhe v. Integrated Business, et al | filed 03/21/01 | closed 03/30/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-02447-MP](#) | Donoghue v. Opti, Inc., et al | filed 03/22/01 | closed 05/29/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-06132-WK](#) | Donoghue v. Equitex, Inc., et al | filed 07/06/01 | closed 09/07/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-06192-HB](#) | Portnoy v. Tengasco, Inc. | filed 07/09/01 | closed 08/30/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-06286-DC](#) | Donoghue v. Socrates Corp., et al | filed 07/11/01 | closed 10/26/01 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:01-cv-06290-GEL](#) | Donoghue v. Greka Energy Corp., et al | filed 07/11/01 | closed 10/22/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-06292-WHP](#) | Donoghue v. Davita, Inc. | filed 07/11/01 | closed 09/05/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-08548-MGC](#) | Donoghue v. Aviation Sales Co., et al | filed 09/20/01 | closed 02/06/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-09325-LMM](#) | Donoghue v. Westwood One, Inc., et al | filed 10/23/01 | closed 11/21/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-09655-JES](#) | Donoghue v. Alliant Techsystems, et al | filed 11/01/01 | closed 11/27/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-09886-RCC](#) | Donoghue v. Niku Corporation, et al | filed 11/08/01 | closed 03/27/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-10194-NRB](#) | Donoghue v. Dicut, Inc., et al | filed 11/19/01 | closed 09/30/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-10612-AKH](#) | Donoghue v. Hudson River Bancorp, et al | filed 11/21/01 | closed 03/28/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-11225-CSH](#) | Donoghue v. Industrial Holdings, et al | filed 12/06/01 | closed 03/31/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-11325-LAK](#) | Donoghue v. Indexonly, Inc., et al | filed 12/11/01 | closed 01/30/02 | 15:0078(15:78m(a) Securities Exchange Act) |

8/6/20, 4:12 PM

| [1:02-cv-00110-LAP](#) | Donoghue v. Genomica Corp., et al | filed 01/04/02 | closed 05/20/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| --- | --- | --- | --- | --- |
| [1:02-cv-00152-NRB](#) | Donoghue v. Genomica Corp., et al | filed 01/08/02 | closed 01/28/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-01785-KMW](#) | Donoghue v. Infotopia Inc., et al | filed 03/05/02 | closed 06/07/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-02404-TPG](#) | Donoghue v. Golden State Bancorp, et al | filed 03/27/02 | closed 09/30/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-03248-RMB](#) | Donoghue v. Parlux Fragrances, et al | filed 04/29/02 | closed 06/27/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-03383-WHP](#) | Donoghue v. M.H. Myerson & Co., et al | filed 05/01/02 | closed 07/24/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-04215-JGK](#) | Donoghue v. The Chile Fund, Inc., et al | filed 06/04/02 | closed 10/31/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-04416-RWS](#) | Donoghue v. The Chile Fund Inc., et al | filed 06/11/02 | closed 09/10/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-05413-NRB](#) | Donoghue v. Advanced Magnetics, et al | filed 07/15/02 | closed 06/11/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-06142-WHP](#) | Donoghue v. CKE Restaurants Inc., et al | filed 08/01/02 | closed 10/02/02 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:02-cv-06578-JGK](#) | Donoghue v. Intraware, Inc., et al | filed 08/16/02 | closed 11/25/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-00185-TPG](#) | Donoghue v. Collaborative, et al | filed 01/09/03 | closed 05/29/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-00186-GEL](#) | Donoghue v. J Bird Music Group, et al | filed 01/09/03 | closed 10/06/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-01037-KMW](#) | Donoghue v. Casual Male Retail, et al | filed 02/14/03 | closed 03/31/06 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-01122-JES](#) | Donoghue v. TYCO International, et al | filed 02/18/03 | closed 05/16/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-01159-DC](#) | Donoghue v. Chippac, Inc., et al | filed 02/21/03 | closed 03/10/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-02281-DAB-THK](#) | Donoghue v. Vista Continental, et al | filed 04/01/03 | closed 01/09/07 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-02472-RJH-RLE](#) | Donoghue v. Eagle Building Tech., et al | filed 04/09/03 | closed 01/09/04 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-02575-TPG](#) | Donoghue v. SFBC International, et al | filed 04/11/03 | closed 05/08/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-02615-JGK](#) | Donoghue v. United Banks, Inc., et al | filed 04/14/03 | closed 06/18/03 | 15:0078(15:78m(a) Securities |

| | | | | Exchange Act) |
|---|---|---|---|---|
