# EXHIBIT 21

# Select A Case

**Miriam Deborah Tauber is an attorney in 47 cases.**

| | | | | |
|---|---|---|---|---|
| [1:11-cv-06853-LBS](#) | Klein v. Citigroup, Inc. et al | filed 09/30/11 | closed 01/31/12 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:14-cv-05365-JSR](#) | Forward Industries, Inc. v. Wise et al | filed 07/16/14 | closed 09/24/14 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:14-cv-07640-ER](#) | Donoghue et al v. Retrophin, Inc. et al | filed 09/19/14 | closed 12/02/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:14-cv-08353-PAC](#) | Donoghue v. Achillion Pharmaceuticals, Inc. et al | filed 10/20/14 | closed 07/13/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-01492-KPF](#) | Donoghue v. Northwest Biotherapeutics, Inc. et al | filed 02/26/15 | closed 12/02/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-03277-WHP](#) | Rubenstein v. Schultz et al | filed 04/27/15 | closed 08/04/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-05618-PAC](#) | Donoghue v. Zivo BioScience, Inc et al | filed 07/17/15 | closed 01/18/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-06939-SAS](#) | Rubenstein v. HC2 Holdings, Inc. et al | filed 09/02/15 | closed 12/03/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| | | | | 15:0078(15:78m(a) |

| | | | | |
|---|---|---|---|---|
| [1:15-cv-08786-RA](#) | Rubenstein v. Gale et al | filed 11/08/15 | closed 02/21/16 | Securities Exchange Act) |
| [1:15-cv-09590-JPO](#) | Donoghue et al. v. G2 Investment Partners Management LLC et al | filed 12/08/15 | closed 01/05/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-09752-VSB](#) | Rubenstein v. vTv Therapeutics, Inc. et al | filed 12/14/15 | closed 03/31/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-09794-NRB](#) | Rubenstein v. Leone et al | filed 12/16/15 | closed 07/18/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-00502-PKC](#) | Rubenstein v. Bluebird Bio, Inc. | filed 01/22/16 | closed 02/26/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-01877-ALC](#) | Donoghue v. Shane McMahon et al | filed 03/14/16 | closed 06/24/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-02935-PAE](#) | Rubenstein v. Lannett Co., Inc. | filed 04/20/16 | closed 06/24/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-03148-LGS](#) | Rubenstein v. Al Athel et al | filed 04/27/16 | closed 05/24/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-03327-VSB](#) | Rubenstein v. Londoner et al | filed 05/04/16 | closed 07/21/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-04090-PAE](#) | Rubenstein v. Watts et al | filed 06/01/16 | closed 07/22/16 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:16-cv-05485-NRB](#) | Donoghue et al v. Mindich et al | filed 07/10/16 | closed 09/01/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-07283-RWS](#) | Rubenstein v. Liberty Media Corp. et al | filed 09/19/16 | closed 06/21/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-07630-JCF](#) | Donoghue et al v. Quest Solution, Inc. et al | filed 09/29/16 | closed 09/28/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-07905-ALC](#) | Donoghue v. Patriot National, Inc. et al | filed 10/10/16 | closed 06/16/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-09110-LGS](#) | Donoghue et al v. Stratus Properties, Inc. et al | filed 11/22/16 | closed 04/06/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-09115-RA](#) | Donoghue v. Brisben et al | filed 11/23/16 | closed 02/10/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:17-cv-00821-JPO](#) | Rubenstein v. Rofam Inv. LLC et al. | filed 02/02/17 | closed 03/28/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:17-cv-02273-GBD](#) | Donoghue v. Relative Value Partners LLC et al | filed 03/29/17 | closed 09/05/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:17-cv-08708-AJN](#) | Donoghue v. Finish Line Inc. et al | filed 11/09/17 | closed 07/23/18 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:18-cv-00081-PAE](#) | Rubenstein v. International Value Advisers, LLC et al | filed 01/05/18 | closed 02/05/19 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:18-cv-00833-LAP](#) | Donoghue et al. v. Marcato Capital Management LP et al. | filed 01/30/18 | closed 06/02/18 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:18-cv-06419-VSB](#) | Rubenstein v. Independent Bank Group, Inc. et al | filed 07/16/18 | closed 09/07/18 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:18-cv-07291-VSB-RWL](#) | Avalon Holdings Corporation v. Gentile et al | filed 08/13/18 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:18-cv-07812-LAP](#) | Rubenstein v. Chin et al | filed 08/27/18 | closed 03/26/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:18-cv-08896-VSB-RWL](#) | New Concept Energy, Inc. v. Gentile et al | filed 09/28/18 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:18-cv-11497-ER](#) | Rubenstein v. Tel Instrument Electronics Corp. | filed 12/10/18 | closed 03/04/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-03313-GHW](#) | Rubenstein v. CymaBay Therapeutics, Inc. et al | filed 04/14/19 | closed 11/13/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-03782-GBD-RWL](#) | Microbot Medical, Inc. v. Alliance Investment Management, Ltd. | filed 04/28/19 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-04117-ER](#) | Rubenstein v. Heron Therapeutics, Inc. et al | filed 05/07/19 | closed 05/09/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-06976-KPF](#) | Rubenstein v. Siokas et al | filed 07/25/19 | | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:19-cv-07802-KPF](#) | Rubenstein v. Knight-Swift Transportation Holdings Inc. et al | filed 08/20/19 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-07991-JPO](#) | Donoghue et al v. Astro Aerospace Ltd. et al | filed 08/26/19 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-08179-NRB](#) | Donoghue et al v. Ambase Corp. et al | filed 09/03/19 | closed 12/13/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-01807-JGK](#) | IN RE MYOVANT SCIENCES LTD. SECTION l6(b) LITIGATION | filed 02/29/20 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03442-VM](#) | Rubenstein et al v. HollyFrontier Corporation et al | filed 05/02/20 | closed 05/22/20 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03697-VEC](#) | Donoghue et al v. National Health Investors, Inc. et al | filed 05/13/20 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03778-VM](#) | Donoghue et al v. H&E Equipment Services, Inc. et al | filed 05/15/20 | closed 06/10/20 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03961-GHW](#) | Rubenstein et al v. IMAX Corporation et al | filed 05/21/20 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-04099-GHW](#) | Donoghue v. Taylor Devices, Inc. et al | filed 05/28/20 | | 15:0078(15:78m(a) Securities Exchange Act) |

**PACER Service Center**

**Transaction Receipt**

|  | 08/06/2020 16:13:59 | | |
|---|---|---|---|
| **PACER Login:** | daniellemclaughlin1975 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | COA: 15:0078 Last Name: tauber First Name: Miriam |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |