# EXHIBIT 22

# Select A Case

**Deborah Donoghue is a plaintiff in 109 cases.**

| | | | | |
|---|---|---|---|---|
| [1:00-cv-03987-JSM](#) | Donoghue, et al v. Flightserv.Com, et al | filed 05/25/00 | closed 06/20/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-06696-JGK](#) | Donoghue, et al v. Miracor Diagnostics, et al | filed 09/06/00 | closed 03/27/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-00708-RWS](#) | Morales, et al v. Natural Microsystems, et al | filed 01/29/01 | closed 05/09/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-01303-KMW-KNF](#) | Morales, et al v. CT Holdings Inc., et al | filed 02/21/01 | closed 01/30/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-02029-JSM](#) | Donoghue v. Quotemedia.com, Inc., et al | filed 03/09/01 | closed 08/02/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-06132-WK](#) | Donoghue v. Equitex, Inc., et al | filed 07/06/01 | closed 09/07/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-06286-DC](#) | Donoghue v. Socrates Corp., et al | filed 07/11/01 | closed 10/26/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-06290-GEL](#) | Donoghue v. Greka Energy Corp., et al | filed 07/11/01 | closed 10/22/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| | | | | 15:0078(15:78m(a) |

| | | | | |
|---|---|---|---|---|
| [1:01-cv-06292-WHP](#) | Donoghue v. Davita, Inc. | filed 07/11/01 | closed 09/05/01 | Securities Exchange Act) |
| [1:01-cv-08548-MGC](#) | Donoghue v. Aviation Sales Co., et al | filed 09/20/01 | closed 02/06/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-09325-LMM](#) | Donoghue v. Westwood One, Inc., et al | filed 10/23/01 | closed 11/21/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-09655-JES](#) | Donoghue v. Alliant Techsystems, et al | filed 11/01/01 | closed 11/27/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-09886-RCC](#) | Donoghue v. Niku Corporation, et al | filed 11/08/01 | closed 03/27/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-10194-NRB](#) | Donoghue v. Dicut, Inc., et al | filed 11/19/01 | closed 09/30/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-10612-AKH](#) | Donoghue v. Hudson River Bancorp, et al | filed 11/21/01 | closed 03/28/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-11225-CSH](#) | Donoghue v. Industrial Holdings, et al | filed 12/06/01 | closed 03/31/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-11325-LAK](#) | Donoghue v. Indexonly, Inc., et al | filed 12/11/01 | closed 01/30/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-00110-LAP](#) | Donoghue v. Genomica Corp., et al | filed 01/04/02 | closed 05/20/03 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:02-cv-00152-NRB](#) | Donoghue v. Genomica Corp., et al | filed 01/08/02 | closed 01/28/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-01785-KMW](#) | Donoghue v. Infotopia Inc., et al | filed 03/05/02 | closed 06/07/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-02404-TPG](#) | Donoghue v. Golden State Bancorp, et al | filed 03/27/02 | closed 09/30/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-03248-RMB](#) | Donoghue v. Parlux Fragrances, et al | filed 04/29/02 | closed 06/27/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-03383-WHP](#) | Donoghue v. M.H. Myerson & Co., et al | filed 05/01/02 | closed 07/24/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-04215-JGK](#) | Donoghue v. The Chile Fund, Inc., et al | filed 06/04/02 | closed 10/31/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-04416-RWS](#) | Donoghue v. The Chile Fund Inc., et al | filed 06/11/02 | closed 09/10/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-05413-NRB](#) | Donoghue v. Advanced Magnetics, et al | filed 07/15/02 | closed 06/11/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-06142-WHP](#) | Donoghue v. CKE Restaurants Inc., et al | filed 08/01/02 | closed 10/02/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:02-cv-06578-JGK](#) | Donoghue v. Intraware, Inc., et al | filed 08/16/02 | closed 11/25/02 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:03-cv-00185-TPG](#) | Donoghue v. Collaborative, et al | filed 01/09/03 | closed 05/29/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-00186-GEL](#) | Donoghue v. J Bird Music Group, et al | filed 01/09/03 | closed 10/06/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-01037-KMW](#) | Donoghue v. Casual Male Retail, et al | filed 02/14/03 | closed 03/31/06 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-01122-JES](#) | Donoghue v. TYCO International, et al | filed 02/18/03 | closed 05/16/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-01159-DC](#) | Donoghue v. Chippac, Inc., et al | filed 02/21/03 | closed 03/10/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-02281-DAB-THK](#) | Donoghue v. Vista Continental, et al | filed 04/01/03 | closed 01/09/07 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-02472-RJH-RLE](#) | Donoghue v. Eagle Building Tech., et al | filed 04/09/03 | closed 01/09/04 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-02575-TPG](#) | Donoghue v. SFBC International, et al | filed 04/11/03 | closed 05/08/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-02615-JGK](#) | Donoghue v. United Banks, Inc., et al | filed 04/14/03 | closed 06/18/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-02955-RMB](#) | Donoghue v. Medifast, Inc., et al | filed 04/28/03 | closed 05/28/03 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:03-cv-06665-MGC](#) | Donoghue v. Rtin Holdings, Inc., et al | filed 09/03/03 | closed 11/24/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:03-cv-08329-NRB](#) | Donoghue