# EXHIBIT 23

# Select A Case

**Richard Morales is a plaintiff in 48 cases.**

| | | | | |
|---|---|---|---|---|
| [1:00-cv-00957-LMM](#) | Morales v. Adept Technology, et al | filed 02/08/00 | closed 05/29/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01176-DC](#) | Morales, et al v. Energy Biosystems, et al | filed 02/17/00 | closed 05/30/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01342-AKH](#) | Morales v. ISS Group, Inc., et al | filed 02/22/00 | closed 05/22/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01753-BSJ](#) | Morales v. IEC Electronics, et al | filed 03/07/00 | closed 07/12/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01759-JGK](#) | Morales v. Network Systems Intl, et al | filed 03/08/00 | closed 07/29/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-02430-LAK](#) | Morales v. Critical Path Inc., et al | filed 03/30/00 | closed 06/08/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-02482-VM](#) | Morales v. Coleman Co. Inc., et al | filed 03/31/00 | closed 05/01/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-02911-MBM](#) | Morales v. Ubarter.com, et al | filed 04/14/00 | closed 01/10/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| | | | | 15:0078(15:78m(a) |

| Case | Title | Filed | Closed | Nature |
|---|---|---|---|---|
| [1:00-cv-03122-JSM](#) | Morales v. Memberworks Inc., et al | filed 04/24/00 | closed 08/28/00 | Securities Exchange Act) |
| [1:00-cv-03964-HB](#) | Morales v. WRP Corp., et al | filed 05/24/00 | closed 06/15/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-03987-JSM](#) | Donoghue, et al v. Flightserv.Com, et al | filed 05/25/00 | closed 06/20/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-04891-LAP](#) | Morales v. Memberworks Inc., et al | filed 06/30/00 | closed 11/13/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05083-LLS](#) | Morales v. Rofin-Sinar Tech., et al | filed 07/11/00 | closed 11/16/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05085-LAP](#) | Morales v. Payforview.com Corp., et al | filed 07/11/00 | closed 11/21/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05181-AKH](#) | Morales v. It Group Inc., et al | filed 07/13/00 | closed 02/07/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05410-RO](#) | Morales v. Alysis Technologies, et al | filed 07/24/00 | closed 01/19/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05497-RO](#) | Morales v. Nevada Manhattan, et al | filed 07/25/00 | closed 02/26/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05675-SHS](#) | Morales v. Frontier Airlines, et al | filed 07/28/00 | closed 06/26/01 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:00-cv-06695-AKH](#) | Morales v. Econnect, et al | filed 09/06/00 | closed 12/01/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-06787-AGS](#) | Morales v. Usabancshares.com, et al | filed 09/08/00 | closed 09/29/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-07970-GBD](#) | Morales v. Payforview.com Corp., et al | filed 10/19/00 | closed 12/28/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-07971-JSM](#) | Morales v. Complete Wellness, et al | filed 10/19/00 | closed 01/24/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-00700-GBD](#) | Morales v. Lynx Therapeutics, et al | filed 01/29/01 | closed 03/08/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-00708-RWS](#) | Morales, et al v. Natural Microsystems, et al | filed 01/29/01 | closed 05/09/02 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-01302-RMB](#) | Morales v. Creditrust Corp., et al | filed 02/21/01 | closed 05/15/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:01-cv-01303-KMW-KNF](#) | Morales, et al v. CT Holdings Inc., et al | filed 02/21/01 | closed 01/30/03 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-03693-MP](#) | Morales v. NYCAL Corporation, et al | filed 06/02/93 | closed 12/13/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04122-RWS](#) | Morales, et al v. Int'l. Richey, et al | filed 06/16/93 | closed 11/30/93 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:93-cv-04211-KC](#) | Morales, et al v. Home Intensive Care | filed 06/21/93 | closed 09/03/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04268-WK](#) | Morales v. Tago, Inc., et al | filed 06/23/93 | closed 11/22/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04269-LLS](#) | Morales v. Environment Holdings, et al | filed 06/23/93 | closed 12/14/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04323-SS-KAR](#) | Morales v. Cohasset Savings Bnk, et al | filed 06/24/93 | closed 03/23/94 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04690-MGC](#) | Morales v. Intramerican Corp., et al | filed 07/12/93 | closed 09/08/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-05265-MBM](#) | Morales v. Angstrom Technologie, et al | filed 07/29/93 | closed 08/17/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-06228-LAP](#) | Morales v. Underwriters Group, et al | filed 09/07/93 | closed 11/17/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-01653-DC](#) | Morales v. Zale Corporation, et al | filed 03/10/95 | closed 04/19/95 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-04962-SS](#) | Morales v. Halter Marine Group, et al | filed 07/13/98 | closed 07/29/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-07054-JSM](#) | Morales v. Dynagen, Inc., et al | filed 10/06/98 | closed 01/13/99 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:98-cv-08309-CSH](#) | Morales v. SI Diamond Tech., et al | filed 11/20/98 | closed 04/16/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-08481-MBM](#) | Morales v. Citadel Computer, et al | filed 12/01/98 | closed 01/22/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-08626-DC](#) | Morales v. Altair International, et al | filed 12/03/98 | closed 01/20/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:99-cv-00077-RWS](#) | Morales v. International Techno, et al | filed 01/06/99 | closed 04/09/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:99-cv-03417-DNE](#) | Morales v. Jabil Circuit, Inc. | filed 05/10/99 | closed 05/25/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:99-cv-03790-RWS](#) | Morales v. Saba Petroleum Co., et al | filed 05/24/99 | closed 04/18/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:99-cv-10647-AGS](#) | Morales v. Finantra Capital, et al | filed 10/20/99 | closed 03/27/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:99-cv-11862-LAP](#) | Morales v. Amlyn Pharm., Inc., et al | filed 12/07/99 | closed 04/24/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [7:98-cv-07071-WCC](#) | Morales v. Quintel Entertainmen, et al | filed 10/06/98 | closed 10/19/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [7:98-cv-08478-CM](#) | Morales v. Santa Fe Gaming Corp | filed 12/01/98 | closed 03/04/99 | 15:0078(15:78m(a) Securities Exchange Act) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 08/06/2020 16:41:09 ||||
| **PACER Login:** | daniellemclaughlin1975 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | COA: 15:0078 Last Name: Morales First Name: Richard |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# Select A Case

**Richard Morales is a plaintiff in 40 cases.**

| | | | | |
|---|---|---|---|---|
| [1:00-cv-01145-HB](#) | Morales v. eGlobe, Inc., et al | filed 02/15/00 | closed 03/28/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01347-HB](#) | Morales v. Imaging Technologies, et al | filed 02/22/00 | closed 07/21/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01482-BSJ](#) | Morales v. Imaging Technologies, et al | filed 02/25/00 | closed 07/26/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-01741-SAS](#) | Morales v. Aviation Sales Co., et al | filed 03/07/00 | closed 05/30/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05084-DC](#) | Morales v. Ebix.com, Inc., et al | filed 07/11/00 | closed 08/28/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-05569-WHP](#) | Morales v. Cal Dive Int'l. Inc., et al | filed 07/26/00 | closed 12/01/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-06051-RMB](#) | Morales v. Comsat Corporation, et al | filed 08/15/00 | closed 08/28/00 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-06060-GBD](#) | Morales v. Wet Seal, Inc., et al | filed 08/15/00 | closed 02/15/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| | | | | 15:0078(15:78m(a) |

| | | | | |
|---|---|---|---|---|
| [1:00-cv-06696-JGK](#) | Donoghue, et al v. Miracor Diagnostics, et al | filed 09/06/00 | closed 03/27/02 | Securities Exchange Act) |
| [1:00-cv-08755-DC](#) | Morales v. American Skiing Co., et al | filed 11/16/00 | closed 08/27/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:00-cv-09338-KMW](#) | Morales v. Country World, et al | filed 12/08/00 | closed 06/22/01 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:94-cv-08177-RPP](#) | Morales v. Consulier Inc., et al | filed 11/14/94 | closed 12/21/94 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:94-cv-08439-LMM](#) | Morales v. Independent Tele., et al | filed 11/18/94 | closed 01/20/95 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:94-cv-08502-KTD](#) | Morales v. Alter Sales Company, et al | filed 11/23/94 | closed 06/08/95 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:94-cv-08571-AGS](#) | Morales v. Dig. Solutions, Inc., et al | filed 11/25/94 | closed 02/02/95 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:94-cv-08572-JSM](#) | Morales v. Wellco Enterprises, et al | filed 11/25/94 | closed 02/26/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:94-cv-08573-JFK](#) | Morales v. Princeton Electronic, et al | filed 11/25/94 | closed 11/29/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-01246-CSH](#) | Morales v. New Valley Corp., et al | filed 02/22/95 | closed 04/17/98 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:95-cv-01343-JES](#) | Morales v. Enviromint Holdings, et al | filed 02/27/95 | closed 03/31/95 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-08685-LMM](#) | Morales v. Inamed Corporation, et al | filed 10/11/95 | closed 04/22/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-08857-KMW](#) | Morales v. U.S. Long Distance, et al | filed 10/18/95 | closed 03/07/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-08858-RPP](#) | Morales v. Video Display Corp., et al | filed 10/18/95 | closed 03/26/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-09022-HB](#) | Morales v. American Power | filed 10/23/95 | closed 12/21/95 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-10202-CBM](#) | Morales v. Executive Telecard, et al | filed 12/04/95 | closed 12/14/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-10907-MP](#) | Morales, et al v. Glob. Tot. Ret. Fund, et al | filed 12/27/95 | closed 06/26/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-10976-JSM](#) | Morales v. Oryx Technology Corp, et al | filed 12/29/95 | closed 11/25/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:96-cv-00214-JFK](#) | Morales v. Alba Waldensian Inc., et al | filed 01/16/96 | closed 07/10/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:96-cv-00225-DLC](#) | Morales v. Incomnet Inc., et al | filed 01/16/96 | closed 06/06/97 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:96-cv-01277-LBS](#) | Morales v. Rhone-Poulenc Rorer, et al | filed 02/22/96 | closed 04/30/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:96-cv-02505-RPP](#) | Morales v. SCI Systems Inc., et al | filed 04/09/96 | closed 07/26/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:96-cv-02896-JSM](#) | Morales v. Chromatics Color, et al | filed 04/22/96 | closed 09/26/96 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:96-cv-04021-RO](#) | Morales v. Quintiles Transnati., et al | filed 05/29/96 | closed 01/06/99 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:97-cv-01914-KMW-HBP](#) | Morales v. Amcor Capital Corp., et al | filed 03/18/97 | closed 07/01/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:97-cv-02865-DLC](#) | Morales v. Ameralia, Inc., et al | filed 04/22/97 | closed 06/23/97 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:97-cv-04958-LAP](#) | Morales v. Standard Energy Corp, et al | filed 07/08/97 | closed 09/24/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:97-cv-05247-DLC](#) | Morales v. M.D.C. Holdings, Inc, et al | filed 07/17/97 | closed 02/02/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-00788-SAS](#) | Morales v. Travel Ports of Amer, et al | filed 02/05/98 | closed 06/25/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:98-cv-02585-DC](#) | Morales v. Alfacell Corporation, et al | filed 04/10/98 | closed 06/23/98 | 15:0078(15:78m(a) Securities Exchange Act) |

| [1:98-cv-03470-JCF](#) | Morales v. United American, et al | filed 05/14/98 | closed 11/30/98 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:99-cv-03846-AGS](#) | Morales v. Smartalk Teleservice, et al | filed 05/26/99 | closed 06/21/99 | 15:0078(15:78m(a) Securities Exchange Act) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/06/2020 16:41:24 | | | |
| **PACER Login:** | daniellemclaughlin1975 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | COA: 15:0078 Last Name: Morales First Name: Richard |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |