# EXHIBIT 24

# Select A Case

**C.R.A. Realty Corp. is a plaintiff in 54 cases.**

| | | | | |
|---|---|---|---|---|
| [1:89-cv-04661-CES](#) | C.R.A. Realty Corp. v. Spectra Pharmaceutic | filed 07/10/89 | closed 05/03/90 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:89-cv-05024-LBS](#) | C.R.A. Realty Corp. v. Home Intensive Care | filed 07/25/89 | closed 04/04/90 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:89-cv-05325-CSH](#) | C.R.A. Realty Corp. v. Wilderness Experienc | filed 08/08/89 | closed 09/25/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:89-cv-05568-WK](#) | C.R.A. Realty Corp. v. Two Pesos Inc. | filed 08/18/89 | closed 04/12/90 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:89-cv-06760-RWS](#) | C.R.A. Realty Corp. v. Thermo Electron Corp | filed 10/13/89 | closed 01/31/90 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:89-cv-07227-CSH](#) | C.R.A. Realty v. Corporate Data Scien | filed 10/31/89 | closed 01/08/90 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:89-cv-07346-RWS](#) | C.R.A. Realty Corp. v. Exten Ventures, Inc. | filed 11/03/89 | closed 01/02/90 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:90-cv-00369-CMM](#) | C.R.A. Realty Corp. v. Tidewater, Inc. | filed 01/22/90 | closed 05/22/90 | 15:0078(15:78m(a) Securities Exchange Act) |
| | | | | 15:0078(15:78m(a) |

| | | | | |
|---|---|---|---|---|
| [1:90-cv-07579-MGC](#) | C.R.A. Realty Corp., et al v. Programming & System | filed 11/27/90 | closed 11/07/91 | Securities Exchange Act) |
| [1:91-cv-06182-RWS](#) | C.R.A. Realty Corp., et al v. Walgreen Co. | filed 09/12/91 | closed 10/31/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-06223-CSH](#) | C.R.A. Realty Corp., et al v. Technical Communicat | filed 09/16/91 | closed 11/04/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-06262-KC](#) | Jammys International, et al v. Dillard Dept. Stores | filed 09/17/91 | closed 10/30/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-06435-LBS](#) | C.R.A. Realty Corp., et al v. Comptronix Corporati | filed 09/23/91 | closed 12/20/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-06577-MBM](#) | C.R.A. Realty Corp. v. Colorocs Corporation, et al | filed 09/30/91 | closed 01/09/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-06660-KTD](#) | C.R.A. Realty Corp., et al v. Advanced Magnetics | filed 10/03/91 | closed 11/22/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-07387-RPP](#) | C.R.A. Realty Corp., et al v. Dell Computer Corpor | filed 10/31/91 | closed 04/15/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-07391-JSM](#) | C.R.A. Realty Corp., et al v. Rocky Mountain | filed 10/31/91 | closed 11/22/91 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:91-cv-08403-LBS](#) | C.R.A. Realty Corp., et al v. Clayton Homes, Inc. | filed 12/13/91 | closed 02/25/92 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:91-cv-08451-WCC](#) | C.R.A. Realty Corp. v. American Internation, et al | filed 12/17/91 | closed 02/27/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-00846-WCC](#) | C.R.A. Realty Corp. v. The Aqua Buoy Corp., et al | filed 02/04/92 | closed 05/19/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-01173-RPP](#) | C.R.A. Realty Corp. v. Sunlite Inc., et al | filed 02/18/92 | closed 06/11/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-01668-SWK](#) | C.R.A. Realty Corp. v. Int'l. Cablecasting, et al | filed 03/09/92 | closed 05/29/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-01716-LLS](#) | C.R.A. Realty Corp., et al v. 1st National Film | filed 03/10/92 | closed 04/24/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-01718-PKL](#) | C.R.A. Realty Corp. v. First Colonial Corp., et al | filed 03/10/92 | closed 06/09/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-01719-KC](#) | C.R.A. Realty Corp., et al v. International Leisur, et al | filed 03/10/92 | closed 06/10/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02053-MGC](#) | C.R.A. Realty Corp. v. Intellicorp Inc, et al | filed 03/24/92 | closed 10/03/94 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02120-LLS](#) | C.R.A. Realty Corp. v. American Greetings, et al | filed 03/25/92 | closed 04/08/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02204-KTD](#) | C.R.A. Realty Corp., et al v. Claire's Stores, Inc | filed 03/27/92 | closed 06/15/92 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:92-cv-02741-KTD](#) | C.R.A. Realty Corp., et al v. Analytical Surveys | filed 04/16/92 | closed 06/16/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02822-KC](#) | C.R.A. Realty Corp. v. Biomed Medical, et al | filed 04/20/92 | closed 05/27/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02823-SWK](#) | C.R.A. Realty Corp., et al v. First National | filed 04/20/92 | closed 06/28/95 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-02903-LMM](#) | C.R.A. Realty Corp. v. Xplor Corporation, et al | filed 04/22/92 | closed 06/09/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-03452-LBS](#) | C.R.A. Realty Corp., et al v. New Milford Bank & | filed 05/12/92 | closed 07/06/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-05092-JSM](#) | C.R.A. Realty Corp., et al v. Richey Pacific Ltd. | filed 07/08/92 | closed 09/04/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-05155-LAP](#) | C.R.A. Realty Corp. v. Incomnet, Inc., et al | filed 07/10/92 | closed 02/09/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-05280-WCC](#) | C.R.A. Realty Corp. v. Gold Standard, Inc., et al | filed 07/15/92 | closed 10/26/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-06073-MGC](#) | C.R.A. Realty Corp. v. Mutual Federal Savin, et al | filed 08/11/92 | closed 09/03/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-06077-LBS](#) | Jammy's Int'l. Inc., et al v. First Commerce Corp. | filed 08/11/92 | closed 10/19/92 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:92-cv-06311-PNL](#) | C.R.A. Realty Corp., et al v. MIPS Computer Corp. | filed 08/20/92 | closed 02/04/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-06531-KMW](#) | C.R.A. Realty Corp. v. Paris Business Forms, et al | filed 09/01/92 | closed 11/02/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-07226-JFK](#) | C.R.A. Realty Corp. v. Smith International, et al | filed 10/06/92 | closed 03/25/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-07227-KTD](#) | C.R.A. Realty Corp., et al v. Advanced Promotion | filed 10/06/92 | closed 04/14/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-07502-MBM](#) | C.R.A. Realty Corp. v. Enron Corporation, et al | filed 10/14/92 | closed 03/02/94 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-07908-SWK](#) | C.R.A. Realty Corp., et al v. Pamrapo Bancorp Inc. | filed 10/28/92 | closed 12/16/92 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-07948-TPG](#) | C.R.A. Realty Corp., et al v. Stage 11 Apparel | filed 10/29/92 | closed 01/07/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:92-cv-08696-JSM](#) | C.R.A. Realty Corp. v. The Bank of NY Co., et al | filed 12/02/92 | closed 07/27/94 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04163-CSH-BAL](#) | C.R.A. Realty Corp. v. Vision Technologies, et al | filed 06/18/93 | closed 03/29/94 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04332-MP](#) | C.R.A. Realty Corp. v. Maryland Federal, et al | filed 06/25/93 | closed 07/12/93 | 15:0078(15:78m(a) Securities Exchange Act) |

| | | | | |
|---|---|---|---|---|
| [1:93-cv-04424-MGC](#) | C.R.A. Realty Corp. v. AFN Inc., et al | filed 06/29/93 | closed 10/28/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04662-JFK](#) | C.R.A. Realty Corp. v. Piedmont Natural Gas, et al | filed 07/09/93 | closed 07/21/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-04689-JSM](#) | C.R.A. Realty Corp., et al v. Dev-Tech Corp. | filed 07/12/93 | closed 10/15/93 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-06787-BN](#) | C.R.A. Realty Corp., et al v. Ecogen Inc | filed 09/28/93 | closed 12/23/94 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:93-cv-06814-RO](#) | C.R.A. Realty Corp., et al v. General Kinetics, | filed 09/29/93 | closed 03/24/97 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:95-cv-01036-MBM](#) | C.R.A. Realty Corp. v. Freemont Corporation, et al | filed 02/15/95 | closed 09/27/95 | 15:0078(15:78m(a) Securities Exchange Act) |

| PACER Service Center | |
|---|---|
| **Transaction Receipt** | |
| 08/06/2020 16:26:39 | |
| **PACER Login:** daniellemclaughlin1975 | **Client Code:** |
| **Description:** Search | **Search Criteria:** COA: 15:0078 Last Name: C.R.A. Realty Corp. |
| **Billable Pages:** 3 | **Cost:** 0.30 |