# EXHIBIT 26

# Select A Case

**Mark Rubenstein is a plaintiff in 11 cases.**

| | | | | |
|---|---|---|---|---|
| [1:11-cv-01288-JSR](#) | Rubenstein v. Oilsands Quest Inc. et al | filed 02/24/11 | closed 08/06/13 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-04117-ER](#) | Rubenstein v. Heron Therapeutics, Inc. et al | filed 05/07/19 | closed 05/09/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-06976-KPF](#) | Rubenstein v. Siokas et al | filed 07/25/19 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-07802-KPF](#) | Rubenstein v. Knight-Swift Transportation Holdings Inc. et al | filed 08/20/19 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-07991-JPO](#) | Donoghue et al v. Astro Aerospace Ltd. et al | filed 08/26/19 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:19-cv-08179-NRB](#) | Donoghue et al v. Ambase Corp. et al | filed 09/03/19 | closed 12/13/19 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-01807-JGK](#) | IN RE MYOVANT SCIENCES LTD. SECTION l6(b) LITIGATION | filed 02/29/20 | | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03442-VM](#) | Rubenstein et al v. HollyFrontier Corporation et al | filed 05/02/20 | closed 05/22/20 | 15:0078(15:78m(a) Securities Exchange Act) |
| | | | | 15:0078(15:78m(a) |

| [1:20-cv-03697-VEC](#) | Donoghue et al v. National Health Investors, Inc. et al | filed 05/13/20 | | Securities Exchange Act) |
| --- | --- | --- | --- | --- |
| [1:20-cv-03778-VM](#) | Donoghue et al v. H&E Equipment Services, Inc. et al | filed 05/15/20 | closed 06/10/20 | 15:0078(15:78m(a) Securities Exchange Act) |
| [1:20-cv-03961-GHW](#) | Rubenstein et al v. IMAX Corporation et al | filed 05/21/20 | | 15:0078(15:78m(a) Securities Exchange Act) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 08/06/2020 16:24:47 | | | |
| **PACER Login:** | daniellemclaughlin1975 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | COA: 15:0078 Last Name: RUBENSTEIN First Name: MARK |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |