# EXHIBIT 27

| Number | Caller | Created on | Customer Viewable Description |
|---|---|---|---|
| CC03295306 | Bryan Saksa | 24-Jul-2018 15:27:52 | Inquiry regarding Avalon Holdings Corporation's (AWX) Recent Stock VolumeAvalon Holdings Corporation ("Avalon" or the "Company") has 3,191,100 Class A shares issued and outstanding.  Based on the Company's knowledge, from the 13D/13 G filings with the SEC (most recent filing was in February 2018), the only investors holding 5% or more of the Class A shares are:Ron Klingle – 170,417 shares – 5.3% percent of classAnil Nalluri – 719,234 share – 22.5% percent of classDimension Fund Advisors LP – 183,950 shares – 5.8% percent of classComprehensive Financial Planning – 459,007 shares – 14.4% percent of classBacking out these 5% investors Class A shares, there are approximately 1.7 million shares left to trade.  Through July 24, 2018, our total trading volume for the year was approximately 5.9 million shares.  Based on the number of shares available to trade and the shares traded this year, this does not make sense.During 2018, there were four days with significant stock activity – May 10th - 630,400 shares traded, June 15th - 836,000 shares traded, July 17th - 990,000 shares traded and July 24th – 1.9 million shares traded.  On all four occasions, we have been in contact with the NYSE and stated we were not aware of anything that would cause this significant volume. No potential investor has contacted us regarding any stock purchase.  Based on my conversation with Anil Nalluri (our largest Class A shareholder) on 7/23/18, he has not bought or sold any of his shares.  In addition, there have been no material events regarding the Company that have not been disclosed through a public filing that would cause such activity.  No members of management have bought or sold any shares of stock.The Company would like to know what is/was causing such large trading volume on those days. |

NYSE000076

| Number | Caller | Created on | Customer Viewable Description |
|---|---|---|---|
| CC03343216 | ■■ | 27-Jul-2018 18:49:01 | Avalon AWX is being illegally manipulated by a fund in Bermuda. Why are you halting trading? |

**NYSE000077**

| Number | Caller | Created on | Customer Viewable Description |
|---|---|---|---|
| CC03344602 | ▇▇ | 28-Jul-2018 13:36:33 | Hi<br><br>Insider trading and manipulation is currently undergoing on AWX ticker by Guy Gentile aka mint broker. Based on the form 3 and 4 fillings for his last 3 pumps he has done this on AWX, MTSL and GBR. All have has massive pumps and dumped all the way back down when he sells. He has bought the entire float on all three stocks before driving the price all the way back down trapping shorts on the way up by creating unlimited borrows. And tradding longs on the way down , this is even more true on MTSL when he bought and dumped in the same day, $1-$6 and back to $1 in the same day by buying the entire float from a tiny float stock.<br><br>I lost a total of $15,182.55 yesterday in this scam and will be pressing legal charges unless you can do anything to get my money back. You and the sec should be negating all trades made on this ticker these past 4 days. 1000's of people have blown up accounts due to this illegal activity.<br><br>Below is a screenshot of proof of my loss.<br>https://ibb.co/cbxNzT<br><br>Below are screenshots of the 3 pumps<br>AWX: https://ibb.co/dFErto<br>GBR: https://ibb.co/eo2uDo<br>MTSL: https://ibb.co/djDCzT<br><br>The evidence of mintbrokers activity can be found here<br><br>AWX:<br>Form 3 so far. The dump will come with the form 4 after hes cashed in his scam.<br>https://www.sec.gov/Archives/edgar/data/1061069/000174257618000007/xslF345X02/primary_doc.xml<br><br>GBR:<br>Form 3: https://www.sec.gov/Archives/edgar/data/105744/000174257618000002/xslF345X02/primary_doc.xml<br>Form 4:<br>1: https://www.sec.gov/Archives/edgar/data/105744/000174257618000003/xslF345X03/primary_doc.xml<br>2: https://www.sec.gov/Archives/edgar/data/105744/000174257618000004/xslF345X03/primary_doc.xml<br><br>MTSL: Where the original document for the first purchase is is no where to be found.<br>Form 4: https://www.sec.gov/Archives/edgar/data/1025561/000174257618000005/xslF345X03/primary_doc.xml<br><br>The idea is brilliant but is pure manipulation and is a massive scam. Buy the entire float or most of the float. Create a huge supply of easy to borrow shares. squeeze the shorts as there is not much of a float left, shorts cover creating a huge upside movement, downsize position then so it all again. At the end of it when the price is high enough after a few days dump the whole float on the market, crashing the stock.<br><br>Can you please help me in recovering the loss in this illegal activity. Taking a loss is fine but having a stock go from $6-$19 within one hour is not. The stock even went from $6-$9 withing 16 minutes near end of day and gave no room for |

| Number | Caller | Created on | Customer Viewable Description |
|---|---|---|---|
| | | | error or hesitation in closing position.<br><br>You and the sec have done nothing. 2 prior pump and dumps and now this one which has been occurring for multiple days and no investigation. I feel you need to rectify the loss with me and other victims in the crime.<br><br>I want to see an outcome. I will otherwise take legal proceedings and go to the press and gather other accounts from victims to show how little has been done to help those scammed and to stop this happening in the past and future.<br><br>Regards<br>████████<br>████████████ |

| Number | Caller | Created on | Customer Viewable Description |
|---|---|---|---|
| CC03344607 | ▮▮ | 28-Jul-2018 13:37:50 | Hi<br>Insider trading and manipulation is currently undergoing on AWX ticker by Guy Gentile aka mint broker. Based on the form 3 and 4 fillings for his last 3 pumps he has done this on AWX, MTSL and GBR. All have has massive pumps and dumped all the way back down when he sells. He has bought the entire float on all three stocks before driving the price all the way back down trapping shorts on the way up by creating unlimited borrows. And tradding longs on the way down , this is even more true on MTSL when he bought and dumped in the same day, $1-$6 and back to $1 in the same day by buying the entire float from a tiny float stock.<br>I lost a total of $15,182.55 yesterday in this scam and will be pressing legal charges unless you can do anything to get my money back. You and the sec should be negating all trades made on this ticker these past 4 days. 1000's of people have blown up accounts due to this illegal activity.<br>Below is a screenshot of proof of my loss.<br>https://ibb.co/cbxNzT<br>Below are screenshots of the 3 pumps<br>AWX: https://ibb.co/dFErto<br>GBR: https://ibb.co/eo2uDo<br>MTSL: https://ibb.co/djDCzT<br>The evidence of mintbrokers activity can be found here<br>AWX:<br>Form 3 so far. The dump will come with the form 4 after hes cashed in his scam.<br>https://www.sec.gov/Archives/edgar/data/1061069/000174257618000007/xslF345X02/primary_doc.xml<br>GBR:<br>Form 3: https://www.sec.gov/Archives/edgar/data/105744/000174257618000002/xslF345X02/primary_doc.xml<br>Form 4:<br>1: https://www.sec.gov/Archives/edgar/data/105744/000174257618000003/xslF345X03/primary_doc.xml<br>2: https://www.sec.gov/Archives/edgar/data/105744/000174257618000004/xslF345X03/primary_doc.xml<br>MTSL: Where the original document for the first purchase is is no where to be found.<br>Form 4: https://www.sec.gov/Archives/edgar/data/1025561/000174257618000005/xslF345X03/primary_doc.xml<br>The idea is brilliant but is pure manipulation and is a massive scam. Buy the entire float or most of the float. Create a huge supply of easy to borrow shares. squeeze the shorts as there is not much of a float left, shorts cover creating a huge upside movement, downsize position then so it all again. At the end of it when the price is high enough after a few days dump the whole float on the market, crashing the stock.<br>Can you please help me in recovering the loss in this illegal activity. Taking a loss is fine but having a stock go from $6-$19 within one hour is not. The stock even went from $6-$9 withing 16 minutes near end of day and gave no room for error or hesitation in closing position.<br>You and the sec have done nothing. 2 prior pump and dumps and now this one which has been occurring for multiple days and no investigation. I feel you need to rectify the loss with me and other victims in the crime.<br>I want to see an outcome. I will otherwise take legal proceedings and go to the press and gather other accounts from victims to show how little has been done to help those scammed and to stop this happening in the past and future.<br>Regards<br>▮▮<br>▮▮ |

| Number | Caller | Created on | Customer Viewable Description |
|---|---|---|---|
| CC03344608 | ▉▉ | 28-Jul-2018 13:38:16 | Hi<br><br>Insider trading and manipulation is currently undergoing on AWX ticker by Guy Gentile aka mint broker. Based on the form 3 and 4 fillings for his last 3 pumps he has done this on AWX, MTSL and GBR. All have has massive pumps and dumped all the way back down when he sells. He has bought the entire float on all three stocks before driving the price all the way back down trapping shorts on the way up by creating unlimited borrows. And tradding longs on the way down , this is even more true on MTSL when he bought and dumped in the same day, $1-$6 and back to $1 in the same day by buying the entire float from a tiny float stock.<br><br>I lost a total of $15,182.55 yesterday in this scam and will be pressing legal charges unless you can do anything to get my money back. You and the sec should be negating all trades made on this ticker these past 4 days. 1000's of people have blown up accounts due to this illegal activity.<br><br>Below is a screenshot of proof of my loss.<br>https://ibb.co/cbxNzT<br><br>Below are screenshots of the 3 pumps<br>AWX: https://ibb.co/dFErto<br>GBR: https://ibb.co/eo2uDo<br>MTSL: https://ibb.co/djDCzT<br><br>The evidence of mintbrokers activity can be found here<br><br>AWX:<br>Form 3 so far. The dump will come with the form 4 after hes cashed in his scam.<br>https://www.sec.gov/Archives/edgar/data/1061069/000174257618000007/xslF345X02/primary_doc.xml<br><br>GBR:<br>Form 3: https://www.sec.gov/Archives/edgar/data/105744/000174257618000002/xslF345X02/primary_doc.xml<br>Form 4:<br>1: https://www.sec.gov/Archives/edgar/data/105744/000174257618000003/xslF345X03/primary_doc.xml<br>2: https://www.sec.gov/Archives/edgar/data/105744/000174257618000004/xslF345X03/primary_doc.xml<br><br>MTSL: Where the original document for the first purchase is is no where to be found.<br>Form 4: https://www.sec.gov/Archives/edgar/data/1025561/000174257618000005/xslF345X03/primary_doc.xml<br><br>The idea is brilliant but is pure manipulation and is a massive scam. Buy the entire float or most of the float. Create a huge supply of easy to borrow shares. squeeze the shorts as there is not much of a float left, shorts cover creating a huge upside movement, downsize position then so it all again. At the end of it when the price is high enough after a few days dump the whole float on the market, crashing the stock.<br><br>Can you please help me in recovering the loss in this illegal activity. Taking a loss is fine but having a stock go from $6-$19 within one hour is not. The stock even went from $6-$9 withing 16 minutes near end of day and gave no room for |

| Number | Caller | Created on | Customer Viewable Description |
|---|---|---|---|
| | | | error or hesitation in closing position.<br><br>You and the sec have done nothing. 2 prior pump and dumps and now this one which has been occurring for multiple days and no investigation. I feel you need to rectify the loss with me and other victims in the crime.<br><br>I want to see an outcome. I will otherwise take legal proceedings and go to the press and gather other accounts from victims to show how little has been done to help those scammed and to stop this happening in the past and future.<br><br>Regards<br>█████████<br>████████████ |
| CC03344704 | ██<br>██ | 28-Jul-2018<br>18:10:57 | Hello,<br><br>I am sure that I am not the first one to complain about this stock on your exchange AWX.  My investigation leads me to believe that a manipulator Guy Gentile from Mint Brokers has taken control of the share float to manipulate the share price of the said security.  Now he takes advantage of Pre Market and and Aftermarket light trading to manipulate this stock to his advantage.  To have a stock move from two dollars to 18.70 in four days without any news is some feat quite extraordinary.  I have been a trader for 12 years, never have I witnessed such a display of manipulation.  On friday July 27 from 3pm to 8 pm Mr. Gentile and his crew took the share price off the charts totally obliterating shorts like myself.  In 12 years of trading I have had,  this man wipes me out in one hour of official trading and 4 hours aftermarket.  He has |

| Number | Caller | Created on | Customer Viewable Description |
|---|---|---|---|
| | | | previously manipulated GBR and MTSL the same exact way.  Pumps and then Dumps.  Now I have not covered my short yet, I am hoping my bank will give me the time to survive this incredibly manipulated pump.  I will also report this to the SEC whistleblower program, I want this man stopped.  I don't mind losing money in a fair market, but when I get whipped out in this fashion, I count on regulators to move and regulate the market.  I thank you very much for looking into this matter, I hope this security gets halted pending an investigation. |
| CC04746513 | Stephen Larson | 04-Dec-2018 17:24:44 | Complaint forwarded from Jonathan Redwine: Miriam Tauber, lawyer for two American-listed companies (Avalon Holdings (AWX) and New Concept Energy (GBR)),  compains of possible stock manipulation by entities owned or controlled by Guy Gentille, as alleged in complaint she field earlier in 2018 on behalf of her clients.<br><br>Contact information:<br>Miriam Tauber<br>323-790-4881<br>MiriamTauberLaw@gmail.com |