UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVALON HOLDINGS CORP., | |
| Plaintiff, | No. 18-cv-7291 (VSB) (RJL) |
| v. | ECF Case |
| GUY GENTILE and<br>MINTBROKER INTERNATIONAL, LTD., | |
| Defendants. | |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC. | |
| Plaintiff, | No. 18-cv-8896 (VSB) (RJL) |
| v. | ECF Case |
| GUY GENTILE and<br>MINTBROKER INTERNATIONAL, LTD., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that upon the accompanying Brief and Affidavit of Miriam Tauber (and attached Exhibits), and the pleadings, Plaintiff Avalon Holdings Corp. hereby moves the Court for entry of Summary Judgment pursuant F.R.C.P. 56.

Dated:  Aug. 10, 2020
            New York, NY

*s/ Miriam Tauber*                                              *s/ David Lopez*
_____
Miriam Tauber (MT-1979)                              David Lopez (DL-6779)
MIRIAM TAUBER LAW PLLC                        LAW OFFICES OF DAVID LOPEZ
885 Park Ave. 2A, New York NY 10075         PO Box 323 | 171 Edge of Woods Rd.
(323) 790-4881 | MiriamTauberLaw@gmail.com    631-287-5520 | DavidLopezEsq@aol.com

*Attorneys for Plaintiff Avalon Holdings Corp.*