# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x
AVALON HOLDINGS CORP.,
No. 18-cv-7291(VSB)
Plaintiff, (ECF Case)

-against-

GUY GENTILE and MINTBROKER INTERNATIONAL, LTD.,
Defendants.
- - - - - - - - - - - - - - - - - - - - -x
Related to:
- - - - - - - - - - - - - - - - - - - - -x
NEW CONCEPT ENERGY, INC.,
No. 18-cv-8896(VSB)
Plaintiff, (ECF Case)
-against-
GUY GENTILE and MINTBROKER INTERNATIONAL, LTD.,

Defendants.
- - - - - - - - - - - - - - - - - - - - -x
Virtual Deposition
New York, New York

May 27, 2020
10:07 a.m.

VIRTUAL DEPOSITION of BRAD KLAUSEGER, a Non-Party Witness in the above-entitled action, held at the above time and place, taken before Jennifer Brennan, a Notary Public of the State of New York, pursuant to Subpoena.

Page 10

B. Klauseger

sub-accounts, that's the 3365 account and the sub-accounts that are UL 3811 and US 3812; right?

A I would have to -- so can you state that again?

Q So I guess we only have trading records for the account that I just mentioned, the Master Account, that's 33 --

A 3365 and the UL and US under those accounts, yes.

Q I guess I understand from that, the other accounts didn't have any trading in these securities?

A Yes, that's correct.

Q And the securities are Avalon and New Concept?

A Correct.

Q So then going into these account statements for those relevant accounts I just mentioned, if you go into the folder that says, "Annual statements," I'm going to now introduce these documents, so that's Mint 2018-1,

Page 11

B. Klauseger

Mint 2018-UL and Mint 2018-US. So I think that one of them was introduced already as a Gentile exhibit and that one is Exhibit 5 from the Gentile deposition, which I'm going to mark now.

MS. TAUBER: Does everyone now see there is an exhibit in the marked exhibits on the exhibit share?

THE WITNESS: Yes.

Q So that is the document that is Mint 2018-1 in this annual statements folder and the other ones I'm marking Exhibit 18, because we ended with Exhibit 17 in the Gentile deposition. So now we have Exhibit 5, I think we can't open them all at the same time, which is another reason why it's good to have the other folder opened. So Exhibit 5 -- so I'm looking at all of these together, even though you can't do it on the exhibit share.

So Exhibit 5 is this one, is Mint 2018-1 and that is the activity statement for the Master Account ending

Page 12

B. Klauseger

in 3365?

A That's correct.

Q And then there is also an account ending in 3665-F, the way that I see that is if you go into the account documents, the 3665 folder, if you look at all the documents in there, some of them are labeled 3665-F.

Do you see that?

A Yes, I do.

Q Could you explain the difference between the 3365 and the 3365-F account, if there is one?

A So they're both Master accounts. The F account is our IB UK limited account. It's used to trade particular products that aren't offered through our IB LC entity.

Q And then how does that F account relate to the UL and US account, the long and short?

A It's essentially a partitioned account of the Master I Broker.

Q So just another sub-account or

Page 13

B. Klauseger

another --

A I wouldn't quite call it a sub-account. It would be -- essentially it's just a partition of the Master Account. It's able to trade other products that the IB LC cannot offer. That's the best way I can put it.

Q So there is no stock trading in that account, like regular --

A There should not be any -- I do not believe any stock trading should be in that account for US securities.

Q So then if you look at the -- sort of the first page of each of these documents that I just marked 5 and 17 and 18, I believe it was, you see there is like a net asset value header on the first page?

A Yes, yes.

Q Sorry, it was 18 and 19. Just to clarify, it was 5, 18 and 19.

A Yes.

Q So in Exhibit 5, which is the Master Account --

B. Klauseger

A Correct.

Q -- do you see that it says the total -- I guess I'll ask it this way: If you look at the net asset value header on the first page of each document, how do those relate to one another?

Like, they don't seem to add up or have the same numbers, but I know that, like we just discussed, there are two sub-accounts and a Master Account, so how does that work?

A Net asset value --

Q So where I'm looking is in the --

A You're in Exhibit 5?

Q Yeah, let me just also put one more exhibit on there. And Exhibit 5, for example, I'm looking at the total, which says -- like at the end of 2018, there is eight -- so let me just put one more exhibit up there actually.

So now there is Exhibit 6 up there also from the Gentile deposition and that seems -- tell me if I'm wrong,

B. Klauseger

but this looks like another way of showing the information that's in Exhibit 5, do you see that, a different type of statement with --

A Yes, I see that.

Q So where I'm looking at Exhibit 6, which is more similar to the format of the other two documents, if you look at where it says, "Net asset value," on the first page, then it says, "Total," and I'm looking at the total, like at the end of December 31, 2018, 7.94 million number?

A Correct.

Q And then if you look at Exhibit 18, which is the long account, on the front page of that one, a similar like header and then --

A Yes.

Q -- it's total, December 31, 2018, is 5.9 million.

Do you see that, 5.989?

A Yes.

Q And then the short, I now each

B. Klauseger

document is annoying, but the short account, which is Exhibit 19, that has a total at the end of the same period of negative 710,000?

A Correct.

Q So how -- I guess I'm wondering how -- like, what is the relationship between the net asset value shown on the Master statement and then the two sub-account statements, in order to figure out what is the actual value of this account?

Do you have to add all those numbers together or is one included in the other, like how is that --

A Right, so based on what I see -- let me take another look at each of the exhibits again, if you don't mind.

Q No problem. If you want to open up at the same time, if you go into the production folder, it goes through the documents that are in like the account statements folder.

A I'm opening them up. Okay. So

B. Klauseger

each of these -- to understand the total value of the account, Exhibit 6 is not a consolidated statement.

Q Okay.

A So we would have to combine each of the three accounts, to get a complete net asset under value.

Q So just take the 7.94, from the Master statement, Exhibit 6 statement?

A Correct.

Q And subtract that number value from the --

A 710,000.

Q And that would give you the total amount?

A Correct.

Q Is that total account reflected on any statement anywhere?

A It would be reflected on a consolidate statement.

Q So looking at the production that Interactive produced to us, did they produce any statements like that?

A The production does not appear

B. Klauseger

to have a consolidated statement.

Q Do you know if the statement has individual trading on it?

A Can you restate that?

Q The -- if you look at the Master Account statement, which is Exhibit 6, that one has no, like, individual trades broken down --

A Right.

Q -- versus the long and short statements, that 18 and 19. There are like thousands of pages and they have in the middle of those documents, there is a section called "Trades," and there is actual executed trades, it looks like, on those statements?

A So, yes, the -- a consolidated statement would have -- would consolidate each of the I Broker US and UL accounts, so that trade activity would be displayed on that consolidated statement.

MS. TAUBER: Could I ask that be produced to us because that would make it a lot easier to see all of

B. Klauseger

the trades?

Q And I guess what we have -- would that statement include -- basically would that be just the sum of the US trading and the UL trading?

A Correct.

Q It would be just those two documents.

Are there any other, like trading reports that are included on those consolidated statements, that we don't have?

A No, it's essentially a combination of all three of these statements together, would be the consolidated statement.

Q Okay. So I guess going into the UL and US documents a little bit in more detail, I'm just going to open the UL document, so we can look at that one together, which is the Exhibit 18.

A Okay.

Q So for that one, you look at the -- like the headers, the first time I

B. Klauseger

see AWX, which is the Avalon trading symbol mentioned is under a header on page three, that says, "Marked to Market performance summary"?

A Correct.

Q And it says like there is -- there is sort of like -- sorry.

A I didn't hear the last part. I see the AWX in the Marked to Market.

Q Could you explain -- I see that says, "Position, transaction, commissions, total," how is that calculated and what is that telling us about AWX position?

A So Marked to Market performance summary details the performance of the security over the life of the statement or over the period of the statement.

So this would be the -- this would cover specifically over the period of 2018. And it shows that AWX invested essentially -- this customer invested $379,486.35 into AWX and sold the position for $5,990,033.13, paid

B. Klauseger

commissions of $9,290.55, which led to a profit of $5,601,256.23.

Q So when you say that they invested the 379,000 amount, what does it mean that it's negative in that --

A That's how much they paid to open up that position.

Q So what would mean like the next one over, Axon is positive?

Do you see that?

A Yes, I do. I believe it has to do with the accounting of the position to determine if it's a profit or loss.

Q Okay. So now there is a similar line like this in the US account, if you open that document, which is Exhibit 19.

A Yes.

Q And that one is AWX, that one is on page four -- three, as well actually.

A Okay.

Q So do you see there, there is another like similar information, this

Page 22

B. Klauseger

one says 410, I guess invested and then the selling price was 16; right, commissions?

So in order to get the total number of shares traded in this account, this Master Account, this Omnibus Account, would you just sort of literally add these lines together and then --

A The number of shares?

Q In order to get a full picture of the trading in this doc, in this case it would be under this Marked to Market performance summary header, if you wanted to see the overall Marked to Market performance summary of this doc, would you have to add these columns together, these rows together, meaning the AWX rows on Exhibit 18 and the AWX row on Exhibit 19?

A Would you add it -- yes, I mean to get the P/L, you would add the two together, yes.

Q For each column; right? Like so that would be the total -- if you

Page 23

B. Klauseger

added like the position column in the long and short statements together?

A Yes, it should come out, which would equal the same P/L.

Q On the consolidated statement you were mentioning, would that already be added or would it be in two separate sections?

A Yes, it would net the amounts together.

Q So is it possible for you to confirm -- I mean, maybe we can just get a copy of that consolidated statement, but to confirm that actually does add up, the two numbers added together, would be the number that appeared on the consolidated statement?

A We would have to -- yes, I believe we could run a consolidated statement for the two accounts -- for all three accounts. Due to the vast amount of trading activity, we might have some difficulty with producing that document, but I wouldn't know until I, you know,

Page 24

B. Klauseger

probably reached out to your programmer.

Q So the consolidated statement is not something that's given to the customer; is that right?

It's not something that like this --

A Right. Well, it may be available to the customer. I'm unsure of -- I know that we can generate a specific statement as a consolidated statement though internally.

Q Okay. So meaning -- but that could be any two accounts that I would want? If I'm a customer, I could get -- in this case, could you do a consolidated statement between the 3365 account, which is the Master Account or any other accounts?

A No.

Q It has to be the Omnibus?

A Yeah, within the same family of accounts.

Q So then going into the trading section of this -- of these statements,

Page 25

B. Klauseger

so if you go to the UL statement and starting on page nine -- sorry, before that, going to the section that's called "Realized and Unrealized performance summary," which is like page 390 of this document?

A You're on Exhibit 19 still?

Q I'm in Exhibit 18.

MR. FORD: Is there a function to skip to that page because it looks like otherwise I can do one page at a time?

MS. TAUBER: I asked about that and they said there wasn't. That's if you open in your production, it's easier.

MR. PROVENCIO: Are we talking about the short or long account?

MS. TAUBER: The long account first. I think they're the same format, so I -- we can look at any one of these and I assume it's the same type of information, like we discussed, we just add it altogether.

Page 26

B. Klauseger

So we can look at each section of one document, I assume, and then -- I'll ask that and you'll tell me, but I think that would be an example of how it works.

MR. PROVENCIO: If you look at the account statements in Adobe, you can pull up the bookmarks and skip to the various sections of the statement.

MS. TAUBER: Right.

A You said page 290?

Q Well, I'm on page 390 of the UL, Exhibit 18.

A Okay, I'm there.

Q Do you see there is an AWX line here and it says, like, the realized, Unrealized columns and there is total column?

A Right.

Q So that total column is 5,605,496.92, do you see that?

A Yes.

Q So I'm just going to tell

Page 27

B. Klauseger

you -- I'll represent to you on page three we just looked at, where it says "Marked to Market performance summary," the total there for AWX was not that number. It was close -- so we looked at the --

A Right.

Q So it was close. There are two numbers actually in the other page, Marked to Market, there was like the amount you said the trades brought in, which was a 5.9 number and then there was like some net profit, which was the 5.6 number, which I think excludes commissions?

A Uh-huh.

Q And then here, I don't see how these numbers sort of align with the Marked to Market performance summary numbers.

Can you explain that a little bit?

A So Marked to Market represents the change in P/L over the period of the

Page 28

B. Klauseger

statement, versus realized Unrealized detail, the P/L, between the initial purchase price and the ultimate sale price.

So Marked to Market can change -- Marked to Market can be different because of -- it all depends on when the customer established their position and it's showing the change in the period's stock price.

Q Okay. So -- and the realized Unrealized, depends on what?

A So realized and Unrealized essentially is when you first purchase the stock, versus when you sell the stock.

Q Okay.

A There is the initial purchase price you made and there is the closing position, which is another price. The difference between there, determines the realized and Unrealized.

For example, if you buy something at $10, you sell it at $20, you

Page 29

B. Klauseger

make $10 in profit. If you buy something at $10 and it's valued at $20, you have an Unrealized profit of $10.

Q Okay. So the Unrealized performance summary includes shares that weren't sold yet, is that what you're saying?

A Correct.

Q Then now going to the trade section there -- okay. So on --

MR. FORD: I apologize to interrupt, just to clarify that last answer because I think you said that with respect to the Unrealized, I forget exactly what he said, but the Unrealized in the AWX is all zero, is what I'm looking at.

THE WITNESS: Right, which means that he sold -- the customer sold the entire position.

MR. FORD: Thank you.

Q Why is it different from the Marked to Market?

A Marked to --

Page 30

B. Klauseger

Q It's not vastly different, but it is different.

A Because the Marked to Market is this, is that it's showing the P/L of the security at the end of the last sale -- I believe it's the last sale of the review period or the close date. So let me rephrase this.

Marked to Market is going to show the change in P/L of a position based on the close price of that product. So if I, just for example, if I buy stock at 10, sell it at 20, I have a P/L of $10. But at the end of the day, if it closes at $22, I have a Marked to Market P/L for that day of $12.

Q Okay. So that -- so I'm still not sure why it would be different in this situation because this is like -- this account scheme is up, as of December 31, 2018.

So as of that day, he had sold all the shares in his account, based on the Unrealized performance summary; is

Page 31

B. Klauseger

that right?

A Yes, the trade section will be a better indicator of when he sold it.

Q Let's move to the trade section. I believe that's more direct UL than anything. If we go to page 933 of the ULs of Exhibit 18 --

A Okay.

Q -- that's where the AWX trading begins and then it ends at page 999.

A Okay.

Q And so on that page, we have this summary, this line that summarizes total AWX?

A Yes.

Q There you have the realized P/L and the Marked to Market P/L, you can see they're a little bit different; right?

A Right.

Q So -- and then there is the commissions, the proceeds.

So which one of these numbers, like the proceeds, the Realized P/L or the Marked to Market P/L, most accurately

Page 32

B. Klauseger

represents how much money the customer made on these AWX trades?

A It's the Realized section, so $5,605,496.91 is what the customer made.

Q Wait --

A Are you on Exhibit 18?

Q Yes. The 5,605,496.91; right?

A Yes.

Q So okay, that's the proceeds minus the commissions; is that right?

A Proceeds minus commissions, minus cost.

Q Minus basis?

A Yes.

Q Then where it says quantity, it says 4,396 under the quantity total?

A Yes.

Q Does that mean there is 4,396 shares of AWX in his account?

A Let's see. It means it purchased 4,396 more shares than he sold, as detailed above.

Q So I think I know what happened to those shares and I think if you go

Page 33

B. Klauseger

into the transfer section of this document --

A Okay.

Q -- there is a transfer of that amount of shares from the -- I think it's the long and short account?

A Do you have a page for that?

Q Yes, hold on. I have to open it up. I don't know what happened to that page, one second.

So it's going to be on 4,758 of the Exhibit 18.

MR. FORD: 4,758?

MS. TAUBER: Yes, page 4,758 of Exhibit 18.

MR. FORD: Danielle, do you see the AWX on that page?

MS. TAUBER: Sorry, it's 4,759, the very next page.

MR. FORD: There it is. Thank you.

Q So --

A 47 -- okay, all right, yes. I see there are four internal transfers of

Page 34

B. Klauseger

AWX.

Q Right. I think those add up to the number that we were just looking at, which is the 4,396, the quantity in the trades?

A Uh-huh.

Q So it looks to me that the quantity, that that quantity of shares was transferred from the UL account to the US account?

A Yes.

Q Okay. So that would explain --

A Why we see the number of shares that's -- that's why we see the higher number of purchase shares, than sold shares, in the trade section.

Q Okay. And then so in terms of the trades going back to -- I'm sorry to jump to these other pages.

Going back to the trading section, if you just talk generally about what these different columns indicate, if you look at, like, for example, page 934 of this UL, Exhibit 18 document, which is

Page 35

B. Klauseger

a random page of AWX trading?

A Yes.

Q So -- okay, so there is this transaction, this code at the end on the last column on the right?

A Yes.

Q So there is like O, P, C, P?

A Yes.

Q And those transaction codes are explained at the end of this document?

A Correct.

Q And so C, I think is a closing trade; right?

A Correct.

Q And then O is an opening trade?

A Correct.

Q I don't know what the P means, off the top of my head.

A P is a partial fill.

Q Okay. So my question about the partial fill ones, is the number that we see here, as the number of shares that are traded, like for example, if you look at, for example, like the first line on

Page 36

B. Klauseger

page 935 or -- yeah, 35, where it says -- like it says 300 shares, do you see that?

A Yes.

Q So actually go down to the third line, where it says 975 shares.

A Okay.

Q And it says P under code, so if P is a partial fill, is 975 the number of shares that were filled or the number of shares that were ordered?

A It's the number of shares that were filled.

Q Okay.

A So if to explain what the partial fill indicates, is that the customer entered an order for 975 or more shares and it received an execution of 975 shares across multiple executions multiple fills at various prices.

Q Can you say the first thing --

A The order is for at least 975 shares and it means that the -- that an order came in for at least 975 shares to get executed and received multiple

Page 37

B. Klauseger

executions.

So it may, for instance, it may receive 100 share execution on exchange one and may receive 200 execution on exchange two and then receive 675 execution on exchange three, totaling 975 shares. Each of those executions can be executed at various prices, which is the volume weighted average price as shown in the trade price section, which that 253,871.79.

Q Okay. So the next line 2,785, is there anyway to tell if, for example, these two lines combined, were placed as one order for the total number of shares or are these separate orders that were placed?

A These are separate orders.

Q And so if any of these trades were canceled, they would have the cancellation code next to them; is that right, which I think is CA?

A That's correct.

Q Okay. So now if you go up to

Page 38

B. Klauseger

the production, the Interactive production folder, there is a folder called Order Blotters and Trade Blotters, do you see that?

A Yes.

Q Under Order Blotters, there are like four spreadsheets, cancel, cancel, cancel and there is a document called cancel hard coded, PCP?

A Correct.

Q So if you just open, let's say, open the first spreadsheet -- I guess I should introduce it. The thing is, I don't know about introducing a spreadsheet. So maybe we can discuss it without introducing it, if that's okay with everybody?

MR. FORD: Actually, could we introduce it only because I have pulled up what is on the --

MS. TAUBER: I can do it, but it might cause complications because I don't think we can stamp it because it's an Excel sheet and I can't print

Page 39

B. Klauseger

it to PDF in a good way, but I can try to introduce it.

MR. FORD: I'm certainly not trying to make this more difficult.

MS. McLAUGHLIN: We can also e-mail them to you, Adam.

MR. FORD: Why don't we introduce it and mark it and for our purposes, we can just look at --

MS. TAUBER: I don't think I can mark it, is the problem because it's an Excel document.

MR. FORD: You mean, because you --

MS. TAUBER: You can't mark a PDF.

MR. FORD: Can't you just title it the exhibit number.

MS. TAUBER: I'm going to try. I'm going to do it like this. Hold on. Okay, it does work -- unable to preview or scan, hopefully it will work.

Does everyone see it?

Page 40

B. Klauseger

MR. FORD: Yes, it's up.

MS. TAUBER: It says, "Too large to be previewed," for me.

MR. FORD: It wants you to download it.

Q That separate sheet that we can look at together is cancellation -- if you scroll down, you can see there is some AWX information in there?

A Uh-huh, yes, I see that.

Q Does this relate to -- does this document relate only to Mintbroker's cancellations or to any Interactive's customer's cancellations?

A I believe this document was for all cancellations in AWX.

Q Okay.

A Yeah.

Q So if there is no -- like how would you expect -- if any of these were Interactive's cancellations, how would they be reflected on either the UL or US trading reports, like Exhibit 18 and Exhibit 19?

Page 41

B. Klauseger

MR. PROVENCIO: Can I ask for clarification? You said if any of these were Interactive's cancellations?

Q So there are four different spreadsheets that Interactive produced, that are these cancellation spreadsheets in that folder.

We looked at the Order Blotters folder?

A Correct.

Q So I'm just trying to understand if any of these canceled trades, were trades that we saw listed on the Exhibit 18 and 19, the long account and short account statements?

MR. PROVENCIO: So again, I don't mean to interrupt, but I don't recall seeing any --

MS. TAUBER: Me either, that's my question.

Q If any of the UL or US trades included any of these canceled trades, would they have a CA code?

Page 42

B. Klauseger

A So any trade that was canceled, would be shown on the statement with a CA code.

Q Okay. So if you don't see any CA codes on these UL and US statements, does that mean that none of those trades were canceled?

A Correct.

Q So I want to look at a few more documents. The cancellations, so -- back to the marked exhibits again.

Okay. So do you see this document that I just marked as Exhibit 21?

A Yes, I see it.

Q Okay. So this is about cancellation of different stocks, not AWX or GBR, which is New Concept?

A Uh-huh.

Q I'm just curious about how -- in this e-mail and I'm seeing that -- tell me if I'm wrong, but it looks to me that Mr. Gentile had placed certain orders and then Interactive was informed

Page 43

B. Klauseger

with a CBOE required those orders to be canceled?

A Correct, that's my understanding.

Q So how would those trades be reflected on the statement? Like, would you see those orders?

A So these aren't trades, these are orders. Orders are different than trades and orders aren't represented on the statements. Only trades are represented on the statements.

Q Okay. So if he placed an order and the order was not filled at all, so I know we just talked about a partially filled order, would it be reflected on the statement?

A If an order was not filled at all, it would not be reflected on the statement.

Q Now, going back to the folder of Order Blotters and Trade Blotters in the Interactive production.

If you go into the Trade

Page 44

B. Klauseger

Blotter -- let me introduce that. Okay, so Exhibit 22 now is in there and that's the Trade Blotter spreadsheet.

A Okay.

Q So this is all of the New Concept and Avalon trades, in general, or in -- sorry, let me rephrase that.

Does this have all the AWX and GBR trades by all Interactive clients or is this specific to -- some of them say Mintbroker?

A Right. So this is a Trade Blotter that represented all the trading activity in these securities, during the review period, by all customers.

Q And the ones that say Mintbroker, and they have an account number on the column to the left of that?

A Yes.

Q So looking at the first -- I'm looking at a random row, I guess, July 24, 2018, it says account number UL 1043811, account title, Mintbroker and it has a quantity of stock purchased and

Page 45

B. Klauseger

price and a time.

So would that correspond to a row like this on the UL statement that we looked at?

A If it's a partial fill, it will not because of the statement is, as I explained before, will show the aggregate and volume weighted average price.

The Trade Blotter will show the individual executions that made up that aggregate transaction on the statement.

Q Okay. But if I added up all of the Mintbroker buys on this Trade Blotter from one date and I took the UL statement and added up all of the same date buys of the same stock, would I get the same number?

A It should be the same number.

Q And the price might be a little different because one is sort of an average?

A Yes, but there will be a volume weighted average price on the statement.

Q On the statement. So the more

Page 94

B. Klauseger

would essentially be liquidated out of their -- I shouldn't say liquidated, but would be bought in on the short position, it would show up as a buy transaction.

Q So if the customer tried to sell and the sale failed to clear, then you would see another buy in that same amount?

A Yes.

Q And in terms of the price that was listed, it would be the same price as --

A No, I'm not exactly sure as to what price would be, but my understanding is it would be the prevailing market price.

Q So how do you tell if you see like two rows of trades and there is the same amount of shares and one is a sale, one is a buy in the short account, how do you tell if that's a fail to clear situation, with then there is another line that shows they're brought back in the account or alternatively, if it's a

Page 95

B. Klauseger

situation where, just place a buy and a sell, the same amount of shares right away?

A Right. So it would be shown as a buy-in, which is a code we have on the statements, with a column B -- sorry, a code B, that would be an automatic buy-in.

Q I'm looking at the US account. I'm looking at the transaction codes.

Basically if I don't see a code B anywhere, then that did not happen?

A Correct.

Q And then I can just assume if it's two trades in the same amount of shares, it's just two different trade orders?

A Correct.

Q Okay. And you said that would only be relevant to the short account, but in the long account, wouldn't that also rise in situation where if Mintbroker tried to purchase shares, but the selling party, Mintbroker's

Page 96

B. Klauseger

counterparty didn't have the shares, wouldn't that also fail to clear?

A I'm not entirely sure.

Q Okay. So what would -- do you know what happened in that situation I just described, if Mintbroker tried -- I think that is what is meant by, the second line of that affirmative defense paragraph we read, where he says in parentheses, "because the trades were short sales by market makers" --

A So my belief would be that it would be subject to a liquidation, which is another code that we offer -- that's offered in the code section of the trade statement and it will be designated with an L.

Q So again, if -- if in the long account, there is no L coded transaction, then there was no clearing issue?

A Correct. Correct, yes, that's my understanding.

Q Would there ever be a B coded transaction in the long account?

Page 97

B. Klauseger

A I am not sure. From my experience, I have not seen -- I have not seen a long position be involved with a buy-in, as the logic just does not make sense. You wouldn't be buying in a long position. You would be liquidating the long position.

Q Okay. And the same with the L, that would only be a long account code?

A You can -- no, the L could be on the US side as well. If you went into a margin violation, you could be liquidated, which we would buy you back in.

Q Wait, can you explain that a little more?

Why would I see an L code in the US account?

A The L code would be if there was a margin violation that happened in the account.

Q Like, you went over the margin limit, is that what you mean?

A Right. So -- yes, yes, if you

Page 98

B. Klauseger

went over the maintenance margin requirement, you didn't have enough cash in your account to support the maintenance margin, then we would have to liquidate your positions, so we could get that cash value.

Q So that would just go with like the last -- how would you determine which positions to liquidate, just whatever the trade --

A It's an automated process that I believe does randomization on it.

Q So is that true for the B codes as well, like, is it random?

A No, the buy-in is specific to the product because there is a failure somewhere along the lines by somebody to deliver the shares. So it relates to the specific product.

The liquidation is associated with the -- is a margin function really, so it's trying to get the account back up to above the maintenance margin requirement.

Page 99

B. Klauseger

Q Is there ever a case where you have a high -- we talked initially about how we're going to sell short, you have to borrow the stock?

A Yes.

Q So does that mean there should never be a situation where you have a higher negative balance in your short account, than you have a positive balance in your long account because the assumption is you are borrowing the shares from the long account; is that right?

A No, that's not right. When you're selling short, you're selling short to market, not necessarily your related account. So you are looking out there to the market and say, there are a million shares to be shorted in this security and/or to be lent to be borrowed as part of the short position.

So there is a locate that gets generated and is disseminated or is available to, you know, the brokers, at

Page 100

B. Klauseger

any particular point in time. And if everybody -- if one broker decides to sell short all million shares, but another broker at the time they did their locate, also saw that there was a million shares to be sold short, there would essentially be 2 million shares to be sold short.

And that's when the clearing function happens, over the course of a few days and those shares should be delivered or be available as part of this borrowing. But what will happen is, they say no, all the shares were already borrowed by broker A, therefore, you got to close out your -- the other million shares that were sold short by broker B and it causes a buy-in.

Q So that correspondence we looked at before, about borrowing GBR shares, I forget which exhibit that was. I think it was Exhibit 23?

A Right.

Q So would you -- in the short

Page 101

B. Klauseger

account, right, we talked about how you would expect the first trade you see to be a sale; right?

A Yes, uh-huh.

Q Does that mean there would be a correspondence similar to that GBR borrow request, for every sale in the short account?

A There would be a --

Q So would you expect that any time that the short account has a negative balance, that a request had been -- had a negative share balance --

A Uh-huh.

Q -- that a request was made to borrow that amount of shares?

A Yes, in some sense of that statement, yes. I mean, this is a very fast and automated process as well, so I wouldn't -- based on my understanding of this request, is he was attempting to sell short this position and they were getting either rejections, saying there are no shares available, I'm not exactly

Page 102

B. Klauseger

sure what the circumstances were around it. So he inquired with us and said, hey, is there anything available for me to short.

Q So before he would have written that correspondence, he would have tried to do it some other automated way?

A That's my understanding of how it would work. So with respect to your request, it's not like everybody goes and says, hey, how many shares are available to be shorted at this point in time, because that would just slow things down significantly, in an extremely fast market.

So there is an automated locate process that happens and at this point in time, there are this many shares to be sold short. And if whatever reason surrounding this, he was not able to sell short because maybe the available short positions were absorbed already by other market participants, he inquired about it and to see if there was any other way to

Page 103

B. Klauseger

open up a short position.

Q Got it. But so -- I think before I had said, if there is no borrowing section on this statement, does that mean that none of these were short sales; right, you were looking at the short account statement and you said that all of the sales in this account are short sales.

So then I said, why isn't there a borrowing section and I thought you said, it's because the shares may have been taken from the long account. He might have had the shares transferred over from the long account.

Am I wrong about that?

A Yes, I think there is some confusion there. I believe we have a program where people can borrow or lend shares. There is a thing called hard to borrow, where you pay more money to borrow these shares and that shows up in this section. And there is a specific list called hard to borrow.

Page 104

B. Klauseger

In addition to that, there is also the shares lent, where you have all these shares on the long side and you can have those shares borrowed by other purchasers or customers, et cetera.

So when you -- in my daily course of my job, I see these sections every time or frequently. And I think I've confused it with just your question of, are these shares being borrowed and I'm looking for specific borrowed section on the statements, versus just somebody opening up a short position, it's just going to show up in the trade section.

Q And there wouldn't be a borrowed indication?

A Right. So terminology-wise, it's not going to show up in a borrowed section. It's just going to show up as a short position.

Q So any time there is a sale in this short account, it's on this list of trades in the short account statement, does that mean it was successful?

Page 105

B. Klauseger

In other words, that the shares were located to be borrowed and then sold short?

A Yes, yes. So it was -- the process that was done to say that shares can be sold at this point and the transaction went through.

Q Okay. And that would necessarily be the case for every sale in the short account; right?

A Right, otherwise the transaction wouldn't have happened.

Q Or would have been in the long account?

A The sale of the short?

Q It wasn't a borrowed sale. It was a regular sale, it would be in the long account statement; correct?

A Correct, yes, correct.

Q And then back to the answer document, Exhibit 9, just to finish that up, so I think we said that any of the trades failed to clear, they would have either a B or L transaction code next to

Page 106

B. Klauseger

them?

A Uh-huh.

Q And if it's long or short?

A Yes, that's my understanding.

Q And if it was -- if the failure was on the counterparty's side, like this answer on the line that's on the last page of Exhibit 9, where it says, "the trades were naked short sales made by market makers, they had not borrowed shares, if it was a purchase in the long account, but the counterparty was trying to sell short to a broker --

A Uh-huh.

Q -- how would that trade be reflected?

Would it be reflected at all, would it then be followed with a B or an L code trade or what would you expect to see?

A So this is a transaction where the counterparty failed. I believe that the customer would still maintain an opening position on the long side.

Page 107

B. Klauseger

Q So it would look just like a regular trade --

A Yes, yes, it would.

Q So then how does the customer then learn that they don't have the shares or what happens?

A So I think it would be the obligation of the market maker to remedy the situation, but I'm not exactly sure around the exact process. If it's not on our side, I would think that the market maker on the contra side of the transaction would have to make sure that the long position was made full, you know, was made whole.

Q Okay. And in terms of like the net P/L or the income that's brought in by the sale or purchase, if it's a counterparty failure, would -- let's say, it's a purchase and the counterparty fails to sell and you see a line on the long account that has a purchase and it says, you know, basis or whatever the price was that it paid for the shares,

Page 108

B. Klauseger

does that money still get debited from the account, from the long account, even if the shares are not delivered?

A So are you referring to a canceled trade?

Q No. I mean -- well, I don't know. I guess it could be called a canceled trade because it would be the other side that's failing in this situation?

A Right. If there is a canceled trade, then it would be -- there would be no accounting of profit and loss. But if there was a liquidation, there would be an accounting for profit and loss with a change in price. And if it was just a sale of the position, which is essentially similar to a liquidation, just not directed by IB, then that would be -- the difference in price would be the P/L and that would be reflected on the statements.

MR. PROVENCIO: Can I just -- are you talking about canceled trade

Page 109

B. Klauseger

as executed then canceled or are you talking about canceled order? Is the question about canceled trade or canceled order?

MS. TAUBER: I'm actually asking about, like there is no cancellation at all from the customer's end, it's more that the customer wants to make the trade, it never wants to cancel it, but the other side doesn't have the stock to sell. Mintbroker buys 100 shares and that costs him $100, let's say.

A In that sense, we wouldn't see the other piece outside of the customer transaction, if the market maker that has to be on the opposite side of the failed, it should not effect or it would not be displayed or really I do not believe it should effect the customer still.

Q But is the customer still debiting that $100, it would be taken out of the customer's account to pay for the sell?

Page 142

B. Klauseger

the account documents how the voting rights were to be exercised. If you want to vote the shares, tell us by a certain date. I'm thinking boilerplate language, that exists in an account opening document.

MR. PROVENCIO: You would have gotten all the disclosures and account agreement itself that would discuss voting, if there was any sort of disclosure that we make.

And to the extent there is a proxy, the only way I think Interactive Broker gets the proxy, is because we are custodian. But we then distribute all that or direct people through sort of communication, that they have a proxy rights or whatever.

But we don't make up the proxy rights and we don't have some sort of additional disclosure agreement and that's our disclosure obligation. We're not the ones making the

Page 143

B. Klauseger

disclosure, it's the issuer.

MS. TAUBER: Okay. So if there is no policy, I see the documents, I can assume like standard voting rules apply to the shares. There is no other agreement that the customer signs about voting.

MR. FORD: Objection. I think you are just saying something.

MS. TAUBER: Because before we talked how the customers have the right to vote the shares in their long account, but in the short account, they don't. So I was wondering if transfer of the shares from the long to short account, also transfers the voting rights associated with those shares.

MR. FORD: I don't know if the witness can be able testify to those questions. If the witness is, then I stand corrected. But it sounds to me like the witness has said he's not able to testify to that.

Page 144

B. Klauseger

THE WITNESS: Right, as I stated before, I'm not -- that might be a corporate asset function and I'm not sure how to answer that question.

MS. TAUBER: Maybe I'll just send up a follow-up request, if I think it's necessary.

MR. PROVENCIO: Okay.

MR. FORD: Is that it for you?

MS. TAUBER: Yes.

MR. FORD: Thank you.

EXAMINATION BY

MR. FORD:

Q My name is Adam Ford. I'm with my colleague, Danielle McLaughlin and we represent Guy Gentile in this matter.

In addition to sort of the standard sort of questioning rules, I'm going to be asking you some questions today and obviously at any point time you don't understand question, tell me. But I'm not certain what the extent of your knowledge is, so I may ask you a question that's beyond your sort of competency for

Page 145

B. Klauseger

your job that you're here for. I'm not asking you to guess or stretch. So let me know and don't be afraid to tell me if it's beyond what your knowledge base is.

A Okay.

Q So I just want to focus on the issue we just raised and what you testified about this morning, this question of locating shorts and how counterparties, what their responsibilities are, that's sort of the general topic.

First, to be clear, with respect to Mint Traders, their trades in AWX and GBR, that we have been talking about, Interactive Brokers is not taking the opposite side of any of those trades; right, you're not covering or taking a position of those trades; correct?

A Yeah, we don't, as a propriety firm, just propriety basis, it's not us, we do not.

Q So when Mintbroker sends a trade order for 100 shares of AWX, they

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400

Page 146

B. Klauseger

want to buy?

A Uh-huh.

Q Could you explain to me what Interactive broker does with that order?

A Yeah. So customer will submit their order through the trader workstation system and we'll route it to the exchanges, fast activation basis, via Smart Routing System and they will get -- they will analyze the market, find the best exchange and route the order to that exchange for execution.

Q When you say exchange, just so I'm clear, are you talking about sending it to, like to a sort of New York Stock Exchange, an actual sort of exchange?

A Yes, some type of Stock Exchange.

Q So is that -- don't they also sometimes go to another broker dealer --

A They can go to -- well, the broker dealer can be on the counterparty, if directed as a market commissioner. If that's what your question is.

Page 147

B. Klauseger

Q Yeah, I think it might be. For example, when we see on the list that some of the AWX orders are sent to Arca, Arca is not an exchange; correct, or is Arca an exchange?

A I'm not sure if it's exchange or an ECM. I do not believe it's a dark hole.

Q But the counterparty, so there is a counterparty to each of the orders; correct?

A Uh-huh, yes.

Q And do you or does IB have any idea who those counterparties are, who the counterparty is to the order?

A The only time they would ever -- the answer to your question is yes and no, it depends.

Q Okay.

A If the trade is executed against a non-IB customer, then no, we would not know the counterparty to that trade.

If it's executed against an IB

Page 148

B. Klauseger

customer, we would have that information and, therefore, we would know the counterparty to that trade.

Q So if that's the case, with respect to a counterparty that's not an IB customer, so it's outside the IB system, do you have any idea whether that party actually owns any of the shares that they're agreeing to sell? I'll stop there.

Do you know if that counterparty owns the actual shares to sell to fill --

A No, since we're not privy to their account information, we do not know if they own or what the position is prior to the transaction.

Q With respect to also -- this question is also about outside IB, non-IB customers, do you have any idea whether those parties have actually located any shares before agreeing to take the other side of the order, before agreeing to sell them to fill that order?

Page 149

B. Klauseger

A No, we don't know.

Q Now, with respect to the IB customers, is it the case that you do know whether that counterparty would actually have those shares in its possession, to fill the order?

A Well, we would do -- assuming they're making a short sale and they're not closing out a long position?

Q I'll ask about either.

A Okay. So if they are closing out a long position, we -- obviously we don't have to do a locate of the short shares. But as part of our process for opening short positions is to query the short share or, you know, shares available to be shorted, position for pots.

Q Now, can we tell from the IB documents that you've produced, which of the Mintbroker orders for the purchase of AWX and New Concept, GBR, whether which of those orders were filled with IB customer accounts?

Page 150

B. Klauseger

A That information is not readily available. It would have to be analyzed on a broader basis. Based on the statements, no, it's not -- I'm not able to tell if any of the trades were against another IB customer.

Q So now with respect to the IB customer, now you said if an IB customer wants to short a position, short an AWX share, that under IB rules, internal rules, you would require that person -- you would require -- who does the locate, the customer or IB?

A I believe IB would do it as part of a system process. And I'm not sure exactly how that all works because it's likely automated.

Q IB, now you talked about this shares available to short pot?

A Yes.

Q What exactly is that? Is that sort of one -- I'll stop, could you explain what that is?

A It's just my understanding on a

Page 151

B. Klauseger

very basic level, that this locate, this process gets done, we identify and I'm not sure exactly how it works, you know, the intricacies of it, but we identify there is this pot of shares available to be shorted in the market and you can essentially allow your customers to make those short sales, based on the knowledge of that, the size of that pot of shares.

Q Do you know whether when shares are actually shorted, right, from -- are sort of located from the shares available to share pot -- short pot, do all of the other broker dealers, you know, are they notified that the number of shares has now been reduced by the number of shorts that have gone out?

A So, no, my understanding is that it's not a reduced number of shares to be shorted.

Q And this goes to what you had testified earlier today, which is to say, that if this is just an example, if there is a million shares in this pot, right,

Page 152

B. Klauseger

you could have six broker dealers look at these million shares and say, okay, I can, you know, I got a million shares that my customers can short --

A Uh-huh.

Q -- and if all six of them do that, there is 1 million actual shares in existence and yet there would be 6 million shorts of that share; is that correct?

A That is my understanding, yes.

Q And in fact, with respect to AWX and you'll tell me if you know or you don't know, the number of shares that were being shorted, was far in excess of the amount of shares that were available on the market, do you know that one way or the other?

A I don't know the answer to that.

Q That's fine, but with -- but you certainly -- you understand that it's possible for there to be more shorts than there are actual shares; correct?

Page 153

B. Klauseger

A Correct, which is, hence, the fail to delivers.

Q Right. And this is not just a theoretical possibility, but is it fair to say, that this happens on occasion or with some frequency?

A I would say it happens on -- yes, I would say that's accurate, on occasion or with some frequency.

Q And so we know that -- we'll go back to the example of the 1 million shares that are available to be shorted and there are 6 million shorts, it's true that a trade -- I'll period that and start a separate question.

It's true that when someone puts in an order for a trade, that fills, that these trades are on T minus three, meaning --

A Yes.

Q -- the counterparty would have three days to come up with the share; is that correct, with the actual share; is that correct, to deliver?

Page 154

B. Klauseger

A Yeah, I think T minus three. I believe there was an update to T minus two though.

Q Okay, so two minus two.

A At the time the trades happened, I believe it was T minus three.

Q I think it was.

A T plus three, not minus three.

Q T plus, yes, you have the three days.

Now, you had testified that if you have a situation where a customer has purchased shares, put in -- not purchased shares, put in an order to be filled, right, Interactive Broker agrees to fill that order when there is a counterparty that has agreed to take the other side of that order; is that correct? Does that make sense?

A It's not -- I mean, we reroute it to the exchange to get filled.

Q So a customer puts in their order and Interactive Broker routes it to the exchange and then it's filled on the

Page 155

B. Klauseger

exchange?

A Uh-huh.

Q And it's filled by a counterparty?

A Correct.

Q And as you testified before, if it's outside IB, you don't know whether that counterparty actually owns the share or not; is that correct?

A Correct.

Q Now, if what we just talked about, that happens occasionally or with some frequency, that there are more shares that have been shorted than actual shares in existence, if the trade -- if the order gets to that T plus three and the counterparty does not have the share, you testified that -- let me just ask, can you explain to me again what happens if the counterparty simply does not have the share and cannot locate it?

A On the short sale side, they are bought in. It's called a buy-in. They are bought in, I believe it's the

Page 156

B. Klauseger

day after, T plus four.

Q Now, what does that mean, bought in?

A So that would mean that we essentially -- IB is obligated to close out that short sale position that can't be as failed to deliver and so what we do is, we acquire the long position, to close out against the short position.

Q But -- and you would do that, without regard to the possession of any shares; is that correct?

A Can you say that again, what do you mean by that?

Q Absolutely, sorry about that. What I'm saying, if you have -- if the counterparty just doesn't have the shares, they're not in their position and they don't exist, they don't exist to the extent that you got 1 million actual shares and 6 million and people -- you have six people, each who sold short a million shares, there are only a million shares; right?

Page 157

B. Klauseger

A Uh-huh.

Q That means with respect to 5 million of those sort of shares or short sales, there just are not shares to deliver; right?

A Yes.

Q So when IB closes that position out, it's not because they have a million shares, they're just making -- is it a fair statement that they're just making a book entry, in terms of the value of what the share would be?

A Just a book entry?

Q You can use your words, but I'm trying to get at the point that you're at that point, you're not dealing with the actual shares, you're dealing with just a proxy for the shares?

A So, right, when we do a buy-in because the short sale is going to be closed out, how do we do that, yes, it's a book entry accounting function, but there are shares that need to be bought back in, which is part of the buy-in

Page 158

B. Klauseger

process and needs to be done, I believe on the following trade date, after the T plus three, after the fail to deliver happens. And that's how we determine a price at which those buy-ins happen at.

Q I'm not certain I understood that. You didn't just -- did you just say that there are -- that there are actual shares that need to be purchased?

A If 5 million are sold short and there is a fail to deliver, there needs to be shares to be bought back in to close out that 5 million shares. There should be 5 million shares available on the following day, because the clearing process.

Q If the shares available to short pot, only ever had 1 million actual shares in it --

A Right, but that changes every day, I guess is what needs to be --

Q Okay. Let's pull this right to AWX.

A Okay.

Page 159

B. Klauseger

Q And in relatively rough numbers, AWX had a total of 3 million shares that were available to be traded?

A Yes.

Q Okay?

A Okay.

Q At one point, Mintbroker owned 1.9 million or put in, I'm sorry, Mintbroker placed orders to purchase 1.9 million of those shares; okay?

A Okay.

Q The total trade volume on, I think it was July 5th, was 12 million shares.

A Okay.

Q I'm making these representations to you in rough numbers.

That would mean that, if I'm correct on my math, that would mean that there were -- that effectively 1 million shares were being used as sort of -- were in the pot, right, to buy and sell 12 million shares, did I do that right?

MR. PROVENCIO: Let me

Page 160

B. Klauseger

interject here. I appreciate that you are trying to give an express example, but I think the simplification of it is obscuring the issue that Brad testified, that parties can put up shares to be lent out. So not every share, you know, that is not held by -- every share that is sort of on the open market, is necessarily a share that can be lent out.

B, you're talking about things in sort of a vacuum, where every order goes in, whether it's a long or a short, at a price. And so there might only -- when you look on the -- look in the pot, the system, I can't remember what it's called, when you look in there to see how many shares are available to be borrowed, it's at a given price. I don't mean to testify.

MR. FORD: Please, it's okay.

MR. PROVENCIO: I want to

Page 161

B. Klauseger

clarify, so the question will be more precise. When I put in a price -- I want to borrow shares at 100 because I think it's going to go down from 100, I don't necessarily want to borrow shares at some lower or higher price, so there might only be 100 or 10 shares at that level; right?

When there is a buy-in then, there is a failure to deliver, there was a buy-in, you were buying in at whatever price there is; right? And that's where the distinction is. It's not that all of a sudden miraculously these shares are available. It's that there are shares available, but just at a crappy price.

MR. FORD: I actually do appreciate that and Carlos, I'm just going to direct the question back to Brad, but if you feel you need to jump in again, please do.

Q I guess what I'm trying to get

Page 162

B. Klauseger
at because with what I understand, Brad, tell me if I'm correct, what I understand what Carlos just explained, is that there is the amount of shares in the float, right, does not necessarily equal the amount of shares available to short; is that correct?
A That's correct, yes.
Q And in fact what that means, the shares available to short, is necessarily less than, in those cases would be less than the shares in the float?
A Yes.
Q But to go back to our example, where if you have 5 million shares shorted --
A Uh-huh.
Q -- across brokers, but there are only actually 1 million shares, not all of those shares can be obtained and can be available for delivery, only 1 million of them can be --
A That's correct, yes.

Page 163

B. Klauseger
Q I think that might be it on that point. Let me switch topics.
You had testified earlier with respect to why Mr. -- why the Mintbroker international account was closed?
A Uh-huh.
Q You had said there was another compliance review?
A Yes.
Q Was that compliance review initiated by any complaint, either customer or outside party complaint?
A I don't recall.
Q And you had mentioned that the determination to close the account, was based on public domain information.
Do you know what public domain information was --
A Yes, from what I remember, there was allegations out there that he was being investigated by federal agencies.
Q Was the complaint filed in these cases, part of that review and

Page 164

B. Klauseger
contribute to the decision to close the account?
A I can't recall if that was identified in the compliance review or not. It may have, but it -- I'm not certain one way or the other if it was identified.
Q Would that be -- would that information be identified in the compliance review?
A Whether or not it was -- whether or not this complaint was part of that, yes, it would be identified. It would likely be identified if it was part of the reason, yes.
MR. FORD: I think I just need two minutes for Danielle and I to discuss off line and then we're likely done, but for maybe a couple of follow-up questions.
[At this time, a short recess was taken.]
MR. FORD: I did hear you at the end, that you had some follow-up.

Page 165

B. Klauseger
I have a couple more questions, then you can ask your follow-up.
BY MR. FORD:
Q Very quickly, to go back to sort of basics on orders and what happens once an order is placed and filled.
The concept with the T plus three, am I correct that that means that when Mintbroker places an order for AWX shares to purchase, when that order is filled, at that time, the shares of AWX are not transferred to Mintbroker immediately upon the filling of that order; is that correct?
A So the account will show that it purchased the shares as of that date, but it will be accounting behind it declaring settlement of the position and, you know, the funds behind the position and transference of the shares, that happens on the T plus three.
Q So is it fair then to say that if Mintbroker places an order for 100 shares of AWX on day one and then sells

Page 166

B. Klauseger

100 shares of AWX on day two, that at no point did any actual shares come into Mintbroker's possession?

A No, that's incorrect.

Q I thought you just testified that the shares do not come into -- the shares will not transfer until the T plus three?

A That's an accounting function essentially, but on day two, it's T plus three, so you're closing the position one day after -- the accounting piece of it happens one day after as well. So I'm trying to think of the best way to put this.

So if you buy the shares, you sell -- you buy the shares on day one and sell the shares on the day two, they're going to clear on Thursday, the sell is going to clear on Friday.

Q I'm not sure I understood that. I understood that the transfer of the shares takes place on T plus three?

A So I guess it's -- it's the

Page 167

B. Klauseger

clearing function of the -- on T plus -- on the trade date, you make the trade and on that, you are taking possession of those shares, but there is a clearing function, clearing settlement function, that acts as an accounting function that happens on T plus three.

Q But if that is -- if that's the case, then when we go back to our prior example of there being --

A I also want to be clear, it's -- I mean, I guess it's coming down to technicality of the sole process and I'm trying to clarify my description of it.

Q Maybe I can help you, not to cut you off, but maybe I can ask it this way: When a customer places an order to be filled for shares in IB --

A Uh-huh.

Q -- at the moment that that order is filled, isn't it fair to say that IB has not placed any shares into that customer's account?

Page 168

B. Klauseger

A Because of the clearing aspect, yes.

Q And -- right, because the shares don't actually -- by the clearing aspect of it, you mean because the shares do not actually clear until T plus three?

A Yes, yeah.

MR. FORD: Danielle, do we have anything further?

MS. McLAUGHLIN: No, I don't believe so.

MR. FORD: Okay, I think that's all that we have, unless there is something on redirect. Thank you.

MS. TAUBER: I have one question about that and unfortunately it goes back to the voting again.

FURTHER EXAMINATION BY MS. TAUBER:

Q In the example that Adam just gave of, you buy the shares on day one and the order is filled, on day two, before the clearing process is complete, can the customer vote the stock, do you

Page 169

B. Klauseger

know?

Do you know if they have the record, if they are the record owner?

MR. PROVENCIO: Let me just interject that to the extent that that is asking for a legal conclusion, Brad is not a lawyer and as a lawyer, I'm not sure I know the answer, but let's see what he knows.

MR. FORD: I would second that objection. That's right.

A I don't. I can't answer that with a certainty.

Q I thought you had mentioned before something about assigning the shares, when we discussed that about the assignment, if the shares are assigned to the account, in a situation where, for example, the person sells short, hasn't been found --

A Are you talking about the buy-in?

Q Yeah, I think so. And I think you had mentioned that the voting would

B. Klauseger

get sorted out with the assignment somehow, maybe that was separate from the clearing process, but I don't know if that was in the clearing process?

A I think that had to do with the transfer, the transfer positions; is that right?

Q Yeah, sure. I'm not sure if that's the context in which we discussed this, but --

A So I just want to make sure that I'm referencing the right question that you discussed previously.

So you said the assignment, I'm trying to determine what you mean by that.

Q Remember I had asked you, has it ever happened before that a customer has tried to vote shares before they were actually assigned to their account?

A Right, and I said I could not answer that question because I was uncertain about it. And I think I would have to discuss it with Corporate Actions

B. Klauseger

Department, to see if they have voting rights at that time.

Q Would that department also know if they had voting rights on this day two period, between order fulfilment and clearing?

A They may.

MS. TAUBER: I have nothing further. Thank you.

MR. FORD: Danielle, anything further?

MS. McLAUGHLIN: Nothing further.

MR. FORD: We're good. Thank you, Brad and Carlos and Jennifer, most importantly. Thank you, Miriam.

THE COURT REPORTER: Do you want a copy of this transcript?

MS. McLAUGHLIN: Yes, please.

(Time noted: 3:21 p.m.)

A C K N O W L E D G M E N T

STATE OF NEW YORK)
)ss:
COUNTY OF )

I, BRAD KLAUSEGER, hereby certify that I have read the foregoing record of my testimony taken at the time and place noted in the heading hereof and I do hereby acknowledge it to be a true and correct transcript of same.

______________________
BRAD KLAUSEGER

Subscribed and sworn to before me this day of , 20__.

NOTARY PUBLIC

| EXAMINATION BY | PAGE |
| --- | --- |
| MS. TAUBER | 5 |
| | 168 |
| MR. FORD | 144 |