# EXHIBIT E



# Activity Statement

January 1, 2018 - December 31, 2018

Help

Interactive Brokers LLC, Two Pickwick Plaza, Greenwich, CT 06830

## Account Information

| | |
|---|---|
| Name | MintBroker International, Ltd |
| Account | US1043812 |
| Master Name | MintBroker International, Ltd |
| Account Type | Broker Client |
| Customer Type | Corporate |
| Account Capabilities | Margin |
| Base Currency | USD |

## Net Asset Value

| | December 31, 2017 | December 31, 2018 | | | |
|---|---|---|---|---|---|
| | Total | Long | Short | Total | Change |
| Cash | 3,408,666.13 | 611,977.10 | -1,634,827.02 | **-1,022,849.92** | -4,431,516.05 |
| Broker Cash | 3,408,666.13 | 611,975.67 | -1,634,827.02 | **-1,022,851.35** | -4,431,517.48 |
| Insured Bank Deposit Sweep Program | 0.00 | 1.43 | 0.00 | **1.43** | 1.43 |
| Stock | -4,043,474.31 | 310,950.00 | 0.00 | **310,950.00** | 4,354,424.31 |
| Options | -238,845.10 | 981.58 | 0.00 | **981.58** | 239,826.68 |
| Dividend Accruals | 0.00 | 28.86 | -1.13 | **27.73** | 27.73 |
| **Total** | **-873,653.28** | **923,937.54** | **-1,634,828.15** | **-710,890.61** | **162,762.67** |
| **Time Weighted Rate of Return** | | | | | **-163.16%** |

| Change in NAV | Total |
|---|---|
| Starting Value | -873,653.28 |
| Mark-to-Market | -1,893,592.00 |
| Deposits & Withdrawals | -222,677,328.00 |
| Position Transfers | 225,144,238.62 |
| Dividends | -192,727.29 |
| Withholding Tax | -0.72 |
| Change in Dividend Accruals | 27.73 |
| Interest | 6,943.07 |
| Other Fees | -0.49 |
| Commissions | -224,798.24 |
| Ending Value | -710,890.61 |

## Mark-to-Market Performance Summary

| | Quantity | | Price | | Mark-to-Market P/L | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Prior | Current | Prior | Current | Position | Transaction | Commissions | Other | Total | Code |
| **Stocks** | | | | | | | | | | |
| AA | 0 | 0 | -- | -- | -171.30 | 1,375.01 | -21.57 | 0.00 | 1,182.14 | |
| | 0 | 0 | -- | -- | 0.00 | 6.04 | -0.90 | 0.00 | 5.13 | |
| | 0 | 0 | -- | -- | -31.30 | -56.58 | -9.42 | -1.00 | -98.30 | |
| | 0 | 0 | -- | -- | -2,329,438.99 | -468,532.16 | -3,019.57 | -130,591.89 | -2,931,582.61 | |
| | 0 | 0 | -- | -- | 0.00 | 5,271.30 | -20.82 | 0.00 | 5,250.48 | |
| | 0 | 0 | -- | -- | 19.20 | -24.32 | -4.96 | 0.00 | -10.08 | |

EXHIBIT 0019

## Mark-to-Market Performance Summary

| | Quantity | | Price | | Mark-to-Market P/L | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Prior | Current | Prior | Current | Position | Transaction | Commissions | Other | Total | Code |
| WWE 17AUG18 75.0 P | 0 | 0 | -- | -- | 6,517.80 | -217.80 | -46.78 | 0.00 | 6,253.22 | |
| WWE 17AUG18 80.0 C | 0 | 0 | -- | -- | -9,167.70 | -2,112.30 | 2.07 | 0.00 | -11,277.93 | |
| X 09MAR18 47.0 C | 0 | 0 | -- | -- | 0.00 | 3,600.00 | -82.65 | 0.00 | 3,517.35 | |
| X 29MAR18 33.0 P | 0 | 0 | -- | -- | 656.60 | -496.60 | -10.68 | 0.00 | 149.32 | |
| X 20APR18 30.0 P | 0 | 0 | -- | -- | 450.40 | -210.40 | -1.57 | 0.00 | 238.43 | |
| XOM 27APR18 78.0 P | 0 | 0 | -- | -- | -192.00 | 64.00 | -26.89 | 0.00 | -154.89 | |
| **Total** | | | | | **3,262,074.06** | **2,035,995.04** | **-55,731.88** | **0.00** | **5,242,337.22** | |
| **Forex** | | | | | | | | | | |
| CAD | 0.00 | 834,677.36 | -- | 0.73319 | -67,584.99 | 0.00 | 0.00 | 0.00 | -67,584.99 | |
| JPY | 0.00 | 0.00 | -- | 0.009124 | -0.04 | 3.72 | -4.00 | 0.00 | -0.32 | |
| USD | 3,408,666.13 | -1,634,827.02 | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total** | | | | | **-67,585.03** | **3.72** | **-4.00** | **0.00** | **-67,585.31** | |
| **Total (All Assets)** | | | | | **2,322,671.72** | **-4,216,263.72** | **-224,798.24** | **-192,728.01** | **-2,311,118.26** | |
| Broker Interest Paid and Received | | | | | | | | | 6,943.07 | |
| Other Fees | | | | | | | | | -0.49 | |
| **Total P/L for Statement Period** | | | | | | | | | **-2,304,175.68** | |

## Realized & Unrealized Performance Summary

| | | Realized | | | | | Unrealized | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Cost Adj. | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | Total | Code |
| **Stocks** | | | | | | | | | | | | | |
| AA | 0.00 | 1,703.02 | -56.15 | 0.00 | 0.00 | 1,646.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,646.87 | |
| AABA | 0.00 | 6.23 | -1.10 | 0.00 | 0.00 | 5.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.13 | |
| AAL | 0.00 | 16.26 | -114.49 | 0.00 | 0.00 | -98.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -98.23 | |
| AAPL | 0.00 | 130,818.00 | -2,861,261.08 | 0.00 | 0.00 | -2,730,443.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,730,443.08 | |
| AAWW | 0.00 | 5,250.48 | 0.00 | 0.00 | 0.00 | 5,250.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,250.48 | |
| ABEV | 0.00 | 20.41 | -30.47 | 0.00 | 0.00 | -10.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.06 | |
| ABIL | 0.00 | 1,060.90 | -19,575.32 | 0.00 | 0.00 | -18,514.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -18,514.42 | |
| ABT | 0.00 | 5.96 | -3.34 | 0.00 | 0.00 | 2.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.62 | |
| ABX | 0.00 | 24.18 | -48.42 | 0.00 | 0.00 | -24.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -24.24 | |
| ACAD | 0.00 | 0.00 | -1.09 | 0.00 | 0.00 | -1.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.09 | |
| ACB | 0.00 | 23,511.45 | -3,084.50 | 0.00 | 0.00 | 20,426.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,426.94 | |
| ACB | 0.00 | 837.98 | -1,053.27 | 0.00 | 0.00 | -215.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -215.30 | |
| ACHC | 0.00 | 338.71 | -632.30 | 0.00 | 0.00 | -293.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -293.59 | |
| ACHV | 0.00 | 868.93 | -1,995.87 | 0.00 | 0.00 | -1,126.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,126.93 | |
| ACRX | 0.00 | 0.00 | -5,965.84 | 0.00 | 0.00 | -5,965.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5,965.84 | |
| ADIL | 0.00 | 372.41 | 0.00 | 0.00 | 0.00 | 372.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 372.41 | |
| ADMS | 0.00 | 0.00 | -83.17 | 0.00 | 0.00 | -83.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -83.17 | |
| AEM | 0.00 | 0.00 | -87.64 | 0.00 | 0.00 | -87.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -87.64 | |
| AEMD | 0.00 | 2,038.70 | -76.51 | 0.00 | 0.00 | 1,962.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,962.19 | |
| AETI | 0.00 | 444.51 | -15.67 | 0.00 | 0.00 | 428.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 428.84 | |
| AEZS | 0.00 | 21,200.39 | 0.00 | 0.00 | 0.00 | 21,200.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,200.39 | |
| AGNC | 0.00 | 10.59 | -9.80 | 0.00 | 0.00 | 0.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.79 | |

## Realized & Unrealized Performance Summary

| | | Realized | | | | | Unrealized | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Cost Adj. | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | Total | Code |
| AIG | 0.00 | 61.31 | -69.59 | 0.00 | 0.00 | -8.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -8.27 | |
| AKAO | 0.00 | 33.88 | -12,540.57 | 0.00 | 0.00 | -12,506.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -12,506.69 | |
| AKRX | 0.00 | 119.34 | 0.00 | 0.00 | 0.00 | 119.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 119.34 | |
| AKS | 0.00 | 1.44 | -122.84 | 0.00 | 0.00 | -121.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -121.40 | |
| ALDX | 0.00 | 0.00 | -30.53 | 0.00 | 0.00 | -30.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -30.53 | |
| ALQA | 0.00 | 1,183.40 | -6,391.59 | 0.00 | 0.00 | -5,208.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5,208.19 | |
| ALT | 0.00 | 1,071.57 | -1,651.59 | 0.00 | 0.00 | -580.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -580.01 | |
| AMAG | 0.00 | 196.08 | -110.36 | 0.00 | 0.00 | 85.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.72 | |
| AMAT | 0.00 | 196.49 | -174.43 | 0.00 | 0.00 | 22.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.06 | |
| AMBA | 0.00 | 509.73 | -73.91 | 0.00 | 0.00 | 435.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 435.82 | |
| AMBO | 0.00 | 1,193.58 | -553.33 | 0.00 | 0.00 | 640.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 640.25 | |
| AMD | 0.00 | 801,897.33 | -2,542,540.19 | 0.00 | 0.00 | -1,740,642.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,740,642.85 | |
| AMRN | 0.00 | 926.98 | -4,242.82 | 0.00 | 0.00 | -3,315.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,315.84 | |
| AMTX | 0.00 | 688.02 | -1,610.98 | 0.00 | 0.00 | -922.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -922.96 | |
| AMZN | 0.00 | 47,663.82 | -36,617.23 | 0.00 | 0.00 | 11,046.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,046.59 | |
| ANF | 0.00 | 22.65 | -2.92 | 0.00 | 0.00 | 19.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19.73 | |
| ANTH | 0.00 | 400.36 | -622.06 | 0.00 | 0.00 | -221.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -221.71 | |
| ANY | 0.00 | 79.72 | -232.35 | 0.00 | 0.00 | -152.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -152.63 | |
| AOBC | 0.00 | 148.85 | -334.97 | 0.00 | 0.00 | -186.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -186.12 | |
| APPN | 0.00 | 0.00 | -1,782.03 | 0.00 | 0.00 | -1,782.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,782.03 | |
| APRI | 0.00 | 297.45 | 0.00 | 0.00 | 0.00 | 297.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 297.45 | |
| APRN | 0.00 | 0.00 | -22.15 | 0.00 | 0.00 | -22.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -22.15 | |
| APTI | 0.00 | 12.83 | -13.03 | 0.00 | 0.00 | -0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.20 | |
| ARNA | 0.00 | 34,627.30 | -94,596.18 | 0.00 | 0.00 | -59,968.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -59,968.88 | |
| ARQL | 0.00 | 0.00 | -65.24 | 0.00 | 0.00 | -65.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.24 | |
| ARRS | 0.00 | 7.63 | 0.00 | 0.00 | 0.00 | 7.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.63 | |
| ASNA | 0.00 | 0.00 | -14.09 | 0.00 | 0.00 | -14.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.09 | |
| ASNS | 0.00 | 0.00 | -7,211.46 | 0.00 | 0.00 | -7,211.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -7,211.46 | |
| ASTC | 0.00 | 49,185.81 | -6,072.19 | 0.00 | 0.00 | 43,113.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,113.62 | |
| ATHX | 0.00 | 0.17 | -0.62 | 0.00 | 0.00 | -0.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.45 | |
| ATIS | 0.00 | 0.00 | -882.43 | 0.00 | 0.00 | -882.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -882.43 | |
| ATLC | 0.00 | 0.00 | -1,399.10 | 0.00 | 0.00 | -1,399.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,399.10 | |
| ATVI | 0.00 | 86.80 | -126.12 | 0.00 | 0.00 | -39.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -39.32 | |
| AU | 0.00 | 1.27 | -1.00 | 0.00 | 0.00 | 0.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.27 | |
| AUY | 0.00 | 4.87 | -6.99 | 0.00 | 0.00 | -2.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2.12 | |
| AVGO | 0.00 | 101,479.48 | -52,693.66 | 0.00 | 0.00 | 48,785.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48,785.82 | |
| AVGR | 0.00 | 0.00 | -1,689.13 | 0.00 | 0.00 | -1,689.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,689.13 | |
| AWX | 0.00 | 13,410.80 | -486.38 | 0.00 | 0.00 | 12,924.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,924.42 | |
| AXON | 0.00 | 410,854.41 | -457,442.73 | 0.00 | 0.00 | -46,588.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -46,588.32 | |
| AXP | 0.00 | 131.53 | 0.00 | 0.00 | 0.00 | 131.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 131.53 | |
| AYTU | 0.00 | 98.39 | -71.73 | 0.00 | 0.00 | 26.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26.66 | |
| AZN | 0.00 | 6.53 | -122.44 | 0.00 | 0.00 | -115.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -115.91 | |
| BA | 0.00 | 28,620.94 | -61,620.34 | 0.00 | 0.00 | -32,999.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -32,999.39 | |
| BABA | 0.00 | 2,294.98 | -1,698.89 | 0.00 | 0.00 | 596.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 596.09 | |
| BAC | 0.00 | 229,071.40 | -191,124.27 | 0.00 | 0.00 | 37,947.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37,947.13 | |

## Insured Bank Deposit Sweep Program - By Bank

| Program Bank | Interest Rate (%) | Transfers | Balance | Interest Accrual |
|---|---|---|---|---|
| CITIUS | 0.00 | 0.00 | 0.00 | 0.00 |
| CMNBUS | 0.00 | 0.00 | 0.00 | 0.00 |
| DBNKUS | 0.00 | 0.00 | 0.00 | 0.00 |
| ENTRUS | 0.00 | 0.00 | 0.00 | 0.00 |
| FCBNUS | 0.00 | 0.00 | 0.00 | 0.00 |
| Iberiabank | 0.00 | 0.02 | 0.02 | 0.00 |
| METAUS | 0.00 | 0.00 | 0.00 | 0.00 |
| MINWST | 0.00 | 0.00 | 0.00 | 0.00 |
| PNCCUS | 0.00 | 0.00 | 0.00 | 0.00 |
| POALUS | 0.00 | 0.00 | 0.00 | 0.00 |
| Sterling National Bank | 0.00 | 0.24 | 0.24 | 0.00 |
| **Total** | | **1.43** | **1.43** | **0.00** |

Eligible funds are swept to a Program Bank on the business day following the date the funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC, up to applicable limits. You are responsible for monitoring your total assets at each Program Bank listed on your statement. Failure to account for non-Program deposits (i.e., your own account(s) or deposits established through a separate sweep program) at the same Program Bank held in the same account ownership category may void insurance on any portion of your deposits in excess of the FDIC limit. Balances held by the Program Bank(s) listed above are not covered by the Securities Investor Protection (SIPC) protection applicable to your brokerage account. For additional information, please refer to the Insured Bank Deposit Sweep Program Disclosure Statement.

## Open Positions

| Symbol | Quantity | Mult | Cost Price | Cost Basis | Close Price | Value | Unrealized P/L | Code |
|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | |
| **USD** | | | | | | | | |
| LCI | 60,000 | 1 | 4.7171409 | 283,028.45 | 4.9600 | 297,600.00 | 14,571.55 | |
| UWT | 1,500 | 1 | 7.8913678 | 11,837.05 | 8.9000 | 13,350.00 | 1,512.95 | |
| **Total** | | | | **294,865.50** | | **310,950.00** | **16,084.50** | |
| **Symbol** | **Quantity** | **Mult** | **Cost Price** | **Cost Basis** | **Close Price** | **Value** | **Unrealized P/L** | **Code** |
| **Equity and Index Options** | | | | | | | | |
| **USD** | | | | | | | | |
| DIA 18JAN19 225.0 P | 3 | 100 | 10.457443 | 3,137.23 | 2.3494 | 704.82 | -2,432.41 | |
| LCI 15MAR19 7.5 C | 2 | 100 | 0.215343 | 43.07 | 0.2251 | 45.02 | 1.95 | |
| NBR 01FEB19 1.5 P | 1 | 100 | 0.119143 | 11.91 | 0.0764 | 7.64 | -4.27 | |
| TIS 18JAN19 2.0 P | 2 | 100 | 1.245843 | 249.17 | 1.1205 | 224.10 | -25.07 | |
| **Total** | | | | **3,441.38** | | **981.58** | **-2,459.80** | |

## Forex Balances

| Description | Quantity | Cost Price | Cost Basis in USD | Close Price | Value in USD | Unrealized P/L in USD | Code |
|---|---|---|---|---|---|---|---|
| **Forex** | | | | | | | |
| **USD** | | | | | | | |
| CAD | 834,677.36 | 0.8012195 | -668,759.75 | 0.73319 | 611,977.10 | -56,782.66 | |
| USD | -1,634,827.02 | 1.0000 | 1,634,827.02 | 1.0000 | -1,634,827.02 | 0.00 | |
| **Total** | | | **966,067.27** | | **-1,022,849.92** | **-56,782.66** | |

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | | | |
| **CAD** | | | | | | | | | | |
| ACB | 2018-01-03, 13:00:28 | -10,000 | 13.5801 | 14.1800 | 135,801.00 | -56.12 | -135,744.88 | 0.00 | -5,999.00 | O;P |
| ACB | 2018-01-03, 13:01:05 | -10,000 | 13.5629 | 14.1800 | 135,629.00 | -49.94 | -135,579.06 | 0.00 | -6,171.00 | O;P |
| ACB | 2018-01-03, 13:08:09 | -20,000 | 13.54025 | 14.1800 | 270,805.00 | -103.64 | -270,701.36 | 0.00 | -12,795.00 | O;P |
| ACB | 2018-01-05, 14:11:04 | -10,000 | 13.1900 | 13.1600 | 131,900.00 | -41.80 | -131,858.20 | 0.00 | 300.00 | O |
| ACB | 2018-01-08, 11:11:29 | -100 | 14.0700 | 13.8900 | 1,407.00 | -0.93 | -1,406.07 | 0.00 | 18.00 | O |
| ACB | 2018-01-09, 12:33:08 | -1,000 | 13.7300 | 13.6300 | 13,730.00 | -4.18 | -13,725.82 | 0.00 | 100.00 | O;P |
| ACB | 2018-01-24, 13:05:44 | -10,000 | 14.5700 | 13.9800 | 145,700.00 | -38.03 | -145,661.97 | 0.00 | 5,900.00 | O;P |
| **Total ACB** | | **-61,100** | | | **834,972.00** | **-294.64** | **-834,677.36** | **0.00** | **-18,647.00** | |
| **Total** | | | | | **834,972.00** | **-294.64** | **-834,677.36** | **0.00** | **-18,647.00** | |
| **Total in USD** | | | | | **668,995.62** | **-235.87** | **-668,759.75** | **0.00** | **-14,799.83** | |
| **USD** | | | | | | | | | | |
| 20181119001458ET | 2018-11-20, 10:58:41 | -100 | 14.5500 | 14.3000 | 1,455.00 | -0.19 | -1,454.81 | 0.00 | 25.00 | O;P |
| 20181119001458ET | 2018-11-20, 14:23:51 | 100 | 14.2500 | 14.3000 | -1,425.00 | -0.25 | 1,454.81 | 29.56 | 5.00 | C |
| **Total 20181119001458ET** | | **0** | | | **30.00** | **-0.44** | **0.00** | **29.56** | **30.00** | |
| AA | 2018-04-19, 08:25:27 | -100 | 61.6500 | 60.2300 | 6,165.00 | -0.82 | -6,164.18 | 0.00 | 142.00 | O |
| AA | 2018-04-19, 08:25:28 | -800 | 61.5009375 | 60.2300 | 49,200.75 | -4.99 | -49,195.76 | 0.00 | 1,016.75 | O;P |
| AA | 2018-04-19, 08:25:28 | -1,000 | 61.40235 | 60.2300 | 61,402.35 | -6.06 | -61,396.29 | 0.00 | 1,172.35 | O;P |
| AA | 2018-04-19, 08:25:28 | -1,000 | 61.3400 | 60.2300 | 61,340.00 | -3.69 | -61,336.31 | 0.00 | 1,110.00 | O;P |
| AA | 2018-04-19, 08:25:28 | -100 | 61.4800 | 60.2300 | 6,148.00 | -0.32 | -6,147.68 | 0.00 | 125.00 | O |
| AA | 2018-04-19, 08:25:28 | -15 | 61.4100 | 60.2300 | 921.15 | -0.42 | -920.73 | 0.00 | 17.70 | O |
| AA | 2018-04-19, 08:40:19 | 590 | 61.3215254 | 60.2300 | -36,179.70 | 0.24 | 36,296.11 | 116.65 | -644.00 | C;P |
| AA | 2018-04-19, 08:43:42 | 2,425 | 61.3950722 | 60.2300 | -148,883.05 | 0.97 | 148,864.83 | -17.25 | -2,825.30 | C;P |
| AA | 2018-04-23, 10:41:27 | -3,426 | 52.2679247 | 51.9000 | 179,069.91 | -6.46 | -179,063.45 | 0.00 | 1,260.51 | O;P |
| **Total AA** | | **-3,426** | | | **179,184.41** | **-21.57** | **-179,063.45** | **99.39** | **1,375.01** | |
| AABA | 2018-11-21, 12:00:24 | -100 | 62.6900 | 62.1500 | 6,269.00 | -0.25 | -6,268.75 | 0.00 | 54.00 | O |
| AABA | 2018-11-21, 12:13:36 | 33 | 62.4900 | 62.1500 | -2,062.17 | -0.29 | 2,068.69 | 6.23 | -11.22 | C |
| AABA | 2018-11-21, 15:16:53 | 67 | 62.6984 | 62.1500 | -4,200.79 | -0.36 | 4,200.06 | -1.10 | -36.74 | C |
| **Total AABA** | | **0** | | | **6.04** | **-0.90** | **0.00** | **5.13** | **6.04** | |
| AAL | 2018-10-24, 09:35:19 | -10 | 32.5200 | 30.3400 | 325.20 | -0.34 | -324.86 | 0.00 | 21.80 | O |

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AVGO | 2018-07-13, 13:15:34 | -1,000 | 203.8380 | 202.4600 | 203,838.00 | -3.39 | -203,834.61 | 0.00 | 1,378.00 | O;P |
| AVGO | 2018-07-13, 13:15:52 | -1,000 | 203.9950 | 202.4600 | 203,995.00 | -2.37 | -203,992.63 | 0.00 | 1,535.00 | O;P |
| AVGO | 2018-07-13, 13:15:52 | -1,000 | 203.9750 | 202.4600 | 203,975.00 | -4.41 | -203,970.59 | 0.00 | 1,515.00 | O;P |
| AVGO | 2018-07-13, 13:15:52 | -700 | 203.9057143 | 202.4600 | 142,734.00 | -2.17 | -142,731.83 | 0.00 | 1,012.00 | O;P |
| AVGO | 2018-07-17, 13:38:12 | -200 | 206.2600 | 208.3100 | 41,252.00 | -0.53 | -41,251.47 | 0.00 | -410.00 | O;P |
| AVGO | 2018-07-17, 13:38:47 | -100 | 206.1500 | 208.3100 | 20,615.00 | -0.44 | -20,614.56 | 0.00 | -216.00 | O |
| AVGO | 2018-07-17, 13:38:49 | -1,810 | 206.1022652 | 208.3100 | 373,045.10 | -8.38 | -373,036.72 | 0.00 | -3,996.00 | O;P |
| AVGO | 2018-07-17, 13:39:31 | -2,110 | 206.1337915 | 208.3100 | 434,942.30 | -8.80 | -434,933.50 | 0.00 | -4,591.80 | O;P |
| AVGO | 2018-07-17, 13:39:46 | -1,196 | 206.1800 | 208.3100 | 246,591.28 | -2.87 | -246,588.41 | 0.00 | -2,547.48 | O;P |
| AVGO | 2018-07-17, 13:40:17 | -863 | 206.1800 | 208.3100 | 177,933.34 | -2.07 | -177,931.27 | 0.00 | -1,838.19 | O;P |
| AVGO | 2018-07-17, 13:41:28 | -736 | 206.2400 | 208.3100 | 151,792.64 | -1.84 | -151,790.80 | 0.00 | -1,523.52 | O;P |
| AVGO | 2018-07-17, 13:42:49 | -985 | 206.2400 | 208.3100 | 203,146.40 | -2.38 | -203,144.02 | 0.00 | -2,038.95 | O;P |
| **Total AVGO** | | **-22,893** | | | **4,685,718.44** | **-164.70** | **-4,733,612.53** | **-48,058.80** | **-76,214.18** | |
| AVGR | 2018-03-19, 14:34:45 | 1,384 | 1.5000 | 1.3900 | -2,076.00 | -6.24 | 2,082.24 | 0.00 | -152.24 | O;P |
| AVGR | 2018-03-19, 14:42:40 | -2,000 | 1.5000 | 1.3900 | 3,000.00 | -0.64 | -2,967.19 | -6.78 | 220.00 | C;O;P |
| AVGR | 2018-03-19, 15:10:22 | -2,500 | 1.3200 | 1.3900 | 3,300.00 | -1.91 | -3,298.09 | 0.00 | -175.00 | O;P |
| AVGR | 2018-03-19, 15:10:45 | -2,000 | 1.33035 | 1.3900 | 2,660.70 | -5.60 | -2,655.10 | 0.00 | -119.30 | O;P |
| AVGR | 2018-03-19, 15:11:39 | -500 | 1.3400 | 1.3900 | 670.00 | 0.12 | -670.12 | 0.00 | -25.00 | O;P |
| AVGR | 2018-03-19, 15:17:22 | -952 | 1.3500 | 1.3900 | 1,285.20 | 0.24 | -1,285.44 | 0.00 | -38.08 | O;P |
| AVGR | 2018-03-19, 15:19:18 | -2,500 | 1.36806 | 1.3900 | 3,420.15 | 0.62 | -3,420.77 | 0.00 | -54.85 | O;P |
| AVGR | 2018-03-19, 15:28:20 | -2,500 | 1.375996 | 1.3900 | 3,439.99 | 0.62 | -3,440.61 | 0.00 | -35.01 | O;P |
| **Total AVGR** | | **-11,568** | | | **15,700.04** | **-12.78** | **-15,655.09** | **-6.78** | **-379.48** | |
| AWX | 2018-06-15, 10:27:16 | 1,000 | 2.19853 | 2.3200 | -2,198.53 | -1.70 | 2,200.23 | 0.00 | 121.47 | O;P |
| AWX | 2018-07-24, 13:00:33 | -3,100 | 2.8700 | 3.3500 | 8,897.00 | -3.06 | -8,893.94 | 0.00 | -1,488.00 | O;P |
| AWX | 2018-07-24, 13:31:13 | 2,447 | 2.9499481 | 3.3500 | -7,218.52 | -3.16 | 7,019.74 | -201.95 | 978.93 | C;P |
| AWX | 2018-07-25, 09:40:07 | 1,600 | 3.2800 | 4.3200 | -5,248.00 | -2.52 | 3,842.52 | -268.21 | 1,664.00 | C;O;P |
| AWX | 2018-07-25, 09:40:14 | 340 | 3.2800 | 4.3200 | -1,115.20 | 0.10 | 1,115.10 | 0.00 | 353.60 | O |
| AWX | 2018-08-02, 10:48:34 | -800 | 3.2600 | 3.5700 | 2,608.00 | -1.76 | -2,606.24 | 0.00 | -248.00 | O;P |
| AWX | 2018-11-07, 14:37:04 | -1,000 | 3.80086 | 3.4500 | 3,800.86 | -1.92 | -3,798.94 | 0.00 | 350.86 | O;P |

## Trades

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-11-07, 14:37:16 | -600 | 3.8000 | 3.4500 | 2,280.00 | 0.08 | -2,280.08 | 0.00 | 210.00 | O;P |
| AWX | 2018-11-07, 14:38:59 | -1,000 | 3.7515 | 3.4500 | 3,751.50 | -1.87 | -3,749.63 | 0.00 | 301.50 | O;P |
| AWX | 2018-11-07, 14:39:00 | -1,000 | 3.75045 | 3.4500 | 3,750.45 | -3.97 | -3,746.48 | 0.00 | 300.45 | O;P |
| AWX | 2018-11-07, 14:39:01 | -1,000 | 3.7500 | 3.4500 | 3,750.00 | -4.87 | -3,745.13 | 0.00 | 300.00 | O |
| AWX | 2018-11-07, 14:56:04 | -355 | 3.7200 | 3.4500 | 1,320.60 | 0.05 | -1,320.65 | 0.00 | 95.85 | O;P |
| AWX | 2018-11-07, 15:06:33 | 888 | 3.6100 | 3.4500 | -3,205.68 | 0.27 | 3,373.42 | 168.00 | -142.08 | C;P |
| AWX | 2018-11-07, 15:11:04 | 100 | 3.6200 | 3.4500 | -362.00 | -0.17 | 379.93 | 17.76 | -17.00 | C |
| AWX | 2018-11-07, 15:14:57 | 2,700 | 3.6886556 | 3.4500 | -9,959.37 | -6.93 | 10,151.35 | 185.05 | -644.37 | C;P |
| AWX | 2018-11-07, 15:15:04 | 1,267 | 3.7078532 | 3.4500 | -4,697.85 | -2.54 | 4,736.21 | 35.82 | -326.70 | C;P |
| AWX | 2018-11-09, 08:21:41 | -825 | 4.3800 | 3.5500 | 3,613.50 | -2.52 | -3,610.98 | 0.00 | 684.75 | O;P |
| AWX | 2018-11-09, 08:21:41 | -400 | 4.3800 | 3.5500 | 1,752.00 | 0.09 | -1,752.09 | 0.00 | 332.00 | O;P |
| AWX | 2018-11-09, 08:22:24 | -900 | 4.3900 | 3.5500 | 3,951.00 | -1.89 | -3,949.11 | 0.00 | 756.00 | O;P |
| AWX | 2018-11-09, 08:23:29 | -100 | 4.4000 | 3.5500 | 440.00 | -0.19 | -439.81 | 0.00 | 85.00 | O |
| AWX | 2018-11-09, 09:27:49 | -262 | 4.7800 | 3.5500 | 1,252.36 | -0.19 | -1,252.17 | 0.00 | 322.26 | O;P |
| AWX | 2018-11-09, 09:30:10 | -10,225 | 4.4343335 | 3.5500 | 45,341.06 | -21.23 | -45,319.83 | 0.00 | 9,042.31 | O;P |
| AWX | 2018-11-09, 09:31:07 | -10,225 | 4.5024205 | 3.5500 | 46,037.25 | -36.38 | -46,000.87 | 0.00 | 9,738.50 | O;P |
| AWX | 2018-11-09, 09:31:40 | -322 | 4.6000 | 3.5500 | 1,481.20 | 0.04 | -1,481.24 | 0.00 | 338.10 | O;P |
| AWX | 2018-11-09, 09:35:05 | 100 | 4.2200 | 3.5500 | -422.00 | -0.17 | 437.81 | 15.64 | -67.00 | C |
| AWX | 2018-11-09, 09:35:23 | 600 | 4.2200 | 3.5500 | -2,532.00 | 0.22 | 2,627.11 | 95.33 | -402.00 | C;P |
| AWX | 2018-11-09, 09:35:27 | 600 | 4.2000 | 3.5500 | -2,520.00 | 0.18 | 2,627.26 | 107.44 | -390.00 | C;P |
| AWX | 2018-11-09, 09:35:50 | 600 | 4.1200 | 3.5500 | -2,472.00 | -0.57 | 2,634.52 | 161.95 | -342.00 | C;P |
| AWX | 2018-11-09, 09:41:57 | 600 | 4.1000 | 3.5500 | -2,460.00 | -0.32 | 2,735.38 | 275.06 | -330.00 | C;P |
| AWX | 2018-11-09, 09:41:57 | 600 | 4.0800 | 3.5500 | -2,448.00 | 0.33 | 2,666.45 | 218.78 | -318.00 | C;P |
| AWX | 2018-11-09, 09:42:16 | 600 | 4.0600 | 3.5500 | -2,436.00 | -0.57 | 2,660.82 | 224.25 | -306.00 | C;P |
| AWX | 2018-11-09, 09:42:20 | 600 | 4.0400 | 3.5500 | -2,424.00 | 0.18 | 2,669.32 | 245.50 | -294.00 | C;P |
| AWX | 2018-11-09, 09:44:04 | 600 | 4.0200 | 3.5500 | -2,412.00 | 0.23 | 2,666.32 | 254.55 | -282.00 | C;P |
| AWX | 2018-11-09, 09:44:08 | 1,000 | 3.9800 | 3.5500 | -3,980.00 | 0.38 | 4,428.78 | 449.16 | -430.00 | C;P |
| AWX | 2018-11-09, 09:44:08 | 1,000 | 3.9900 | 3.5500 | -3,990.00 | -0.33 | 4,430.25 | 439.92 | -440.00 | C;P |
| AWX | 2018-11-09, 09:44:09 | 600 | 3.9700 | 3.5500 | -2,382.00 | 0.23 | 2,656.62 | 274.85 | -252.00 | C;P |

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-11-09, 09:47:57 | -500 | 4.1200 | 3.5500 | 2,060.00 | 0.06 | -2,060.06 | 0.00 | 285.00 | O;P |
| AWX | 2018-11-09, 09:48:01 | -500 | 4.1103 | 3.5500 | 2,055.15 | -0.58 | -2,054.57 | 0.00 | 280.15 | O;P |
| AWX | 2018-11-09, 09:48:06 | -1,600 | 4.1100 | 3.5500 | 6,576.00 | -3.30 | -6,572.70 | 0.00 | 896.00 | O;P |
| AWX | 2018-11-09, 09:49:14 | -500 | 4.1300 | 3.5500 | 2,065.00 | 0.11 | -2,065.11 | 0.00 | 290.00 | O;P |
| AWX | 2018-11-09, 09:50:46 | -1,600 | 4.1000 | 3.5500 | 6,560.00 | -0.80 | -6,559.20 | 0.00 | 880.00 | O;P |
| AWX | 2018-11-09, 09:53:13 | 439 | 4.0600 | 3.5500 | -1,782.34 | 0.18 | 1,943.86 | 161.69 | -223.89 | C;P |
| AWX | 2018-11-09, 09:53:55 | 600 | 4.0100 | 3.5500 | -2,406.00 | -0.77 | 2,656.97 | 250.20 | -276.00 | C;P |
| AWX | 2018-11-09, 09:53:58 | 200 | 4.0100 | 3.5500 | -802.00 | -0.24 | 885.58 | 83.34 | -92.00 | C;P |
| AWX | 2018-11-09, 09:54:04 | 100 | 3.9600 | 3.5500 | -396.00 | -0.17 | 442.79 | 46.62 | -41.00 | C |
| AWX | 2018-11-09, 09:54:04 | 100 | 3.9400 | 3.5500 | -394.00 | -0.17 | 442.79 | 48.62 | -39.00 | C |
| AWX | 2018-11-09, 10:00:16 | -2,550 | 4.1800 | 3.5500 | 10,659.00 | -11.25 | -10,647.75 | 0.00 | 1,606.50 | O;P |
| AWX | 2018-11-09, 10:04:12 | 1,000 | 4.0600 | 3.5500 | -4,060.00 | -1.70 | 4,427.92 | 366.22 | -510.00 | C;P |
| AWX | 2018-11-09, 10:08:56 | -469 | 4.2000 | 3.5500 | 1,969.80 | 0.11 | -1,969.91 | 0.00 | 304.85 | O;P |
| AWX | 2018-11-09, 10:09:18 | 7,700 | 4.2295221 | 3.5500 | -32,567.32 | -10.03 | 34,449.33 | 1,871.98 | -5,232.32 | C;P |
| AWX | 2018-11-09, 10:11:08 | -1,000 | 4.2400 | 3.5500 | 4,240.00 | 0.21 | -4,240.21 | 0.00 | 690.00 | O;P |
| AWX | 2018-11-09, 10:11:25 | -1,000 | 4.2800 | 3.5500 | 4,280.00 | 0.06 | -4,280.06 | 0.00 | 730.00 | O;P |
| AWX | 2018-11-09, 10:11:35 | -385 | 4.3000 | 3.5500 | 1,655.50 | 0.05 | -1,655.55 | 0.00 | 288.75 | O;P |
| AWX | 2018-11-09, 10:12:20 | -415 | 4.3000 | 3.5500 | 1,784.50 | -0.20 | -1,784.30 | 0.00 | 311.25 | O;P |
| AWX | 2018-11-09, 10:13:36 | -1,000 | 4.2800 | 3.5500 | 4,280.00 | -4.58 | -4,275.42 | 0.00 | 730.00 | O;P |
| AWX | 2018-11-09, 10:13:37 | -300 | 4.2833333 | 3.5500 | 1,285.00 | -0.96 | -1,284.04 | 0.00 | 220.00 | O;P |
| AWX | 2018-11-09, 10:13:56 | -1,000 | 4.2062 | 3.5500 | 4,206.20 | -1.87 | -4,204.33 | 0.00 | 656.20 | O |
| AWX | 2018-11-09, 10:14:08 | -1,000 | 4.15498 | 3.5500 | 4,154.98 | -1.86 | -4,153.12 | 0.00 | 604.98 | O;P |
| AWX | 2018-11-09, 10:14:17 | -1,000 | 4.17311 | 3.5500 | 4,173.11 | -1.87 | -4,171.24 | 0.00 | 623.11 | O;P |
| AWX | 2018-11-09, 10:14:23 | -1,000 | 4.1900 | 3.5500 | 4,190.00 | 0.13 | -4,190.13 | 0.00 | 640.00 | O;P |
| AWX | 2018-11-09, 10:14:29 | -782 | 4.2000 | 3.5500 | 3,284.40 | 0.12 | -3,284.52 | 0.00 | 508.30 | O;P |
| AWX | 2018-11-09, 10:14:33 | -1,000 | 4.1831 | 3.5500 | 4,183.10 | -1.87 | -4,181.23 | 0.00 | 633.10 | O |
| AWX | 2018-11-09, 10:14:43 | -1,000 | 4.1500 | 3.5500 | 4,150.00 | -4.73 | -4,145.27 | 0.00 | 600.00 | O;P |
| AWX | 2018-11-09, 10:14:52 | -1,000 | 4.1500 | 3.5500 | 4,150.00 | -0.12 | -4,149.88 | 0.00 | 600.00 | O;P |
| AWX | 2018-11-09, 10:15:00 | -1,000 | 4.1800 | 3.5500 | 4,180.00 | 0.13 | -4,180.13 | 0.00 | 630.00 | O |

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-11-09, 10:15:05 | -1,000 | 4.2000 | 3.5500 | 4,200.00 | 0.13 | -4,200.13 | 0.00 | 650.00 | O |
| AWX | 2018-11-09, 10:22:55 | 1,900 | 4.1000 | 3.5500 | -7,790.00 | 0.76 | 8,547.42 | 758.18 | -1,045.00 | C;P |
| AWX | 2018-11-09, 10:22:59 | 2,000 | 4.0800 | 3.5500 | -8,160.00 | 0.79 | 8,991.20 | 831.99 | -1,060.00 | C;P |
| AWX | 2018-11-09, 10:23:34 | 100 | 4.0600 | 3.5500 | -406.00 | -0.17 | 449.51 | 43.34 | -51.00 | C |
| AWX | 2018-11-09, 10:23:37 | 1,808 | 4.0600 | 3.5500 | -7,340.48 | 0.54 | 7,907.63 | 567.69 | -922.08 | C;P |
| AWX | 2018-11-09, 10:23:37 | 2,000 | 4.0400 | 3.5500 | -8,080.00 | 0.60 | 8,415.62 | 336.22 | -980.00 | C;P |
| AWX | 2018-11-09, 10:23:37 | 2,000 | 4.0200 | 3.5500 | -8,040.00 | 0.79 | 8,217.19 | 177.98 | -940.00 | C;P |
| AWX | 2018-11-09, 10:23:59 | 1,930 | 4.0000 | 3.5500 | -7,720.00 | 0.77 | 8,020.54 | 301.31 | -868.50 | C;P |
| AWX | 2018-11-09, 10:24:05 | 2,000 | 3.979875 | 3.5500 | -7,959.75 | 0.57 | 8,392.24 | 433.06 | -859.75 | C;P |
| AWX | 2018-11-09, 10:24:05 | 2,000 | 3.959765 | 3.5500 | -7,919.53 | 0.00 | 8,529.10 | 609.56 | -819.53 | C;P |
| AWX | 2018-11-09, 10:24:05 | 2,000 | 3.9400 | 3.5500 | -7,880.00 | 0.60 | 8,485.65 | 606.25 | -780.00 | C;P |
| AWX | 2018-11-09, 10:24:07 | 2,000 | 3.91953 | 3.5500 | -7,839.06 | -5.85 | 8,413.64 | 568.72 | -739.06 | C;P |
| AWX | 2018-11-09, 10:24:11 | 1,000 | 3.8900 | 3.5500 | -3,890.00 | -0.54 | 4,179.73 | 289.19 | -340.00 | C;P |
| AWX | 2018-11-09, 10:24:12 | 600 | 3.8800 | 3.5500 | -2,328.00 | 0.24 | 2,511.23 | 183.47 | -198.00 | C;P |
| **Total AWX** | | **-4,396** | | | **32,124.89** | **-143.21** | **-21,886.93** | **11,234.54** | **16,897.49** | |
| AXON | 2018-06-06, 08:22:38 | -1,000 | 3.4300 | 4.5500 | 3,430.00 | -1.72 | -3,428.28 | 0.00 | -1,120.00 | O;P |
| AXON | 2018-06-06, 08:22:39 | -1,000 | 3.4200 | 4.5500 | 3,420.00 | -5.36 | -3,414.64 | 0.00 | -1,130.00 | O |
| AXON | 2018-06-06, 08:22:43 | -1,000 | 3.4200 | 4.5500 | 3,420.00 | -3.25 | -3,416.75 | 0.00 | -1,130.00 | O;P |
| AXON | 2018-06-06, 08:22:44 | -1,000 | 3.41064 | 4.5500 | 3,410.64 | -5.36 | -3,405.28 | 0.00 | -1,139.36 | O;P |
| AXON | 2018-06-06, 08:55:34 | -1,000 | 3.6300 | 4.5500 | 3,630.00 | -0.30 | -3,629.70 | 0.00 | -920.00 | O;P |
| AXON | 2018-06-06, 08:55:37 | -1,000 | 3.6400 | 4.5500 | 3,640.00 | -0.27 | -3,639.73 | 0.00 | -910.00 | O;P |
| AXON | 2018-06-06, 09:31:00 | -4,000 | 3.51175 | 4.5500 | 14,047.00 | -19.01 | -14,027.99 | 0.00 | -4,153.00 | O;P |
| AXON | 2018-06-06, 09:31:04 | -8,500 | 3.4799671 | 4.5500 | 29,579.72 | -41.76 | -29,537.96 | 0.00 | -9,095.28 | O;P |
| AXON | 2018-06-06, 09:31:20 | 1,100 | 3.4142455 | 4.5500 | -3,755.67 | -5.72 | 3,758.96 | -2.43 | 1,249.33 | C;P |
| AXON | 2018-06-06, 09:31:25 | 200 | 3.4385 | 4.5500 | -687.70 | -0.44 | 683.14 | -5.00 | 222.30 | C |
| AXON | 2018-06-06, 09:31:31 | 1,000 | 3.3800 | 4.5500 | -3,380.00 | -4.38 | 3,425.20 | 40.83 | 1,170.00 | C;P |
| AXON | 2018-06-06, 09:31:41 | 2,000 | 3.45825 | 4.5500 | -6,916.50 | -6.86 | 6,886.55 | -36.81 | 2,183.50 | C;P |
| AXON | 2018-06-06, 09:32:16 | 1,000 | 3.6600 | 4.5500 | -3,660.00 | -0.10 | 3,632.70 | -27.40 | 890.00 | C;P |
| AXON | 2018-06-06, 09:34:07 | -10,000 | 3.3500 | 4.5500 | 33,500.00 | -53.64 | -33,446.36 | 0.00 | -12,000.00 | O;P |

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| X 29MAR18 33.0 P | 2018-03-28, 12:21:12 | 10 | 0.3700 | 0.2149 | -370.00 | -8.38 | 359.59 | -18.78 | -155.10 | C |
| X 29MAR18 33.0 P | 2018-03-29, 10:55:52 | 5 | 0.0200 | 0.0000 | -10.00 | -1.69 | 179.80 | 168.11 | -10.00 | C |
| **Total X 29MAR18 33.0 P** | | **0** | | | **160.00** | **-10.68** | **0.00** | **149.32** | **-496.60** | |
| X 20APR18 30.0 P | 2018-03-22, 14:58:21 | -20 | 0.3900 | 0.5312 | 780.00 | -0.81 | -779.19 | 0.00 | -282.40 | O |
| X 20APR18 30.0 P | 2018-03-29, 10:57:42 | 10 | 0.2800 | 0.3060 | -280.00 | -0.38 | 389.59 | 109.21 | 26.00 | C |
| X 20APR18 30.0 P | 2018-03-29, 11:05:48 | 10 | 0.2600 | 0.3060 | -260.00 | -0.38 | 389.59 | 129.21 | 46.00 | C |
| **Total X 20APR18 30.0 P** | | **0** | | | **240.00** | **-1.57** | **0.00** | **238.43** | **-210.40** | |
| XOM 27APR18 78.0 P | 2018-04-27, 10:15:28 | -32 | 0.2300 | 0.2100 | 736.00 | -26.89 | -709.11 | 0.00 | 64.00 | O;P |
| **Total XOM 27APR18 78.0 P** | | **-32** | | | **736.00** | **-26.89** | **-709.11** | **0.00** | **64.00** | |
| **Total** | | | | | **5,787,119.00** | **-55,731.88** | **-274,371.48** | **3,713,688.09** | **2,035,995.04** | |
| **Symbol** | **Date/Time** | **Quantity** | **T. Price** | | **Proceeds** | **Comm in USD** | | | **MTM in USD** | **Code** |
| **Forex** | | | | | | | | | | |
| **JPY** | | | | | | | | | | |
| USD.JPY | 2018-04-19, 22:07:30 | -25,000 | 107.6990 | | 2,692,475 | -2.00 | | | 12.29 | |
| USD.JPY | 2018-04-19, 22:22:52 | 25,000 | 107.6830 | | -2,692,075 | -2.00 | | | -8.57 | |
| USD.JPY | 2018-04-23, 18:04:05 | 3.6792 | 108.7200 | | -400 | 0.00 | | | 0.00 | |
| **Total USD.JPY** | | **3.6792** | | | **0** | **-4.00** | | | **3.72** | |
| **Total** | | | | | **0** | **-4.00** | | | **3.72** | |
| **Total in USD** | | | | | **0.04** | **-4.00** | | | **3.72** | |

## Corporate Actions

| Report Date | Date/Time | Description | Quantity | Proceeds | Value | Realized P/L | Code |
|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | |
| **USD** | | | | | | | |
| 2018-01-05 | 2018-01-04, 20:25:00 | LTEA(US54267E1047) CUSIP/ISIN Change to (US5426141025) (LBCC, LONG BLOCKCHAIN CORP, 542614102) | 16,949 | 0.00 | 0.00 | 0.00 | |
| 2018-01-05 | 2018-01-04, 20:25:00 | LTEA(US54267E1047) CUSIP/ISIN Change to (US5426141025) (LBCC, LONG BLOCKCHAIN CORP, 542614102) | -204,984 | 0.00 | 0.00 | 0.00 | |
| 2018-01-05 | 2018-01-04, 20:25:00 | LTEA(US54267E1047) CUSIP/ISIN Change to (US5426141025) (LTEA.OLD, LONG ISLAND ICED TEA CORP, 54267E104) | 204,984 | 0.00 | 0.00 | 0.00 | |
| 2018-01-05 | 2018-01-04, 20:25:00 | LTEA(US54267E1047) CUSIP/ISIN Change to (US5426141025) (LTEA.OLD, LONG ISLAND ICED TEA CORP, 54267E104) | -16,949 | 0.00 | 0.00 | 0.00 | |
| 2018-11-28 | 2018-11-27, 20:25:00 | ITUB(US4655621062) Stock Dividend 1 for 2 (ITUB, ITAU UNIBANCO H-SPON PRF ADR, 465562106) | -45 | 0.00 | -418.50 | 0.00 | |
| **Total** | | | | **0.00** | **-418.50** | **0.00** | |

## Transfers

| Symbol | Date | Type | Direction | Xfer Company | Xfer Account | Quantity | Xfer Price | Market Value | Realized P/L | Cash Amount | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Transfers

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | | | |
| **CAD** | | | | | | | | | | |
| ACB | 2018-02-01 | Internal | In | -- | UL1043811 | 61,100 | -- | 689,208.00 | 25,056.66 | 0.00 |
| **Total** | | | | | | | | **689,208.00** | **25,056.66** | **0.00** |
| **Total in USD** | | | | | | | | **561,863.04** | **20,426.94** | **0.00** |
| **USD** | | | | | | | | | | |
| AA | 2018-04-25 | Internal | In | -- | UL1043811 | 3,426 | -- | 177,980.70 | 1,547.48 | 0.00 |
| AAL | 2018-11-20 | Internal | In | -- | UL1043811 | 10 | -- | 355.90 | -32.06 | 0.00 |
| AAPL | 2018-02-23 | Internal | In | -- | UL1043811 | 200 | -- | 34,854.00 | -2,158.96 | 0.00 |
| AAPL | 2018-04-23 | Internal | In | -- | UL1043811 | 2,020 | -- | 332,916.20 | -195.52 | 0.00 |
| AAPL | 2018-04-25 | Internal | In | -- | UL1043811 | 66 | -- | 10,833.90 | 14.82 | 0.00 |
| AAPL | 2018-06-14 | Internal | In | -- | UL1043811 | 4,031 | -- | 769,235.73 | 67,300.48 | 0.00 |
| AAPL | 2018-07-23 | Internal | In | -- | UL1043811 | 73 | -- | 13,994.10 | 107.52 | 0.00 |
| AAPL | 2018-07-25 | Internal | In | -- | UL1043811 | 500 | -- | 96,290.00 | -13.54 | 0.00 |
| AAPL | 2018-07-26 | Internal | In | -- | UL1043811 | 500 | -- | 97,295.00 | -51.80 | 0.00 |
| AAPL | 2018-08-20 | Internal | Out | -- | UL1043811 | 5,000 | -- | 1,087,749.00 | 0.00 | 0.00 |
| AAPL | 2018-10-18 | Internal | In | -- | UL1043811 | 10 | -- | 2,154.65 | -17.74 | 0.00 |
| AAPL | 2018-11-15 | Internal | Out | -- | UL1043811 | 2,710 | -- | 518,965.00 | 0.00 | 0.00 |
| AAPL | 2018-11-29 | Internal | In | -- | UL1043811 | -26 | -- | -4,741.62 | -18.65 | 0.00 |
| AAPL | 2018-12-20 | Internal | In | -- | UL1043811 | 2,500 | -- | 399,375.00 | 1,369.33 | 0.00 |
| ABEV | 2018-11-06 | Internal | In | -- | UL1043811 | 10 | -- | 43.10 | -0.55 | 0.00 |
| ABEV | 2018-12-12 | Internal | In | -- | UL1043811 | 200 | -- | 822.00 | 20.38 | 0.00 |
| ABIL | 2018-06-22 | Internal | In | -- | UL1043811 | 14,513 | -- | 63,566.94 | -19,509.50 | 0.00 |
| ABIL | 2018-10-22 | Internal | Out | -- | UL1043811 | 9,700 | -- | 30,070.00 | 0.00 | 0.00 |
| ABX | 2018-10-22 | Internal | Out | -- | UL1043811 | 10 | -- | 130.90 | 0.00 | 0.00 |
| ACAD | 2018-09-24 | Internal | In | -- | UL1043811 | -23 | -- | -456.51 | -1.09 | 0.00 |
| ACB | 2018-11-20 | Internal | In | -- | UL1043811 | 10 | -- | 59.00 | -4.98 | 0.00 |
| ACB | 2018-12-12 | Internal | In | -- | UL1043811 | 90 | -- | 553.36 | -23.30 | 0.00 |
| ACHC | 2018-11-15 | Internal | In | -- | UL1043811 | 1,610 | -- | 60,572.55 | -293.59 | 0.00 |
| ACHV | 2018-07-12 | Internal | In | -- | UL1043811 | 3,000 | -- | 10,950.00 | -1,388.03 | 0.00 |
| ACHV | 2018-09-27 | Internal | Out | -- | UL1043811 | 250 | -- | 937.50 | 0.00 | 0.00 |
| ACRX | 2018-11-06 | Internal | In | -- | UL1043811 | 32,240 | -- | 132,425.80 | -5,965.84 | 0.00 |
| ADIL | 2018-12-14 | Internal | In | -- | UL1043811 | 5,700 | -- | 20,813.55 | 372.41 | 0.00 |
| ADMS | 2018-02-23 | Internal | In | -- | UL1043811 | 590 | -- | 14,012.50 | -83.17 | 0.00 |
| AEMD | 2018-11-29 | Internal | In | -- | UL1043811 | 10,565 | -- | 14,791.00 | 1,962.19 | 0.00 |
| AETI | 2018-06-04 | Internal | In | -- | UL1043811 | 24,381 | -- | 46,323.90 | 428.84 | 0.00 |
| AEZS | 2018-02-01 | Internal | In | -- | UL1043811 | 20,727 | -- | 46,635.75 | 8,166.33 | 0.00 |
| AEZS | 2018-11-06 | Internal | In | -- | UL1043811 | 61,123 | -- | 145,026.54 | 9,342.22 | 0.00 |
| AKAO | 2018-02-01 | Internal | In | -- | UL1043811 | 29,303 | -- | 324,645.01 | -12,540.57 | 0.00 |
| AKRX | 2018-08-24 | Internal | In | -- | UL1043811 | -700 | -- | -10,619.00 | 119.34 | 0.00 |
| AKS | 2018-11-06 | Internal | In | -- | UL1043811 | 10 | -- | 39.22 | -2.95 | 0.00 |
| ALDX | 2018-09-27 | Internal | Out | -- | UL1043811 | 881 | -- | 12,422.10 | 0.00 | 0.00 |
| ALQA | 2018-12-03 | Internal | In | -- | UL1043811 | 479 | -- | 1,149.60 | 359.54 | 0.00 |
| ALT | 2018-10-10 | Internal | In | -- | UL1043811 | 1,000 | -- | 4,420.00 | -1,642.93 | 0.00 |
| AMAG | 2018-02-23 | Internal | In | -- | UL1043811 | -500 | -- | -9,450.00 | -110.36 | 0.00 |
| AMAT | 2018-11-20 | Internal | In | -- | UL1043811 | 67 | -- | 2,465.45 | 17.66 | 0.00 |
| AMAT | 2018-12-12 | Internal | In | -- | UL1043811 | 10 | -- | 346.32 | 7.84 | 0.00 |

## Transfers

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ASTC | 2018-06-20 | Internal | In | -- | UL1043811 | 2,200 | -- | 10,560.00 | 87.26 | 0.00 | |
| ASTC | 2018-12-12 | Internal | In | -- | UL1043811 | -6,325 | -- | -21,884.50 | 0.00 | 0.00 | |
| ASTC | 2018-12-14 | Internal | In | -- | UL1043811 | 7,825 | -- | 27,857.00 | -776.53 | 0.00 | |
| ATHX | 2018-05-15 | Internal | In | -- | UL1043811 | -500 | -- | -1,120.00 | -0.45 | 0.00 | |
| ATIS | 2018-06-01 | Internal | In | -- | UL1043811 | 5,686 | -- | 3,098.87 | -882.43 | 0.00 | |
| AUY | 2018-11-20 | Internal | In | -- | UL1043811 | 10 | -- | 21.20 | -0.15 | 0.00 | |
| AVGO | 2018-07-19 | Internal | In | -- | UL1043811 | 22,893 | -- | 4,816,687.20 | 96,844.62 | 0.00 | |
| AVGR | 2018-03-20 | Internal | In | -- | UL1043811 | 11,568 | -- | 12,956.16 | -1,682.35 | 0.00 | |
| AWX | 2018-06-18 | Internal | In | -- | UL1043811 | -1,000 | -- | -2,195.40 | 47.92 | 0.00 | |
| AWX | 2018-08-01 | Internal | In | -- | UL1043811 | -1,287 | -- | -4,723.29 | 228.88 | 0.00 | |
| AWX | 2018-08-02 | Internal | In | -- | UL1043811 | 800 | -- | 2,792.00 | -16.23 | 0.00 | |
| AWX | 2018-11-13 | Internal | In | -- | UL1043811 | 5,883 | -- | 18,943.26 | 1,429.31 | 0.00 | |
| AXON | 2018-06-08 | Internal | In | -- | UL1043811 | 442,754 | -- | 2,178,349.68 | 70,350.01 | 0.00 | |
| AXP | 2018-12-28 | Internal | In | -- | UL1043811 | -100 | -- | -9,549.00 | 131.53 | 0.00 | |
| AYTU | 2018-11-06 | Internal | In | -- | UL1043811 | 16,009 | -- | 16,926.32 | 26.66 | 0.00 | |
| BA | 2018-03-02 | Internal | In | -- | UL1043811 | 700 | -- | 235,298.00 | 9,332.68 | 0.00 | |
| BABA | 2018-10-22 | Internal | Out | -- | UL1043811 | 4 | -- | 594.32 | 0.00 | 0.00 | |
| BAC | 2018-04-23 | Internal | In | -- | UL1043811 | 805,438 | -- | 24,437,633.27 | 186,593.31 | 0.00 | |
| BAC | 2018-05-07 | Internal | In | -- | UL1043811 | 10,000 | -- | 296,210.00 | 5,972.66 | 0.00 | |
| BAC | 2018-07-11 | Internal | In | -- | UL1043811 | 4,000 | -- | 115,046.00 | 8.53 | 0.00 | |
| BAC | 2018-10-16 | Internal | In | -- | UL1043811 | 10 | -- | 281.18 | 3.57 | 0.00 | |
| BAC | 2018-10-22 | Internal | Out | -- | UL1043811 | 10 | -- | 274.00 | 0.00 | 0.00 | |
| BAC | 2018-11-20 | Internal | In | -- | UL1043811 | 10 | -- | 273.80 | -4.69 | 0.00 | |
| BAC | 2018-11-21 | Internal | In | -- | UL1043811 | 100 | -- | 2,772.84 | -22.44 | 0.00 | |
| BAC | 2018-11-23 | Internal | In | -- | UL1043811 | -100 | -- | -2,697.00 | -11.41 | 0.00 | |
| BAC | 2018-12-12 | Internal | In | -- | UL1043811 | 57 | -- | 1,414.17 | 246.82 | 0.00 | |
| BB | 2018-10-25 | Internal | In | -- | UL1043811 | -50 | -- | -456.00 | -0.81 | 0.00 | |
| BBD | 2018-10-22 | Internal | Out | -- | UL1043811 | 10 | -- | 89.60 | 0.00 | 0.00 | |
| BBOX | 2018-07-12 | Internal | In | -- | UL1043811 | -5,000 | -- | -11,507.50 | -3,367.01 | 0.00 | |
| BBY | 2018-05-24 | Internal | In | -- | UL1043811 | 1,000 | -- | 70,890.00 | -560.04 | 0.00 | |
| BIDU | 2018-04-27 | Internal | In | -- | UL1043811 | 386 | -- | 96,496.14 | 543.13 | 0.00 | |
| BIDU | 2018-05-18 | Internal | In | -- | UL1043811 | 958 | -- | 242,431.48 | 4,242.29 | 0.00 | |
| BIDU | 2018-05-21 | Internal | In | -- | UL1043811 | 2,100 | -- | 502,194.00 | 545.21 | 0.00 | |
| BILI | 2018-10-08 | Internal | Out | -- | UL1043811 | -200 | -- | -2,736.00 | 0.00 | 0.00 | |
| BILI | 2018-11-21 | Internal | In | -- | UL1043811 | 7,902 | -- | 116,652.48 | 1,504.13 | 0.00 | |
| BILI | 2018-11-23 | Internal | In | -- | UL1043811 | -602 | -- | -8,917.49 | -17.02 | 0.00 | |
| BIOC | 2018-07-12 | Internal | In | -- | UL1043811 | -5,336 | -- | -32,122.72 | -9,704.08 | 0.00 | |
| BIOC | 2018-07-16 | Internal | In | -- | UL1043811 | 750 | -- | 5,111.25 | -877.46 | 0.00 | |
| BLCM | 2018-04-12 | Internal | In | -- | UL1043811 | 873 | -- | 7,123.45 | -150.99 | 0.00 | |
| BLDP | 2018-02-01 | Internal | In | -- | UL1043811 | 50,684 | -- | 186,010.28 | -6,429.28 | 0.00 | |
| BLNK | 2018-05-07 | Internal | In | -- | UL1043811 | 14,500 | -- | 57,275.00 | -3,751.94 | 0.00 | |
| BLNK | 2018-05-08 | Internal | In | -- | UL1043811 | 5,976 | -- | 27,370.08 | 2,463.44 | 0.00 | |
| BLNK | 2018-05-18 | Internal | In | -- | UL1043811 | 938 | -- | 6,509.72 | -670.02 | 0.00 | |
| BLNK | 2018-05-23 | Internal | In | -- | UL1043811 | 1,000 | -- | 7,230.00 | 100.59 | 0.00 | |
| BMY | 2018-11-20 | Internal | In | -- | UL1043811 | 10 | -- | 535.20 | 0.56 | 0.00 | |
| BOX | 2018-04-25 | Internal | In | -- | UL1043811 | 9,630 | -- | 212,919.30 | 8,565.39 | 0.00 | |
| BOX | 2018-05-30 | Internal | In | -- | UL1043811 | 3,532 | -- | 95,258.04 | 706.18 | 0.00 | |