# EXHIBIT G

CONFIDENTIAL

MINT-GBR000089

CONFIDENTIAL

MINT-GBR000090

PLAINTIFF 4
EXHIBIT _____
DATE 2-24-20 RPTR DM
DALCO REPORTING

CONFIDENTIAL

MINT-GBR000091

CONFIDENTIAL

MINT-GBR000092

MINT-AWK000001

MINT-AWK000002

MINT-AWK000003

MINT-AWK000004

MINT-AVAX000005

 MINT-AVAX000006

 MINT-AVAX000007

 MINT-AVAX000008

CONFIDENTIAL
MINT-AWX000009

CONFIDENTIAL
MINT-AWX000010

CONFIDENTIAL
MINT-AWX000011

CONFIDENTIAL
MINT-AWX000012

CONFIDENTIAL
MINT-AWK000013
CONFIDENTIAL
MINT-AWK000014
CONFIDENTIAL
MINT-AWK000015
CONFIDENTIAL
MINT-AWK000016

CONFIDENTIAL
MINT-AWK000017

CONFIDENTIAL
MINT-AWK000018

CONFIDENTIAL
MINT-AWK000019

CONFIDENTIAL
MINT-AWK000020

CONFIDENTIAL
MINT-AWX000021

CONFIDENTIAL
MINT-AWX000022

CONFIDENTIAL
MINT-AWX000023

CONFIDENTIAL
MINT-AWX000024

CONFIDENTIAL
MINT-AWX000025

CONFIDENTIAL
MINT-AWX000026

CONFIDENTIAL
MINT-AWX000027

CONFIDENTIAL
MINT-AWX000028

CONFIDENTIAL

MINT-AWR000029

CONFIDENTIAL

MINT-AWR000030

CONFIDENTIAL

MINT-AWR000031

CONFIDENTIAL

MINT-AWR000032

CONFIDENTIAL

MINT-AWX000033

CONFIDENTIAL

MINT-AWX000034

CONFIDENTIAL

MINT-AWX000035

CONFIDENTIAL

MINT-AWX000036

CONFIDENTIAL

MINT-AWR000037

CONFIDENTIAL

MINT-AWR000038

CONFIDENTIAL

MINT-AWR000039

CONFIDENTIAL

MINT-AWR000040

CONFIDENTIAL
MINT-AWX000041

CONFIDENTIAL
MINT-AWX000042

CONFIDENTIAL
MINT-AWX000043

CONFIDENTIAL
MINT-AWX000044

CONFIDENTIAL

MINT-AVX000045

CONFIDENTIAL

MINT-AVX000046

CONFIDENTIAL

MINT-AVX000047

CONFIDENTIAL

MINT-AVX000048

MINT-AWK000049

MINT-AWK000050

MINT-AWK000051

MINT-AWK000052

CONFIDENTIAL

MINT-AWR000053

CONFIDENTIAL

MINT-AWR000054

CONFIDENTIAL

MINT-AWR000055

CONFIDENTIAL

MINT-AWR000056

CONFIDENTIAL
MINT-AWX000057

CONFIDENTIAL
MINT-AWX000058

CONFIDENTIAL
MINT-AWX000059

CONFIDENTIAL
MINT-AWX000060

CONFIDENTIAL
MINT-AWX000061
CONFIDENTIAL
MINT-AWX000062
CONFIDENTIAL
MINT-AWX000063
CONFIDENTIAL
MINT-AWX000064

CONFIDENTIAL
MINT-AWX000065

CONFIDENTIAL
MINT-AWX000066

CONFIDENTIAL
MINT-AWX000067

CONFIDENTIAL
MINT-AWX000068

CONFIDENTIAL MINT-AWR000069

CONFIDENTIAL MINT-AWR000070

CONFIDENTIAL MINT-AWR000071

CONFIDENTIAL MINT-AWR000072

CONFIDENTIAL

MINT-AWX000073

CONFIDENTIAL

MINT-AWX000074

CONFIDENTIAL

MINT-AWX000075

CONFIDENTIAL

MINT-AWX000076

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL

MINT-AWX000081

CONFIDENTIAL

MINT-AWX000082

CONFIDENTIAL

MINT-AWX000083

CONFIDENTIAL

MINT-AWX000084

CONFIDENTIAL
MINT-AVAX000085

CONFIDENTIAL
MINT-AVAX000086

CONFIDENTIAL
MINT-AVAX000087

CONFIDENTIAL
MINT-AVAX000088

CONFIDENTIAL
MINT-AVAX000089
CONFIDENTIAL
MINT-AVAX000090
CONFIDENTIAL
MINT-AVAX000091
CONFIDENTIAL
MINT-AVAX000092

CONFIDENTIAL

MINT-AWR000093

CONFIDENTIAL

MINT-AWR000094

CONFIDENTIAL

MINT-AWR000095

CONFIDENTIAL

MINT-AWR000096

CONFIDENTIAL
MINT-AWX000097

CONFIDENTIAL
MINT-AWX000098

CONFIDENTIAL
MINT-AWX000099

CONFIDENTIAL
MINT-AWX000100

CONFIDENTIAL

MINT-AWX000101

CONFIDENTIAL

MINT-AWX000102

CONFIDENTIAL

MINT-AWX000103

CONFIDENTIAL

MINT-AWX000104

CONFIDENTIAL
MINT-AWX000105

CONFIDENTIAL
MINT-AWX000106

CONFIDENTIAL
MINT-AWX000107

CONFIDENTIAL
MINT-AWX000108

CONFIDENTIAL
MINT-AWK000109

CONFIDENTIAL
MINT-AWK000110

CONFIDENTIAL
MINT-AWK000111

CONFIDENTIAL
MINT-AWK000112

CONFIDENTIAL

MINT-AVIX000117

CONFIDENTIAL

MINT-AVIX000118

CONFIDENTIAL

MINT-AVIX000119

CONFIDENTIAL

MINT-AVIX000120

CONFIDENTIAL
MINT-AWR000121
CONFIDENTIAL
MINT-AWR000122
CONFIDENTIAL
MINT-AWR000123
CONFIDENTIAL
MINT-AWR000124

CONFIDENTIAL

MINT-AWX000125

CONFIDENTIAL

MINT-AWX000126

CONFIDENTIAL

MINT-AWX000127

CONFIDENTIAL

MINT-AWX000128

CONFIDENTIAL
MINT-AWX000129

CONFIDENTIAL
MINT-AWX000130

CONFIDENTIAL
MINT-AWX000131

CONFIDENTIAL
MINT-AWX000132

CONFIDENTIAL
MINT-AWR000133

CONFIDENTIAL
MINT-AWR000134

CONFIDENTIAL
MINT-AWR000135

CONFIDENTIAL
MINT-AWR000136

CONFIDENTIAL
MINT-AWX000137

CONFIDENTIAL
MINT-AWX000138

CONFIDENTIAL
MINT-AWX000139

CONFIDENTIAL
MINT-AWX000140