# EXHIBIT I

## Historical Data (Yahoo finance)

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 7/23/18 | $2.20 | $2.25 | $2.17 | $2.20 | $2.20 | 21,600 |
| 7/24/18 | $2.22 | $3.35 | $2.21 | $3.35 | $3.35 | 2,486,200 |
| 7/25/18 | $3.61 | $4.49 | $3.03 | $4.32 | $4.32 | 10,660,300 |
| 7/26/18 | $4.76 | $5.77 | $3.94 | $5.69 | $5.69 | 10,306,900 |
| 7/27/18 | $6.35 | $11.21 | $5.52 | $10.25 | $10.25 | 12,799,500 |
| 7/30/18 | $16.97 | $20.20 | $6.01 | $6.06 | $6.06 | 5,707,000 |
| 7/31/18 | $5.80 | $5.80 | $3.30 | $3.67 | $3.67 | 3,976,900 |
| 8/1/18 | $4.24 | $4.64 | $3.38 | $3.47 | $3.47 | 2,863,200 |
| 8/2/18 | $3.50 | $4.36 | $3.20 | $3.57 | $3.57 | 2,567,000 |

