# EXHIBIT K

Case 1:18-cv-07291-VSB-RWL   Document 78-11   Filed 08/11/20   Page 1 of 2

Communications

| IB OPERATOR COMMENT | SENT | ID: 36410233 hide |
|---|---|---|

**Sent to:** Master Account (I1043365)
**From:** surveillance@interactivebrokers.com
**To:** ggentile@swissamericas.com
**Cc:** gnovak@interactivebrokers.com
**Bcc:** gnovak@interactivebrokers.com
**Sub:** Your %WB_ACRO_NAME% Account: IXXXX365
**Time:** 31 Oct 2019 11:30:24 EDT

IB Operator (mmatusz) wrote to customer

Dear Client,

RE: IB Account IXXXX365

Based on information that has come to the attention of the IB Compliance Department, we have determined to terminate IB's customer relationship with you. Accordingly, you are advised to close the account(s) referenced above by 11/31/2019. You may transfer your account(s) to another brokerage firm through the Automatic Customer Account Transfer System (ACATS), or you may liquidate any existing positions in your account(s) and we will disburse any remaining funds to you. In the meantime, your account(s) has been placed in liquidation-only trading status, meaning that you may close out existing positions but you may not establish new positions. If you do not close or transfer out all positions in your account within 30 days, we reserve the right to liquidate those positions and credit the proceeds of the liquidation to your account. If you do not close your account within 30 days, we reserve the right to send the funds in your account to you using withdrawal instructions on file.

If you choose to transfer your account(s) to another broker, you will need to contact this receiving broker and make the proper transfer arrangements.

If you choose to close your account(s), please log into your account(s) via LOGIN/Account Management Menu and follow the procedure below:

Check Positions:  Review your Trader Workstation within LOGIN/Trade or check daily account statements within the Statements feature under Report Management to verify that all positions have been liquidated or transferred to an alternative broker via the ACATS system.

Convert:  Any foreign currency you may hold must be converted to your account's base currency.  This conversion can be processed using the IDEAL/Forex system from the Trader Workstation.  If you need assistance with the conversion process please contact our Trade Department at 1-877-442-2757.

Verify Mailing Address:  For accounts for which the base currency is USD, IB will issue a check within 3 to 10 days of the closure request to the mailing address shown on our records.  Please check the address information on file to confirm that IB has your correct mailing address within the Information Change feature located under Account Administration.

Verify Bank Wire Instructions:  For all accounts with a base currency other than USD based accounts, IB will issue you a wire within 3 business days to the Banking Standing Instructions on file.  Should you wish to create or change banking standing instructions, go to the Withdrawals feature located under Funds Management.  Under Wire Transfer choose Create Instructions to create banking standing instructions or Edit Instructions to modify existing banking standing instructions.

Close Account:  Select the Close Account feature under Account Administration and complete the form for processing.

Please note that if you do not follow these steps, our system will not be able to process your closure request.

If you require assistance with completing the closure of your account(s), please contact the IB help desk at 877.442.2757 so they may assist you.

Interactive Brokers

CNS Version

| IB OPERATOR COMMENT | | ID: 36410234 hide |
|---|---|---|

**Sent to:** Master Account (I1043365)
**From:** mmatusz
**Time:** 31 Oct 2019 11:30:24 EDT

IB Operator (mmatusz) added following Internal note

Account to be closed

| IB OPERATOR COMMENT | SENT | ID: 36373403 hide |
|---|---|---|

**Sent to:** Master Account (I1043365)
**From:** help@interactivebrokers.com
**Sub:** Notice about LEI Renewal
**Time:** 29 Oct 2019 11:56:00 EDT

IB Operator (ACES) wrote to customer

Interactive Brokers



PLAINTIFF EXHIBIT 13
DATE 2.24.20 RPTR
DALCO REPORTING

CNS Version

| IB OPERATOR COMMENT | | ID: 36123447 hide |
|---|---|---|

**Sent to:** Master Account (I1043365)
**From:** dhavalp
**Time:** 15 Oct 2019 06:40:40 EDT

IB Operator (dhavalp) added following Internal note

IB Staff has reviewed the potential match. No further follow-up will be required as the potential match has been determined to be false-positive based on Full Name mismatch.

22