# EXHIBIT L

# Portfolio Report
## as of 13/03/2018

**MINTBROKER INTERNATIONAL LTD.**

Date : 13/03/2018

Reporting Currency    USD

### PORTFOLIO SUMMARY

|  | Amount in USD | % | Unrealized Gain/Loss |
|---|---|---|---|
| Cash | 1,002,613 | 100.0% | 0 |
| **Portfolio Value** | **1,002,613** | **100.0%** | **0** |

### PORTFOLIO MOVEMENT

|  | Value USD |
|---|---|
| Opening Portfolio Value | 19,332 |
| Cash Deposits | 3,999,921 |
| Security Deposits | 0 |
| Securities Withdrawn | 0 |
| Cash Withdrawn | (3,014,455) |
| Net Income & Gains/(Losses) | (2,184) |
| **Closing Portfolio Value** | **1,002,613** |

### Contents

| | |
|---|---|
| Asset Allocation | Page(s) 2 |
| Performance | Page(s) 3 |
| Portfolio Positions | Page(s) 4 |



PLAINTIFF EXHIBIT
DATE: 2-24-00 RPTR
DALCO REPORTING

The market prices of securities are obtained from information sources customarily available to Deltec Bank & Trust Limited ("the Bank"). These prices and the respective valuations are not binding on the Bank. The Bank is not custodian of Securities marked with an asterisk *. These are included for client reporting purposes only.
Please examine the Portfolio valuation and transaction statements and contact Client Services at clientservices@delteecbank.com with any queries or concerns within 30 days of the statement date. We will otherwise consider you to be in agreement with the content.

**MINTBROKER INTERNATIONAL LTD.**

**Asset Allocation as of 13/03/2018**
Reporting Currency USD

### Asset Allocation by Risk Currency

|  | Amount | Exchange Rate | Amount in USD | % | Unrealized Gain/Loss |
|---|---|---|---|---|---|
| USD | 1,007,655 | 1.000 | 1,007,655 | 100.5% | (0.5)% |
| GBP | (3,611) | 1.396 | (5,042) | | |
| Portfolio Value |  |  | 1,002,613 | 100.0% |  |



120.0%
100.0%
80.0%
60.0%
40.0%
20.0%
0.0%
(20.0)%

☐ USD ■ GBP

### Asset Allocation by Security Class

|  | Amount in USD | % |
|---|---|---|
| Cash | 1,002,613 | 100.0% |
| Portfolio Value | 1,002,613 | 100.0% |

☐ Cash

**MINTBROKER INTERNATIONAL LTD.**

Performance as of 13/03/2018
Reporting Currency    USD

## Performance: TWR from 31/12/2017 to 13/03/2018

|  | USD |
|---|---:|
| **Opening Portfolio Value** | 3,999,921 |
| Cash Deposits | 0 |
| Security Deposits | 19,332 |
| **Total** | 3,999,921 |
| Securities Withdrawn | 0 |
| Cash Withdrawn | (3,014,455) |
| **Total** | (3,014,455) |
| Net Deposits/(Withdrawals) | 985,466 |
| Net Adjusted Portfolio Value | 1,004,797 |
| **Closing Portfolio Value** | 1,002,613 |
| Net Increase/(Decrease) | (2,184) |
| **Performance TWR** | **(7.1)%** |

### Monthly Performance Year to Date TWR

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (0.4)% | (3.1)% | (3.7)% | | | | | | | | | |

*Cumulative Monthly*

(0.4)% → (3.5)% → (7.1)%

## Performance Indices: 31/12/2017 to 13/03/2018

| | % |
|---|---:|
| CRB COMMODITIES | 3.0 |
| DM SOVEREIGN BONDS | 0.0 |
| DXY CURRENCY | 0.0 |
| EM SOVEREIGN BONDS | 0.0 |
| EURO STOXX50 | 0.6 |
| EUROPE HY CORPORATE BONDS | 0.0 |
| EUROPE IG CORPORATE BONDS | 0.0 |
| GLOBAL HY CORPORATE BONDS | 0.0 |
| GLOBAL IG CORPORATE BONDS | 0.0 |
| MSCI EMERGING MARKETS | 4.2 |
| MSCI WORLD | 2.2 |
| S&P500 EQUITY | 4.2 |
| US HY CORPORATE BONDS | 0.0 |
| US IG CORPORATE BONDS | 0.0 |

### 5 year performance TWR



| 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| 0.0% | 0.0% | (8.7)% | (5.3)% | (7.1)% |

**MINTBROKER INTERNATIONAL LTD.**

**Portfolio Positions as of 13/03/2018**
Reporting Currency    USD

| Currency | Amount | Description | Interest Rate | Transaction Date | Maturity Date | Interest | Exchange Rate | Reporting Currency Interest | Reporting Currency Value | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash** | | | | | | | | | | |
| USD | 1,007,655 | Current Account | | | | 0 | | 0 | 1,007,655 | 100.50% |
| GBP | (3,593) | Current Account | | | | (18) | 1.396 | (25) | (5,042) | (0.50)% |
| | | | | | | | | | 1,002,613 | 100.00% |