UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
AVALON HOLDINGS CORPORATION,  :
                                              :
                      Plaintiff,  :
                                              :      18-CV-7291 (VSB)
              - against -                     :
                                              :
GUY GENTILE and MINTBROKER        :
INTERNATIONAL, LTD.,                   :
                                              :
                    Defendants.  :
------------------------------------------------------------:
                                              :
NEW CONCEPT ENERGY, INC.,          :
                                              :
                    Plaintiff,  :      18-CV-8896 (VSB)
                                              :
              - against -                     :      **AMENDED ORDER OF REFERENCE**
                                              :
GUY GENTILE and MINTBROKER        :
INTERNATIONAL, LTD.,                   :
                                              :
                    Defendants.  :
                                                :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The above entitled actions are referred to the designated Magistrate Judge for the following purposes:

[INTENTIONALLY BLANK]

| | | | |
|---|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br> Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ____ | Settlement | ___ | Social Security |
| _X_ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) <br> Particular Motion: _____ |

SO ORDERED.

Dated:  April 8, 2022
        New York, New York

Vernon S. Broderick
United States District Judge