```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVALON HOLDINGS CORPORATION,             :
                                         :    18-CV-7291 (VSB) (RWL)
                    Plaintiff,           :
                                         :
         - against -                     :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                    Defendants.          :
                                         :
------------------------------------------------------------X
------------------------------------------------------------X
NEW CONCEPT ENERGY, INC.,                :
                                         :    18-CV-8896 (VSB) (RWL)
                    Plaintiff,           :
                                         :
         - against -                     :    ORDER
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                    Defendants.          :
                                         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This matter has been referred to me for inquest on damages following grant of summary judgment to Plaintiffs. Accordingly, by May 9, 2022, Plaintiff shall file a brief and affidavit support setting forth the damages claimed and the legal and factual bases for that determination. By May 30, 2022, Defendants shall file a response, if any. By June 13, 2022, Plaintiff may file a reply, if any.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 8, 2022
       New York, New York

Copies transmitted this date to all counsel of record.