```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AVALON HOLDINGS CORP.,                          :                    18-cv-7291 (VSB) (RWL)
                                                :
                        Plaintiff,              :                    **ORDER**
                                                :
            - against -                         :
                                                :
GUY GENTILE, et al.,                            :
                                                :
                        Defendants.             :
-------------------------------------------------------------X
NEW CONCEPT ENERGY, INC.,                       :                    18-cv-8896 (VSB) (RWL)
                                                :
                        Plaintiff,              :                    **ORDER**
                                                :
            - against -                         :
                                                :
GUY GENTILE, et al.,                            :
                                                :
                        Defendants.             :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference on September 7, 2022:  The parties shall meet
and confer and by **September 14, 2022** shall submit a proposed schedule for
supplemental discovery on damages.  The proposal should address both fact discovery
and expert discovery.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 7, 2022
        New York, New York

1