```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
                                       :    18cv7291 (DLC)
AVALON HOLDINGS CORP.,                 :    18cv8896 (DLC)
                                       :
                    Plaintiff,         :
          -v-                          :       ORDER
                                       :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                   :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X
                                       :
NEW CONCEPT ENERGY, INC.,              :
                                       :
                    Plaintiff,         :
          -v-                          :
                                       :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                   :
                                       :
                    Defendants.        :
-------------------------------------- X
```

DENISE COTE, District Judge:

These actions were filed in 2018. On August 10, 2020, defendants Guy Gentile ("Gentile") and MintBroker International, Ltd. ("MintBroker") moved for summary judgment in these related actions. On August 11, the plaintiffs in these related actions moved for summary judgment. Both motions became fully submitted on October 5. On April 8, 2022, the Honorable Vernon S. Broderick granted summary judgment to the plaintiffs. These actions have been reassigned to this Court.

On September 20, 2022, defendant Gentile moved to vacate judgment and dismiss all claims against defendant MintBroker for

lack of subject matter jurisdiction. On September 21, the plaintiffs filed a responsive letter. On September 26, counsel for defendants moved to withdraw as counsel for defendant MintBroker. It is hereby

ORDERED that defendant Gentile's motion to vacate judgment is denied. This Court has subject matter jurisdiction over these actions.

IT IS FURTHER ORDERED that counsel's motion to withdraw as counsel for defendant MintBroker is denied unless and until substitute counsel for MintBroker files a notice of appearance.

Dated:   New York, New York
         September 27, 2022

_____
DENISE COTE
United States District Judge

2