UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                 :    18cv7291 (DLC)

AVALON HOLDINGS CORP.,          :    18cv8896 (DLC)
                                 :
                     Plaintiff,    :
            -v-                  :     ORDER
                                 :
GUY GENTILE and MINTBROKER     :
INTERNATIONAL, LTD.,           :
                                 :
                   Defendants.   :
                                 :
------------------------------------ X
                                 :
NEW CONCEPT ENERGY, INC.,       :
                                 :
                   Plaintiff,    :
            -v-                  :
                                 :
GUY GENTILE and MINTBROKER     :
INTERNATIONAL, LTD.,           :
                                 :
                   Defendants.   :
------------------------------------ X

DENISE COTE, District Judge:

    On October 19, 2022, the defendants Guy Gentile and

MintBroker International, Ltd. moved to strike an improperly

filed document from the record (Docket No. 145 in 18cv7291 and

Docket No. 135 in 18cv8896).  The plaintiffs Avalon Holdings

Corp. and New Concept Energy, Inc. filed an opposition on

November 3.  The defendants filed a reply on November 9.  It is hereby

ORDERED that the defendants' motion to strike is granted.

Dated:      New York, New York
            November 9, 2022

                              _____
                                      DENISE COTE
                              United States District Judge

2