UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVALON HOLDINGS CORP.,

    Plaintiff,

v.

GUY GENTILE and MINTBROKER
INTERNATIONAL, LTD.,

    Defendants.

18 Civ 7291 (DCL)(RJL)

ECF

Related To:

NEW CONCEPT ENERGY INC.,

    Plaintiff,

v.

GUY GENTILE and MINBROKER
INTERNATIONAL, LTD.,

    Defendants.

18 Civ 8896 (DCL)(RJL)

ECF

## SUGGESTION OF BANKRUPTCY

**THE PLAINTIFFS** suggest upon the record that Mintbroker International, Ltd. has been placed in involuntary liquidation by the Supreme Court of the Bahamas, under whose laws it is organized and where it is domiciled, a proceeding akin to Chapter 7 of the United States Bankrupty Code.

Dated: Southampton, New York
       November 10, 2022

_____
David Lopez, Esq.
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11968
Tel: 631.287.5520
Fax: 631.283.4735
*Arrorney for Plaintiffs*