```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     18cv7291 (DLC)
AVALON HOLDINGS CORP.,                   :     18cv8896 (DLC)
                                         :
                       Plaintiff,        :
              -v-                        :            ORDER
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
                                         :
NEW CONCEPT ENERGY, INC.,                :
                                         :
                       Plaintiff,        :
              -v-                        :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                       Defendants.       :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 11, 2022, plaintiffs Avalon Holdings Corp. and New Concept Energy, Inc. ("Plaintiffs") in these related actions suggested upon the record that defendant Mintbroker International, Ltd. ("Mintbroker") has been placed in involuntary liquidation by the Supreme Court of the Bahamas. It is hereby

ORDERED that these actions are temporarily stayed as to Mintbroker.

IT IS FURTHER ORDERED that by **November 28, 2022,** the Plaintiffs and Mintbroker shall file each file a letter no

longer than two pages regarding whether the stay should continue.

IT IS FURTHER ORDERED that, regardless of whether these actions remain stayed as to Mintbroker, Mintbroker shall file a letter by **January 13, 2023** regarding the status of the liquidation proceedings in the Bahamas.

Dated:   New York, New York
         November 16, 2022

                                              _____
                                                     DENISE COTE
                                              United States District Judge