UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------- X
                                       :    18cv7291 (DLC)
AVALON HOLDINGS CORP.,                 :    18cv8896 (DLC)
                                       :
                      Plaintiff,       :
                                       :
          -v-                          :         ORDER
                                       :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                   :
                                       :
                      Defendants.      :
                                       :
-------------------------------------- X
                                       :
NEW CONCEPT ENERGY, INC.,              :
                                       :
                      Plaintiff,       :
          -v-                          :
                                       :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                   :
                                       :
                      Defendants.      :
-------------------------------------- X
```

DENISE COTE, District Judge:

On November 28, 2022, the parties filed letters in support
of staying these actions as to Mintbroker International, Ltd.
("Mintbroker"). Warren E. Gluck, counsel for the Joint Official
Liquidators of Mintbroker appointed by the Supreme Court of The
Bahamas, also filed a letter in support of the stay. It is
hereby

ORDERED that these actions are stayed as to Mintbroker.

IT IS FURTHER ORDERED that Warren E. Gluck shall file a letter by **April 14, 2023** regarding the status of the liquidation proceedings in the Bahamas.

Dated:      New York, New York
            November 29, 2022

_____
DENISE COTE
United States District Judge