USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2022

# MIRIAM TAUBER LAW

885 Park Ave. #2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

December 12, 2022

**Via ECF**
Hon. Robert W. Lehrburger, U.S.M.J. (S.D.N.Y.)

Re:     *Avalon Holdings Corp. v. Gentile* et. al., No. 18-cv-7291-VSB (S.D.N.Y.);
        & *New Concept Energy, Inc. v. Gentile*, et. al., No. 18-cv-8896 (S.D.N.Y.)

**Joint Request for 1-Week Extension of Time to Submit Pre-Hearing Order**

Dear Judge Lehrburger:

Pursuant to Paragraph 8 of Your Honor's Order at Avalon Dkt #120 and New Concept Dkt # 127, the parties are required to submit a proposed pre-hearing order today.

The parties jointly request a 1-week extension to submit the proposed pre-hearing order, or until Monday, December 19, 2022.

Defendant's counsel Adam Ford has advised that he has COVID and the parties require the additional week to confer with respect to the proposed order.

Respectfully submitted,

*s/ Miriam Tauber*
Miriam Tauber
*Attorney for Plaintiffs*

Granted.

**SO ORDERED:**

12/12/2022

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE