USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AVALON HOLDINGS CORP.,                :      18-CV-7291 (DLC) (RWL)
                                      :
                 Plaintiff,           :
                                      :      **ORDER**
         - against -                  :
                                      :
GUY GENTILE, et al.,                  :
                                      :
                 Defendants.          :
---------------------------------------------------------------X
NEW CONCEPT ENERGY, INC.,             :      18-CV-8896 (DLC) (RWL)
                                      :
                 Plaintiff,           :
                                      :      **ORDER**
         - against -                  :
                                      :
GUY GENTILE, et al.,                  :
                                      :
                 Defendants.          :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the letter motions at Dkts. 179, 182, and 183 in 18-CV-7291, and the corresponding letter motions in 18-CV-8896.

Defendant Gentile's letter motion at Dkt. 182 requests an adjournment sine die of the inquest hearing scheduled for February 1, 2023. The motion is denied for substantially the reasons set forth in Plaintiff's letter dated December 16, 2022.

Plaintiff's letter motion at Dkt. 179 asks the Court to compel the continued deposition of Gentile's expert Mr. Christian. Gentile's motion at Dkt. 183 asks to stay the continued deposition of Mr. Christian. Plaintiff's motion is granted, and Defendant's motion is denied, for principally the reasons set forth in Plaintiff's letter dated December 16, 2022.

The Clerk of Court is respectfully requested to terminate the letter motions at Dkts. 179, 182, and 183 in 18-CV-7291 and Dkts. 168, 171, and 172 in 18-CV-8896.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 22, 2022
 New York, New York