```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVALON HOLDINGS CORP.,                    :       18-CV-7291 (DLC) (RWL)
                                          :
                Plaintiff,                :       ORDER
                                          :
        - against -                       :
                                          :
GUY GENTILE, et al.,                      :
                                          :
                Defendants.               :
------------------------------------------------------------X
NEW CONCEPT ENERGY, INC.,                 :       18-CV-8896 (DLC) (RWL)
                                          :
                Plaintiff,                :       ORDER
                                          :
        - against -                       :
                                          :
GUY GENTILE, et al.,                      :
                                          :
                Defendants.               :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the pre-hearing conference held on January 18, 2023:

1. The inquest hearing will proceed as scheduled on February 1, 2023.

2. The parties anticipate calling the following witnesses: Guy Gentile, Stephen Darville (by affidavit and deposition testimony), Robert Christian, and Brandon Beresford.

3. The parties are allotted up to 30 minutes for opening statements.

4. The parties shall deliver exhibit notebooks to chambers by January 30, 2023.

5. Motions in limine shall be filed by **January 27, 2023**. Responses shall be filed by **January 30, 2023**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 18, 2023
      New York, New York