```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AVALON HOLDINGS CORP.,                      :        18-CV-7291 (DLC) (RWL)
                                            :
                    Plaintiff,              :        ORDER
                                            :
        - against -                         :
                                            :
GUY GENTILE, et al.,                        :
                                            :
                    Defendants.             :
---------------------------------------------------------------X
NEW CONCEPT ENERGY, INC.,                   :        18-CV-8896 (DLC) (RWL)
                                            :
                    Plaintiff,              :        ORDER
                                            :
        - against -                         :
                                            :
GUY GENTILE, et al.,                        :
                                            :
                    Defendants.             :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conclusion of the hearing on February 2, 2023, the parties shall file post-hearing briefs as follows: Opening briefs of no more than 25 pages by **March 14, 2023**; Responding briefs of no more than 10 pages by **March 28, 2023**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 2, 2023
       New York, New York