```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :   18cv7291 (DLC)
AVALON HOLDINGS CORP.,                    :   18cv8896 (DLC)
                                          :
                    Plaintiff,            :
               -v-                        :   ORDER
                                          :
GUY GENTILE and MINTBROKER                :
INTERNATIONAL, LTD.,                      :
                                          :
                    Defendants.           :
                                          :
----------------------------------------  X
                                          :
NEW CONCEPT ENERGY, INC.,                 :
                                          :
                    Plaintiff,            :
               -v-                        :
                                          :
GUY GENTILE and MINTBROKER                :
INTERNATIONAL, LTD.,                      :
                                          :
                    Defendants.           :
----------------------------------------  X
```

DENISE COTE, District Judge:

On March 22, 2023, defendant Guy Gentile moved to dismiss these related actions pursuant to Rules 12(h), 12(b)(1), and 60(b), Fed. R. Civ. P. It is hereby

ORDERED that the plaintiffs shall file any opposition to the motion to dismiss by **April 14, 2023**. A reply, if any, shall be filed by **April 28, 2023**. At the time any reply is filed, the

moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         March 23, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge