```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    18cv7291 (DLC)
AVALON HOLDINGS CORP.,                   :    18cv8896 (DLC)
                                         :
                   Plaintiff,            :
           -v-                           :        ORDER
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                   Defendants.           :
                                         :
---------------------------------------- X
                                         :
NEW CONCEPT ENERGY, INC.,                :
                                         :
                   Plaintiff,            :
           -v-                           :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                   Defendants.           :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion and Order of February 5, 2024 adopted, with certain modifications, the October 6, 2023 Report of Magistrate Judge Robert Lehrburger. The February 5 Opinion and Order granted the plaintiffs' request to apply for an award of attorneys' fees. Accordingly, it is hereby

ORDERED that the plaintiffs' application for attorneys' fees is due by February 16, 2024. Any opposition is due by March 1. The plaintiffs' reply, if any, shall be filed by March 8. At the time any reply is filed, the moving party shall

supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         February 5, 2024

                                                          DENISE COTE
                                      United States District Judge