# MIRIAM TAUBER LAW

885 Park Ave. #2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

February 12, 2024

**Via ECF**
Hon. Denise L. Cote (S.D.N.Y.)

Granted.
2/12/2024

*/s/ Denise Cote*

Re:   *Avalon Holdings Corp. v. Gentile* et. al., No. 18-cv-7291;
      & *New Concept Energy, Inc. v. Gentile*, et. al., No. 18-cv-8896

**Request for Extension of Deadline to File
Plaintiffs' Application for Attorney's Fees and Pre-Judgment Interest**

Your Honor:

The Court's Order adopting Magistrate Judge Lehrburger's Report & Recommendation (subject to the revisions requested by Plaintiffs) permitted Plaintiffs to apply for attorneys' fees and directed Plaintiffs to submit revised pre-judgment calculations in connection with the Court's award of prejudgment interest to the Plaintiffs. (*See Avalon* Dkt. 274, 275; *New Concept* Dkt. 258, 259.)

Plaintiffs' Application is currently due on February 16, 2024. Plaintiffs respectfully request a 1-week extension, or until February 23, 2024, with the Opposition and Reply deadlines similarly extended. Current and proposed extended deadlines are provided below for reference:

| **Submission** | **Current deadline** | **[*Proposed*] Extended deadline** |
|---|---|---|
| Plaintiffs' Application for Award of Attorneys' Fees & Pre-Judgment Interest | February 16, 2024 | February 23, 2024 |
| Gentile's Opposition | March 1, 2024 | March 8, 2024 |
| Plaintiffs' Reply | March 8, 2024 | March 15, 2024 |

Gentile does not oppose this request.

Respectfully,

*/s/ Miriam Tauber*
Miriam Tauber
*Attorney for Plaintiffs*

cc:   All counsel (via ECF)