AO 451  (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| New Concept Energy, Inc., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 18-cv-8896 |
| Guy Gentile, et. al. | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  March 20, 2024  .

~~I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.~~  **The Judgment may be registered for good cause shown per 28 U.S.C. §1963.**

SO ORDERED: _____
Hon. Denise L. Cote (U.S.D.J.)

Date: _____                                                                                    Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

[Print]   [Save As...]                                                                                                                                   [Reset]