```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :      18cv7291 (DLC)
AVALON HOLDINGS CORP.,                   :      18cv8896 (DLC)
                                         :
                Plaintiff,               :
        -v-                              :             ORDER
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                Defendants.              :
                                         :
---------------------------------------- X
                                         :
NEW CONCEPT ENERGY, INC.,                :
                                         :
                Plaintiff,               :
        -v-                              :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                Defendants.              :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 20, 2024, the Court entered final judgments against defendant Guy Gentile in favor of each of the plaintiffs in these related cases.  The defendant has since filed notices of appeal in each case but has not posted a bond to secure either judgment pending appeal.  On April 30, plaintiffs filed a letter application to register the judgment in the District of Puerto Rico.  Accordingly, it is hereby

ORDERED that any opposition to the April 30 application

shall be filed by 10:00 a.m. on May 3.

Dated:   New York, New York
         May 1, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge