```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :      18cv7291 (DLC)
AVALON HOLDINGS CORP.,                   :      18cv8896 (DLC)
                                         :
                 Plaintiff,              :
          -v-                            :      ORDER
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                 Defendants.             :
                                         :
---------------------------------------- X
                                         :
NEW CONCEPT ENERGY, INC.,                :
                                         :
                 Plaintiff,              :
          -v-                            :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                 Defendants.             :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 20, 2024, the Court entered final judgments against defendant Guy Gentile in favor of each of the plaintiffs in these related cases. The defendant has since filed notices of appeal in each case but has not posted a bond to secure either judgment pending appeal. On April 30, plaintiffs filed a letter application to register the judgment in the District of Puerto Rico pursuant to 28 U.S.C. § 1963. Because the judgment has not become final, an application for registration may be granted only "for good cause shown." Id. In the April 30 application, plaintiffs asserted that the defendant is domiciled

in the District of Puerto Rico and stated that plaintiffs were "not presently aware of" any assets held by the Defendant within this district and were "aware of property that may be owned by" the defendant in that district.  The defendant did not file an opposition to plaintiffs' application.  Plaintiffs did not submit any affidavits or other evidence to support their application.  Accordingly, it is hereby

    ORDERED that the plaintiffs shall file an affidavit to support a finding of good cause.

Dated:    New York, New York
           May 3, 2024

_____
DENISE COTE
United States District Judge