AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Avalon Holdings Corp. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 18-cv-7291 |
| Guy Gentile, et. al. | ) |
| *Defendant* | ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __March 20, 2024__ .

~~I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.~~ The Judgment may be registered for good cause shown per 28 U.S.C. §1963.

SO ORDERED: ____/s/ Denise Cote____
DENISE COTE
United States District Judge

Date: _____

5/6/2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

[Print]   [Save As...]                                              [Reset]

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :     18cv7291 (DLC)
AVALON HOLDINGS CORP.,                :     18cv8896 (DLC)
                                      :
                    Plaintiff,        :
           -v-                        :     FINAL JUDGMENT
                                      :
GUY GENTILE and MINTBROKER            :
INTERNATIONAL, LTD.,                  :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
                                      :
NEW CONCEPT ENERGY, INC.,             :
                                      :
                    Plaintiff,        :
           -v-                        :
                                      :
GUY GENTILE and MINTBROKER            :
INTERNATIONAL, LTD.,                  :
                                      :
                    Defendants.       :
------------------------------------- X
```

DENISE COTE, District Judge:

On Opinion and Order was issued on February 5, 2024 in favor of plaintiffs. The February 5 Opinion directed plaintiffs to submit revised prejudgment interest calculations. Briefing on the revised calculations was fully submitted on March 14. Accordingly, it is hereby

ORDERED that final judgment is entered for the plaintiffs, as follows: plaintiff Avalon Holdings Corporation is awarded pre-judgment interest in the amount of $1,983,267, for a total Final Judgment amount of $8,219,175. Plaintiff New Concept

Energy Inc. is awarded pre-judgment interest in the amount of $1,971,281, for a total Final Judgment amount of $8,073,283.

Dated:   New York, New York
         March 20, 2024

                                                    _____
                                                           DENISE COTE
                                                    United States District Judge