```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :          18cv7291 (DLC)
AVALON HOLDINGS CORP.,                    :          18cv8896 (DLC)
                                         :
                      Plaintiff,         :
              -v-                         :          ORDER
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                      :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
                                         :
NEW CONCEPT ENERGY, INC.,                 :
                                         :
                      Plaintiff,         :
              -v-                         :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                      :
                                         :
                      Defendants.        :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 2, 2024, defendant/judgment debtor Guy Gentile's counsel ("Olshan") filed an application to withdraw as counsel. On May 17, plaintiffs/judgment creditors filed a letter requesting that the Court issue an order authorizing service of any further enforcement discovery or documents on Gentile by U.S. mail to the address supplied by Olshan.  It is hereby

ORDERED that Olshan shall consult with Gentile as to an acceptable method of service, whether that be U.S. mail to the

address provided to plaintiffs' counsel, e-mail to a designated

email address provided by Olshan, or other agreed-upon method.

IT IS FURTHER ORDERED that Olshan will advise the Court by

May 22 as to which method of service Gentile has agreed to.

Once Gentile has agreed to a method of service and Olshan has

communicated that method to the Court, Olshan's motion to

withdraw will be approved.

Dated:      New York, New York
            May 17, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge