# OLSHAN

1325 AVENUE OF THE AMERICAS ■ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ■ FACSIMILE: 212.451.2222

EMAIL: TFLEMING@OLSHANLAW.COM
DIRECT DIAL: 212.451.2213

May 29, 2024

<u>BY ECF</u>

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re: *Avalon Holding Corp. v. Gentile, et al.*, Case No. 18-CV-7291 (DLC)(RWL)
*New Concept Energy, Inc. v. Gentile, et al.*, Case No. 18-CV-8896 (DLC)(RWL)

Dear Judge Cote:

We appeared for defendant Guy Gentile in both of the above cases prior to judgment. We write pursuant to the Court's Order dated May 17, 2024 (Avalon Dkt. # 300, New Concept Energy Dkt. # 284). As of this correspondence, we have been unable to speak with Mr. Gentile and obtain his consent for which address to use for service. In light of our inability to speak with Mr. Gentile, we are not seeking any further extensions of the deadlines set by this Court for the submission of a designated address of service.

Respectfully submitted,

*/s/ Thomas J. Fleming*

Thomas J. Fleming

cc: All counsel of record (via ECF)