# ABSTRACT OF JUDGMENT

**Re:** Avalon Holdings Corp. v. Guy Gentile, et. al.

**Case Number:** 18-CV-7291

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Guy Gentile<br>860 Ashford Ave. Apt. 7B<br>San Juan, PR 00907 | Avalon Holdings Corp.<br>1 American Way<br>Warren, Ohio 44484 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $8,219,175.00 | Attorney for Judgment Creditor<br>Plaintiff Avalon Holdings Corp.:<br>Miriam Tauber<br>MIRIAM TAUBER LAW<br>885 Park Ave #2A<br>New York, NY 10075<br>MiriamTauberLaw@gmail.com<br><br>Attorney for Judgment Debtor<br>Defendant Guy Gentile:<br>Thomas Fleming<br>OLSHAN FROME WOLOSKY LLP<br>1325 Avenue of the Americas<br>New York, New York 10019<br>TFleming@OlshanLaw.com | 3/20/2024 |