```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
AVALON HOLDINGS CORP.,                   :      18cv7291 (DLC)
                                         :      18cv8896 (DLC)
                        Plaintiff,       :
              -v-                        :          ORDER
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
                                         :
NEW CONCEPT ENERGY, INC.,                :
                                         :
                        Plaintiff,       :
              -v-                        :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                        Defendants.      :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the petitioner Joseph L. Ely III's motion to quash the plaintiff/judgment creditor's subpoena filed on June 18, 2024, it is hereby

ORDERED that the plaintiff/judgment creditor shall file its response to the motion by June 25, 2024, and any reply by petitioner shall be due June 27, 2024.

Dated:   New York, New York
         June 18, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge