UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br><br> v. <br><br> GUY GENTILE, et. al., <br><br> Defendants. | No. 18-CV-7291 (DLC) (RJL) <br><br> ECF Case |

### NOTICE OF PLAINTIFF'S MOTION TO COMPEL
### GENTILE'S PRODUCTION OF DOCUMENTS AND DEPOSITION

**PLEASE TAKE NOTICE** that upon the Affirmation of Miriam Tauber and the accompanying Brief and appended exhibits, Plaintiff Avalon Holdings Corp. hereby moves the Court pursuant to F.R.C.P. Rule 69 to compel Defendant and Judgment Debtor Guy Gentile to respond to Plaintiff's post-judgment Subpoena, by producing documents and appearing live for an in-person or remote deposition, on or before August 1, 2024.

Dated: New York, New York
July 8, 2024

                             */s/ Miriam Tauber*

                             Miriam Tauber (MT-1979)
                             MIRIAM TAUBER LAW PLLC
                             885 Park Avenue 2A
                             New York, New York 10075
                             (323) 790-4881
                             MiriamTauberLaw@gmail.com
                             *Attorney For Plaintiff/Judgment Creditor Avalon Holdings Corp.*