UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVALON HOLDINGS CORP., | No. 18-CV-7291 (DLC) (RJL) |
| Plaintiff, | ECF Case |
| v. | |
| GUY GENTILE, et. al., | |
| Defendants. | |

### AFFIRMATION OF MIRIAM TAUBER IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL GENTILE'S PRODUCTION OF DOCUMENTS AND DEPOSITION

I, MIRIAM TAUBER, affirm the following upon my oath as an attorney, intending the penalties of perjury to apply:

1. I am counsel of record for Plaintiff Avalon Holdings Corp. I submit this Affirmation in Support of Plaintiff's Motion to Compel Gentile's Production of Documents and Deposition testimony.

2. On March 20, 2024, the Court entered Final Judgments against Defendant Guy Gentile and in favor of each of the Plaintiffs in these cases. Final Judgment was entered in favor of Plaintiff Avalon Holdings Corp. in the amount of $8,219,175. (Avalon Dkt. 281).

3. The Defendant has filed Notices of Appeal of both Judgments but has not posted a bond to secure either of the Judgments pending appeal.

4. On May 30, 2024, I sent a copy of the Restraining Notice and the Subpoena seeking the production of documents by the Defendant and Judgment Debtor Guy Gentile and noticing Gentile's deposition, in person or via Zoom at Gentile's election, for July 1, 2024, by email to Gentile's counsel of record, Thomas Fleming, a partner with the firm Olshan Frome Wolosky LLP

("Olshan") in New York. (*See* Ex. 1—Restraining Notice; Ex. 2—Document/Deposition Subpoena; Ex. 3—Email Correspondence).

5. On May 31, 2024, I sent copies of the Restraining Notice and Document/Deposition Subpoena by certified mail, return receipt requested, to Olshan, Attention: Thomas Fleming, Gentile's counsel of record. I received the return receipt postmarked June 6, 2024, reflecting that the mailing was signed for on behalf of Olshan on June 1, 2024. (*See* Ex. 4—Certified Mail Receipts)

6. Having received no response or acknowledgment of receipt of the Restraining Notice and Document/Deposition Subpoena by Olshan on behalf of Gentile, I arranged for personal service of the Restraining Notice and Subpoena on Olshan (Attention: Thomas Fleming, Gentile's counsel of record), which was effected on June 13, 2024. (*See* Ex. 5—Personal Service Aff.)

Dated: New York, NY
July 8, 2024

_____
Miriam Tauber
*Attorney for Plaintiff/Judgment Creditor Avalon Holdings Corp.*

2