| | |
|---|---|
| **Subject:** | Avalon/New Concept v Gentile - Service of Restraining Notices, Doc./Deposition Subpoena |
| **Date:** | Thursday, May 30, 2024 at 1:37:31 PM Eastern Daylight Time |
| **From:** | Miriam Tauber |
| **To:** | Fleming, Thomas J. |
| **CC:** | davidlopezesq@aol.com |
| **Priority:** | High |
| **Attachments:** | Gentile Restraining Notice-New Concept.pdf, Gentile Restraining Notice-Avalon.pdf, GENTILE DEBTOR DOC DISC.pdf |

Mr. Fleming,

As stated in our letter to the Court today, attached are Restraining Notices and a Document/Deposition subpoena for service on Mr. Gentile.

As indicated, these documents are also being sent to you at your firm via certified mail.

Kindly acknowledge receipt.

Thanks,
Miriam