```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :      18cv7291 (DLC)
AVALON HOLDINGS CORP.,                   :      18cv8896 (DLC)
                                         :
                Plaintiff,               :
           -v-                           :         ORDER
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                Defendants.              :
                                         :
---------------------------------------- X
                                         :
NEW CONCEPT ENERGY, INC.,                :
                                         :
                Plaintiff,               :
           -v-                           :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                Defendants.              :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 8, 2024, the plaintiffs filed a motion to compel defendant Gentile to respond to plaintiffs' post-judgment subpoena. Accordingly, it is hereby

ORDERED that the defendant's opposition to the plaintiffs' motion shall be filed by noon on July 17, 2024. The plaintiffs' reply, if any, shall be filed by July 19. Each party shall supply Chambers with two (2) courtesy copies of all motion papers at the time they are filed by mailing or delivering them

to the United States Courthouse, 500 Pearl Street, New York, New York.

   IT IS FURTHER ORDERED that a hearing on the motion shall take place on July 23, 2024 at 11:00 a.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:   New York, New York
         July 9, 2024

                              _____
                                     DENISE COTE
                              United States District Judge

2