# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: TFLEMING@OLSHANLAW.COM
DIRECT DIAL: 212.451.2213

July 19, 2024

<u>BY ECF</u>

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

      Re:    <u>*Avalon Holding Corp. v. Gentile, et al.*</u>, Case No. 18-CV-7291 (DLC)(RWL)
             <u>*New Concept Energy, Inc. v. Gentile, et al.*</u>, Case No. 18-CV-8896 (DLC)(RWL)

Dear Judge Cote:

      We are counsel of record for defendant Guy Gentile in the above-referenced actions. With the consent of the counsel for plaintiffs, we respectfully request that the motions to compel be heard at noon, 12:00 pm, instead of 11:00 am, on July 23, 2024.

                                                     Respectfully submitted,

                                                       Thomas J. Fleming

cc:    All counsel of record (via ECF)