UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

AVALON HOLDINGS CORP.,

                Plaintiff,                          18 cv 7291 (DLC) (RWL)

     -v-

GUY GENTILE, et ano.,

                Defendants.

-----------------------------------------------------------x

### NOTICE OF MOTION TO COMPEL DEFENDANT GUY GENTILE TO COMPLY WITH PLAINTIFF'S POST-JUDGMENT SUBPOENAS IN AID OF ENFORCEMENT AND APPLICATION FOR BENCH WARRANT FOR HIS CIVIL ARREST

**PLEASE TAKE NOTICE** that upon the Affirmation Of David Lopez and the accompanying Brief Plaintiff Avalon Holdings Corp. hereby moves the Court pursuant to F.R.C.P. Rule 69 to compel Defendant and Judgment Debtor Guy Gentile to answer Plaintiff's post-judgment document production request and *subpoena duces tecum* and provide oral testimony at a deposition on a date and time certain and application for a bench warrant for his civil arrest.

Dated: New York, New York
         August 14, 2024

                                                    _____
                                                    David Lopez (DL-6779)
                                                    171 Edge of Woods Road, P.O. Box 323
                                                    Southampton, New York 11968
                                                    Tel.: 631.287.5520
                                                    E-mail: DavidLopezEsq@aol.com
                                                    *Attorney For Plaintiff / Judgment Creditor*
                                                    *Avalon Holdings Corp.*