UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

---

```
----------------------------------------x
AVALON HOLDINGS CORP,                   :
                                        :
                Plaintiff,              :
                                        :        18-cv-7291 (DLC)
        -v-                             :
                                        :
GUY GENTILE And MINTBROKER              :
INTERNATIONAL, LTD.,                    :
                                        :
                Defendants.             :
----------------------------------------x
Related To, But Not A Movant:
----------------------------------------x
NEW CONCEPT ENERGY, INC.,               :
                                        :
                Plaintiff,              :
                                        :        18-cv-8896(DLC)
                                        :
GUY GENTILE And MINTBROKER              :
INTERNATIONAL, LTD.,                    :
                                        :
                Defendants.             :
----------------------------------------x
```

**AFFIRMATION OF SERVICE BY ALTERNATIVE MEANS**

State of New York )
                  ss:
County of Suffolk )

  DAVID LOPEZ, a member of the bar of this court, being duly sworn upon his oath as an attorney, affirms the following intending the penalties of perjury to apply:

  1. I am an attorney of record to the plaintiffs herein and I make this affirmation of my own knowledge.

2. An "Order On Motion For Alternative Service Of Papers" was entered as docket entry # 332 in Avalon Holdings Corp. v. Guy Gentile et. ano. and as docket entry # 306 in New Concept Energy, Inc., v. Guy Gentile et ano., both on August 29, 2024.

3. The said Order provided for the service of a Notice, a true copy of which is appended hereto as Exhibit A, in various ways alternative to personal service on Guy Gentile.

4. **Service by Publication.**  On September 5, 2024, I made arrangements for the publication of the Notice in the Gulf News, an English language daily newspaper emanating from the city of Dubai in the United Arab Emirates, on three consecutive dates, September 9, 10 and 11, 2024.

5. **Service by Mail and by E-Mail - Guy Gentile.**  On August 30, 2024, I mailed a copy of the Order identified at paragraph 2, *supra*, to Guy Gentile's last known address in Puerto Rico, 105 Ave. De Diego, apt. S-2202, San Juan, PR 00911 and e-mailed a copy of the Notice to guygentile@me.com, his last known e-mail address.

6. **Service by Mail and by E-Mail – Thomas J. Fleming.**  On August 30, 2024, I mailed a copy of the Order identified at paragraph 2, *supra*, to Thomas J. Fleming, Olshan Frome Wolosky LLP, 1325 Avenue of the Americas, New York, New York 10019 and e-mailed a copy of the Notice to TFleming@OlshanLaw..com.

7. **Service by Mail and by E-Mail – Adam Ford.**  On August 30, 2024, I mailed a copy of the Order identified st paragraph 2, *supra*, to Adam Ford, Ford O'Brien LLP, 275 Madison Avenue, New York, New York and e-mailed a copy of the Notice to AFord@FordObrien.com.

8. **Social Media.** The proof of service of Miriam Tauber, an attorney of record for the plaintiffs, being filed separately, attests to placement on Guy Gentile's various social media accounts there identified of copies of the Notice and/or of the Order.

I affirm the truth of the foregoing this 7th day of September, 2024, at Southampton, New York.

_____<br>David Lopez

# EXHIBIT A

"NOTICE:

"Applications are pending for a <u>**WARRANT for the CIVIL ARREST** of **GUY GENTILE, a/k/a GUY GENTILE NIGRO**</u>, and for alternative methods of service of papers in the case captioned "Avalon Holdings Corporation v. Guy Gentile, et. al., U.S. District Court, S.D.N.Y., 18-cv-729-DLC-RWL, for his being in contempt in failing to obey informational discovery subpoenas, both documentary and testimonial. Mr. Gentile may purge himself at any time by obeying outstanding subpoenas and orders of the Court. Opposition to the August 14, 2024, motion for alternative service must be submitted by August 28, 2024; and any opposition to Mr. Gentile's civil arrest must be filed by September 13, 2024, with replies due by September 20, 2024. Such filings must be made with the Clerk of the Court, 40 Foley Square, New York, New York 10007.

"/s/ David Lopez, Attorney for Plaintiff
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11968
631.287.5520 | DavidLopezEsq@aol.com"