**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br><br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-CV-7291 (DLC) <br> _____ <br> (ECF Case) |

**Related to (but Not a Movant):**

| | |
|---|---|
| NEW CONCEPT ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-CV-8896 (DLC) <br> _____ <br> (ECF Case) |

**AFFIRMATION OF MIRIAM TAUBER RE: SERVICE BY SOCIAL MEDIA**

Pursuant to 28 U.S.C. § 1746, MIRIAM TAUBER declares as follows, intending the penalties of perjury to apply:

1. I am a member of the Bar of this Court and one of the attorneys for Plaintiff.

2. I submit this Affirmation of service pursuant to the Court's Order on Plaintiff's Motion for Alternative Service of Papers at *Avalon* Dkt. 334 (*New Concept* Dkt. 307) (the "Order"), and as a supplement to the Affirmation of Service separately filed by my co-counsel David Lopez at *Avalon* Dkt. 335 (*New Concept* Dkt. 308).

3. On **September 3, 2024**, I served Defendant Guy Gentile with a copy of the Order as required, together with a copy of the Court's prior Order at *Avalon* Dkt. 331 (*New Concept* Dkt. 305), and copies of Plaintiff's Motion papers filed at *Avalon* Dkts. 328-330, via **social media** as provided by the Order, to the Defendant's accounts at: **(a) X** (f/k/a Twitter); **(b) LinkedIn**; **(c) Facebook;** and **(d) Instagram.** (*See* screenshots attached).

Dated: New York, New York
September 8, 2024

_____
Miriam Tauber, *Attorney for Plaintiff*