

 Guy Gentile ( Team )

TODAY

 Miriam Tauber · 2:00 PM

**Court Ordered Service of Motion for Civil Arrest**

Mr. Gentile -
The attached motion for civil arrest and motions to compel are served on you in compliance with the enclosed Court order.
Miriam Tauber
Attorney for Avalon Holdings Corp.

PDF  Gentile Service.pdf.pdf
     4 MB

You haven't received a response yet. Learn more

 Guy Gentile Nigro 



**Guy Gentile Nigro** · 3rd
DayTrader & Real-estate at Self-Employed

--- TODAY ---

 **Miriam Tauber** · 2:02 PM

**Court Ordered Service of Motion for Civil Arrest**

Mr. Gentile -
The attached motion for civil arrest and motions to compel are served on you in compliance with the enclosed Court order.
Miriam Tauber
Attorney for Avalon Holdings Corp.

 **Gentile Service.pdf**
4 MB

ⓘ You haven't received a response yet. Learn more

:oAAC6BC_8BsfcycOzF4-h0uH4o8PJldggnp2F





**miriamtauberlaw** >

Your note

**Messages**                                    Requests

**guy.gentile2024**
This account can't receive your message... · 1m

**Guy Gentile**
You: Mr. Gentile – The attached motion f... · 1m

**Guy Gentile**
You: Mr. Gentile – The attached motion f... · 1m

**Guy Gentile Official**
You: You sent Mr. Gentile – The attached... · 3m

---

**guy.gentile2024**

4:06 PM

> Mr. Gentile –
> The attached motion for civil arrest and motions to compel are served on you in compliance with the enclosed Court order. See https://drive.google.com/file/d/143J2JSnlt98xLn0TlvSY9tP4qkh0NF9L/view?usp=sharing
> Miriam Tauber
> Attorney for Avalon Holdings Corp.
>
> 📄 Gentile Service.pdf

This account can't receive your message because they don't allow new message requests from everyone.

**Invite sent**
You can send more messages after your invite is accepted.



