AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Avalon Holdings Corp. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 18-CV-7291 (DLC) |
| Guy Gentile | ) |
| *Defendant* | ) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**
**(Southern District of Florida)**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __March 20, 2024__.

~~I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.~~ **The Judgment may be registered for good cause shown per 28 U.S.C. §1963.**

**SO ORDERED:** _____
**Hon. Denise L. Cote (U.S.D.J.)**

Date: _September 17, 2024_

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

[Print]  [Save As...]                                                    [Reset]

Case 1:18-cv-07291-DLC-RWL    Document 337-1    Filed 09/17/24    Page 2 of 3
Case 1:18-cv-07291-DLC-RWL    Document 330    Filed 09/19/24    Page 2 of 3
Case 1:18-cv-07291-DLC-RWL    Document 281    Filed 03/20/24    Page 1 of 2

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :    18cv7291 (DLC)
AVALON HOLDINGS CORP.,                 :    18cv8896 (DLC)
                                       :
                Plaintiff,             :
        -v-                            :    FINAL JUDGMENT
                                       :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                   :
                                       :
                Defendants.            :
                                       :
-------------------------------------- X
                                       :
NEW CONCEPT ENERGY, INC.,              :
                                       :
                Plaintiff,             :
        -v-                            :
                                       :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                   :
                                       :
                Defendants.            :
-------------------------------------- X
```

DENISE COTE, District Judge:

On Opinion and Order was issued on February 5, 2024 in favor of plaintiffs. The February 5 Opinion directed plaintiffs to submit revised prejudgment interest calculations. Briefing on the revised calculations was fully submitted on March 14. Accordingly, it is hereby

ORDERED that final judgment is entered for the plaintiffs, as follows: plaintiff Avalon Holdings Corporation is awarded pre-judgment interest in the amount of $1,983,267, for a total Final Judgment amount of $8,219,175. Plaintiff New Concept

Case 1:18-cv-07291-DLC-RWL   Document 337-1   Filed 09/17/24   Page 3 of 3
Case 1:18-cv-07291-DLC-RWL   Document 330   Filed 09/13/24   Page 3 of 3
Case 1:18-cv-07291-DLC-RWL   Document 281   Filed 03/20/24   Page 2 of 2

Energy Inc. is awarded pre-judgment interest in the amount of $1,971,281, for a total Final Judgment amount of $8,073,283.

Dated:   New York, New York
         March 20, 2024

                                      _____
                                              DENISE COTE
                                      United States District Judge