UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br><br> v. <br><br> GUY GENTILE, et. al., <br><br> Defendants. | No. 18-CV-7291 (DLC) (RJL) |

**Related to (But Not a Movant):**

| | |
|---|---|
| NEW CONCEPT ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUY GENTILE, et. al., <br><br> Defendants. | No. 18-CV-8896 (DLC) (RJL) |

### NOTICE OF PLAINTIFF'S MOTION TO COMPEL NON-PARTY WITNESS ADAM FORD TO COMPLY WITH POST-JUDGMENT SUBPOENA IN AID OF ENFORCEMENT

**PLEASE TAKE NOTICE** that upon the the accompanying Brief, Affirmation of David Lopez and appended Exhibits, Plaintiff Avalon Holdings Corp. hereby moves the Court pursuant to F.R.C.P. Rule 69 to compel non-party witness Adam Ford to respond to Plaintiff's post-judgment Subpoena.

Dated:  New York, New York
         September 24, 2024

*/s/ Miriam Tauber*
_____
Miriam Tauber (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Avenue #2A, New York NY 10075
(323) 790-4881 | MiriamTauberLaw@gmail.com
*Attorney For Plaintiff/Judgment Creditor*
*Avalon Holdings Corp.*

## CERTIFICATE OF SERVICE

DAVID LOPEZ, a member of the bar of this court, certifies that true copies of the foregoing were served on all attorneys of records through the Electronic Case Filing System and that an additional true copy was served by depositing it in a properly addressed envelope bearing first class postage in the facilities of the United State Postal Service on:

>Adam Ford, Esq.
>475 Madison Avenue
>24th Floor
>New York, New York 10016

this 24th day of September, 2024.

_____
David Lopez
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11968
*Attorney for Plaintiff*