UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

---

```
-----------------------------------------------x
AVALON HOLDINGS CORP,                           :
                                                :
                        Plaintiff,              :
                                                :         18-cv-7291 (DLC)
        -v-                                     :
                                                :
GUY GENTILE And MINTBROKER                      :
INTERNATIONAL, LTD.,                            :
                                                :
                        Defendants.             :
-----------------------------------------------x
Related To, But Not A Movant:
-----------------------------------------------x
NEW CONCEPT ENERGY, INC.,                       :
                                                :
                        Plaintiff,              :
                                                :         18-cv-8896(DLC)
GUY GENTILE And MINTBROKER                      :
INTERNATIONAL, LTD.,                            :
                                                :
                        Defendants.             :
-----------------------------------------------x
```

State of New York )
             ss:
County of Suffolk )

       DAVID LOPEZ, a member of the bar of this court, being duly sworn upon his oath as an attorney, affirms the following intending the penalties of perjury to apply:

1. I am an attorney of record to the plaintiffs herein and I make this affirmation of my own knowledge.

2. An Information Subpoena with appended Questionnaire was served on Adam Ford, Esq. by certified mail, return receipt requested and by personal delivery on or about July 25, 2024.

3. A true copy of the subpoena and appended questionnaire appears at Exhibit A hereto.

4. True copies of proofs of service appear at Exhibit B hereto.

5. A true copy of Mr. Ford's most recent response to the subpoena and questionnaire appears at Exhibit C hereto.

6. Mr. Ford has not provided any information requested by means of the subpoena and questionnaire.

I MAKE THIS AFFIRMATION ON THE 23rd DAY OF SEPTEMBER, 2024.

_____
David López

## CERTIFICATE OF SERVICE

DAVID LOPEZ, a member of the bar of this court, certifies that true copies of the foregoing were served on all attorneys of records through the Electronic Case Filing System and that an additional true copy was served by depositing it in a properly addressed envelope bearing first class postage in the facilities of the United State Postal Service on:

> Adam Ford, Esq.
> 475 Madison Avenue
> 24th Floor
> New York, New York 10016

this 24th day of September, 2024.

_____
David Lopez
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11968
*Attorney for Plaintiff*