```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    18cv7291 (DLC)
AVALON HOLDINGS CORP.,                   :    18cv8896 (DLC)
                                         :
                    Plaintiff,           :
          -v-                            :         ORDER
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
                                         :
NEW CONCEPT ENERGY, INC.,                :
                                         :
                    Plaintiff,           :
          -v-                            :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                    Defendants.          :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 24, 2024, Plaintiff Avalon Holdings Corp. ("Avalon") moved to compel non-party attorney Adam Ford to respond to Avalon's post-judgement subpoena.  It is hereby

ORDERED that any opposition by non-party attorney Ford to Avalon's September 24 motion must be filed by October 9, 2024. Any reply must be filed by October 16.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that Avalon shall serve a copy of this Order upon non-party attorney Ford.  Avalon shall file proof of service of this Order by Friday, September 27, 2024.

Dated:   New York, New York
         September 25, 2024

_____
DENISE COTE
United States District Judge