```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
                                          :     18cv7291 (DLC)
AVALON HOLDINGS CORP.,                    :     18cv8896 (DLC)
                                          :
                    Plaintiff,            :
          -v-                             :          ORDER
                                          :
GUY GENTILE and MINTBROKER                :
INTERNATIONAL, LTD.,                      :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X
                                          :
NEW CONCEPT ENERGY, INC.,                 :
                                          :
                    Plaintiff,            :
          -v-                             :
                                          :
GUY GENTILE and MINTBROKER                :
INTERNATIONAL, LTD.,                      :
                                          :
                    Defendants.           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On July 25, 2024, Plaintiff Avalon Holdings Corp. ("Avalon") served on non-party attorney Adam Ford a post-judgment information subpoena. On September 24, Avalon moved to compel Ford to respond to Avalon's post-judgement subpoena.

In a September 25 Order, Ford was directed to file any opposition to Avalon's September 24 motion by October 9. Avalon was further directed to serve a copy of the Court's September 25 Order upon Ford and to file proof of service of the September 25 Order by Friday, September 27.

On September 26, Avalon filed a certificate of service certifying that copies of the September 25 Order were served on Ford by first-class mail and by email. Ford failed to oppose Avalon's September 24 motion by October 9. Accordingly, it is hereby

ORDERED that Avalon's motion to compel Ford to respond to its post-judgment subpoena is granted.

IT IS FURTHER ORDERED that Avalon shall promptly serve a copy of this Order upon Ford and file proof of service.

IT IS FURTHER ORDERED that Ford shall respond in writing to each question in Avalon's post-judgment subpoena by October 17, 2024. Failure to comply with this Order may result in a finding of contempt and the imposition of monetary sanctions.

Dated:   New York, New York
         October 10, 2024

_____
DENISE COTE
United States District Judge