# EXHIBIT B

# Gmail

Adam Ford <aford@fordobrien.com>

---

## Service of Court Order of October 10, 2020 in Avalon and New Concept Cases

**davidlopezesq@aol.com** <davidlopezesq@aol.com>  
Reply-To: "davidlopezesq@aol.com" <davidlopezesq@aol.com>  
To: aford@fordobrien.com  
Cc: davidlopezesq@aol.com

Sat, Oct 12, 2024 at 8:44 AM

RECEIIPT CONFIRMED.

THANKS.

WOULD LIKE TO CONFER. WHEN AND AT WHAT TELEPHONE NUMBER?

DAVID LOPEZ

In a message dated 10/11/2024 11:13:07 PM Eastern Daylight Time, aford@fordobrien.com writes:

> We have served with our responses in compliance with this order. Please confirm receipt.
>
> On Sat, Oct 12, 2024 at 2:18AM davidlopezesq@aol.com <davidlopezesq@aol.com> wrote:
>> Mr. Ford --
>>
>> Attached are the orders entered by the court in the Avalon and New Concept cases on October 10, 2024.
>>
>> David Lopez

1/1