```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
AVALON HOLDINGS CORP.,                 :    18cv7291 (DLC)
                                       :    18cv8896 (DLC)
                         Plaintiff,    :
             -v-                       :        ORDER
                                       :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                   :
                                       :
                         Defendants.   :
                                       :
-------------------------------------- X
                                       :
NEW CONCEPT ENERGY, INC.,              :
                                       :
                         Plaintiff,    :
             -v-                       :
                                       :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                   :
                                       :
                         Defendants.   :
-------------------------------------- X
```

DENISE COTE, District Judge:

On July 25, 2024, plaintiff Avalon Holdings Corp. ("Avalon") served on non-party attorney Adam Ford a post-judgment information subpoena. An Order of October 10 granted Avalon's motion to compel Ford to respond to the post-judgment subpoena in writing by October 17, 2024. In a letter submitted on December 14, Avalon asserted that Ford had failed to comply with the October 10 Order. Having received Ford's letter of December 18 documenting responses to Avalon's post-judgment subpoena, it is hereby

ORDERED that Avalon and Ford shall promptly meet and confer and shall advise the Court by January 17, 2025 whether any further dispute remains regarding Ford's compliance with the October 10 Order.

IT IS FURTHER ORDERED that the conference scheduled for December 20 is cancelled.

Dated:   New York, New York
         December 18, 2024

                                   _____
                                             DENISE COTE
                                   United States District Judge