UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AVALON HOLDINGS CORP.,        :      18-cv-7291 (VSB) (RWL)
                      :
              Plaintiff,   :      **<u>ORDER</u>**
                      :
      - against -      :
                      :
GUY GENTILE, et al.,       :
                      :
           Defendants.   :
-----------------------------------------------------------X
NEW CONCEPT ENERGY, INC.,   :      18-cv-8896 (VSB) (RWL)
                      :
              Plaintiff,   :      **<u>ORDER</u>**
                      :
      - against -      :
                      :
GUY GENTILE, et al.,       :
                      :
           Defendants.   :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Having considered the parties' correspondence dated June 2, 2025 and June 4, 2025: (1) the Ford Firm shall produce copies of receipts or payment confirmations for payments made by Gentile as requested in Request No. 21; and (2) Plaintiffs may depose the Ford Firm for no more than three hours.

      The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 378 in 18-CV-7291 and Dkt. 346 in 18-CV-8896.

                  SO ORDERED.

                  _____
                  ROBERT W. LEHRBURGER
                  UNITED STATES MAGISTRATE JUDGE

Dated: June 11, 2025
       New York, New York

Copies transmitted this date to all counsel of record.