```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
AVALON HOLDINGS CORP.,                 :
                                       :
                        Plaintiff,     :
            -v-                        :
                                       :
GUY GENTILE and MINTBROKER             :    18cv7291 (DLC)
INTERNATIONAL, LTD.,                   :    18cv8896 (DLC)
                                       :
                        Defendants.    :       ORDER
                                       :
-------------------------------------- :
                                       :
NEW CONCEPT ENERGY, INC.,              :
                                       :
                        Plaintiff,     :
            -v-                        :
                                       :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                   :
                                       :
                        Defendants.    :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

Having received letters of July 23, 2025 from the plaintiff and from non-party attorney Adam C. Ford, it is hereby

ORDERED that the parties shall confer regarding a schedule for briefing a motion for sanctions and shall provide the Court with a proposed schedule by **July 28, 2025**.

IT IS FURTHER ORDERED that request to hold a conference before any briefing on a motion for sanctions is fully submitted is denied.

Dated:  New York, New York
        July 24, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge