UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AVALON HOLDINGS CORP.,                        :
                                              :
                *Plaintiff*,                           :
                                              :
     – against –                              :    Case No. 18-cv-7291 (DLC) (RWL)
                                              :
GUY GENTILE, et al.,                          :
                                              :
                *Defendants*.                          :
------------------------------------------------------------x
NEW CONCEPT ENERGY, INC.,                     :
                                              :
                *Plaintiff*,                           :
                                              :
     – against –                              :    Case No. 18-cv-8896 (DLC) (RWL)
                                              :
GUY GENTILE, et al.,                          :
                                              :
                *Defendants*.                          :
------------------------------------------------------------x

**NON-PARTY SUBPOENA RECIPIENT FORD O'BRIEN LANDY LLP'S NOTICE OF MOTION TO IMPOSE SANCTIONS**

    PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the declaration of Adam C. Ford, the exhibits attached thereto, and oral argument on a date and at a time to be set by the Court, non-party subpoena recipient Ford O'Brien Landy LLP moves this court to impose sanctions on Plaintiff Avalon Holdings Corp. and its attorney David Lopez.

                                                        Respectfully submitted,

                                                        FORD O'BRIEN LANDY LLP

                                                        */s/ Adam C. Ford*
                                                        Adam C. Ford, Esq.
                                                        275 Madison Avenue, 24th Floor

1

2

New York, NY 100016
Tel.: (212) 858-0040 (main)
Fax: (212) 256-1047
aford@fordobrien.com