# EXHIBIT 3

**From:** cmecfautosender@flsd.uscourts.gov
**Subject:** Activity in Case 1:21-cv-21079-BB Securities and Exchange Commission v. MintBroker International, Ltd. et al Jury Trial - Completed
**Date:** June 27, 2024 at 5:22 PM
**To:** flsd_cmecf_notice@flsd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 6/27/2024 at 6:21 PM EDT and filed on 6/27/2024

**Case Name:** Securities and Exchange Commission v. MintBroker International, Ltd. et al
**Case Number:** 1:21-cv-21079-BB
**Filer:**
**WARNING: CASE CLOSED on 01/31/2024**
**Document Number:** 307(No document attached)

**Docket Text:**
**PAPERLESS Minute Entry for proceedings held before Judge Beth Bloom:**

**Jury Trial held on 6/27/2024. Day 9: Defendant continues the presentation of his case. Defendant Guy Gentile finishes testifying. Defendant rests. Defendant moves for judgment as a matter of law. The Court denies the motion for the reasons stated on the record. Exhibits presented; evidence entered. Charge conference held. This case is in recess until July 1, 2024 at 9:00 am.**

**Total time in court: 5 hour(s).**

**Attorney Appearance(s): Matthew Aaron Ford, Emily Klair Bloom, Alice Sum, Russell Koonin.**

**Court Reporter: Yvette Hernandez, 305-523-5698 / Yvette_Hernandez@flsd.uscourts.gov. (hby)**

**1:21-cv-21079-BB Notice has been electronically mailed to:**

Adam C. Ford     aford@fordobrien.com

Alice Sum     sumal@sec.gov, AlmonteI@SEC.GOV, jacqmeinv@sec.gov, ordazm@sec.gov

Alise Meredith Johnson     johnsonali@sec.gov, jacqmeinv@sec.gov, landaul@sec.gov, vergest@sec.gov

Emily Klair Bloom     ebloom@fordobrien.com

Gabriela M Ruiz     gruiz@fordobrien.com

Matthew Aaron Ford     mford@fordobrien.com

Russell Koonin     kooninr@sec.gov, almontei@sec.gov, jacqmeinv@sec.gov, landaul@sec.gov, ordazm@sec.gov

Stephen R. Halpin , III     shalpin@fordobrien.com

**1:21-cv-21079-BB Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**