# EXHIBIT 5

ABSTRACT OF JUDGMENT

**Re:** Avalon Holdings Corp. v. Guy Gentile, et. al.

**Case Number:** 18-CV-7291

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Guy Gentile<br>860 Ashford Ave. Apt. 7B<br>San Juan, PR 00907 | Avalon Holdings Corp.<br>1 American Way<br>Warren, Ohio 44484 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $8,219,175.00 | Attorney for Judgment Creditor<br>Plaintiff Avalon Holdings Corp.:<br>  Miriam Tauber<br>  MIRIAM TAUBER LAW<br>  885 Park Ave #2A<br>  New York, NY 10075<br>  MiriamTauberLaw@gmail.com<br><br>Attorney for Judgment Debtor<br>Defendant Guy Gentile:<br>Thomas Fleming<br>  OLSHAN FROME WOLOSKY LLP<br>  1325 Avenue of the Americas<br>  New York, New York 10019<br>  TFleming@OlshanLaw.com | 3/20/2024 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

**Dated:** New York    , **New York**

**RUBY J. KRAJICK, Clerk of Court**

_____
**By, Deputy Clerk**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :      18cv7291 (DLC)
AVALON HOLDINGS CORP.,                :      18cv8896 (DLC)
                                      :
                      Plaintiff,      :
           -v-                        :      FINAL JUDGMENT
                                      :
GUY GENTILE and MINTBROKER            :
INTERNATIONAL, LTD.,                  :
                                      :
                      Defendants.     :
                                      :
------------------------------------- X
                                      :
NEW CONCEPT ENERGY, INC.,             :
                                      :
                      Plaintiff,      :
           -v-                        :
                                      :
GUY GENTILE and MINTBROKER            :
INTERNATIONAL, LTD.,                  :
                                      :
                      Defendants.     :
------------------------------------- X
```

DENISE COTE, District Judge:

On Opinion and Order was issued on February 5, 2024 in favor of plaintiffs. The February 5 Opinion directed plaintiffs to submit revised prejudgment interest calculations. Briefing on the revised calculations was fully submitted on March 14. Accordingly, it is hereby

ORDERED that final judgment is entered for the plaintiffs, as follows: plaintiff Avalon Holdings Corporation is awarded pre-judgment interest in the amount of $1,983,267, for a total Final Judgment amount of $8,219,175. Plaintiff New Concept

Energy Inc. is awarded pre-judgment interest in the amount of $1,971,281, for a total Final Judgment amount of $8,073,283.

Dated: New York, New York
March 20, 2024

                                              DENISE COTE
                                  United States District Judge

2