# EXHIBIT 7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### Case No. 1:21-cv-21079-BB

Securities and Exchange Commission , **Plaintiff**

**vs.**

MintBroker International, Ltd, and Guy Gentile , **Defendant**

```
┌─────────────────────────────┐
│ FILED BY      PG      D.C.   │
│                             │
│      OCT 0 8 2021           │
│                             │
│    ANGELA E. NOBLE          │
│   CLERK U.S. DIST. CT.      │
│   S. D. OF FLA. - MIAMI     │
└─────────────────────────────┘
```

## CONSENT BY PRO SE LITIGANT (NON-PRISONER) TO RECEIVE
## NOTICES OF ELECTRONIC FILING

I, Guy Gentile                              , am a pro se litigant (non-prisoner) and consent to receive notices electronically in the above case. In doing so, I consent to the Court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard (paper) copies will no longer be sent by the Court or opposing counsel. By consenting to electronic notice, I understand that **I am responsible for maintaining a current email address with the Court**. I hereby certify that:

☑ I have provided and will maintain a current email address and mailing address with the Court. I will file a Notice of Change of Address Form conventionally (i.e., mail or in person) immediately if my email or mailing address changes while the above case is pending. (The Notice of Change of Address Form can be found under the Pro Se Section of the Court's website@ www.flsd.uscourts.gov.)

☑ I am responsible for maintaining an email account sufficient to receive notifications, on a daily basis, from the Court and opposing counsel. I also understand that electronic mail filter software (SPAM filters) may interfere with my receipt of email notifications and will ensure that any such software installed on my computer or network will not filter out messages from cmecfautosender@flsd.uscourts.gov.

☑ I am responsible for managing my email account and am responsible for others who many have access to my email account.

☑ I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records). **I understand I will not receive any notices via email until I have a PACER account.** (To register for an account or for additional information see the Pro Se Section on the Court's website at www.flsd.uscourts.gov or go to www.pacer.gov.)

☑ I understand that when documents are entered in CM/ECF, a Notice of Electronic Filing (NEF) will be sent to my email address, which will contain a hyperlink to the document in PACER. I also understand that pursuant to PACER's policy, I will be allowed one "free look" at the document and that it is recommended that I print or download the document at that time because after the one "free look", normal PACER fees will apply. I also understand that the hyperlink to access the document will expire after I first access the document or after 15 days, whichever comes first.

☑ I am responsible for maintaining my PACER account while the above case is pending, including any incurred fees. (Note: Most PACER users do not accrue enough charges to actually pay any fees.)

☑ I understand and will comply with the following computer hardware and software requirements necessary to receive electronic notices via the CM/ECF system: Windows or Macintosh operation system; Javascript enabled browser; and Internet Explorer or Firefox browser supported by CM/ECF (See Pro Se Section on Court's website at www.flsd.uscourts.gov for browser information). I also understand that high speed internet access is strongly recommended over dial-up internet service, which will reduce the amount of time to download lengthy documents.

I further understand that receiving of Notices of Electronic Filings (NEF) is a privilege, not a right, and may be rescinded by the Court at any time, without notice, at which time notices will be provided via the U.S mail.

Wherefore, the undersigned hereby agrees to the above conditions and elects to electronically receive Notices of Electronic Filing (NEF) to the email address listed below while the above case is pending.

Date: Oct 5 2021

_____
Signature of Pro se Litigant (Non-Prisoner)

Email Address: guygentile@outlook.com
Street Address: 103 Ave De Diego, S2202
City, State, Zip Code: San Juan, PR 00911
Telephone No: 787-363-7833

**Guy Gentile**
103 Ave De Diego
Apt. S2202
San Juan, PR 00911
787-363-7833

October 5, 2021

**VIA US MAIL**

The Honorable Judge Beth Bloom
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

Re: Securities and Exchange Commission v. Guy Gentile, No:1:21-CV-21079-Bloom

Dear Judge Bloom,

I am sending this letter to the court for the second time. For some reason, UPS delivered the attached letter incorrectly to the FrontDesk. After speaking with a gentleman at this Court's Clerk Officer today, I was informed that UPS didn't properly deliver the UPS package so it was never received it. I have attached copies of the UPS slip and hope this time the letter reaches you.

Respectfully submitted,

Guy Gentile, Pro Se

Cc: Alice K. Sum
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131

**Guy Gentile**
103 Ave De Diego
Apt. S2202
San Juan, PR 00911
787-363-7833

September 29, 2021

**VIA US MAIL**

The Honorable Judge Beth Bloom
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

    Re: Securities and Exchange Commission v. Guy Gentile, No:1:21-CV-21079-Bloom

Dear Judge Bloom,

    I am self representing myself until I can hire counsel in the above-referenced

matter in response to the SEC's Motion filed September 20, 2021. I hope I will be

allowed a fair opportunity to clear the record and allow me to show the court the SEC

did little to nothing to try and properly serve me which is my due process rights. The

SEC did not once try to serve me at my address. I received zero phone calls from

security, zero knocks on my door, and no one was waiting for me outside. The SEC

showed this court that they had my email address, and they have my phone number,

but no one called or emailed me.  For six months the SEC couldn't find someone who is

Hon. Beth Bloom
Sept. 27, 2021
Page 2 of 4

6'2 in on a small island of men with an average height of 5'6, FBI Special Agent

Stephanie Davis once told me "I stand out", so it hard to believe anyone was really

trying to serve me. I leave my apartment almost every day and frequent popular

restaurants nearby.

      The reality is the SEC did not care about serving me, they instead only cared

about harassing my loved ones, for example sending the Police to intimidate my

girlfriend, pretending to have a warrant, pretending to be property inspectors to illegal

gain access to the inside of the apartment, pretending to be real estate agents and

many other questionable actions. The SEC is the Federal Government and if they

wanted me served I would be, they have resources no one else has. The SEC's efforts

here are only about painting the tape of me being uncooperative. It is funny how quickly

the SEC forgets that they had open access to everything in my life for nearly 4 years

when I was working almost full time with them and the FBI. I have helped the SEC for

years bring cases, but when I didn't want to do it anymore is when they started the

harassment campaign against me that has been going on for over 6 years.


**SEC False Statements**

      I'm not going to address all of the SEC bogus claims here because the list would

be too long. But for example, Jessica Weissman's declaration claims I was the only

signer for the SureTrader brokerage account. This is also false, she provides no proof.

The SEC knows, but intentionally did not tell the Court the truth about this because the

SEC staff attorneys I believe think they are above the law. The reason I know this is

Hon. Beth Bloom
Sept. 27, 2021
Page 3 of 4

because I worked with them for years and know how they stretch the truth till the point it

is a lie. The SEC likes to regurgitate their often repeated skewed views of me. This is

not the SEC first attempt at doing this. I have been too often the victim of the smugness

of these line SEC attorneys. This is the reason I'm writing this letter to you.[1]

## Conclusion

I am requesting that the SEC properly serves me. I will be happy to receive from

the SEC an overnight mail of the summons and complaint to my address above, or have

their process server meet me outside my apartment at an agreed upon date and time. I

respectfully request the court to allow me 90 days to answer the complaint once served

as this is a complex case that spans 10 years.[2] Since the SEC has taken almost six

months to try and serve me; as they have allegedly been investigating me since 2013 to

2021, which has caused the 3rd Circuit to call them lazy and incompident. The reason I

need more time is 1. There are over Five (5) heavily docked cases involving this one; 2.

The SEC's discovery that they unwillingly provided in one of those cases is so huge and

---

[1] If the SEC was so open and honest to this court as it is required to be with all courts,
then what is the reason they did not tell this Court about the brow beating they received
about these same allegations in New Jersey that they are now bringing in Florida.
https://www.courtlistener.com/docket/4517980/108/securities-and-exchange-commissio
n-v-gentile/
https://www.courtlistener.com/docket/4517980/56/securities-and-exchange-commission-
v-gentile/
https://www.courtlistener.com/docket/4517980/46/securities-and-exchange-commission-
v-gentile/


[2] The SEC has a history of overreaching with me and not playing fair. For example, the
3rd Circuit Judge called the SEC attorneys lazy and imcompetent and called their
Florida investigation ridiculous.  www.courtlistener.com/audio/67968/gent#ile-v-sec/  If
you listen to this 3rd Circuit audio, you will clearly see this is retribution against me.

Hon. Beth Bloom
Sept. 27, 2021
Page 4 of 4

purposely disorganized with hundreds of thousands of documents are just some of the

reasons why I should be granted 90 days to answer. The SEC has waited years and

years to bring this case; they are not prejudiced by waiting 90 more days for me to

answer.

Respectfully submitted,

Guy Gentile, Per Se

Cc: Alice K. Sum
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131

Apply shipping documents on this side.

WS 24.0.24 Zebra ZP 450 48.0A 07/2021

GUY GENTILE
(787) 724-8678
YOUR CORNER SHIPPING CTR
1357 ASHFORD AVE. STE-2
SAN JUAN   00907
PUERTO RICO

**LTR**      **1 OF 1**

SHIP TO:

**THE  HONORABLE JUDGE BETH BLOOM**
**UNITED SATES DISTRICT COURT**
**SOUTHERN DISTRCT OF FLORIDA**
**WILKIE D. FERGUSON, JR. U. S. COURT**
**400 NORTH MIAMI AVE. CHAMBERS 10-2**
**MIAMI  FL 33128**
**UNITED STATES**

## FL 330 6-03



**UPS NEXT DAY AIR**      **1**

TRACKING #: 1Z 815 5V2 01 4335 0923

**EDI-DOC**

BILLING:   P/P

010195112 4/14  PAC  United Parcel Service

rms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or conditions contrary to the U.S. law prohibited.
commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

WS 24.0.24 Zebra ZP 450 48.0A 07/2021

Apply shipping documents on this side.

UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

LTR        1 OF 1

GUY GENTILE
(787) 724-8678
YOUR CORNER SHIPPING CTR
1357 ASHFORD AVE. STE-2
SAN JUAN   00907
PUERTO RICO

SHIP TO:
   ALICE K. SUM
   SECURITIES AND EXCHANGE COMMISION
   801 BRICKELL AVE. SUITE 1950
   MIAMI  FL 33131
   UNITED STATES

United Parcel Service.

FL 330 6-04

UPS NEXT DAY AIR        1
TRACKING #: 1Z 815 5V2 01 4530 7539



BILLING:  P/P

EDI-DOC

SEE NOTICE ON REVERSE regarding UPS terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

BRD RF2 0620

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z8155V20143350923

**Service**
UPS Next Day Air®

**Shipped / Billed On**
09/27/2021

**Delivered On**
09/28/2021 10:37 A.M.

**Delivered To**
MIAMI, FL, US

**Received By**
DIZA

**Left At**
Front Desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 10/05/2021 11:46 A.M. EST

Case 1:21-cv-82007-BB Document 1 Entered on FLSD Docket 10/07/2021 Page 12 of 12

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.
Misuses may be a violation of federal law.

# PRIORITY MAIL EXPRESS®

## PRIORITY MAIL EXPRESS®

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

Schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

EP13F May 2020
OD: 12 1/2 x 9 1/2

PS10001000006




UNITED STATES POSTAL SERVICE®

$27.10

SAN JUAN, PR
00918
05.21
AMOUNT

R2305M147814-12

1007    33128

EJ 815 384 608 US

PAYMENT BY ACCOUNT (if applicable)

Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code          00938
Date Accepted (MM/DD/YY)   10/5/21
Time Accepted   6:33 ☐ AM ☑ PM

Scheduled Delivery Date   10/7/21
Scheduled Delivery Time   ☐ 6:00 PM
Special Handling/Fragile   $
Weight   lbs. oz.

☐ Military   ☐ DPO
Postage   $ 27.10
Insurance Fee   $
Return Receipt Fee   $
Live Animal Transportation Fee   $
COD Fee   $
Total Postage & Fees   $ 27.10

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

UNITED STATES POSTAL SERVICE®

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)   PHONE ( 787 ) 363-7832

Guy Gentile
103 Ave De Diego
Apt 2202 South T.
San Juan P.R. 00911

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE (          )

The Honorable Judge Beth Bloom
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. US Courthouse
400 North Miami Ave
Chambers 10-2
Miami, FL

ZIP + 4® (U.S. ADDRESSES ONLY)   3  3  1  2  8

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⇦ PEEL FROM THIS CORNER

sow2recycle.info

FSC

PAPER