# EXHIBIT 16

# EXHIBIT B

Attorneys: Company: David Lopez | Esq. Ph: (631) 287-5520
Address: 171 Edge of Woods Road | P Southampton, NY 11968

| Avalon Holdings Corp. | | Case Number: 18 Civ. 7291 |
|---|---|---|
| V.<br>Guy Gentile | *Plaintiff* | Date Filed:<br>Client's File No.:<br>Court/Return Date: |
| | *Defendant* | |

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

# AFFIDAVIT OF SERVICE

**Reginald Hunter**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **July 25, 2024**, at 11:43 AM at 275 Madison Avenue, 24th Floor, New York, NY 10016, Deponent served the within **2 Copies of the Restraining Notice to Judgment Debtor with Information Subpoena with pre-paid self-addressed envelop return to counsel**

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.
On: **Ford O'Brien LLP**, Witness therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to (**MANAGING ATTORNEY**) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called there

**Address confirmation:**

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **KATHERINE JADKOT, ESQ.** personally. Deponent knew said entity so served to be the entity described in said aforementioned document as said subject and knew said individual to be **MANAGING ATTORNEY** thereof.

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" from a depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ An additional mailing was completed to the address above by certified mail.

☒ **#6 DESCRIPTION**
Sex: Female    Color of skin: White    Color of hair: Blonde    Age: 45 - 55 Yrs.
Height: 5 ft 9 in - 6 ft 0 in    Weight: 131-160 Lbs.    Other Features:

☐ **#7 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#9 OTHER**

Sworn to before me on July 26, 2024

BRUCE LAZARUS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01LA4992593
Qualified in New York County
My Commission Expires July 12, 2026

Reginald Hunter
1346142



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ford O'Brien Landy LLP
attn: Adam Ford
275 Madison Ave 24th Fl
NY NY 10016

9590 9402 8571 3244 4185 53

2. Article Number (Transfer from service label)

9589 0710 5270 0977 3814 20

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X I.K.  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Izabela Khurdzeli    7-30-24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt