# EXHIBIT 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br><br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-CV-7291 (DLC) <br> _____ <br> (ECF Case) |

**Related to (but Not a Movant):**

| | |
|---|---|
| NEW CONCEPT ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-CV-8896 (DLC) <br> _____ <br> (ECF Case) |

**AFFIRMATION OF MIRIAM TAUBER RE: SERVICE BY SOCIAL MEDIA**

        Pursuant to 28 U.S.C. § 1746, MIRIAM TAUBER declares as follows, intending the penalties of perjury to apply:

    1.    I am a member of the Bar of this Court and one of the attorneys for Plaintiff.

    2.    I submit this Affirmation of service pursuant to the Court's Order on Plaintiff's Motion for Alternative Service of Papers at *Avalon* Dkt. 334 (*New Concept* Dkt. 307) (the "Order"), and as a supplement to the Affirmation of Service separately filed by my co-counsel David Lopez at *Avalon* Dkt. 335 (*New Concept* Dkt. 308).

1

3. On **September 3, 2024**, I served Defendant Guy Gentile with a copy of the Order as required, together with a copy of the Court's prior Order at *Avalon* Dkt. 331 (*New Concept* Dkt. 305), and copies of Plaintiff's Motion papers filed at *Avalon* Dkts. 328-330, via **social media** as provided by the Order, to the Defendant's accounts at: **(a) X** (f/k/a Twitter); **(b) LinkedIn**; **(c) Facebook;** and **(d) Instagram.** (*See* screenshots attached).

Dated: New York, New York
September 8, 2024

_____
Miriam Tauber, *Attorney for Plaintiff*

2



 **Guy Gentile ( Team )** 

TODO

 Miriam Tauber · 2:00 PM

**Court Ordered Service of Motion for Civil Arrest**

Mr. Gentile -
The attached motion for civil arrest and motions to compel are served on you in compliance with the enclosed Court order.
Miriam Tauber
Attorney for Avalon Holdings Corp.

> **PDF** Gentile Service.pdf.pdf
> 4 MB

ℹ You haven't received a response yet. **Learn more**


Guy Gentile Nigro 



**Guy Gentile Nigro** · 3rd
DayTrader & Real-estate at Self-Employed

--- TODAY ---

 **Miriam Tauber** · 2:02 PM

**Court Ordered Service of Motion for Civil Arrest**

Mr. Gentile -
The attached motion for civil arrest and motions to compel are served on you in compliance with the enclosed Court order.
Miriam Tauber
Attorney for Avalon Holdings Corp.

**PDF** **Gentile Service.pdf**
4 MB

ⓘ You haven't received a response yet. Learn more

:oAAC6BC_8BsfcycOzF4-h0uH4o8PJIdggnp2F





miriamtauberlaw

Note...

Your note

**Messages**  Requests

**guy.gentile2024**
This account can't receive your message... · 1m

**Guy Gentile**
You: Mr. Gentile - The attached motion f... · 1m

**Guy Gentile**
You: Mr. Gentile - The attached motion f... · 1m

**Guy Gentile Official**
You: You sent Mr. Gentile - The attached... · 3m

---

guy.gentile2024

4:06 PM

Mr. Gentile -
The attached motion for civil arrest and motions to compel are served on you in compliance with the enclosed Court order. See https://drive.google.com/file/d/143J2JSnIt98xLn0TIvSY9tP4qkh0NF9L/view?usp=sharing
Miriam Tauber
Attorney for Avalon Holdings Corp.

Gentile Service.pdf

Invite sent

This account can't receive your message because they don't allow new message requests from everyone.

You can send more messages after your invite is accepted.



