# EXHIBIT 21



 **Guy Gentile ( Team )** 


TODAY

 **Miriam Tauber** · 2:00 PM

**Court Ordered Service of Motion for Civil Arrest**

Mr. Gentile -
The attached motion for civil arrest and motions to compel are served on you in compliance with the enclosed Court order.
Miriam Tauber
Attorney for Avalon Holdings Corp.

PDF  **Gentile Service.pdf.pdf**
     4 MB

ℹ You haven't received a response yet. **Learn more**

 Guy Gentile Nigro 



**Guy Gentile Nigro** · 3rd
DayTrader & Real-estate at Self-Employed

--- TODAY ---

 **Miriam Tauber** · 2:02 PM

**Court Ordered Service of Motion for Civil Arrest**

Mr. Gentile -
The attached motion for civil arrest and motions to compel are served on you in compliance with the enclosed Court order.
Miriam Tauber
Attorney for Avalon Holdings Corp.

> 📕 PDF **Gentile Service.pdf**
> 4 MB

ℹ️ You haven't received a response yet. **Learn more**

oAAC6BC_8BsfcycOzF4-h0uH4o8PJldggnp2F





< miriamtauberlaw

Your note
Note...

Messages                            Requests

guy.gentile2024
This account can't receive your message... · 1m

Guy Gentile
You: Mr. Gentile - The attached motion f... · 1m

Guy Gentile
You: Mr. Gentile - The attached motion f... · 1m

Guy Gentile Official
You: You sent Mr. Gentile - The attached... · 3m

---

guy.gentile2024

4:06 PM

> Mr. Gentile -
> The attached motion for civil arrest and motions to compel are served on you in compliance with the enclosed Court order. See https://drive.google.com/file/d/143J2JSnlt98xLn0TlvSY9tP4qkh0NF9L/view?usp=sharing
> Miriam Tauber
> Attorney for Avalon Holdings Corp.

Gentile Service.pdf

Invite sent
This account can't receive your message because they don't allow new message requests from everyone.
You can send more messages after your invite is accepted.



