# EXHIBIT 24

# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

March 17, 2025

Mr. Nicholas Abadiotakis
4156 Cedar Creek Circle
Lake Worth, Florida 33467

**Re: Guy Gentile // Request For Your Cooperation In Scheduling Your Deposition**

Dear Mr. Abadiotakis:

As you should know I am one of the attorneys in two cases against Guy Gentile pending in the United States District Court for the Southern District of New York. Judgments have been rendered against Mr. Gentile for more than $16,000,000, Mr. Gentile has absconded and arrest warrants are outstanding. You have previously responded to information subpoenas I had served upon you by the Sheriff's Office of Palm Beach County.

I wish to take your deposition testimony on oral questions. Before serving you with subpoenas compelling your appearance at a time and place of my choice I should like to make arrangements that serve your convenience if possible. If you cooperate I can try to accommodate your schedule. If not, I will resort to compulsory process demanding your appearance at a time and place of my choice. As Mr. Gentile's arrest warrants should indicate, I will use whatever legal compulsion is needed.

I propose that your testimony be taken in West Palm Beach or in Palm Beach in-person. I am willing to discuss a ZOOM deposition, but in-person appearance is my preference. If you do not choose to cooperate in scheduling then ZOOM will be off the table and your personal appearance will be compelled.

I propose that your deposition be scheduled at a time of your choice on any date between April 1, and April 15, 2025. Please indicate your preference for a date with a starting time of 10:00 A.M.

You are urged to consult with your own attorney to be advised of your rights and obligations before responding.

Very truly yours,

David Lopez

DL/el