# EXHIBIT 28



## Fwd: Proof of publication



---------- Forwarded message ---------
From: **Adam Ford** <aford@fordobrien.com>
Date: Tue, Jul 22, 2025 at 3:38 PM
Subject: Re: Proof of publication
To: davidlopezesq@aol.com <davidlopezesq@aol.com>
Cc: <davidlopezesq@aol.com>, <miriamtauberlaw@gmail.com>

David,

I am making this request in the capacity of a third-party subpoena recipient for whom my firm has expanded substantial time responding to your various requests. Not to put too fine a point on it, we are unable to locate evidence that this publication was made. Your authority to have moved forward with the subpoenas issued to our Firm was based on your affidavit of service which said the notice was actually published, as ordered by the Court. Before raising this concern with the court, I want to give you an opportunity to share with me evidence of the publication. If you have it, please send it to me. If you do not have it, I suggest we have a meet and confer on how to proceed.

Adam

On Tue, Jul 22, 2025 at 3:33 PM davidlopezesq@aol.com <davidlopezesq@aol.com> wrote:
> Adam --
>
>   1. Kindly address me if you want something from me.
>
>   2. In what capacity are you making this request?
>
>   3. Are you confirming that Dubai is a probable situs for Mr. Gentile's place of concealment?
>
> David
>
>
>
> In a message dated 7/21/2025 11:02:34 AM Eastern Daylight Time, aford@fordobrien.com writes:
>
>> Miriam,
>>
>> Can you please forward to me proof of the service publication that you made in Dubai. I don't see it filed on line with David's affidavit of service.

Thank you.

Adam

Ford O'Brien Landy, LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
aford@fordobrien.com
(212) 858-0040 (office)
(646) 479-3810 (mobile)