# EXHIBIT 29

# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

July 23, 2025

Hon. Denise L. Cote
Judge, U.S. District Court, S.D.N.Y.

Re:  *Avalon Holdings Corp. v. Gentile*, 18-cv-7291 (DCL) (RWL)
     *New Concept Energy, Inc. v. Gentile*, 18-cv-8896 (DCL) (RWL)

Re:  a) **Informing The Court Of Statement In Prior Request For Bench Warrant Made Erroneous Or Misleading By Subsequent Events;**
     b) **Request For Leave To Move For Additional Publication Of Notice Of Issuance Of Bench Warrant, If Deemed Necessary.**

Your Honor:

I am one of plaintiffs' counsel and I write to inform the court of a representation which I made in support of the application of the plaintiffs for a bench warrant for the arrest of Guy Gentile, Docket entries 335 (Avalon) and 308 (New Concept) which has been made incomplete by subsequent events and thereby misleading. In that application I stated that I had made arrangements for publication on three occasions of a Notice of the hearing on plaintiffs' motion for issuance of the warrant in the Gulf News, a newspaper of general circulation emanating from Dubai, The United Arab Emirates. This statement was true when made.

Although I had made arrangements by telephone for such publication I did not verify that those instructions had been carried out. I have now been informed by Mr. Gentile's former attorney of record in these cases and current attorney in other unrelated matters, Adam Ford, that such publication did not occur. I am attempting to confirm the accuracy of Mr. Ford's statements but having checked my credit card statements have determined that payment I had authorized for publication was not drawn down. I am pursuing the matter with the newspaper but because of distance and time zone differences I will not have answers for a few days. But I accept the likelihood that Mr. Ford is correct and I apologize to Your Honor and to Mr. Ford for my good faith statements made erroneous by subsequent events and not supplemented on the record.

With profound embarrassment I respectfully contend that the failure of publication is harmless error in that there are seven other means of attempted notification of Mr. Gentile enumerated in my affirmation and in that of my co-counsel, Ms. Tauber, and there is ample evidence in the record supporting issuance of the warrant:

1. Mr. Gentile's attorney of record was served via ECF with all papers on the motion and with the court's order granting it.

# DAVID LOPEZ

Hon. Denise L. Cote
July 23, 2025
Page 2

2.  Mr. Gentile's attorney of record attended the conference of July 23, 2024, at which he was questioned by Your Honor concerning Mr. Gentile's absenting himself from participation in post-judgment proceedings. He professed to have no recent contact with or cooperation from Mr. Gentile.

3.  Mr. Gentile's attorney of record was served with a copy of the Notice.

4.  None of Mr. Gentile's many attorneys, in these cases and in the unrelated ongoing case, U.S. Securities and Exchange Commission v. Mintbroker International Ltd. and Guy Gentile, 21-cv-21079, S.D. Fla, has confirmed Dubai in the United Arab Emirates to be Mr. Gentile's current place of concealment. Publication in Dubai was chosen based on hearsay placing him there, not on actual verified knowledge, making Dubai a less than vital venue for published notice.

5.  It strains credulity that his counsel in the Florida case, which included Mr. Gentile's trial testimony in open court and who were formerly attorneys of record in these cases, would not have informed Mr. Gentile of developments in these cases so that Mr. Gentile would not have had actual knowledge of proceedings for an arrest warrant.

6.  There has been no execuition of the warrant. Mr. Gentile continues hiding in a place or places unknown.

I respectfully ask leave to move to supplement the record supporting the warrant through publication of a notice of its issuance in a newspaper of general circulation in San Juan, Puerto Rico, the last known place of residence of Mr. Gentile prior to his absconding, plus service upon his attorney of record.

Respectfully,

David Lopez

Cc: All counsel of record via ECF
    Adam Ford, Esq.
    Miriam Tauber, Esq.