# EXHIBIT
# 30




July 25, 2025

The Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: ***Avalon Holdings Corp. v. Gentile*, 18-cv-7291 (DCL) (RWL); *New Concept Energy, Inc. v. Gentile*, 18-cv-8896 (DLC) (RWL): schedule for briefing motion for sanctions**

Dear Judge Cote:

We write in response to the Court's July 24, 2025 Order instructing non-party Ford O'Brien Landy LLP ("FOBL") to provide the Court with a proposed briefing schedule for non-party FOBL's motion for sanctions. FOBL and Plaintiffs have agreed to the following briefing schedule:

| Sanctions Brief | Due Dates |
|---|---|
| Opening Brief | August 14, 2025 |
| Response Brief | September 4, 2025 |
| Reply Brief | September 11, 2025 |

We thank the Court for its attention to this matter.

Respectfully submitted,

So ordered.
Denise Cote
7/25/25

*/s/ Adam C. Ford*
Adam C. Ford

Ford O'Brien Landy LLP
275 Madison Avenue, Floor 24
New York, New York 10016