# EXHIBIT 33



## Fwd: Meet and confer

---------- Forwarded message ---------
From: **davidlopezesq@aol.com** <davidlopezesq@aol.com>
Date: Thu, Jul 24, 2025 at 2:27 PM
Subject: Meet and confer
To: <aford@fordobrien.com>, <miriamtauberlaw@gmail.com>, <davidlopezesq@aol.com>

Adam --

Your proposed briefing schedule is accepted.

I decline to take the actions you request which amount to abandoning the cases and judgments.

If there is any aspect of the pending matter you would like to discuss, give me a call.

Regards.

David


In a message dated 7/24/2025 1:32:41 PM Eastern Daylight Time, aford@fordobrien.com writes:

> David and Miriam,
>
> Please let us know if you are amenable to the following schedule for the sanctions motion.
>
> Opening brief: 8/14
> Opposition: 9/4
> Reply: 9/11
>
> We note that we believe given that the arrest warrant was obtained by way of false statements you have an ethical obligation to affirmatively request that Cote vacate the order. Once the Order is vacated, we believe you have an ethical obligation to withdraw your argument in the Second Circuit regarding Mr. Gentile's fugitive status. We will take into account your decision on these two points when drafting our motion in support of sanctions. We believe it is in your interest to take these affirmative steps to mitigate the damage caused by your knowingly false statements.
>
> Along these lines we believe your letter to the Court yesterday compounded your misstatements by making reference to the steps you took to publish notice in the Dubai newspaper. As we noted, such a publication is illegal in UAE, and as such we do not believe any such publication was arranged. In order to avoid us raising this with the court, please confirm you will provide to us the relevant credit card charges, emails, and phone call log to substantiate your claim that you believed the required language in the Court's order was going to be published for three days. While we believe your statement in this regard is fabricated, obviously if you are able to confirm otherwise we will not raise it in our opening brief.
>
> Please confirm the briefing schedule. We are available to discuss any of the above over the phone if you

believe such a call will be productive.

Adam

Ford O'Brien Landy, LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
aford@fordobrien.com
(212) 858-0040 (office)
(646) 479-3810 (mobile)