# EXHIBIT 35

# GENTILE

**davidlopezesq@aol.com** <davidlopezesq@aol.com>                    Mon, Aug 11, 2025 at 3:28 PM
Reply-To: "davidlopezesq@aol.com" <davidlopezesq@aol.com>
To: aford@fordobrien.com

Adam --

No.

Fugitive disentitlement is not based on the existence of an arrest warrant.  It is based on Mr. Gentile's absconding and failing to participate in post-judgment proceedings.

Withdrawal of the warrant will need to be part of any negotiation and if there is a settlement withdrawal will likely be part of the agreement.

David