# EXHIBIT 36

# AFFIDAVIT OF SERVICE

| Case:<br>1:18-cv-07291-VSB | Court:<br>United States District Court for the Southern District of New York | County:<br>, NY | Job:<br>2598805 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Avalon Holdings Corporation | | Defendant / Respondent:<br>Guy Gentile; MintBroker International, Ltd.; and John Doe Nos. 1-10 | |
| Received by:<br>Covert Intelligence, LLC | | For:<br>LegalEase, Inc. | |
| To be served upon:<br>Guy Gentile | | | |

I, Paola Diaz, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Post at Gallery Plaza/Edwin Santiago (Security Guard of the Concierge), Home: 105 Ave De Diego #2202, San Juan, PR 00911

**Manner of Service:** Posted, Sep 18, 2018, 2:16 pm -04

**Documents:** Summons and Complaint (Received Aug 3, 2018 at 4:30pm -04) PD

**Additional Comments:**
1) Unsuccessful Attempt: Sep 4, 2018, 10:46 am -04 at Home: 105 Ave De Diego #2202, San Juan, PR 00911

The process server (PS) went to the address provided (105 Ave De Diego #2202
San Juan, PR 00911) in an attempt to serve MintBroker International, LTD. Once in the location the PS realized that the address is a condominium without security guard and that the door to access the apartments was controlled by the residents, The condominium do not have a tel-entry. The PS talked with a man who didn't want to be identify himself, he informed the PS that to gained access to the apartment she needs to call the resident because they are the only person that can give access to someone. The PS filled out the report and left the area afterwards.

The PS then went to the other address provided (103 Ave De Diego Ofc 1,
San Juan, PR 00911) this address is very closed to the first one. The PS walked and canvassed the area but she couldn't find a place with offices. The PS also asked the people who where walking near the area but non of them could give her an answer. The PS filled out the report and left the area afterwards.

2) Unsuccessful Attempt: Sep 5, 2018, 6:37 pm -04 at Home: 105 Ave De Diego #2202, San Juan, PR 00911
The Process Server (PS) went to the address provided in an attempt to serve
Guy Gentile once in location the PS entered to the lobby and took the first elevator that took her to a gym. The secretary told the PS that they where two towers with apartments and told her that at the lobby she needs to identify herself at the glass door that leads to the mailboxes. The PS followed the instructions and was granted access to the concierge lobby wich is the place that unites both towers. The man at the desk, Mr. Camacho told the PS that Mr. Guy Gentile lives in the 2202 of the south tower and confirmed that he has seen him in the past days. He proceeded to call to the phone number provided by Mr. Gentile to the administration although there was no answer. Mr. Camacho told the PS that he sees Mr. Gentile during the day. He told the PS to come back tomorrow midday. The PS filled out the report and left the area afterwards.

3) Unsuccessful Attempt: Sep 6, 2018, 12:49 pm -04 at Home: 105 Ave De Diego #2202, San Juan, PR 00911
The Process Server (PS) went to the address provided in an attempt to serve Guy Gentile. Once in location the PS identified herself at the door that leads to the mailboxes and the person trough the machine told the PS that he called Mr. Gentile 3 times yet there was no answer. The PS was denied access to the building. The PS filled out the report and left the area afterwards.

4) Unsuccessful Attempt: Sep 14, 2018, 7:32 am -04 at Home: 105 Ave De Diego #2202, San Juan, PR 00911
The Process servr (PS) went to the address provided in an attempt to serve Guy Gentile. Once in location the PS identified herself at the door and explained the purpose of the visit. The security guard said that he haves 2 phone numbers provided to the administration by Mr. Gentile and that he called twice to both yet no one answered. The PS was denied entrance to the builiding. After this the PS filled out the report and left the area afterwards.

5) Unsuccessful Attempt: Sep 17, 2018, 7:42 pm -04 at Home: 105 Ave De Diego #2202, San Juan, PR 00911
The Process Server (PS) went to the address provided in an attempt to serve Guy Gentile. Once in location the PS identified herself at the door before the mailboxes through a machine to a security guard. The security guard said he called twice the two numbers provided to the administration by Mr. Gentile yet they all lead to voicemail. The PS asked if she could be escorted to the apartment and knock on the door

yet her access was denied. The PS filled out the report and left the area afterwards.

6) Successful Attempt: Sep 18, 2018, 2:16 pm -04 at Home: 105 Ave De Diego #2202, San Juan, PR 00911 received by Post at Gallery Plaza/Edwin Santiago (Security Guard of the Concierge).

The Process Server (PS) went to the address provided in an attempt to serve Guy Gentile. Once in location the PS identified herself through the machine with the security guard and explained the purpose of the visit. The security guard called Mr. Gentile although it lead to voicemail. The PS asked to be escorted to the door of Mr. Gentile yet the security guard said not to be authorized to allow that. The PS then asked the security guard to receive the documents but he said he's not allowed to receive legal documents. The PS told the security guard that she needed to post the documents to the door closest to Mr. Gentile and he allowed the PS to post them on the door that leads to the mailboxes and the elevator that leads to the concierge. The security guard name is Edwin Santiago. After the documents where posted the PS filled out the report and left the area.

_____  9/21/2018
Paola Diaz              Date

Covert Intelligence, LLC
PMB 2248 P. O. Box 6017
Carolina, PR 00984-6017
787-276-5619

aff. 76324

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

Does not expire
Commission Expires

[Notary seal: JESUS VAZQUEZ MARGENAT, ABOGADO NOTARIO, PUERTO RICO]

[Receipt stamp: 18-A9451825 RECIBO SELLO; CNPR/VBO 9397 08/20/2018 $5.00; Sello de Asistencia Legal 80069-2018 0820-34913245]





UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

AVALON HOLDINGS CORPORATION,

               Plaintiff,

-v-

GUY GENTILE;
MINTBROKER INTERNATIONAL, Ltd.;
And JOHN DOE Nos. 1-10,

               Defendants.

---

Civil Action No.:
1:18-CV-7291 (VSB)

AFFIDAVIT OF MAILING

STATE OF NEW YORK   }
COUNTY OF NEW YORK }ss.:

CAROLINA GARCIA, being duly sworn, deposes and says, I am not a party to this action, am over 18 years old and reside at New York, NY;

On September 26, 2018, I mailed a copy of the within SUMMONS IN A CIVIL ACTION and COMPLAINT to GUY GENTILE, defendant therein named, at 105 Ave De Diego, #2202, San Juan, PR 00911 his actual place of residence by enclosing same in an envelope, postage prepaid and depositing it in an official depository under the exclusive custody and control of the United States Postal service. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

                                                          CAROLINA GARCIA

Sworn to before me this
26th day of September 2018.

NOTARY PUBLIC

MAUREEN I MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MI4827421
Qualified in New York County
My Commission Expires 05-31-2022