```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
AVALON HOLDINGS CORP.,                    :
                                          :
                    Plaintiff,            :
          -v-                             :
                                          :
GUY GENTILE and MINTBROKER                :
INTERNATIONAL, LTD.,                      :    18cv7291 (DLC)
                                          :    18cv8896 (DLC)
                    Defendants.           :
                                          :        ORDER
-----------------------------------------
                                          :
                                          :
NEW CONCEPT ENERGY, INC.,                 :
                                          :
                    Plaintiff,            :
          -v-                             :
                                          :
GUY GENTILE and MINTBROKER                :
INTERNATIONAL, LTD.,                      :
                                          :
                    Defendants.           :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

　　The Court's recent Orders of August 19, 2025 and August 29, 2025 describe the extensive post-judgment proceedings in these cases. That procedural history is not repeated here.

　　Since then, later on August 29, 2025, Gentile filed an "emergency motion to vacate civil arrest warrant and for sanctions against Plaintiffs' counsel." In this motion, Gentile requests "immediate vacatur of the September 20, 2024 civil arrest warrant" and sanctions on Plaintiffs' counsel. Then, on September 1, 2025, Gentile filed a motion for reconsideration of this Court's August 29, 2025 Order. Accordingly, it is hereby

ORDERED that any response to the motions filed by Gentile is due by **September 19, 2025**; any reply is due **October 10, 2025**.

Dated:    New York, New York
          September 4, 2025

_____
DENISE COTE
United States District Judge