```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
AVALON HOLDINGS CORP.,                   :
                                         :
                        Plaintiff,       :
              -v-                        :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :   18cv7291 (DLC)
                                         :   18cv8896 (DLC)
                        Defendants.      :
                                         :         ORDER
----------------------------------------  :
                                         :
NEW CONCEPT ENERGY, INC.,                :
                                         :
                        Plaintiff,       :
              -v-                        :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                        Defendants.      :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

    Having received motions and letters from defendant Gentile in August 2025 after he failed to appear before the Court for more than a year, it is hereby

    ORDERED that no later than **September 17, 2025,** Gentile shall file a statement as to whether he will respond to Avalon's outstanding subpoena by producing relevant documents and

appearing for a deposition.

Dated:   New York, New York
         September 9, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge