Guy Gentile

September 10, 2025

Hon. Denise L. Cote
 United States District Judge
 Southern District of New York
 500 Pearl Street
 New York, NY 10007

**Re: Avalon Holdings Corp. v. Gentile, et al. No. 18-cv-7291 (DLC) (RJL)**

**Letter Response to September 9, 2025 Order**

Dear Judge Cote,

I respectfully respond to the Court's September 9, 2025 order.

I have never been served with, nor seen, any subpoena from Avalon. Without seeing an actual subpoena, I cannot know what documents they are requesting, what date or location they demand for a deposition.

As I noted in my previous filings, I am willing to sit for a deposition, and I remain willing to do so at a reasonable time and place. I will also respond to any document requests once I know what they actually are, without waving objections. I am willing to accept service by email at fightfightfigth@proton.me.

Accordingly, I respectfully request that the Court vacate the civil arrest warrant so that this process may proceed fairly and lawfully.


Respectfully submitted,

/s/ Guy Gentile
 Pro Se, Limited Appearance


Cc:  ECF
David Lopez, Esq.
Miriam Tauber, Esq.