```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
AVALON HOLDINGS CORP.,                   :
                                         :
                     Plaintiff,          :
          -v-                            :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :    18cv7291 (DLC)
                                         :    18cv8896 (DLC)
                     Defendants.         :
                                         :      ORDER
-----------------------------------------:
                                         :
NEW CONCEPT ENERGY, INC.,                :
                                         :
                     Plaintiff,          :
          -v-                            :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                     Defendants.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The Court's recent Orders of August 19, 2025, August 29, 2025, and September 4, 2025 describe the extensive post-judgment proceedings in these cases. That procedural history is not repeated here in full.

For purposes of this Order, it is sufficient to note that this Court has received numerous filings from Gentile over the last few weeks seeking two primary forms of relief: the vacatur of the September 20, 2024 civil arrest warrant, and sanctions on plaintiffs' counsel. On September 10, 2025, Gentile filed a letter. This Court understands Gentile to have represented, in

this letter, that he will cooperate with plaintiffs' subpoena by responding to document requests and sitting for an in-person deposition, although he wishes to contest the location of the deposition. This Court also understands Gentile to have acknowledged this Court's personal jurisdiction over him. On September 11, 2025, plaintiffs filed a responsive letter asking this Court to order Gentile to appear for an in-person deposition within the Southern District of New York.

In light of these recent filings, this Court wishes to modify the briefing schedule for the remaining motions filed by Gentile and Ford O'Brien Landy LLP. Accordingly, it is hereby

ORDERED that any response to the motions filed by Gentile and Ford O'Brien Landy LLP is now due by **September 15, 2025**, rather than September 19, 2025; any reply is now due **September 17, 2025**, rather than October 10, 2025.

IT IS FURTHER ORDERED that any objections to this new schedule are also due by **September 15, 2025**.

Dated:   New York, New York
         September 11, 2025

                                          _____
                                                  DENISE COTE
                                          United States District Judge

2