```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AVALON HOLDINGS CORP.,                  :
                                        :
                    Plaintiff,          :
          -v-                           :
                                        :
GUY GENTILE and MINTBROKER              :
INTERNATIONAL, LTD.,                    :    18cv7291 (DLC)
                                        :    18cv8896 (DLC)
                    Defendants.         :
                                        :       ORDER
                                        :
----------------------------------------
                                        :
NEW CONCEPT ENERGY, INC.,               :
                                        :
                    Plaintiff,          :
          -v-                           :
                                        :
GUY GENTILE and MINTBROKER              :
INTERNATIONAL, LTD.,                    :
                                        :
                    Defendants.         :
                                        :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 16, 2025, plaintiff Avalon filed a response to Gentile's motions for sanctions and the vacatur of the civil arrest warrant against him. That same day, this Court received a letter from Gentile requesting additional time to file his reply. Pursuant to Gentile's request, it is hereby

ORDERED that any reply to plaintiff's response is now due by **September 22, 2025**, rather than September 17, 2025.

Dated:   New York, New York
         September 16, 2025

                                          _____
                                               DENISE COTE
                                          United States District Judge