**MIRIAM TAUBER LAW**
885 Park Ave. 2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

September 17, 2025

**Via ECF**
Hon. Denise L. Cote, U.S.D.J. (S.D.N.Y.)

<u>Re</u>:                 *Avalon Holdings Corp. v. Gentile*, et. al., 18-cv-7921
<u>and Related Case</u>:   *New Concept Energy, Inc. v. Gentile*, et. al., 18-cv-8896

**Plaintiffs' Request for *Nunc Pro Tunc* Permission to Submit Late Response Filing**
**(& Opposition to Mr. Gentile's Motion to Strike, *Avalon* Dkt. 420)**

Your Honor:

Plaintiffs write to request Your Honor's permission, *nunc pro tunc*, to submit their Response brief to Mr. Gentile's and the Ford Firm's motions, approximately 1.5 hours past midnight on the deadline of September 15, 2025.

Plaintiffs made every effort to meet the shortened deadline set by the Court for briefing on the pending motions and apologize for any inconvenience caused by their late filing.

Plaintiffs ask the Court to grant their request for *nunc pro tunc* approval of their Response filing and to deny Mr. Gentile's motion to strike Plaintiffs' response filed at *Avalon* Dkt. 420.

We submit that any prejudice caused by our 1.5-hour delay in filing our Response has been cured by the Court's updated order at *Avalon* Dkt. 419, which provides an additional 5 days for Mr. Gentile to submit his reply.

Respectfully,

*/s/ Miriam Tauber*_____
Miriam Tauber
David Lopez
*Attorneys for Plaintiffs*