## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-7291 (DLC) (RJL) <br><br> ECF Case |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC. <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-8896 (DLC) (RJL) <br><br> ECF Case |

**DECLARATION OF GUY GENTILE**

I, Guy Gentile, declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I am the Defendant in this action.

2.  I have read the accompanying Memorandum of Law.

3.  The factual statements contained therein are true and correct to the best of my

    knowledge, information, and belief.

I declare under penalty of perjury under United States Law that the foregoing is true and correct

to the best of my knowledge, information, and belief.

Executed on September 22nd, 2025.



Guy Gentile