## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-7291 (DLC) (RJL) <br><br> ECF Case |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC. <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-8896 (DLC) (RJL) <br><br> ECF Case |

## **DEFENDANT'S REPLY IN FURTHER SUPPORT OF MOTION TO VACATE CIVIL ARREST WARRANT, FOR SANCTIONS**

Guy Gentile

P.O. Box 504377

Zamurda Tradingg Building Complex

Dubai, UAE

+971 58 590 2347

fightfightfigth@proton.me

*Defendant - Pro Se*

INTRODUCTION

In an incredible attempt to avoid culpability for the lies they both readily and easily engaged in before this Court, Miriam Tauber[1], with the utter gall befitting any impudent who feels entitled to be beyond reproach, attempts to render Mr. Lopez's recalcitrant behavior to a mere *nothing*. Despite her acknowledgment of his "botch[ing] the publication…in Dubai"[2], which they requested, she fails to acknowledge her own duplicity by ignoring her falsehoods before this Court. This behavior alone is unbefitting an officer of the court who is required at all times to engage-not in trickery-but pure truth, even if it stands in their way. Their response glaringly omits any evidentiary sworn statement to support factual claims they make in their answering papers.

The only pending motions concerning Tauber and Lopez are Ford's and my sanction and vacate motions[3]. They play games as with their "poisoned chalice" and oddly claiming lack of due process to them under FRCP 28(b), which has no provision for their declination.

They may fancy themselves Shakespearian, but this court is not a stage necessitating a *dramatis personae* playbill to detract it from the issue placed before it: requires vacatur of a void *ab initio* warrant due to lies artfully submitted that gave this Court the false floor assurance of what two self back patting, dramatic, experienced attorneys *under oath* swore as true but was in fact a massive deception *and* the required severity of punishment required. No one's liberty should ever be subject to such sinister tactics employed by the sweepings of false pens. Despite these soiled hands[4] they have, their answers to these motions continue with false attacks: I am purportedly *pro se,* and being aware of the void warrant does not entitle me to address it, but only to obey it; the Fords defended me in "many indictments" and their "presence" on my "pay" continues to this day[5]; I am not represented by Mr. Fleming in this Court, he can

---

[1] Their memo of law reads in both narratives from Tauber's view and Lopez's view.

[2] This is the false affidavit of David Lopez-at issue here- DKT 335 Mr. Lopez's affirmation of service dated 9/5/24 where he lied about making arrangements for 9/9-9/11/24 publication as required by this court's order in DKT 333; and refers to Tauber's lies in her affirmation of 9/7/24 [DKT 336] regarding serving social accounts that purportedly belonged to me. This resulted in DKT 341 9/20/24 Order on the motion to compel me to comply with the subpoenas was granted and I was now in civil contempt for failing to respond to subpoenas and failing to oppose 8/14/2024 motion, of which I never received notice.

[3] My motion for reconsideration was to correct the record; I have been maligned by these two lying lawyers from the inception of this case-called a criminal and a pump and dumper-at will in any *ad hoc* manner as it suits them.

[4] Laughably, they present themselves as attorneys *beyond reproach* because they are bar members with self serving claims of "good repute". Such audacity despite admitting Mr. Lopez lied. It is down right *legal wizardry*; because no one would bear *animus* towards such liars, right?-*but for* anyone who disdains them*,*' "it comes with the territory." What also comes with the Lopez-Tauber territory are professional plaintiffs, and clients-such as here-who probably have no idea what they have done or what is occurring in these cases.

[5] In the lie pile up, this is a doozy; I owe the Ford firm money-see Ford's motion DKT 375 p.2; I am not a criminal and have only faced one federal indictment. This is the manipulation machine at full speed and this Court needs to bring it to a stop. Plaintiffs claimed I had been through "many indictments" when I have only ever faced a single indictment, in 2016, which was

Page 1

monitor this docket in this supposedly free society and his representation on appeal does not change the truth of this despite the web they try to weave; I do not own Speed Trader nor have any beneficiary interest in it, and they apparently do not yet understand this and overlooks, despite the combined legal prowess they profess they possess, making court filings in Florida where they are not licensed is the unauthorized practice of law-and to *detract yet again from their deceptive manners,* Florida[6] is still sovereign and more than 100 miles from this Court[7]. Bollycocks to it all. These repugnant tactics employed by these two lawyers have no place in our supposed system of blind justice meted out through due process. It is their fevered zeal for falsehoods that are adjective and ladened with pejoratives when faced with the truth of their actions at issue here[8].

As deceivers do, they ignore facts that hurt them. Failing to address that no subpoena was actually attempted to be personally served on me while they *knew* I was in Puerto Rico[9] and knew I was in federal court for five (5) weeks in Miami[10] because these facts would deny them alternate modes of service. They do their best sleight of hand to detract their audience-this Court-from focusing not on their service infirmities but that *they got a warrant*! This warrant they claim caused me to be a fugitive[11]; there is nothing wrong with this warrant and it should operate against me despite it's procured from this Court on

---

dismissed *and*, notably, the DOJ never appealed their loss because they knew they wrongly indicted me to compel me to serve them and the SEC. They also had me arrested and brought to Newark's Federal Court, where they dismissed the complaint when I agreed to help them and *they*-not a court-imposed extra judicial bail requirements on myself and my family.

[6] As much as lies can be amusing, they argue when it comes to Dubai-they are at best two hapless souls-far from possessing legal prowess where any disdain towards them proudly "comes with the territory." If this Court wonders how this prowess was stripped from them, it is because their "failure arose under circumstances governed by the laws and customs of a foreign nation [*gasp*], whose existence and applications were not known to Plaintiff's (sic) counsel, David Lopez, who arranged for publication." ( Memo p.5). Asking for publication in Dubai, not doing it, lied about doing it and then blame your lie occurred because the UAE has laws. Sounds about right; my, my.

[7] The hubris about Florida and Mr. Abiodakis; all this much ado about him, yet, they have not sought his deposition or whatever they want to do? Oh, but they *will*. But haven't. But rest assured, they *will*.

[8] Tauber's reasoning, in her attempt to pull Mr. Lopez from the quick sand he jumped into, that they achieved actual, valid notice to me of their void warrant, is delusional.

[9] First, they knew my correct address, see DKT 394-4, Abstract of Judgment.

[10] I have not been a resident of NY for ten years. I have traveled extensively, lived in foreign countries, other states and in the US territory of Puerto Rico while this case has been pending for the last 8 years. I have not absconded. I have shown up in this Court, as in Miami, and participated for discovery depositions, document productions and the like. IF I was to abscond, it would have been after losing summary judgment, no? These are facts inconvenient to a false narrative here and in the fight on appeal where Mr. Lopez brought his love of all thing fugitive in a motion and a brief, and even after Mr. Ford pointed out to him he knew *Lopez lied* about publication and said confess to the Court, Mr. Lopez again could not resist *to lie again* when he wrote to the Appeals court that he did not rely on the warrant to cast me as a fugitive, nor did Tauber ever correct him as ethically required by NYS law in either forum as to the lies she knew he told.

[11] As yet *another* exercise in manipulation to get Gentile by any means necessary, the fugitive doctrine is a *criminal contrivance* falsely employed by these two 'virtuous' attorneys. A 16(b) action is not a criminal proceeding whereby a defendant seeking to avoid jail absconds themselves from a court that will put them in jail.

Page 2

their lies[12] concerning publication and social media accounts/ownership/use. Their response glaringly omits any evidentiary sworn statement to support factual claims they make in their answering papers.

**DEFECTIVE SERVICE**

Their answering, deficient memorandum of law (Memo) spends a good deal of paper trying to make a silk purse out of a sow's ear; try as they might, bad service is bad service and can't be revived. To have a valid warrant, they had to obtain post enforcement jurisdiction by personal service of a subpoena.

The docket is devoid of any proof/evidence of any attempt to serve me at my then home in Puerto Rico. DKT 394-4 proves they knew my address. DKT 321 Tauber's 7/8/24 affirmation is devoid of any service attempt on my correct address- but is filled with 5/30/24 services of a Restraining Notice, subpoena *duces tecum* and *ad testificatum* only upon Mr. Fleming, multiple times, and she sloppily could not be bothered to provide an address where he was served.

DKT 328 Mr. Lopez's motion to compel obedience with subpoenas and application for warrant [relies on Italian passport, living in Puerto Rico and Bahamas with business interest in UK, Canada and Switzerland, that I owned 99% of Mint Broker and an un-named attorney 1% are not even mentioned in his supporting-unsigned nonetheless- affirmation DLKT 330]. Instead of talking about my true address, Mr. Lopez argued that the address he got from Fleming was no good; instead of providing evidentiary facts in DKT 330, he made a bunch of conclusions: I stopped paying bills, they did what they reasonably could do to serve me, he relies on 'moral certainty' [not proof], that I absconded to avoid the judgment and supervision of its execution, demanding 'give us the contempt order; take his passports'.

Mr. Lopez's affirmation is not based on evidence, but what he considers his information and belief as reliable and accurate. Really, that is a new standard? Without any attempt at my true address, he reasserts personal service on Fleming-on or about [?] May 31, 2024- is proper. How on earth did this Court accept such conclusive and unsupported rubbish? In DKT 333 order, this Court wrote: " [It] fully reviewed motion record in this case and applicable law" yet granted motion for alternative service and warrant [???] and instructed to renew w/ EVIDENCE of diligent efforts to notify me of the Warrant motion to satisfy due process. [DKT 331 order states the truth: Mr. Fleming was not in contact with me since May 2024]

DKT 334 order provided plaintiff needs not to attempt every single means of service before seeking alternative relief- plaintiff only needs to demonstrate facts & circumstances of the present case requires

---

[12] In their view, I have no right to question seasoned attorneys like themselves, because like from her Marie Antoinette petard, Ms. Tauber wants me to eat cake. Sorry, but I don't like cake and I don't like liars.

court intervention; here Avalon has diligently attempted to obtain my current address to no avail. That is UNTRUE because the abstract of judgment had my address- how did the clerk have the correct address [DKT 394 -4] and Lopez/Tauber did not? So, what sunnier clime for shady people is Mr. Lopez located? See DKT 333 p.7 where he also demanded: if there is any mitigating explanation let me present it. *Id*. I am right now Mr. Lopez and its called THE TRUTH.

    Despite the constant unsubstantiated claims I absconded[13] from not only this Court's jurisdictional area- *i.e.*NY [where I have not lived since about 2015] but also from judgment and post-judgment proceedings. I did not. I arranged and provided for an appeal which from past experience would take about a year, saw on the docket this case was closed and went about my business until the Second Circuit made some sort of decision. I have, as Mr. Lopez claimed, lived in any areas including internationally. DKT 328. As they both knew, I had an ongoing case in Miami[14], in which I participated and testified; the fact that an SEC lawyer told Mr. Lopez I did not show up when the jury was ready to state its verdict is of no consequence. In both cases I showed up when required, I could have just left when the judgment here was made, but did not. I simply was not informed nor had any knowledge about post judgment collection. The truth is I postponed my move for more than two years until my Miami trial is over. I have never ran away from any fight. Ask the DOJ and the SEC, or anyone who has ever sued me. But, on this record and facts, no sane person would agree that I was given effective service of process-not of any subpoena [see discussion on Mr. Lopez's deficient request to compel, p3 herein, for example] nor of any motions for contempt or a warrant when all these two lying lawyers did was nothing to effect legal, meaningful service. Logically how is mailing or emailing subpoenas to Adam Ford requiring him to serve me or tell me anything?

        "THE COURT: And when you sent an email to Mr. Ford, what response did you get?

---

[13]    DKT 330 Lopez's affirmation for DKT 328 Motion to compel compliance with subpoenas that were never served on me when I lived in Puerto Rico, *compare* DKT 394-4; "THE COURT: Mr. Lopez, what notice was provided to Mr. Gentile of today's proceeding? MR. LOPEZ: Notice was provided to his attorney of record -- Mr. Fleming. THE COURT: Mr. Fleming, what steps did you take to provide Mr. Gentile with notice of today's proceeding? MR. FLEMING: I sent the materials I got to the address I had in Puerto Rico. I also sent an email to Mr. Ford, asking him to have Mr. Gentile contact me. The Florida lawyers are New York lawyers; they're here in New York. They were counsel of record in this case. I replaced them. So they're not exactly hard to find. And while Mr. Lopez is colorful in saying Mr. Gentile disappeared, according to PACER, he testified in the Florida court on July 9, and -- I think July 8 and 9. I may have the dates off, but it was in July he testified as a witness. So he's not truly disappeared." DKT 354 Tp 9 lines 5-21.

[14]    "MR. FLEMING: I might also add, your Honor, it might help inform the Court, Mr. Gentile's whereabouts are sort of known to the plaintiffs. He was on trial earlier this month in Florida. The SEC brought a proceeding against him, and I know what I read on PACER, which I've talked with plaintiff's counsel; they read PACER too, and they know that he's been on trial down there" DKT 354 7/23/24 transcript at p 5, lines 19-25; see p.7 herein where Ms. Tauber avoids answering this Court about Miami.

  MR. FLEMING: No response.

  THE COURT: Thank you."

DKT 354 Tp 9 lines 5-24.  That therein lies a supposition he or anyone else would do anything other than see it arrived is beyond the pale because that is just what occurred: it was never given nor mentioned to me, nor reached me for whatever reason.

 Mr. Fleming went further, on his own to try and reach me:

  "THE COURT: And you're taking the position that you have no means effectively today to ensure service on Mr. Gentile. Am I right?

  MR. FLEMING: That's correct, your Honor.

  THE COURT: So —

  MR. FLEMING: I don't think I -- if service on me is effective, so be it, but I don't have the -- I don't -- I can't reliably tell you that I've actually delivered materials to Mr. Gentile. I sent them out to the last known address I have, and some material comes back from time to time saying nobody's there. I think the plaintiffs had the same experience."

DKT 354 Tp 11 lines 4-14 (service not effective because Fleming was stating all he sent came back).

 But Mr. Fleming was not knowledgeable as to what I was doing or where I was because he was a lawyer I just hired, didn't really know and who didn't need to know my personal business; even if I knew him as I do Adam Ford, I don't discuss with Adam personal matters about myself or my family either. Either way, they were sent documents but neither were required to hunt me down or do the job required by Tauber and Lopez.

 Despite her heavy peppering claiming I was actually provided with notice is merely her *worthless supposition*.  In *Ransome v. Epstein*, 17 Civ 616 (SDNY 2018), emails sent to G.Maxwell were not all rejected as here and her lawyers in another litigation didn't testify they were not in contact with her, as did Fleming, and Ford informed them he only received warrant notice.

 In *Doe v. Hyassat,* 337 FRD 12 (SDNY 2020) the Court found that defendant was served via Facebook with a message that Plaintiff's attorney sent that after checking its status, found that the

Page 5

Facebook account was deleted, and averred-in seeking to get the message deemed sufficient service- they had tried several methods of service and good grounds to believe defendant knew of action but was avoiding service but alternatively sought service on his 3rd party counsel. The *Doe* court deemed the message *insufficient* [as this court should have done here] because anyone could create a fake profile, it should be used as a backstop requiring plaints to provide *concrete evidence* [unlike here] account is regularly used and maintained by defendant. Regarding serving defendant's counsel, if that had contact with defendant the *presumption* is that defendant would be told of service.  Presumptions can be rebutted, if the attorney has not spoken or represents the defendant-as the *Doe* plaintiff could not prove.

Here, Adam Ford whose firm has more than one office in two different states-Texas and NY-never stated he spoke with me because he has not; I have not talked with him since the last week of the Miami trial, between June 26-July 2, 2024- and have only dealt with his brother Matt out of the Texas office for the Miami case, whose representation Ms. Tauber and Mr. Lopez knew about but decided to avoid actual effectual service on me, they chose to target Adam in NY in August 2024 for alternate service. R*ampersad v. Deutsche Bank Sec., Inc.*, 02-CIV-7311 (SDNY 2003) where counsel told plaintiff they represented and spoke to defendant who said do not accept service was sufficient nexus for likely providing notice of the service.  Unlike here no sufficiency exist: I never spoke to Adam, who never set foot in Miami on my behalf for trial, and Matt never mentioned to me anything about post judgment service or proceedings in this matter. The person in the firm, Ms. Tauber p. 11, was not Adam, but Matt, who was in contact with me.

Ms. Tauber and Mr. Lopez *pooh-poohs* the backstop methods listed and ordered by this Court for service, instead calls them futile, superfluous and irrelevant and failure to accomplish was just harmless, Memo p.8.  Social media that did not belong to me to get *that almighty warrant* was the lie they used[15] far more than a worn tire on a back country road. Tauber refuses to follow court orders she obtained, but seeks to punish me for orders I knew nothing about?  The purpose of this Court providing a number of *court ordered* aka *required* methods was to try to assure I would be made aware of service; it was not a list for Ms. Tauber and Mr. Lopez to pick and choose from at will to excuse their deliberately botched methods they thought no one noticed, which in fact was the case-not even noticed by this court- for almost one year.

---

[15]    In another attempt to cover their lies, Ms. Tauber argues actual notice of the warrant fails to belies their lies as to how they got it.  Actual notice does not cure defective notice, This Cheshire Cat logic only self serves those who believe their legal prowess lets them overcome their lies.

This court ordered a specific list [backdrop] for service for the Warrant: Serve by publication in Gulf News 3 x within 7 days starting at Avalon's choice within 30 days of the order filing date[8/29/24]- notice to state Warrant applications pending, purge by obeying subpoenas and orders of court; opposition to 8/14 motion by 8/28; opposition to civil arrest by 9/13/24, replies by 9/20.[??]; ALSO directed to: mail & email me at 105 Ave de Diego & @me.com; mail and email to Fleming and Adam Ford; copies of the notice to what was unproven on their motion my twitter @guyGentile @GuyGentile_; LinkedIn GuyGentile, Guy Gentile (team) profiles indicates UAE retirement-if this is source of rumor, Rule 4(f)3 substituted service contemplated to extent required and Facebook message to Guy G and GuyG team and same for instagram [though no proof of who owned or used any of these social media accounts. DKT 333 order of 8/29/24.

DKT 334 order of 8/30/24- motion to respond to subpoenas this Court stated Rule 4(f)(3) service to be reasonably calculated to give notice to apprise interested parties of the pendency of the action and here Avalon has diligently attempted to obtain my current address to no avail; I was afforded on this record due process [ I was not] and I made conscience effort to ignore post judgment proceedings [ I did not] and ordered Avalon serves me as in attached order [none attached].  See DKT 330 Mr. Lopez's affirmation and its deficiencies discussed on p.3 herein.

Further, Ms. Tauber is a Cheshire cat-on Dkt 354 when this court asked her a direct question-did she contact Adam Ford about the Miami case, T p.8 Lines 21-25, she completely avoids answering so she would not have to explain why they did not want to serve me in Miami:

> "THE COURT: So you have not recently reached out to Mr. Ford in connection with the Florida litigation and contact information for Mr. Gentile?
> MS. TAUBER: We reached out to Mr. Ford, I believe, when the judgment was first entered by your Honor a few months ago in this case, and we had some back-and-forth."

Despite Ms. Tauber's self-serving characterization of what she would like my motions to be, their lies to get the Warrant are first and foremost, not subsidiary.  Due process does not tolerate lies because only the truth is meaningful and the lies are telling.  What actual notice do liars believe occurred when choosing to not serve me at my proper address they knew about [from my deposition in this case], not

serving me to attorneys who never informed me or social media accounts that do not belong to me, and the whopper lying about publication and both lawyers ignoring their duty of candor with this tribunal? They have also lied about a clearly written order of publication that also required other actions to be taken; but when they failed to effectuate that order, they could have cared less and with straight faces and straight up lied to this court for the warrant. The only actuality that occurred was this court was lied to by the very attorneys it trusted and believed to award them a hefty judgment. Knowing my correct address[16] and that I was at trial in Miami without acting on that information, does not a reasonable calculation make. To think lawyers tell their clients-who have not paid their bills- about being served in another case is a long leap of meaningless assumption. What could be possibly more futile?

**THEY MANIPULATED THE FUGITIVE DOCTRINE BASED ON LIES TO MALIGN/DEFEAT MY APPEAL**

Without a single citation in furtherance of their mosh-mashing [see their Points II and III], it is Mr. Lopez and Ms. Tauber that lack understanding of the fugitive doctrine. In a plain as you can get read, in *Empire Blue Cross v, Finklestein*, 111 F.3d 278 (2nd Cir. 1997) the court dismissed a civil appeal because the defendant was recalcitrant. The *Finklestein* defendant's conduct is not mine. He was a fugitive from court orders with a bench warrant to compel his presence at proceedings necessary to effectuate the judgment against him. *Id.*

"Although the disentitlement doctrine applies only to fugitives from justice, we have ruled that a fugitive from justice need not be a fugitive in a criminal matter to warrant application of the disentitlement doctrine. See Bar-Levy, 990 F.2d at 35." *Finklestein* at 281.

Ms. Tauber's broad brush does not reach me; unlike *Finklestein*, whose defendants were *properly noticed* for depositions but refused to show even by court order; a process server was sent 4 times to their addresses provided by their counsel[17], a bench warrant was issued. They did not appear and were not arrested, did not surrender with their whereabouts unknown. I was not served, Ms. Tauber and Mr. Lopez provided zero proof of attempted service where I actually resided or where I was at trial in Miami, and I appeared to address the lies used against me. I have stated I am willing to be deposed, and unlike *Finklestein*, this court has the ability to restore equities, without resorting to disentitlement. *Id.*

---

[16] DKT 394-4.

[17] *Finklestein* lacked no claims of communication, knowledge where they were, no lack of addresses where they no longer resided nor phone numbers that no longer worked [in an era that had fewer technological cell phone advances].

      These attorneys know that this fugitive doctrine in civil matters is *discretionary*. *Id.* At 282. There is no order finding the judgment is unenforceable; assets out of the US does not render any judgment unenforceable; in fact these attorneys seem excited to go to Florida in pursuit of their judgment. They are more than welcome to so do. What they are not entitled to is the fruit of their lies about a warrant they duped this Court into ordering so they could use it on appeal to harm[18] me.

## POISONED CHALICE[19]

      I have residency in the UAE that is not subject to any choice of these two attorneys who by their own fault, bitterly perhaps, have learned when you lie you will get caught, which has nothing to do with the laws of the UAE. Not being versed in UAE law is surprising for two attorneys who rely on their prowess and their "comes with the territory" hubris. Hire a UAE attorney as they would for any other foreign nation in this globalized world. Now they are mere babes in the woods, pleading to this Court they *may* have to deal with UAE law is unthinkable? Why now do they feel this Court loses jurisdiction to resolve discovery disputes?

## SANCTIONS

      This is the meat and potatoes of these motions. As I have demonstrated throughout an examination of how we got to this point on surreptitious behavior, sleight of hand and down right lies, both Ms. Tauber and Mr. Lopez must be severely dealt with to preserve the dignity and respect of this Court. Otherwise, they will keep pushing the envelope for the love of money and throw their responsibility for truth out the window. Other attorneys have suffered far more for less[20]. They both have brought raked Adam Ford over the coals of the burning warrant they desperately seek to protect and probably would not let it out of cold dead hands; they used it to mar me further over the internet, branding me a fugitive trying strip my appeal from me. What kind of ambulance chasing behavior is this? The only embarrassing thing Mr. Lopez

---

[18]     Their salivation for a judgment they meticulously calculate, akin to smooth fingers that constantly move the beads on an abacus, to a supposed $18M underscores not only their serial 16(b) filings using family and friends and forming LLCs as serial plaintiffs but Mr. Lopez just can't help himself when it comes to money: In *Donoghue v. Lannett,* 2:2014-CV-05598 (EDNY 2014) he was swiftly shut down by Judge Wexler when he brought the case to seek $330.00 in legal fees from Lannett. This thirst for money is the impetus for the lies he told to aid him to collect millions of dollars here. Bringing a shameful case for $330.00 and lying in a case for $16M is the fruit of a most poisonous tree. Disgusting.

[19]     As a Catholic, I take offense in Ms. Tauber's sleight of hand insulting use of a poisoned chalice just because I am a Gentile. A chalice is a sacred cup holding the consecrated sacred blood of Jesus Christ; it is never poison.

[20]     *US v. Teamsters*, 948 F.2d 1338 (2d Cir. 1991) false affidavits booted attorneys from the case and deferred for discipline; *Park v. Kim*, No. 22-2057 (2d Cir. 2024), the attorney was referred for using fake citations to that Court's Committee for admissions and Grievances for review; disbarment for false statements, *Comm. on Grievances v. Feinman*, No.00-6900 (2d Cir. 2001). Dismissal of case for litigant who fabricated evidence aka fraud on the court, *Rossbach v. Montefiore,* 81 F4th 124 (2nd Cir. 2023) and District Court required full consideration of 28 USC §1927 for attorney sanctions for the role in the deception.

laments is he got caught in disgusting behavior here as he was caught in disgusting behavior in *Lannett Co*. regarding a $330.00 fee claim.

Ironically when the tables are turned on them, it is all a misunderstanding; when they set their sights on me, I deserve content and jail. See Dkt 320 there memo of law p.5, for Dkt 319 motion to take deposition where they write, "[t]he Court should order Gentile to respond … under threat of a finding of contempt of Court … See [NYCPLR] §5251 ("…false swearing; ….shall each be punishable as a contempt of court")".

## *RECONSIDERATION*

My motion for reconsideration was to correct the record as to my position on venue and the distinction regarding *post judgment personal* jurisdiction is required through the service of subpoenas in order to seek discovery or remedies concerning such discovery. That is all.

## *FLORIDA*

Like Mr. Lopez abused Lannett Co., Adam Ford and his abuse of me during this litigation (accusations of being a criminal, a connoisseur of scams and a fugitive from a phony arrest warrant), he also abused Nick Abiodakis by threatening him with his 'skills' in getting arrest warrants, sending out a Florida Sheriff to serve papers, filing papers on a Florida court docket without being admitted to practice law in Florida, show how in his self proclaimed 59 yeas of practice has learned nothing of decency nor duty; and why -at least to many in the NY bar- he and Ms. Tauber are known as 'repugnants', chasing free money loose and fast for a statute that has zero mention nor intent of strict liability because the Second Circuit in the 1950s "said so" by a 'learned' Judge Hand whose reasoning, which, when contrasted with today's high speed computerized trading, gets no one anywhere near any company's insider information. These two shams benefit from legalized shams.

## **CONCULSION**

The arrest warrant is required to be vacated as void ab initio, and the strongest sanctions should be imposed to protect the integrity of these proceedings.

Respectfully submitted,
/s/ Guy Gentile
Defendant, Pro Se
Dated: September 22, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September 2025, I caused a true and correct copy of the foregoing DEFENDANT'S REPLY IN FURTHER SUPPORT OF MOTION TO VACATE CIVIL ARREST WARRANT, FOR SANCTIONS to be served via the Court's CM/ECF system upon all counsel of record, including:

- **David Lopez, Esq.**
  Law Office of David Lopez
  171 Edge of Woods Road, P.O. Box 323
  Southampton, NY 11969

- **Miriam Tauber, Esq.**
  Miriam Tauber Law PLLC
  885 Park Avenue, Suite 2A
  New York, NY 10075

The CM/ECF system will send notification of such filing to all registered participants.

Respectfully submitted,

/s/ Guy Gentile

P.O. Box 504377
Zamurda Tradingg Building Complex
Dubai, UAE
P: +971 58 590 2347
E: fightfightfigth@proton.me