**OLSHAN**

1325 AVENUE OF THE AMERICAS ■ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ■ FACSIMILE: 212.451.2222

EMAIL: TFLEMING@OLSHANLAW.COM
DIRECT DIAL: 212.451.2213

September 23, 2025

<u>BY ECF</u>

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

    Re:    <u>*Avalon Holding Corp. v. Gentile, et al.*</u>, Case No. 18-CV-7291 (DLC)(RWL)
             <u>*New Concept Energy, Inc. v. Gentile, et al.*</u>, Case No. 18-CV-8896 (DLC)(RWL)

Dear Judge Cote:

    We write to renew our firm's request to be relieved as counsel of record for defendant Guy Gentile in the above proceedings. By letter motion dated May 2, 2024, my law firm sought to be relieved as counsel of record for defendant Guy Gentile in connection with post-judgment enforcement proceedings. (Dkt. #286) By Order dated May 17, 2024, the Court conditioned our withdrawal upon Mr. Gentile providing an alternate manner of service. (Dkt. #300) Plaintiff's counsel, David Lopez, has agreed that the foregoing condition has now been satisfied by Mr. Gentile's appearance and consent to service via ECF. Mr. Lopez has further indicated that he does not oppose our renewed motion.

    We therefore respectfully request that our firm is permitted to be relieved as counsel for Guy Gentile in the above cases, which are now limited to post-judgment collection proceedings.

                                                  Respectfully submitted,

                                                  Thomas J. Fleming

cc:    All counsel of record (via ECF)