# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

September 24, 2025

Hon. Denise L. Cote
Judge, U.S. District Court, S.D.N.Y.

Re: *Avalon Holdings Corp. v. Guy Gentile,* **18-cv-7291 (DLC)**
*New Concept Energy, Inc. v. Guy Gentile,* **18-cv-8896 (DLC)**

Your Honor:

With respect to your Order of September 23, 2025, Docket Entry 427 (Avalon) Mr. Gentile is concerned that the United States Marshal's Service be informed that his arrest warrant is vacated.

I seek guidance whether your chambers will inform the service or whether there is some action required from me to put the service on notice.

Mr. Gentile is understandably reluctant to appear in New York without assurance he will not encounter arrest.

Your instruction would be greatly appreciated.

Very truly yours,

David Lopez

Cc: All Attorneys and Persons of Record
    Via ECF

DL/el