```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AVALON HOLDINGS CORP.,                  :
                                        :
                    Plaintiff,          :
        -v-                             :
                                        :
GUY GENTILE and MINTBROKER              :
INTERNATIONAL, LTD.,                    :    18cv7291 (DLC)
                                        :    18cv8896 (DLC)
                    Defendants.         :
                                        :    ORDER
----------------------------------------:
                                        :
NEW CONCEPT ENERGY, INC.,               :
                                        :
                    Plaintiff,          :
        -v-                             :
                                        :
GUY GENTILE and MINTBROKER              :
INTERNATIONAL, LTD.,                    :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of September 20, 2024 issued a civil arrest warrant against Gentile and directed Avalon's counsel to contact the United States Marshals Service to coordinate the execution of the Order and provide any forms or payments necessary to facilitate the Marshals' investigation and arrest of Gentile. An Order of September 23, 2025 lifted the September 20, 2024 civil arrest warrant without prejudice to renewal in the event that Gentile fails to cooperate with discovery or fails to submit to an in-person deposition within the Southern District of New York by October 31, 2025. On September 24, 2025,

Avalon's counsel filed a letter seeking guidance on contacting the United States Marshals Service regarding the vacatur of the civil arrest warrant.

Upon receiving the September 24 letter, the Court contacted the United States Marshals Service. The Marshals Service confirmed today that there is no outstanding civil arrest warrant against Gentile pursuant to the above-captioned case.

Dated:   New York, New York
         September 25, 2025

_____
DENISE COTE
United States District Judge