**MIRIAM TAUBER LAW**
885 Park Ave. 2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

September 26, 2025

**<u>Via ECF</u>**
Hon. Denise L. Cote, U.S.D.J. (S.D.N.Y.)

18-cv-7291

<u>*Re:*</u> *Avalon Holdings Corp. v. Gentile*, et. al., ~~18-cv-7921~~
<u>*and Related Case:*</u> *New Concept Energy, Inc. v. Gentile*, et. al., 18-cv-8896

**<u>Joint Request to Extend Gentile's Deposition Deadline</u>**

Your Honor:

Plaintiffs write further to the Court's Order requiring Mr. Gentile to respond to Plaintiffs' outstanding enforcement discovery and appear for an in-person deposition within the Southern District of New. York by October 21, 2025 (*Avalon* Dkt. 427 p.5; *but see Avalon* Dkt. 431 p.1, referring to the deposition deadline as October ***31,*** 2025).

Mr. Gentile has agreed to produce documents responsive to Plaintiffs' subpoena within 30 days. The parties have also agreed to conduct the deposition after those documents have been produced.

The parties accordingly jointly request that the Court extend the deposition deadline until **November 10, 2025**, to provide sufficient time for the production and review of documents before Mr. Gentile's deposition.

Respectfully submitted,

<u>*/s/ Miriam Tauber*</u>
Miriam Tauber
David Lopez
*Attorneys for Plaintiffs*

cc (via ECF and email): Guy Gentile

Granted.
Denise Cote
9/26/25