# PALM BEACH COUNTY
# SHERIFF'S OFFICE
**RIC L. BRADSHAW, SHERIFF**





County: N/A                                   Court: **UNITED STATES DISTRICT**

State of: **NEW YORK**

## *AFFIDAVIT OF SERVICES*

**AVALON HOLDINGS CORP**
   Plaintiff

**GUY GENTILE**
                    Defendant

STATE OF FLORIDA
COUNTY OF PALM BEACH
CITY OF WEST PALM BEACH

Desmond Thompson, of the Sheriff's Office Palm Beach County, being duly sworn, deposes and says that he/she is not a party to this action and he/she is over eighteen years of age; that he/she is a resident elector of the County of Palm Beach County, State of Florida:

That on 5/14/2025 at 11:45 AM deponent served the following:
SUBPOENA DUCES TECUM AND DEPOSITION NOTICE & COPY

On **NICHOLAS ABADIOTAKIS** defendant therein named.

Posted
4156 CEDAR CREEK RANCH CIRCLE LAKE WORTH, FL 33467

**SPECIFICATIONS FROM SENDING ENTITY LISTED UNDER INSTRUCTIONS ARE AS FOLLOW: SUBPOENA CAN BE POSTED AFTER THREE ATTEMPTS IF ADDRESS IS CONFIRMED.
NOTE: ON MY 05/14 AT 0645 HRS ATTEMPT I OBSERVED A 2020 BLACK BMW VEHICLE IN DRIVEWAT WITH TAG #X5BKI. LE TOOLS SUGGEST THAT THIS VEHICLE IS OWNED BY NICHOLAS ABADIOTAKIS.
THE SUBPOENA WAS POSTED TO THE FRONT DOOR.

RIC L. BRADSHAW, SHERIFF
PALM BEACH COUNTY, FLORIDA

*/S/ Desmond D. Thompson*

Desmond Thompson  7285

Sworn to before me this 15th day of May, A.D. 2025 at West Palm Beach, Florida

This notary and the sworn Deputy Sheriff are both employed by the Palm Beach County Sheriff's Office

LATONYA LOVE
MY COMMISSION # HH 467382
EXPIRES: March 24, 2028

*Latonya Love*

P.O BOX 24681 West Palm Beach, Florida 33416  ▪  (561) 355-2760  ▪  http://www.pbso.org

# PALM BEACH COUNTY SHERIFF'S OFFICE ORIGINAL RETURN

Court: UNITED STATES DISTRICT
Case No.: 18CV7291
County: N/A

Serve Address: NICHOLAS ABADIOTAKIS
4156 CEDAR CREEK RANCH CIRCLE
LAKE WORTH, FL 33467

Attorney: LEGALEASE INC.
41 MADISON AVENUE
NEW YORK, NY 10010

Type Of Writ: SUBPOENA DUCES TECUM AND DEPOSITION NOTICE & COPY

Plaintiff: AVALON HOLDINGS CORP

Defendant: GUY GENTILE

Received this Writ on May 7, 2025 and served the same on the within named defendant at 11:45 AM on May 14, 2025, in Palm Beach County, Florida, a true copy of this Writ, endorsed thereon by me, Desmond Thompson by Posting an attached copy to a conspicuous place on the property.

Attempts to serve resident/tenant in action for possession:
Date: 5/9/2025 @ 12:01 PM - 4156 CEDAR CREEK RANCH CIRCLE LAKE WORTH, FL 33467
Date: 5/13/2025 @ 8:48 AM - 4156 CEDAR CREEK RANCH CIRCLE LAKE WORTH, FL 33467
Date: 5/14/2025 @ 6:45 AM - 4156 CEDAR CREEK RANCH CIRCLE LAKE WORTH, FL 33467
Date: 5/14/2025 @ 11:44 AM - 4156 CEDAR CREEK RANCH CIRCLE LAKE WORTH, FL 33467
Date: 5/14/2025 @ 11:45 AM - 4156 CEDAR CREEK RANCH CIRCLE LAKE WORTH, FL 33467

5/9/2025 @ 12:01 PM
NO ANSWER AT THE DOOR.
I LEFT MY BUSINESS CARD AT THE DOOR.

5/13/2025 @ 8:48 AM
NO ANSWER AT THE DOOR.

5/14/2025 @ 6:45 AM
NO ANSWER AT DOOR.
I LEFT MY BUSINESS CARD AT THE DOOR.
5/14/2025 @ 11:44 AM
5/14/2025 @ 11:45 AM
**SPECIFICATIONS FROM SENDING ENTITY LISTED UNDER INSTRUCTIONS ARE AS FOLLOW: SUBPOENA CAN BE POSTED AFTER THREE ATTEMPTS IF ADDRESS IS CONFIRMED.
NOTE: ON MY 05/14 AT 0645 HRS ATTEMPT I OBSERVED A 2020 BLACK BMW VEHICLE IN DRIVEWAT WITH TAG #X5BKI. LE TOOLS SUGGEST THAT THIS VEHICLE IS OWNED BY NICHOLAS ABADIOTAKIS.
THE SUBPOENA WAS POSTED TO THE FRONT DOOR.

By: /S/ Desmond D. Thompson
Desmond Thompson 7285

Miriam Tauber Law PLLC
885 Park Avenue 2A
New York, New York 10075

CERTIFIED MAIL

9589 0710 5270 2429 3885 99

Retail

33467

RDC 99

U.S. POSTAGE
FCM LETTER
BROOKLYN,
APR 07, 2025
$9.96
S2324E5031

Nicholas Abadiotakis
4156 Cedar Creek Ranch Circle
Lake Worth   FL
33467

NIXIE   331   DE 1      0005/14/25
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 10075038399    *1206-01098-12-22

