Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Case No. 18 Civ. 7291 (DLC)(RJL)
 5    ------------------------------------x
 6    AVALON HOLDINGS CORP.,
 7                        Plaintiff,
 8          -against-
 9    GUY GENTILE,
10                        Defendant.
11    ------------------------------------x
12                        July 22, 2024
                          2:04 p.m.
13
14
15
16
17       Remote Virtual Zoom Deposition of
18    JOSEPH LEO ELY, III, taken by Plaintiff,
      pursuant to Notice, with the Witness located in
19    Katonah, New York, before William Visconti, a
      Shorthand Reporter and Notary Public within and
20    for the State of New York.
21
22
23
24
25
```

```
                                              Page 6                                                Page 8
 1            JOSEPH LEO ELY                         1            JOSEPH LEO ELY
 2       MS. TAUBER:  Fair enough.                   2   broker/dealer we -- I don't want to say merged,
 3       Q.   To your knowledge, did you respond     3   but we brought all of our business over to
 4   in writing to the subpoena?                     4   Stock USA and I continued to run the Master
 5       A.   I don't remember.  I don't think       5   Trader branch of Stock USA.
 6   so.                                             6       Q.   Was Master Trader owned by Guy
 7       Q.   Are you aware that there is a          7   Gentile?
 8   motion to quash the subpoena that was filed on  8       A.   No.
 9   your behalf?                                    9       Q.   Was it affiliated with Guy Gentile
10       A.   Yes.                                  10   in any way?
11       Q.   Did you review that motion?           11       A.   Other than us moving the business
12       A.   Yes.                                  12   over to SpeedTrader, no, it wasn't involved
13       Q.   Did you review the opposition to      13   with him at all.
14   that motion and the exhibits?                  14       Q.   Meaning prior to that time?
15       A.   You're opposition?                    15       A.   Yes, we weren't involved with him
16       Q.   Yes.                                  16   at all.
17       A.   Yeah, I read it, I skimmed over       17       Q.   In connection with that, I guess
18   it, sure.                                      18   you called it a merger or a consolidation,
19       Q.   The reason that I'm asking is         19   whatever you called it, did you meet
20   because the exhibits that we are going to go   20   Mr. Gentile in person?
21   over today are some of the same exhibits       21       A.   I don't recall, possibly, but I
22   attached to that motion, so you may recognize  22   don't remember.
23   them if you reviewed the opposition.           23       Q.   This was around 2013 would you
24       What is your current employment?           24   say.
25   Where do you currently work?                   25       A.   Yes.  Actually now that I think
                                              Page 7                                                Page 9
 1            JOSEPH LEO ELY                         1            JOSEPH LEO ELY
 2       A.   I'm the president and CEO of           2   about it, I met primarily and pretty much only
 3   SpeedTrader Inc.                                3   with the former CEO of Stock USA, it was George
 4       Q.   How long have you had that role        4   Hessler who was the CEO back then and he was
 5   for?                                            5   the person that I was working with to move the
 6       A.   Since November of 2020.  So coming     6   business over.
 7   up on four years.                               7       Q.   Is he the person that hired you to
 8       Q.   Before that, were you with             8   be CEO now?
 9   LightSpeed?                                     9       A.   No.
10       A.   Yes.                                  10       Q.   Who did hire you?
11       Q.   Before you were with LightSpeed,      11       A.   Nick Abadiotakis.
12   were you with a company called Stock USA       12       Q.   Do you know him personally?
13   Executions?                                    13       A.   No, I do not.
14       A.   Yes, briefly.                         14       Q.   Have you met him in person ever?
15       Q.   Is Stock USA another name for         15       A.   No.
16   SpeedTrader?                                   16       Q.   What are your duties at
17       A.   It was a previous name, yes.          17   SpeedTrader as the CEO?
18       Q.   So you left the company that          18       A.   Everything.  I run the entire
19   you're currently with and then came back in    19   business, the day-to-day operations, short-term
20   your current role; is that right?              20   and long-term.
21       A.   Not exactly.  I ran a separate        21       Q.   So do you receive a W-2?
22   broker/dealer prior to that for, I don't know, 22       A.   Yes, a regular employment
23   roughly 12 years and we closed that            23   paycheck, yeah.
24   broker/dealer.  That broker/dealer was called  24       Q.   How many other people are on the
25   Master Trader.  So when we closed that         25   payroll?
```

```
                                           Page 10                                              Page 12
 1            JOSEPH LEO ELY                         1            JOSEPH LEO ELY
 2      A.    We have five full-time and then we     2      A.    Yes.
 3   have maybe two part-time.                       3      Q.    Those people are I'm getting this
 4      Q.    Do you work from the office or         4   off the FINRA website, but they are Brian
 5   from home?                                      5   Daniel Hall, Mark William Jordon Jr., you know
 6      A.    From the office.                       6   what, I'm going to introduce the exhibit
 7      Q.    In Katonah?                            7   because it is on there.  Let's look at the
 8      A.    Yes.                                   8   exhibit, look at the exhibit folder it is
 9      Q.    Did you used to work in Carmel?        9   Exhibit 5.
10      A.    Yes.                                  10         (Exhibit 5 for identification,
11      Q.    At 1717 Route 6?                      11   Document of FINRA website.)
12      A.    Yes.                                  12      Q.    So open up Exhibit 5?
13      Q.    So is that address no longer a        13      A.    Yes.
14   SpeedTrader address?                           14      Q.    So I'm looking at pages 3 to 4.
15      A.    Correct.                              15      A.    So I mean, what's the question?
16      Q.    So when did SpeedTrader stop          16      Q.    The question is, I'm looking at
17   being a tenant of that building?               17   the names of those individuals and I will do it
18      A.    Roughly two years ago, maybe a        18   slower.  They are Brian Daniel Hall, Mark
19   little longer than two years.  I think it was  19   William Jordon and David Rainbeau.  And
20   April or May of '22, I believe.                20   Rainbeau is R-a-i-n-b-e-a-u.
21      Q.    Do you know who owns that             21         MS. GLOOR:  Jordon is spelled
22   building?                                      22   J-o-r-d-o-n.  Just so you all the know, I
23      A.    I mean I believe it's Karen           23   did receive your e-mail with the exhibits.
24   Gentile, but I don't know for sure.  I mean it 24   I didn't want to interrupt you when they
25   could be an entity, she could own it with other 25  came in when you were in the middle of a

                                           Page 11                                              Page 13
 1            JOSEPH LEO ELY                         1            JOSEPH LEO ELY
 2   people, I don't know.                           2   question.
 3      Q.    Have you met her in person?            3         MS. TAUBER:  Thank you.
 4      A.    Yes.                                   4      A.    So Brian Hall does not work from
 5      Q.    So when your offices were there,       5   our office.  But Mark Jordon and David Rainbeau
 6   did Karen Gentile also work at that building?   6   do.
 7      A.    Yes.                                   7      Q.    Did you hire Mr. Rainbeau?
 8      Q.    Was she in the office every day?       8      A.    Yes.
 9      A.    I don't know.  I mean she worked       9      Q.    How about Mr. Hall?
10   in a different office.  I have no way to know. 10      A.    No.
11      Q.    How many offices are there at 1717    11      Q.    Could you briefly explain
12   Route 6?                                       12   SpeedTrader's business to me?
13      A.    I don't know.  I would say at         13      A.    We are an online broker/dealer
14   least four.  Two upstairs and two downstairs,  14   that provides stock and options trading
15   possibly more.                                 15   services to retail investors.
16      Q.    Has Nicholas Abadiotakis ever         16      Q.    By retail investors you mean like
17   visited the office of SpeedTrader?             17   individuals?
18      A.    I don't know.                         18      A.    Yes, individuals, entities as well
19      Q.    You say that you worked there in      19   though, but individual investors primarily.
20   the office every day though, right, at         20      Q.    Would you say that your clients
21   SpeedTrader?                                   21   are mostly individuals?
22      A.    Yes.                                  22      A.    Mostly, yes.
23      Q.    So you mentioned there is, I think    23      Q.    Do you report to Mr. Abadiotakis
24   you said four our five other people who work   24   as CEO of SpeedTrader?
25   there; is that right?                          25      A.    Yes.
```

4 (Pages 10 - 13)

Page 14

JOSEPH LEO ELY

2  Q. How often do you report to him?
3  A. It varies. At least a few times a
4  year.
5  Q. When is the last time that you
6  spoke with him?
7  A. Sometime last week, probably on
8  Friday.
9  Q. Did you mention this deposition to
10 him?
11 A. Yes.
12 Q. Did you discuss the testimony that
13 you're giving today with him?
14 A. No.
15 Q. Have you heard of a SUSA Trust?
16 A. Yes.
17 Q. To your knowledge is
18 Mr. Abadiotakis a trustee of that trust?
19 A. Yes.
20 Q. What is Mr. Gentile's connection
21 with that trust?
22 A. I don't know. As far as I know
23 nothing, but I don't know.
24 Q. Have you seen the trust documents.
25 A. Yes.

Page 15

JOSEPH LEO ELY

2  Q. Do you know where copies of the
3  trust documents are, either electronically or
4  physically?
5  A. Yes.
6  Q. Where are they?
7  A. Because the trust is the ultimate
8  owner of the firm, we have them on the firm's
9  network, SpeedTrader's network.
10 Q. On the FINRA, Exhibit 5, that we
11 were looking at it says, just scroll up to your
12 name on page 3, it says "Percentage of
13 ownership less than 5 percent." Do you see
14 that?
15 A. Yes.
16 Q. So what is you actual percentage
17 of ownership at SpeedTrader?
18 A. Zero.
19 Q. Do you know whether those other
20 individuals, Mr. Hall or Mr. Jordon, own any
21 percentage of SpeedTrader?
22 A. No, they don't.
23 Q. To your knowledge is Mint Global
24 Holdings Inc. the only owner of SpeedTrader?
25 A. Yes.

Page 16

JOSEPH LEO ELY

2  Q. Where it says on the same page it
3  says for Mint Global Holdings, Inc., it says
4  percentage of ownership 75 percent or more. Do
5  you believe that number to be actually 100
6  percent?
7  A. Yes.
8     MS. GLOOR: Miriam, I don't know if
9  you're aware of this, but the form where
10 these facts are entered has drop downs and
11 there is no drop down for zero and there is
12 no drop down for a hundred. I'm explaining
13 to you there is no way to indicate zero.
14 You're either less than five percent or
15 more than 75 percent. There is no way to
16 indicate that you own 100 percent or zero
17 percent.
18    MS. TAUBER: Fair enough I didn't
19 know. I was actually asking.
20    MS. GLOOR: That is why I was
21 explaining. Because it's a little
22 confusing when you read the form.
23    MS. TAUBER: Right right. I'm glad
24 we cleared that up. Thank you.
25 Q. I'm sorry if I asked you this

Page 17

JOSEPH LEO ELY

before, I think you said that you spoke to
Nicholas Abadiotakis last week. You never met
in person. Do you know when the first time you
spoke to him was?
6  A. Before I was -- before he hired
me, during the interview process. So what did
I say, I started in November, 2020, so within
the few months before that.
10 Q. Did he tell you that he was hiring
you on behalf of Mr. Gentile?
12 A. No.
13 Q. Did he say he was working for
anybody when he hired you?
15 A. No.
16 Q. If you look at just looking at the
exhibits in front of us again, look at
Exhibit 7.
19    (Exhibit 7 for identification,
Nevada's Department of State Website
listing for Mint Global Holdings Inc.)
22 Q. Let me know when you have it open?
23 A. Yes, I have it open.
24 Q. This is the Nevada Department of
State Website's listing for Mint Global

5 (Pages 14 - 17)

Page 18

JOSEPH LEO ELY

1  
2  Holdings Inc. which we reviewed before was the
3  100 percent owner of SpeedTrader.
4       If you will look down to page 2 of
5  it, I see you're listed as a director of this
6  entity.
7       A.   Yes.
8       Q.   What are your roles as director of
9  this entity?
10      A.   Basically I assist -- I just
11 assist Nick. Whatever he asks me to do I do
12 it. A lot of it involves with, you know,
13 creating yearly -- a yearly meeting or a
14 resolution, but it's not that much.
15      Q.   To your knowledge does the SUSA
16 Trust own Mint Global Holdings?
17      A.   Yes, that's correct.
18      Q.   Does Mint Global Holdings have any
19 employees?
20      A.   Not that I know of.
21      Q.   Going back to the subpoena that we
22 discussed earlier that was issued to you in
23 this case which I have here as Exhibit 10.
24           (Exhibit 10 for identification,
25 Subpoena.)

Page 19

JOSEPH LEO ELY

1  
2       Q.   So in response to the subpoena as
3  part of the motion to quash that was filed on
4  your behalf --
5            MS. GLOOR:  Well, there was no
6       motion to quash the subpoena, Miriam.  The
7       motion to quash was only with respect to
8       the deposition notice that was issued to
9       Mr. Ely and that deposition subpoena was
10      served on him in his personal capacity, it
11      is not a 30(b)(6) subpoena.
12           MS. TAUBER:  Okay, thank you for
13      clarifying that.
14      Q.   So let me ask you, Mr. Ely, is it
15 your intention to respond in writing to this
16 subpoena on behalf of SpeedTrader?
17      A.   I haven't discussed it my
18 attorneys, so I couldn't answer that.
19      Q.   Going back to the motion to quash
20 that I was referring to before in response to
21 the deposition notice as we clarified.  Do you
22 recall there was a representation made in that
23 filing that Mr. Gentile hasn't been associated
24 with SpeedTrader since around 2010?
25      A.   If you say that is what was

Page 20

JOSEPH LEO ELY

1  
2  written there, then I believe it.
3       Q.   Is that correct as far as you
4  know?
5       A.   It is, but again, I don't have the
6  exact information in front of me, so I mean I
7  don't know, but I believe it to be correct.
8       Q.   Do you know whether Mr. Gentile is
9  a client of SpeedTrader currently?
10      A.   No, he is not.
11      Q.   Do you know if ever was a client
12 of SpeedTrader?
13      A.   No, I don't know.
14      Q.   The Co-Defendant in this case is
15 an entity called MintBroker International Ltd.
16 Have you ever heard of that company?
17      A.   Yes.
18      Q.   Do you know that company to be
19 owned by Mr. Gentile?
20      A.   I don't know who owned that
21 company.
22      Q.   Was that company, MintBroker
23 International, ever a client of SpeedTrader's?
24      A.   I believe it was before my
25 employment here.

Page 21

JOSEPH LEO ELY

1  
2       Q.   Like around when would you say?
3       A.   I don't know.
4       Q.   Do you know a person named
5  Timothy Looney?
6       A.   Yes, I met him.
7       Q.   Who is that?
8       A.   He is former employee of
9  SpeedTrader.
10      Q.   When did he leave SpeedTrader?
11      A.   I don't know exactly, but about a
12 year before I started.  So I started in November, 2020,
13 so November, December, of 2019 would be my
14 guess, but I don't know exactly when.
15      Q.   What was Mr. Looney's role at the
16 company?
17      A.   I believe he was the CFO.
18      Q.   So he was replaced by one of
19 Mr. Jordon or Mr. Rainbeau?
20      A.   Brian Hall, Mr. Hall.
21      Q.   Do you know where he works now?
22      A.   I don't know exactly, but he does
23 work for a company called Velocity.  They have
24 multiple different entity names, so I don't
25 know exactly which entity he works for.  But

```
                                                Page 38
1                JOSEPH LEO ELY
2      A.    No.
3      Q.    Approximately how many clients
4  does SpeedTrader have?
5      A.    I mean, from my personal knowledge
6  I don't know.
7      Q.    Thank you for clarifying that.
8  What about, does SpeedTrader process orders
9  from clients of other brokerage firms?
10     A.    I don't really understand the
11 question.
12     Q.    Meaning, I think you had said in
13 response to one of my prior questions some of
14 SpeedTrader's clients are institutions and not
15 individuals; is that right?
16     A.    Right.
17     Q.    Are some of those institutions
18 brokerage firms?
19     A.    Again, from my personal knowledge
20 I don't know.
21     Q.    What are the total assets under
22 management of SpeedTrader?
23     A.    Again, from my personal knowledge,
24 I don't know.
25          MS. GLOOR:   Also Miriam, that
```

```
                                                Page 39
1                JOSEPH LEO ELY
2      phrase, assets under management, doesn't
3      pertain.  SpeedTrader doesn't manage
4      assets.
5           MS. TAUBER:   Okay, the witness
6      can answer the question.
7      Q.    By assets under management, I
8  mean what is the total value of the investment
9  accounts that are maintained at SpeedTrader?
10 So rephrasing it that way, do you know the
11 answer.
12     A.    Not from my personal knowledge,
13 no.
14     Q.    What would you estimate to be
15 SpeedTrader's total annual expenses?
16     A.    I mean, I couldn't estimate it.
17 It varies year to year.
18     Q.    Would you say it is in the range
19 of a million?
20     A.    I would estimate it is more than
21 that.
22     Q.    What about a billion?
23     A.    No, nowhere near that.
24     Q.    Somewhere between those two?
25     A.    Yes.
```

```
                                                Page 40
1                JOSEPH LEO ELY
2      Q.    Does SpeedTrader maintain what is
3  known as Know Your Client records?
4      A.    Yes.
5      Q.    Where does it maintain those?
6      A.    I mean, multiple different
7  locations.  At the firm and with business
8  partners.
9      Q.    On a hard drive or on a server?
10     A.    A server, shared network and then,
11 you know, the firm uses clearing firms to clear
12 their business, so some of the records are kept
13 with the clearing firms.
14     Q.    So an example of a clearing firm
15 would be like Electronic Transaction Clearing?
16     A.    Yes.
17     Q.    What about Curvature of
18 Securities?
19     A.    Yes.
20     Q.    Are there any other clearing firms
21 that SpeedTrader does business with?
22     A.    AXOS Clearing.  A-X-O-S.
23     Q.    Are there any others apart from
24 those three?
25     A.    The electronic transaction, that
```

```
                                                Page 41
1                JOSEPH LEO ELY
2  no longer exists.  So it is just Curvature and
3  AXOS currently.
4      Q.    Have you ever heard of a company
5  called Instant X Trading?
6      A.    No.
7      Q.    How about a company call F1
8  Trading?
9      A.    Yes, I heard of F1.
10     Q.    Who is the owner of F1, to your
11 knowledge?
12     A.    I have no idea.
13     Q.    How have you heard of them?
14     A.    I have been involved in the online
15 trading business for 25 years, it is just a
16 name that I heard.
17     Q.    Have I ever done business with
18 them?
19     A.    Not that I'm aware of.
20     Q.    Do you know if there is a
21 connection between F1 Trading and Mr. Gentile?
22     A.    No, I don't know.
23     Q.    How about between F1 Trading and
24 Mr. Abadiotakis?
25     A.    I don't know.
```

11 (Pages 38 - 41)

Page 42

JOSEPH LEO ELY

Q. You mentioned that there is a business relationship between DAS Trader and SpeedTrader. Who is the DAS Trader contact that SpeedTrader mostly interfaces with?
A. I couldn't tell you, I don't know.
Q. Would it be Karen Gentile or somebody else?
A. You know, I don't know. It is likely someone else. I don't think people talk to Karen for support. Yeah, it is likely someone else.
Q. How many people do you believe to work at that company?
A. I have no idea. Maybe dozens, maybe a hundred, I don't know.
Q. Do you understand there were additional offices for DAS Trader besides that Route 6 Carmel office that we spoke about?
A. Yes, there are likely other offices.
Q. Are you familiar with an individual named Mary Delores Negro? N-e-g-r-o.
A. Yes.

Page 43

JOSEPH LEO ELY

Q. Who is that?
A. She is a former chief compliance officer of the firm of SpeedTrader.
Q. Did she overlap with you at SpeedTrader?
A. She overlapped with me when I ran the branch office in I guess it was 2012 to roughly 2014. Some time in there we overlapped.
Q. Do you know if she has any familial relationship to Mr. Gentile?
A. I don't know.
Q. When you say I ran the branch office at that time that you're talking about, this is in like 2013 again?
A. I think it was roughly 2012 to 2014, roughly two years.
Q. At that time were there other offices of SpeedTrader besides the branch office that you were talking about?
A. There was the home office and there may have been other offices, I don't know.
Q. Where was the home office?

Page 44

JOSEPH LEO ELY

A. I believe it was at what was -- it was in Carmel. Actually no, it definitely was.
Q. I thought that is where the branch office was?
A. No, the branch office was in White Plains.
Q. That is where you worked in 2013 or 2014?
A. Yes.
Q. Do you recall the address of that White Plains office offhand?
A. Yeah, I worked there for a long time. 7-11 South Broadway in White Plains.
Q. Do you know if Mr. Gentile owned that building?
A. I mean, I would say no, but I have no way to know who owned the building. As far as I know he did not, but I don't know.
Q. What about Karen Gentile?
A. Same thing. I mean it is highly unlikely, but I don't know for sure.
Q. Who owns the building in Katonah where your office is currently located?
A. It is owned by -- to my knowledge

Page 45

JOSEPH LEO ELY

it is owned by a business owned by Carlos Slim. The Mexican billionaire.
Q. What business is that?
A. I think he runs a cell phone or telecommunications company. He is one of the richest men in the world.
Q. Does he live in Katonah?
A. I don't think so. I think he has houses all over the world.
Q. Going back to exhibit -- so we have Exhibit 11 in the folder.
   (Exhibit 11 for identification, Full Mint Global FINRA document.)
A. Okay.
Q. So this I note on the front page is the full version of the document that why also looked at in Exhibit 5. If you scroll down to page 13 of this document.
A. Okay.
Q. It talks about this New Zealand company, SpeedTrader International admitted under common control of the firm and there is a New Zealand address. Do you see that?
A. Yes.

12 (Pages 42 - 45)

Page 58

```
 1      JOSEPH LEO ELY
 2          MS. TAUBER:  So during the break I
 3      confirmed that we have not sent you a
 4      written response to the restraining notice
 5      and information request directed to
 6      SpeedTrader Inc. and Mint Global Holdings
 7      Inc. as garnishees.  We will send you a
 8      written response promptly.  That was an
 9      oversight and I'm sorry about that.
10   BY MS. TAUBER:
11      Q.   Okay, just to resume the
12   questioning.  To be clear that the subpoena
13   that we are talking about is Exhibit 10 that we
14   have been talking about that we have not
15   received a response to.  And that has also,
16   again just to clarify, Mr. Ely, you did review
17   this subpoena on behalf of SpeedTrader; is that
18   correct?
19      A.   Yes.
20      Q.   Are you the person who signed the
21   response?
22          MS. GLOOR:  There was no response,
23      that is what I just said on the record.
24          MS. TAUBER:  I thought you didn't
25      send it, but you had one.
```

Page 59

```
 1      JOSEPH LEO ELY
 2          MS. GLOOR:  We will send you one.
 3          MS. TAUBER:  Got it.
 4          MS. GLOOR:  There has not yet been
 5      a response to that subpoena.
 6          MS. TAUBER:  So a response does not
 7      exist?
 8          MS. GLOOR:  Correct.  But
 9      substantively there is no account or assets
10      or information pertaining to the Judgement
11      Debtor that would be responsive.
12          MS. TAUBER:  Well, the witness is
13      going to say that.
14          MS. GLOOR:  You're certainly
15      welcome to confirm that.
16      Q.   Just to be clear, your attorney
17   was referring to question 1 which we reviewed
18   prior to the break and just to clarify that
19   that request asked for accounts held by or for
20   the benefit of, which would include entities
21   that we discussed that are ultimately owned by
22   the Judgement Debtor, Mr. Gentile.
23      A.   That's correct, the Judgement
24   Debtor does not have or the firm does not have
25   an account for the Judgement Debtor or any
```

Page 60

```
 1      JOSEPH LEO ELY
 2   other entity that he owns.
 3      Q.   Are you aware that Mr. Gentile has
 4   admitted that he is the owner of SpeedTrader
 5   indirectly due to the trust that we talked
 6   about?
 7          MS. GLOOR:  Miriam, I have to
 8      object.  I think that a mischaracterization.
 9          MS. TAUBER:  Let me just open an
10      exhibit then instead of having a
11      mischaracterization.
12      Q.   If you will open exhibit -- actually
13   it is not in the exhibit folder, but I'm going
14   to send it over to you right now.  And I'm
15   going to mark it with Exhibit 13.
16          (Exhibit 13 for identification, SEC
17      versus MintBroker Complaint.)
18          (Exhibit 14 for identification,
19      Answer to the complaint publicly filed
20      documents in the SEC case.)
21      Q.   I just sent it, you should get it
22   in a moment.
23          MS. TAUBER:  So I just sent you two
24      different e-mails.  You will see one and
25      then the other hopefully.
```

Page 61

```
 1      JOSEPH LEO ELY
 2      Q.   Do you have them?
 3      A.   Yes.
 4      Q.   If you open the second one that I
 5   sent you?
 6          MS. GLOOR:  I don't have it yet.
 7      Oh, it just came in.  This is a --
 8          MS. TAUBER:  The second one first
 9      is a SEC versus MintBroker Complaint and
10      then the first document that I sent you is
11      the answer to the complaint publicly filed
12      documents in the SEC case, you see there is
13      document number on top.
14      Q.   So if you look at the second one
15   first, the one that is the complaint, you will
16   scroll down to paragraph 17.  The allegation is
17   that "Gentile started and owned an online
18   trading firm called Mint Global Markets which
19   is registered with the commission.  Gentile is
20   its founder and through a trust its controlling
21   owner."
22          If you look at the other document
23   that I sent you and go to paragraph 17 you'll
24   note that it says that Gentile admits the
25   allegations in paragraph 17.
```

16 (Pages 58 - 61)

Page 62

JOSEPH LEO ELY

So this the example of what I'm referring to when I say that Gentile has admitted that he owns SpeedTrader through a trust.

MS. GLOOR: In February of '22 he filed a document that says at various times from 2000 until 2012 or in January, '99 he did certain things.

MS. TAUBER: Yes and then in our case in the deposition that we took of him.

MS. GLOOR: When?

MS. TAUBER: Hold on a moment, I will pull it up. In 2020.

MS. GLOOR: So four years ago.

MS. TAUBER: And also at our hearing which was in 2022, I believe.

MS. GLOOR: Well, the little excerpt that you provided to me I think suggested otherwise in 2022. But I don't remember completely.

MS. TAUBER: All right.

Q. In any event. --

MS. GLOOR: I mean do what you want to do, but maybe instead of asking him to

Page 63

JOSEPH LEO ELY

read legal documents you can just ask him your question.

MS. TAUBER: Yes, I was asking a question but there was an objection that I was trying to address.

Q. Are you aware, if you're not aware you can say you're not aware, that Gentile, Mr. Gentile has admitted that he owns SpeedTrader through a trust?

MS. GLOOR: I have to object. Again, you're using present tense and that is not appropriate.

MS. TAUBER: That's okay, you can object in a different context and you can answer the question.

MS. GLOOR: I think your question is misleading and has a false premise. I think I'm required by the rules to explain my objection to the form so that you can correct your question. So I just did that.

Q. Again, so to your knowledge has Mr. Gentile admitted that he is the owner of SpeedTrader through a trust?

A. I don't know how to answer that.

Page 64

JOSEPH LEO ELY

No, I'm not aware of it. And to my knowledge he is not an owner or a controlling owner.

Q. If you look at the subpoena again -- two more questions. One is on the FINRA document that we looked at which was Exhibit 11 and Exhibit 5, you don't have to open it again just to save time. It indicates that Mint Global Holdings owned -- has owned SpeedTrader since 2024. Is that correct to your knowledge?

A. No. Can you clarify that? That doesn't sound right.

MS. GLOOR: You're misrepresenting. Exhibit 11 says that Mint Global Holdings has owned SpeedTrader since November of 2007.

THE WITNESS: That sounds correct.

Q. Sorry, you're correct. I meant --

MS. TAUBER: Withdrawn. I'm going to correct my question.

Q. On page 5 of Exhibit 11 it says the SUSA Trust has owned Mint Global Holdings since 2024, since May of 2024. Do you see that?

Page 65

JOSEPH LEO ELY

A. I don't have it open, but that sounds correct.

Q. To your knowledge who owned Mint Global Holdings prior to May of 2024?

A. The Stock USA Trust.

Q. Since when did the Stock USA Trust own Mint Global Holdings?

A. I don't know the dates or the timeframe.

Q. If you open the subpoena that we were discussing one last time, Exhibit 10. Question 3 on page 4 asks for "assets, information about assets held by the Judgement Debtor in trust or in a fiduciary capacity." Do you see that?

A. Yes.

Q. So again, to the extent that Mr. Gentile owns an interest in the SUSA Trust or in the prior Stock USA Trust that you mentioned, that information would be responsive to this question, do you agree?

MS. GLOOR: Miriam, I'm not going to let him answer that, that is a legal conclusion.

17 (Pages 62 - 65)