UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AVALON HOLDINGS CORP., | * | |
| Plaintiff, | * | |
| v. | * | No. 18-cv-7291 (DLC) (RJL) (ECF Case) |
| GUY GENTILE and MINTBROKER INTERNATIONAL, LTD., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

RESPONSE OF SPEEDTRADER, INC., AND
MINT GLOBAL HOLDINGS, INC., GARNISHEES

I, JOSEPH L. ELY, III, BEING FIRST DULY SWORN, HEREBY DEPOSE AND SAY:

I am over eighteen years of age and am competent to testify to the matters set forth below. The responses of SpeedTrader, Inc., and Mint Global Holdings, Inc. (collectively, "Garnishees") to the Questions on the Questionnaire attached to the Restraining Notice With Information Subpoena issued on June 6, 2024, are as follows:

1. None.
2. Garnishees have no responsive knowledge or information.
3. Garnishees have no responsive knowledge or information.
4. Garnishees have no responsive knowledge or information.
5. None.
6. Not applicable.
7. None.
8. Garnishees have no responsive knowledge or information.
9. Garnishees have no responsive knowledge or information.
10. None.

FURTHER DEPONENT SAITH NAUGHT.

_____
Joseph L. Ely, III

Sworn to before me this 23 day of July, 2024.

_____
Notary Public

Abigale Vasquez-Acevedo
Notary Public, State of New York
Registration Number #02VA6398435
Qualified in Westchester County
Commission Expires September 30, 2027