UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AVALON HOLDINGS CORP., | * | |
| Plaintiff, | * | |
| v. | * | No. 18-cv-7291 (DLC) (RJL) (ECF Case) |
| GUY GENTILE and MINTBROKER INTERNATIONAL, LTD., | * | |
| Defendants. | * | |

Related to:

| | | |
|---|---|---|
| NEW CONCEPT ENERGY., | * | |
| Plaintiff, | * | |
| v. | * | No. 18-cv-8896 (DLC) (RJL) (ECF Case) |
| GUY GENTILE and MINTBROKER INTERNATIONAL, LTD., | * | |
| Defendants. | * | |

## DECLARATION OF NICHOLAS ABADIOTAKIS, GARNISHEE

I, Nicholas Abadiotakis, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct to the best of my knowledge:

1. **Ownership and Debts Related to InstantXTrader Inc.** The judgment debtor is not, and has never been, an owner, whether directly or indirectly, of InstantXTrader Inc. Furthermore, InstantXTrader Inc. does not owe any money or property to the judgment debtor.
2. **Involvement with The SUSA Trust** The judgment debtor is not, and has never been, a grantor, trustee, co-trustee, beneficiary, or trust protector of The SUSA Trust.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7th, 2024

Nicholas Abadiotakis

*/s/ Nicholas Abadiotakis*