| [1:03-cv-02955-RMB](#) | Donoghue v. Medifast, Inc., et al | filed 04/28/03 | closed 05/28/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-06665-MGC](#) | Donoghue v. Rtin Holdings, Inc., et al | filed 09/03/03 | closed 11/24/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-08329-NRB](#) | Donoghue v. Accenture Ltd., et al | filed 10/21/03 | closed 08/16/04 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-09618-HB](#) | Donoghue v. ESG Re Limited et al | filed 12/03/03 | closed 12/19/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:04-cv-00076-RJH](#) | Donoghue v. Anteon Corporation | filed 01/06/04 | closed 02/09/04 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:04-cv-00524-JSR](#) | Donohue v. Tweeter Home Entertainment Group, Inc. et al | filed 01/22/04 | closed 08/31/04 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:04-cv-00753-KMW](#) | Donoghue v. Questcor Pharmaceuticals, Inc. et al | filed 01/30/04 | closed 02/27/04 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:04-cv-06764-HB](#) | Donoghue v. XRG, Inc. et al | filed 08/20/04 | closed 10/25/04 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:04-cv-06857-KMW](#) | Donoghue v. Novastar Financial, Inc. et al | filed 08/24/04 | closed 03/28/06 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:04-cv-](#) | | | | 15:0078(15:78m(a) |

| | | | | |
|---|---|---|---|---|
| [10260-RO](#) | Donoghue v. Bigmar Inc. et al | filed 12/28/04 | closed 09/13/05 | Securities Exchange Act) |
| [1:05-cv-04082-WHP](#) | Donoghue v. Centillium Communications, Inc. et al | filed 04/22/05 | closed 03/31/06 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:05-cv-04083-JSR](#) | Donoghue v. Centennial Communications Corp. et al | filed 04/22/05 | closed 06/13/05 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:06-cv-00651-LAP](#) | Donoghue v. Alloy, Inc. et al | filed 01/27/06 | closed 04/27/06 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:06-cv-00697-LLS](#) | Donoghue v. Innovo Group Inc. et al | filed 01/30/06 | closed 03/24/06 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:06-cv-03518-AKH](#) | In Re: Escala Group, Inc. Securities Litigation | filed 05/09/06 | closed 12/03/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:06-cv-04918-SAS](#) | Donoghue v. Digital Video Systems, Inc. et al | filed 06/23/06 | closed 07/25/06 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:06-cv-04919-AKH](#) | Shapiro et al v. Escala Group, Inc. | filed 06/23/06 | closed 08/25/06 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:06-cv-06097-LTS-FM](#) | Huppe v. WPCS International Incorporated et al | filed 08/10/06 | closed 08/12/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:07-cv-00111-RMB](#) | Donoghue v. Gulfmark Offshore Inc. et al | filed 01/05/07 | closed 02/08/07 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:07-cv-00137-DLC](#) | Donoghue v. Ashworth, Inc. et al | filed 01/08/07 | closed 02/08/07 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:07-cv-01884-LBS](#) | Donoghue v. Delphi Corporation et al | filed 03/02/07 | closed 12/18/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:07-cv-07214-HB](#) | Portnov v. Uroplasty, Inc. et al | filed 08/13/07 | closed 10/10/07 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:07-cv-08550-LBS](#) | Donoghue v. Local.Com Corporation et al | filed 10/03/07 | closed 10/28/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:07-cv-08551-RMB](#) | Donoghue v. National Financial Partners Corp. et al | filed 10/03/07 | closed 11/14/07 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:07-cv-08552-HB](#) | Donoghue v. Covansys et al. | filed 10/03/07 | closed 11/28/07 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-02434-DLC](#) | Donoghue v. Immunosyn Corporation et al | filed 03/11/08 | closed 04/22/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-04411-RPP](#) | Donoghue v. Rehabcare Group Inc. et al | filed 05/09/08 | closed 06/03/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-04695-GBD](#) | Donoghue v. Polo Ralph Lauren et al | filed 05/19/08 | closed 07/18/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-07374-AKH](#) | Donoghue v. Bucyrus International, Inc. et al | filed 08/20/08 | closed 11/30/08 | 15:0078(15:78m(a) Securities Exchange Act) |

| 1:08-cv-07612-VM | Donoghue v. The Inventure Group, Inc. et al | filed 08/28/08 | closed 11/17/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| 1:08-cv-08392-CM | Donoghue v. Baseline Oil & Gas Corp. et al | filed 09/30/08 | closed 11/04/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| 1:08-cv-08393-LAK | Donoghue v. Chinacast Education Corporation et al | filed 09/30/08 | closed 11/09/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| 1:08-cv-09252-MGC | Donoghue v. CSX Corporation et al | filed 10/28/08 | closed 03/09/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| 1:08-cv-09886-JSR | Donoghue v. Coventry Health Care Inc. et al | filed 11/12/08 | closed 01/22/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| 1:08-cv-09888-CM | Donoghue v. Sourceforge, Inc. et al | filed 11/12/08 | closed 01/21/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| 1:08-cv-11263-MGC | Portnoy v. Medivation, Inc. et al | filed 12/29/08 | closed 01/01/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| 1:08-cv-11307-DC | Donoghue v. ZAP et al | filed 12/30/08 | closed 05/21/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| 1:09-cv-00024-RMB | Donoghue v. Special Situations Private Equity Fund, L.P. et al | filed 01/05/09 | closed 02/15/12 | 15:0078(15:78m(a) Securities Exchange Act) |
| 1:09-cv-00764-PKC | Donoghue v. Chesapeake Energy Corporation et al | filed 01/27/09 | closed 03/07/09 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:09-cv-00809-SAS](#) | Donoghue v. ASYST Technologies Inc. et al | filed 01/28/09 | closed 03/13/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-01023-GBD](#) | Donoghue v. Magma Design Automation, Inc. et al | filed 02/05/09 | closed 02/26/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-02441-LLS](#) | Donoghue v. Primus Guaranty Ltd. et al | filed 03/17/09 | closed 03/30/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-02442-DAB](#) | Donoghue v. Gamestop Corp. et al | filed 03/17/09 | closed 06/13/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-02552-SAS](#) | Donoghue v. Convergys Corporation et al | filed 03/19/09 | closed 04/13/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-02689-JSR](#) | Donoghue v. Forward Industries, Inc. et al | filed 03/24/09 | closed 05/08/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-02831-BSJ](#) | Donoghue v. Nature's Sunshine Products, Inc. et al | filed 03/24/09 | closed 04/16/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-03076-VM](#) | Donoghue v. Sigma-Aldrich Corp. et al | filed 03/30/09 | closed 04/15/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-04354-AKH](#) | Donoghue v. Marriott International, Inc. et al | filed 05/05/09 | closed 08/26/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-05105-LMM](#) | Donoghue v. Pershing Square Capital Management, L.P. et al | filed 06/01/09 | closed 07/24/09 | 15:0078(15:78m(a) Securities |

|  |  |  |  | Exchange Act) |
|---|---|---|---|---|
| [1:09-cv-06023-LTS](#) | Donoghue v. MEMC Electronic Materials, Inc. et al | filed 07/01/09 | closed 10/21/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-06105-BSJ-JCF](#) | Donoghue v. PHH Corporation et al | filed 07/06/09 | closed 08/05/11 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-06142-RMB](#) | Donoghue v. Calpine Corp. et al | filed 07/08/09 | closed 07/25/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-06792-PKC](#) | Donoghue v. Aspect Medical Systems, Inc. et al | filed 07/31/09 | closed 08/06/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-06800-RJS](#) | Donoghue v. Borland Software Corporation et al | filed 07/31/09 | closed 10/15/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-07027-GBD](#) | Portnoy v. Oriental Financial Group, Inc. | filed 08/07/09 | closed 11/20/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-07521-SHS](#) | Donoghue v. Fibernet Telecom Group Inc. et al | filed 08/27/09 | closed 11/12/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-09853-AKH](#) | Donoghue v. RCN Corporation et al | filed 11/30/09 | closed 04/14/10 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-10152-PKC](#) | Donoghue v. The Andersons, Inc. et al | filed 12/11/09 | closed 02/10/10 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-](#) | Donoghue v. Cyclacel Corporation et |  |  | 15:0078(15:78m(a) |

| [10560-PAE](#) | al | filed 12/29/09 | closed 02/21/12 | Securities Exchange Act) |
| [1:10-cv-01678-PGG](#) | Donoghue v. ZAGG Inc. et al | filed 03/03/10 | closed 04/27/10 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:10-cv-02793-WHP](#) | Donoghue v. Endologix Inc. et al | filed 03/29/10 | closed 04/08/10 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:10-cv-03005-DLC](#) | Donoghue v. J. Crew Group, Inc. et al | filed 04/07/10 | closed 04/27/10 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:10-cv-03131-DLC](#) | Donoghue v. Morgan Stanley High Yield Fund et al | filed 04/13/10 | closed 03/31/11 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:10-cv-03343-LTS](#) | Donoghue v. Patriot Coal Corporation et al | filed 04/21/10 | closed 08/02/10 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:11-cv-01049-LTS](#) | Donoghue v. Chelsea Therapeutics International, Ltd. et al | filed 02/15/11 | closed 02/28/11 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:11-cv-03064-PKC](#) | Donoghue v. Temecula Valley Bancorp Inc. et al | filed 05/04/11 | closed 05/30/11 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:11-cv-03374-TPG](#) | Donoghue v. Yuhe International, Inc. et al | filed 05/17/11 | closed 05/30/11 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:11-cv-05515-PGG](#) | Donoghue v. Futurefuel Corp. et al | filed 08/09/11 | closed 10/18/11 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:11-cv-08695-JGK](#) | Donoghue v. Barnes & Noble, Inc. et al | filed 11/29/11 | closed 03/06/12 | 15:0078(15:78m(a) Securities Exchange Act) |
|---|---|---|---|---|
| [1:11-cv-08713-TPG](#) | Donoghue v. Great Atlantic & Pacific Tea Co. Inc. et al | filed 11/30/11 | closed 03/13/12 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-02839-AKH](#) | Donoghue v. Command Security Corporation et al | filed 04/10/12 | closed 07/15/12 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-06867-JPO](#) | Donoghue v. Cortex Pharmaceuticals Inc. /DE/ et al | filed 09/11/12 | closed 08/23/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-06873-JMF](#) | Donoghue v. Globaloptions Group Inc. et al | filed 09/11/12 | closed 09/30/12 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-07755-KBF](#) | Donoghue v. Applied Minerals, Inc. et al | filed 10/17/12 | closed 11/19/12 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-07807-PKC](#) | Donoghue v. Avalon Holdings Corporation et al | filed 10/18/12 | closed 03/04/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-08628-KBF](#) | Donoghue v. Westmoreland Coal Company et al | filed 11/28/12 | closed 02/21/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-08690-KBF](#) | Donoghue v. Colombia Energy Resources, Inc. et al | filed 11/29/12 | closed 03/16/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-08891-MGC](#) | Donoghue v. Mass Megawatts Wind Power Inc. et al | filed 12/07/12 | closed 03/03/13 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:13-cv-01224-PAE](#) | Donoghue v. Dole Food Company, Inc. et al | filed 02/21/13 | closed 08/08/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-01818-PAC](#) | Donoghue v. Cerner Corporation et al | filed 03/19/13 | closed 07/29/14 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-01819-AKH](#) | Donoghue v. Silicon Graphics International Corp. et al | filed 03/19/13 | closed 06/26/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-02033-JSR](#) | Donoghue v. Patterson Companies, Inc. et al | filed 03/26/13 | closed 12/31/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-02051-RWS](#) | Donoghue v. American Bio Medica Corp. et al | filed 03/27/13 | closed 05/08/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-02329-RA](#) | Donoghue v. Usana Health Sciences, Inc. et al | filed 04/08/13 | closed 07/15/14 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-02903-RPP](#) | Donoghue v. Teletouch Communications, Inc. et al | filed 04/30/13 | closed 07/03/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-03124-DLC](#) | Donoghue v. Revolutions Medical Corp. et al | filed 05/09/13 | closed 10/07/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-03141-RA](#) | Donoghue v. Altra Holdings, Inc. et al | filed 05/09/13 | closed 05/31/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-03297-LAK](#) | Donoghue v. Camco Financial Corporation et al | filed 05/16/13 | closed 09/10/13 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:13-cv-06229-NRB](#) | Donoghue v. Evolution Petroleum Corp. et al | filed 09/04/13 | closed 02/22/14 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:14-cv-06383-PAC](#) | Donoghue v. Netsol Technologies, Inc., et al | filed 08/11/14 | closed 11/18/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:14-cv-07640-ER](#) | Donoghue et al v. Retrophin, Inc. et al | filed 09/19/14 | closed 12/02/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:14-cv-07783-AJN](#) | Donoghue v. Town Sports International Holdings Inc. et al | filed 09/19/14 | closed 10/06/14 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:14-cv-08353-PAC](#) | Donoghue v. Achillion Pharmaceuticals, Inc. et al | filed 10/20/14 | closed 07/13/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-00430-SHS](#) | Donoghue v. Akorn, Inc. et al | filed 01/21/15 | closed 02/28/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-00677-LGS](#) | Donoghue v. Vanguard Natural Resources, LLC et al | filed 01/29/15 | closed 02/17/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-00730-KPF](#) | Donoghue v. Northwest Biotherapeutics, Inc. et al | filed 02/02/15 | closed 02/23/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-01492-KPF](#) | Donoghue v. Northwest Biotherapeutics, Inc. et al | filed 02/26/15 | closed 12/02/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-05618-PAC](#) | Donoghue v. Zivo BioScience, Inc et al | filed 07/17/15 | closed 01/18/17 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:15-cv-06939-SAS](#) | Rubenstein v. HC2 Holdings, Inc. et al | filed 09/02/15 | closed 12/03/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-08786-RA](#) | Rubenstein v. Gale et al | filed 11/08/15 | closed 02/21/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-09590-JPO](#) | Donoghue et al. v. G2 Investment Partners Management LLC et al | filed 12/08/15 | closed 01/05/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-09752-VSB](#) | Rubenstein v. vTv Therapeutics, Inc. et al | filed 12/14/15 | closed 03/31/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-09794-NRB](#) | Rubenstein v. Leone et al | filed 12/16/15 | closed 07/18/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-01877-ALC](#) | Donoghue v. Shane McMahon et al | filed 03/14/16 | closed 06/24/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-04090-PAE](#) | Rubenstein v. Watts et al | filed 06/01/16 | closed 07/22/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-07283-RWS](#) | Rubenstein v. Liberty Media Corp. et al | filed 09/19/16 | closed 06/21/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-07630-JCF](#) | Donoghue et al v. Quest Solution, Inc. et al | filed 09/29/16 | closed 09/28/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-07905-ALC](#) | Donoghue v. Patriot National, Inc. et al | filed 10/10/16 | closed 06/16/17 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:16-cv-09110-LGS](#) | Donoghue et al v. Stratus Properties, Inc. et al | filed 11/22/16 | closed 04/06/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-09115-RA](#) | Donoghue v. Brisben et al | filed 11/23/16 | closed 02/10/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:17-cv-00821-JPO](#) | Rubenstein v. Rofam Inv. LLC et al. | filed 02/02/17 | closed 03/28/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:17-cv-02273-GBD](#) | Donoghue v. Relative Value Partners LLC et al | filed 03/29/17 | closed 09/05/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:17-cv-08708-AJN](#) | Donoghue v. Finish Line Inc. et al | filed 11/09/17 | closed 07/23/18 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:17-cv-09874-GBD](#) | Donoghue v. G1 Therapeutics, Inc. et al | filed 12/18/17 | closed 01/16/18 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:18-cv-00081-PAE](#) | Rubenstein v. International Value Advisers, LLC et al | filed 01/05/18 | closed 02/05/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:18-cv-00833-LAP](#) | Donoghue et al. v. Marcato Capital Management LP et al. | filed 01/30/18 | closed 06/02/18 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:18-cv-06419-VSB](#) | Rubenstein v. Independent Bank Group, Inc. et al | filed 07/16/18 | closed 09/07/18 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:18-cv-07291-VSB-](#) | Avalon Holdings Corporation v. | filed 08/13/18 | | 15:0078(15:78m(a) Securities |

| RWL | Gentile et al | | | Exchange Act) |
|---|---|---|---|---|
| [1:18-cv-07812-LAP](#) | Rubenstein v. Chin et al | filed 08/27/18 | closed 03/26/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:18-cv-08896-VSB-RWL](#) | New Concept Energy, Inc. v. Gentile et al | filed 09/28/18 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-03313-GHW](#) | Rubenstein v. CymaBay Therapeutics, Inc. et al | filed 04/14/19 | closed 11/13/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-03782-GBD-RWL](#) | Microbot Medical, Inc. v. Alliance Investment Management, Ltd. | filed 04/28/19 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-04117-ER](#) | Rubenstein v. Heron Therapeutics, Inc. et al | filed 05/07/19 | closed 05/09/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-06976-KPF](#) | Rubenstein v. Siokas et al | filed 07/25/19 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-07802-KPF](#) | Rubenstein v. Knight-Swift Transportation Holdings Inc. et al | filed 08/20/19 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-07991-JPO](#) | Donoghue et al v. Astro Aerospace Ltd. et al | filed 08/26/19 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-08179-NRB](#) | Donoghue et al v. Ambase Corp. et al | filed 09/03/19 | closed 12/13/19 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | |
|---|---|---|---|
| [1:20-cv-01807-JGK](#) | IN RE MYOVANT SCIENCES LTD. SECTION l6(b) LITIGATION | filed 02/29/20 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03442-VM](#) | Rubenstein et al v. HollyFrontier Corporation et al | filed 05/02/20  closed 05/22/20 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03697-VEC](#) | Donoghue et al v. National Health Investors, Inc. et al | filed 05/13/20 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03778-VM](#) | Donoghue et al v. H&E Equipment Services, Inc. et al | filed 05/15/20  closed 06/10/20 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03961-GHW](#) | Rubenstein et al v. IMAX Corporation et al | filed 05/21/20 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-04099-GHW](#) | Donoghue v. Taylor Devices, Inc. et al | filed 05/28/20 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:90-cv-07579-MGC](#) | C.R.A. Realty Corp., et al v. Programming & System | filed 11/27/90  closed 11/07/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:90-cv-08234-LMM](#) | C.R.A. Realty Corp.,, et al v. Southland Communicat | filed 12/27/90  closed 04/15/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-06182-RWS](#) | C.R.A. Realty Corp., et al v. Walgreen Co. | filed 09/12/91  closed 10/31/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-06215-KMW](#) | C.R.A. Realty Corp, et al v. First City Bancorp | filed 09/13/91  closed 11/01/91 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:91-cv-06223-CSH](#) | C.R.A. Realty Corp., et al v. Technical Communicat | filed 09/16/91 | closed 11/04/91 | 15:0078(15:78m(a) Securities Exchange Act) |
|---|---|---|---|---|
| [1:91-cv-06262-KC](#) | Jammys International, et al v. Dillard Dept. Stores | filed 09/17/91 | closed 10/30/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-06434-PKL](#) | Jammys international, et al v. Wal-Mart Stores, Inc | filed 09/23/91 | closed 10/24/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-06435-LBS](#) | C.R.A. Realty Corp., et al v. Comptronix Corporati | filed 09/23/91 | closed 12/20/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-06577-MBM](#) | C.R.A. Realty Corp. v. Colorocs Corporation, et al | filed 09/30/91 | closed 01/09/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-06660-KTD](#) | C.R.A. Realty Corp., et al v. Advanced Magnetics | filed 10/03/91 | closed 11/22/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-07387-RPP](#) | C.R.A. Realty Corp., et al v. Dell Computer Corpor | filed 10/31/91 | closed 04/15/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-07391-JSM](#) | C.R.A. Realty Corp., et al v. Rocky Mountain | filed 10/31/91 | closed 11/22/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-08403-LBS](#) | C.R.A. Realty Corp., et al v. Clayton Homes, Inc. | filed 12/13/91 | closed 02/25/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-08451-WCC](#) | C.R.A. Realty Corp. v. American International, et al | filed 12/17/91 | closed 02/27/92 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:92-cv-00846-WCC](#) | C.R.A. Realty Corp. v. The Aqua Buoy Corp., et al | filed 02/04/92 | closed 05/19/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-01168-TPG](#) | C.R.A. Realty Corp, et al v. First Empire State | filed 02/18/92 | closed 03/20/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-01173-RPP](#) | C.R.A. Realty Corp. v. Sunlite Inc., et al | filed 02/18/92 | closed 06/11/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-01668-SWK](#) | C.R.A. Realty Corp. v. Int'l. Cablecasting, et al | filed 03/09/92 | closed 05/29/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-01716-LLS](#) | C.R.A. Realty Corp., et al v. 1st National Film | filed 03/10/92 | closed 04/24/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-01718-PKL](#) | C.R.A. Realty Corp. v. First Colonial Corp., et al | filed 03/10/92 | closed 06/09/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-01719-KC](#) | C.R.A. Realty Corp., et al v. International Leisur, et al | filed 03/10/92 | closed 06/10/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02053-MGC](#) | C.R.A. Realty Corp. v. Intellicorp Inc, et al | filed 03/24/92 | closed 10/03/94 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02054-KTD](#) | C.R.A. Realty Corp v. Lockheed Corp, et al | filed 03/23/92 | closed 09/24/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02093-LMM](#) | C.R.A. Realty v. Scor US Corp., et al | filed 03/24/92 | closed 03/29/95 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:92-cv-02120-LLS](#) | C.R.A. Realty Corp. v. American Greetings, et al | filed 03/25/92 | closed 04/08/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02204-KTD](#) | C.R.A. Realty Corp., et al v. Claire's Stores, Inc | filed 03/27/92 | closed 06/15/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02741-KTD](#) | C.R.A. Realty Corp., et al v. Analytical Surveys | filed 04/16/92 | closed 06/16/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02822-KC](#) | C.R.A. Realty Corp. v. Biomed Medical, et al | filed 04/20/92 | closed 05/27/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02823-SWK](#) | C.R.A. Realty Corp., et al v. First National | filed 04/20/92 | closed 06/28/95 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02903-LMM](#) | C.R.A. Realty Corp. v. Xplor Corporation, et al | filed 04/22/92 | closed 06/09/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-03452-LBS](#) | C.R.A. Realty Corp., et al v. New Milford Bank & | filed 05/12/92 | closed 07/06/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-05092-JSM](#) | C.R.A. Realty Corp., et al v. Richey Pacific Ltd. | filed 07/08/92 | closed 09/04/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-05155-LAP](#) | C.R.A. Realty Corp. v. Incomnet, Inc., et al | filed 07/10/92 | closed 02/09/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-05280-WCC](#) | C.R.A. Realty Corp. v. Gold Standard, Inc., et al | filed 07/15/92 | closed 10/26/93 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:92-cv-06073-MGC](#) | C.R.A. Realty Corp. v. Mutual Federal Savin, et al | filed 08/11/92 | closed 09/03/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-06077-LBS](#) | Jammy's Int'l. Inc., et al v. First Commerce Corp. | filed 08/11/92 | closed 10/19/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-06311-PNL](#) | C.R.A. Realty Corp., et al v. MIPS Computer Corp. | filed 08/20/92 | closed 02/04/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-06531-KMW](#) | C.R.A. Realty Corp. v. Paris Business Forms, et al | filed 09/01/92 | closed 11/02/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-07226-JFK](#) | C.R.A. Realty Corp. v. Smith International, et al | filed 10/06/92 | closed 03/25/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-07227-KTD](#) | C.R.A. Realty Corp., et al v. Advanced Promotion | filed 10/06/92 | closed 04/14/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-07502-MBM](#) | C.R.A. Realty Corp. v. Enron Corporation, et al | filed 10/14/92 | closed 03/02/94 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-07908-SWK](#) | C.R.A. Realty Corp., et al v. Pamrapo Bancorp Inc. | filed 10/28/92 | closed 12/16/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-07948-TPG](#) | C.R.A. Realty Corp., et al v. Stage 11 Apparel | filed 10/29/92 | closed 01/07/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-08696-JSM](#) | C.R.A. Realty Corp. v. The Bank of NY Co., et al | filed 12/02/92 | closed 07/27/94 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:93-cv-03693-MP](#) | Morales v. NYCAL Corporation, et al | filed 06/02/93 | closed 12/13/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04122-RWS](#) | Morales, et al v. Int'l. Richey, et al | filed 06/16/93 | closed 11/30/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04163-CSH-BAL](#) | C.R.A. Realty Corp. v. Vision Technologies, et al | filed 06/18/93 | closed 03/29/94 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04211-KC](#) | Morales, et al v. Home Intensive Care | filed 06/21/93 | closed 09/03/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04268-WK](#) | Morales v. Tago, Inc., et al | filed 06/23/93 | closed 11/22/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04269-LLS](#) | Morales v. Environment Holdings, et al | filed 06/23/93 | closed 12/14/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04323-SS-KAR](#) | Morales v. Cohasset Savings Bnk, et al | filed 06/24/93 | closed 03/23/94 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04332-MP](#) | C.R.A. Realty Corp. v. Maryland Federal, et al | filed 06/25/93 | closed 07/12/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04424-MGC](#) | C.R.A. Realty Corp. v. AFN Inc., et al | filed 06/29/93 | closed 10/28/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04662-JFK](#) | C.R.A. Realty Corp. v. Piedmont Natural Gas, et al | filed 07/09/93 | closed 07/21/93 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:93-cv-04689-JSM](#) | C.R.A. Realty Corp., et al v. Dev-Tech Corp. | filed 07/12/93 | closed 10/15/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04690-MGC](#) | Morales v. Intramerican Corp., et al | filed 07/12/93 | closed 09/08/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-05265-MBM](#) | Morales v. Angstrom Technologie, et al | filed 07/29/93 | closed 08/17/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-06228-LAP](#) | Morales v. Underwriters Group, et al | filed 09/07/93 | closed 11/17/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-06787-BN](#) | C.R.A. Realty Corp., et al v. Ecogen Inc | filed 09/28/93 | closed 12/23/94 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-06814-RO](#) | C.R.A. Realty Corp., et al v. General Kinetics, | filed 09/29/93 | closed 03/24/97 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:94-cv-08177-RPP](#) | Morales v. Consulier Inc., et al | filed 11/14/94 | closed 12/21/94 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:94-cv-08439-LMM](#) | Morales v. Independent Tele., et al | filed 11/18/94 | closed 01/20/95 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:94-cv-08502-KTD](#) | Morales v. Alter Sales Company, et al | filed 11/23/94 | closed 06/08/95 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:94-cv-08571-AGS](#) | Morales v. Dig. Solutions, Inc., et al | filed 11/25/94 | closed 02/02/95 | 15:0078(15:78m(a) Securities |

Exchange Act)

| [1:94-cv-08572-JSM](#) | Morales v. Wellco Enterprises, et al | filed 11/25/94 | closed 02/26/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:94-cv-08573-JFK](#) | Morales v. Princeton Electronic, et al | filed 11/25/94 | closed 11/29/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-01036-MBM](#) | C.R.A. Realty Corp. v. Freemont Corporation, et al | filed 02/15/95 | closed 09/27/95 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-01246-CSH](#) | Morales v. New Valley Corp., et al | filed 02/22/95 | closed 04/17/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-01343-JES](#) | Morales v. Enviromint Holdings, et al | filed 02/27/95 | closed 03/31/95 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-08685-LMM](#) | Morales v. Inamed Corporation, et al | filed 10/11/95 | closed 04/22/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-08857-KMW](#) | Morales v. U.S. Long Distance, et al | filed 10/18/95 | closed 03/07/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-08858-RPP](#) | Morales v. Video Display Corp., et al | filed 10/18/95 | closed 03/26/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-09022-HB](#) | Morales v. American Power | filed 10/23/95 | closed 12/21/95 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-](#) | | | | 15:0078(15:78m(a) |

| | | | | |
|---|---|---|---|---|
| [10202-CBM](#) | Morales v. Executive Telecard, et al | filed 12/04/95 | closed 12/14/99 | Securities Exchange Act) |
| [1:95-cv-10907-MP](#) | Morales, et al v. Glob. Tot. Ret. Fund, et al | filed 12/27/95 | closed 06/26/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-10976-JSM](#) | Morales v. Oryx Technology Corp, et al | filed 12/29/95 | closed 11/25/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:96-cv-00214-JFK](#) | Morales v. Alba Waldensian Inc., et al | filed 01/16/96 | closed 07/10/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:96-cv-00225-DLC](#) | Morales v. Incomnet Inc., et al | filed 01/16/96 | closed 06/06/97 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:96-cv-01277-LBS](#) | Morales v. Rhone-Poulenc Rorer, et al | filed 02/22/96 | closed 04/30/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:96-cv-02505-RPP](#) | Morales v. SCI Systems Inc., et al | filed 04/09/96 | closed 07/26/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:96-cv-02896-JSM](#) | Morales v. Chromatics Color, et al | filed 04/22/96 | closed 09/26/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:96-cv-04021-RO](#) | Morales v. Quintiles Transnati., et al | filed 05/29/96 | closed 01/06/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:96-cv-08525-RPP](#) | Lopez, et al v. A+ Network, Inc. | filed 11/13/96 | closed 05/28/97 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:97-cv-01914-KMW-HBP](#) | Morales v. Amcor Capital Corp., et al | filed 03/18/97 | closed 07/01/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:97-cv-02865-DLC](#) | Morales v. Ameralia, Inc., et al | filed 04/22/97 | closed 06/23/97 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:97-cv-04958-LAP](#) | Morales v. Standard Energy Corp, et al | filed 07/08/97 | closed 09/24/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:97-cv-05247-DLC](#) | Morales v. M.D.C. Holdings, Inc, et al | filed 07/17/97 | closed 02/02/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:97-cv-05322-DAB](#) | Morales v. NY Bagel Enterprises, et al | filed 07/21/97 | closed 08/29/97 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:97-cv-05323-LAP](#) | Morales v. American Homepatient, et al | filed 07/21/97 | closed 04/03/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-00112-RO](#) | Donoghue, et al v. Regent Technologies, et al | filed 01/08/98 | closed 12/09/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-00733-JSR](#) | Morales v. Lost$off Corporation, et al | filed 02/03/98 | closed 07/08/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-00788-SAS](#) | Morales v. Travel Ports of Amer, et al | filed 02/05/98 | closed 06/25/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-01896-SS](#) | Morales v. United Auto Group, et al | filed 03/16/98 | closed 06/10/98 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:98-cv-02585-DC](#) | Morales v. Alfacell Corporation, et al | filed 04/10/98 | closed 06/23/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-03470-JCF](#) | Morales v. United American, et al | filed 05/14/98 | closed 11/30/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-04286-RO](#) | Morales, et al v. U.S. Wats, Inc., et al | filed 06/18/98 | closed 07/30/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-04798-MP](#) | Morales v. Atlantic Tele-Networ | filed 07/08/98 | closed 07/21/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-04962-SS](#) | Morales v. Halter Marine Group, et al | filed 07/13/98 | closed 07/29/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-07054-JSM](#) | Morales v. Dynagen, Inc., et al | filed 10/06/98 | closed 01/13/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-07503-RPP](#) | Shapiro, et al v. Atlantic Tele-Networ | filed 10/22/98 | closed 03/01/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-08309-CSH](#) | Morales v. SI Diamond Tech., et al | filed 11/20/98 | closed 04/16/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-08481-MBM](#) | Morales v. Citadel Computer, et al | filed 12/01/98 | closed 01/22/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-08626-DC](#) | Morales v. Altair International, et al | filed 12/03/98 | closed 01/20/99 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:99-cv-00077-RWS](#) | Morales v. International Techno, et al | filed 01/06/99 | closed 04/09/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:99-cv-03417-DNE](#) | Morales v. Jabil Circuit, Inc. | filed 05/10/99 | closed 05/25/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:99-cv-03790-RWS](#) | Morales v. Saba Petroleum Co., et al | filed 05/24/99 | closed 04/18/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:99-cv-03846-AGS](#) | Morales v. Smartalk Teleservice, et al | filed 05/26/99 | closed 06/21/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:99-cv-10647-AGS](#) | Morales v. Finantra Capital, et al | filed 10/20/99 | closed 03/27/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:99-cv-11862-LAP](#) | Morales v. Amlyn Pharm., Inc., et al | filed 12/07/99 | closed 04/24/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [7:00-cv-01420-CM](#) | Morales v. Envirosource, Inc., et al | filed 02/24/00 | closed 05/23/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [7:00-cv-06819-WCC](#) | Donoghue, et al v. Solucorp Industries, et al | filed 09/11/00 | closed 05/17/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [7:01-cv-07671-CM](#) | Donoghue v. Pinnacle Systems Inc, et al | filed 08/16/01 | closed 10/22/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [7:98-cv-07071-WCC](#) | Morales v. Quintel Entertainmen, et al | filed 10/06/98 | closed 10/19/01 | 15:0078(15:78m(a) Securities Exchange Act) |

<u>7:98-cv-08478-CM</u>    Morales v. Santa Fe Gaming Corp    filed 12/01/98   closed 03/04/99    15:0078(15:78m(a) Securities Exchange Act)

<table>
<tr><td colspan="4" align="center">**PACER Service Center**</td></tr>
<tr><td colspan="4" align="center">**Transaction Receipt**</td></tr>
<tr><td colspan="4" align="center">08/06/2020 16:12:11</td></tr>
<tr><td>**PACER Login:**</td><td>daniellemclaughlin1975</td><td>**Client Code:**</td><td></td></tr>
<tr><td>**Description:**</td><td>Search</td><td>**Search Criteria:**</td><td>COA: 15:0078 Last Name: LOPEZ First Name: DAVID</td></tr>
<tr><td>**Billable Pages:**</td><td>11</td><td>**Cost:**</td><td>1.10</td></tr>
</table>