v. Accenture Ltd., et al | filed 10/21/03 | closed 08/16/04 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:05-cv-04083-JSR](#) | Donoghue v. Centennial Communications Corp. et al | filed 04/22/05 | closed 06/13/05 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:07-cv-08552-HB](#) | Donoghue v. Covansys et al. | filed 10/03/07 | closed 11/28/07 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-02434-DLC](#) | Donoghue v. Immunosyn Corporation et al | filed 03/11/08 | closed 04/22/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-04411-RPP](#) | Donoghue v. Rehabcare Group Inc. et al | filed 05/09/08 | closed 06/03/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-04695-GBD](#) | Donoghue v. Polo Ralph Lauren et al | filed 05/19/08 | closed 07/18/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-07374-AKH](#) | Donoghue v. Bucyrus International, Inc. et al | filed 08/20/08 | closed 11/30/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-07612-VM](#) | Donoghue v. The Inventure Group, Inc. et al | filed 08/28/08 | closed 11/17/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-08392-CM](#) | Donoghue v. Baseline Oil & Gas Corp. et al | filed 09/30/08 | closed 11/04/08 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:08-cv-08393-LAK](#) | Donoghue v. Chinacast Education Corporation et al | filed 09/30/08 | closed 11/09/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-09252-MGC](#) | Donoghue v. CSX Corporation et al | filed 10/28/08 | closed 03/09/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-09886-JSR](#) | Donoghue v. Coventry Health Care Inc. et al | filed 11/12/08 | closed 01/22/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-09888-CM](#) | Donoghue v. Sourceforge, Inc. et al | filed 11/12/08 | closed 01/21/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:08-cv-11307-DC](#) | Donoghue v. ZAP et al | filed 12/30/08 | closed 05/21/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-00024-RMB](#) | Donoghue v. Special Situations Private Equity Fund, L.P. et al | filed 01/05/09 | closed 02/15/12 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-00764-PKC](#) | Donoghue v. Chesapeake Energy Corporation et al | filed 01/27/09 | closed 03/07/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-00809-SAS](#) | Donoghue v. ASYST Technologies Inc. et al | filed 01/28/09 | closed 03/13/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-01023-GBD](#) | Donoghue v. Magma Design Automation, Inc. et al | filed 02/05/09 | closed 02/26/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-02441-LLS](#) | Donoghue v. Primus Guaranty Ltd. et al | filed 03/17/09 | closed 03/30/09 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:09-cv-02552-SAS](#) | Donoghue v. Convergys Corporation et al | filed 03/19/09 | closed 04/13/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-02689-JSR](#) | Donoghue v. Forward Industries, Inc. et al | filed 03/24/09 | closed 05/08/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-02831-BSJ](#) | Donoghue v. Nature's Sunshine Products, Inc. et al | filed 03/24/09 | closed 04/16/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-03076-VM](#) | Donoghue v. Sigma-Aldrich Corp. et al | filed 03/30/09 | closed 04/15/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-04354-AKH](#) | Donoghue v. Marriott International, Inc. et al | filed 05/05/09 | closed 08/26/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-05105-LMM](#) | Donoghue v. Pershing Square Capital Management, L.P. et al | filed 06/01/09 | closed 07/24/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-06023-LTS](#) | Donoghue v. MEMC Electronic Materials, Inc. et al | filed 07/01/09 | closed 10/21/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-06105-BSJ-JCF](#) | Donoghue v. PHH Corporation et al | filed 07/06/09 | closed 08/05/11 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-06142-RMB](#) | Donoghue v. Calpine Corp. et al | filed 07/08/09 | closed 07/25/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-06792-PKC](#) | Donoghue v. Aspect Medical Systems, Inc. et al | filed 07/31/09 | closed 08/06/09 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:09-cv-06800-RJS](#) | Donoghue v. Borland Software Corporation et al | filed 07/31/09 | closed 10/15/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-07521-SHS](#) | Donoghue v. Fibernet Telecom Group Inc. et al | filed 08/27/09 | closed 11/12/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-09853-AKH](#) | Donoghue v. RCN Corporation et al | filed 11/30/09 | closed 04/14/10 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-10152-PKC](#) | Donoghue v. The Andersons, Inc. et al | filed 12/11/09 | closed 02/10/10 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-10560-PAE](#) | Donoghue v. Cyclacel Corporation et al | filed 12/29/09 | closed 02/21/12 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:10-cv-01678-PGG](#) | Donoghue v. ZAGG Inc. et al | filed 03/03/10 | closed 04/27/10 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:10-cv-02793-WHP](#) | Donoghue v. Endologix Inc. et al | filed 03/29/10 | closed 04/08/10 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:10-cv-03131-DLC](#) | Donoghue v. Morgan Stanley High Yield Fund et al | filed 04/13/10 | closed 03/31/11 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:10-cv-03343-LTS](#) | Donoghue v. Patriot Coal Corporation et al | filed 04/21/10 | closed 08/02/10 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:11-cv-01049-LTS](#) | Donoghue v. Chelsea Therapeutics International, Ltd. et al | filed 02/15/11 | closed 02/28/11 | 15:0078(15:78m(a) Securities |

| | | | | |
|---|---|---|---|---|
| | | | | Exchange Act) |
| [1:11-cv-03064-PKC](#) | Donoghue v. Temecula Valley Bancorp Inc. et al | filed 05/04/11 | closed 05/30/11 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:11-cv-03374-TPG](#) | Donoghue v. Yuhe International, Inc. et al | filed 05/17/11 | closed 05/30/11 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:11-cv-05515-PGG](#) | Donoghue v. Futurefuel Corp. et al | filed 08/09/11 | closed 10/18/11 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:11-cv-08695-JGK](#) | Donoghue v. Barnes & Noble, Inc. et al | filed 11/29/11 | closed 03/06/12 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:11-cv-08713-TPG](#) | Donoghue v. Great Atlantic & Pacific Tea Co. Inc. et al | filed 11/30/11 | closed 03/13/12 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-02839-AKH](#) | Donoghue v. Command Security Corporation et al | filed 04/10/12 | closed 07/15/12 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-06867-JPO](#) | Donoghue v. Cortex Pharmaceuticals Inc. /DE/ et al | filed 09/11/12 | closed 08/23/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-06873-JMF](#) | Donoghue v. Globaloptions Group Inc. et al | filed 09/11/12 | closed 09/30/12 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-07755-KBF](#) | Donoghue v. Applied Minerals, Inc. et al | filed 10/17/12 | closed 11/19/12 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-08628-](#) | Donoghue v. Westmoreland Coal | | | 15:0078(15:78m(a) |

| | | | | |
|---|---|---|---|---|
| KBF | Company et al | filed 11/28/12 | closed 02/21/13 | Securities Exchange Act) |
| [1:12-cv-08690-KBF](#) | Donoghue v. Colombia Energy Resources, Inc. et al | filed 11/29/12 | closed 03/16/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-08891-MGC](#) | Donoghue v. Mass Megawatts Wind Power Inc. et al | filed 12/07/12 | closed 03/03/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-01224-PAE](#) | Donoghue v. Dole Food Company, Inc. et al | filed 02/21/13 | closed 08/08/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-01818-PAC](#) | Donoghue v. Cerner Corporation et al | filed 03/19/13 | closed 07/29/14 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-01819-AKH](#) | Donoghue v. Silicon Graphics International Corp. et al | filed 03/19/13 | closed 06/26/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-02033-JSR](#) | Donoghue v. Patterson Companies, Inc. et al | filed 03/26/13 | closed 12/31/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-02051-RWS](#) | Donoghue v. American Bio Medica Corp. et al | filed 03/27/13 | closed 05/08/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-02329-RA](#) | Donoghue v. Usana Health Sciences, Inc. et al | filed 04/08/13 | closed 07/15/14 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-02903-RPP](#) | Donoghue v. Teletouch Communications, Inc. et al | filed 04/30/13 | closed 07/03/13 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:13-cv-03124-DLC](#) | Donoghue v. Revolutions Medical Corp. et al | filed 05/09/13 | closed 10/07/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-03141-RA](#) | Donoghue v. Altra Holdings, Inc. et al | filed 05/09/13 | closed 05/31/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-03297-LAK](#) | Donoghue v. Camco Financial Corporation et al | filed 05/16/13 | closed 09/10/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:13-cv-06229-NRB](#) | Donoghue v. Evolution Petroleum Corp. et al | filed 09/04/13 | closed 02/22/14 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:14-cv-06383-PAC](#) | Donoghue v. Netsol Technologies, Inc., et al | filed 08/11/14 | closed 11/18/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:14-cv-07640-ER](#) | Donoghue et al v. Retrophin, Inc. et al | filed 09/19/14 | closed 12/02/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:14-cv-07783-AJN](#) | Donoghue v. Town Sports International Holdings Inc. et al | filed 09/19/14 | closed 10/06/14 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:14-cv-08353-PAC](#) | Donoghue v. Achillion Pharmaceuticals, Inc. et al | filed 10/20/14 | closed 07/13/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-01492-KPF](#) | Donoghue v. Northwest Biotherapeutics, Inc. et al | filed 02/26/15 | closed 12/02/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:17-cv-02273-GBD](#) | Donoghue v. Relative Value Partners LLC et al | filed 03/29/17 | closed 09/05/17 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:17-cv-08708-AJN](#) | Donoghue v. Finish Line Inc. et al | filed 11/09/17 | closed 07/23/18 | 15:0078(15:78m(a) Securities Exchange Act) |
| [7:00-cv-06819-WCC](#) | Donoghue, et al v. Solucorp Industries, et al | filed 09/11/00 | closed 05/17/02 | 15:0078(15:78m(a) Securities Exchange Act) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/06/2020 16:18:09 | | | |
| **PACER Login:** | daniellemclaughlin1975 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | COA: 15:0078 Last Name: DONOGHUE First Name: DEBORAH |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# Select A Case

**Deborah Donoghue is a plaintiff in 29 cases.**

| | | | | |
|---|---|---|---|---|
| [1:03-cv-09618-HB](#) | Donoghue v. ESG Re Limited et al | filed 12/03/03 | closed 12/19/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:04-cv-00076-RJH](#) | Donoghue v. Anteon Corporation | filed 01/06/04 | closed 02/09/04 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:04-cv-00753-KMW](#) | Donoghue v. Questcor Pharmaceuticals, Inc. et al | filed 01/30/04 | closed 02/27/04 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:04-cv-06764-HB](#) | Donoghue v. XRG, Inc. et al | filed 08/20/04 | closed 10/25/04 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:04-cv-10260-RO](#) | Donoghue v. Bigmar Inc. et al | filed 12/28/04 | closed 09/13/05 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:06-cv-00651-LAP](#) | Donoghue v. Alloy, Inc. et al | filed 01/27/06 | closed 04/27/06 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:06-cv-00697-LLS](#) | Donoghue v. Innovo Group Inc. et al | filed 01/30/06 | closed 03/24/06 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:06-cv-04918-SAS](#) | Donoghue v. Digital Video Systems, Inc. et al | filed 06/23/06 | closed 07/25/06 | 15:0078(15:78m(a) Securities Exchange Act) |
| | | | | 15:0078(15:78m(a) |

| | | | | |
|---|---|---|---|---|
| [1:07-cv-00111-RMB](#) | Donoghue v. Gulfmark Offshore Inc. et al | filed 01/05/07 | closed 02/08/07 | Securities Exchange Act) |
| [1:07-cv-00137-DLC](#) | Donoghue v. Ashworth, Inc. et al | filed 01/08/07 | closed 02/08/07 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:07-cv-01884-LBS](#) | Donoghue v. Delphi Corporation et al | filed 03/02/07 | closed 12/18/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:07-cv-08550-LBS](#) | Donoghue v. Local.Com Corporation et al | filed 10/03/07 | closed 10/28/08 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:07-cv-08551-RMB](#) | Donoghue v. National Financial Partners Corp. et al | filed 10/03/07 | closed 11/14/07 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:12-cv-07807-PKC](#) | Donoghue v. Avalon Holdings Corporation et al | filed 10/18/12 | closed 03/04/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-05485-NRB](#) | Donoghue et al v. Mindich et al | filed 07/10/16 | closed 09/01/16 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-07630-JCF](#) | Donoghue et al v. Quest Solution, Inc. et al | filed 09/29/16 | closed 09/28/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-07905-ALC](#) | Donoghue v. Patriot National, Inc. et al | filed 10/10/16 | closed 06/16/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:16-cv-09110-LGS](#) | Donoghue et al v. Stratus Properties, Inc. et al | filed 11/22/16 | closed 04/06/17 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:16-cv-09115-RA](#) | Donoghue v. Brisben et al | filed 11/23/16 | closed 02/10/17 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:17-cv-09874-GBD](#) | Donoghue v. G1 Therapeutics, Inc. et al | filed 12/18/17 | closed 01/16/18 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-07991-JPO](#) | Donoghue et al v. Astro Aerospace Ltd. et al | filed 08/26/19 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-08179-NRB](#) | Donoghue et al v. Ambase Corp. et al | filed 09/03/19 | closed 12/13/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-01807-JGK](#) | IN RE MYOVANT SCIENCES LTD. SECTION l6(b) LITIGATION | filed 02/29/20 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03442-VM](#) | Rubenstein et al v. HollyFrontier Corporation et al | filed 05/02/20 | closed 05/22/20 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03697-VEC](#) | Donoghue et al v. National Health Investors, Inc. et al | filed 05/13/20 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03778-VM](#) | Donoghue et al v. H&E Equipment Services, Inc. et al | filed 05/15/20 | closed 06/10/20 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03961-GHW](#) | Rubenstein et al v. IMAX Corporation et al | filed 05/21/20 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-04099-GHW](#) | Donoghue v. Taylor Devices, Inc. et al | filed 05/28/20 | | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:98-cv-00112-RO](#) | Donoghue, et al v. Regent Technologies, et al | filed 01/08/98   closed 12/09/02 | 15:0078(15:78m(a) Securities Exchange Act) |

| **PACER Service Center** ||||
|---|---|---|---|
| **Transaction Receipt** ||||
| 08/06/2020 16:18:23 ||||
| **PACER Login:** | daniellemclaughlin1975 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | COA: 15:0078 Last Name: DONOGHUE First Name: DEBORAH |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# Select A Case

**Deborah Donoghue is a plaintiff in 8 cases.**

| | | | | |
|---|---|---|---|---|
| [1:04-cv-06857-KMW](#) | Donoghue v. Novastar Financial, Inc. et al | filed 08/24/04 | closed 03/28/06 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:05-cv-04082-WHP](#) | Donoghue v. Centillium Communications, Inc. et al | filed 04/22/05 | closed 03/31/06 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:09-cv-02442-DAB](#) | Donoghue v. Gamestop Corp. et al | filed 03/17/09 | closed 06/13/09 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:10-cv-03005-DLC](#) | Donoghue v. J. Crew Group, Inc. et al | filed 04/07/10 | closed 04/27/10 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-00430-SHS](#) | Donoghue v. Akorn, Inc. et al | filed 01/21/15 | closed 02/28/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-00677-LGS](#) | Donoghue v. Vanguard Natural Resources, LLC et al | filed 01/29/15 | closed 02/17/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:15-cv-00730-KPF](#) | Donoghue v. Northwest Biotherapeutics, Inc. et al | filed 02/02/15 | closed 02/23/15 | 15:0078(15:78m(a) Securities Exchange Act) |
| [7:01-cv-07671-CM](#) | Donoghue v. Pinnacle Systems Inc, et al | filed 08/16/01 | closed 10/22/01 | 15:0078(15:78m(a) Securities Exchange Act) |

**PACER Service Center**

| Transaction Receipt ||||
|---|---|---|---|
| 08/06/2020 16:18:35 ||||
| **PACER Login:** | daniellemclaughlin1975 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | COA: 15:0078 Last Name: DONOGHUE First Name: DEBORAH |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |