**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-7291 (DLC) (RJL) <br><br><br> ECF Case |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC. <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-8896 (DLC) (RJL) <br><br><br> ECF Case |

**AFFIRMATION OF GUY GENTILE IN SUPPORT OF MOTION TO QUASH
SUBPOENAS AND FOR PROTECTIVE ORDER**

I, **Guy Gentile**, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I submit this affirmation in support of my **Motion to Quash Plaintiffs' Subpoenas** and for a **Protective Order** pursuant to Federal Rules of Civil Procedure 26(c), 30(b)(1), 45(d)(3), and 69(a)(2).

2. I am the judgment debtor in the above-captioned matters. I make this affirmation based on my personal knowledge and review of the filings in this action.

3. Plaintiffs and their counsel have also failed to comply with their discovery obligations under **Rule 26(e)** and **Rule 69(a)(2)**. They have not provided me with copies of the subpoenas, discovery requests, or any documents or records they have obtained from

1

third parties in post-judgment discovery, despite my entitlement to such materials as a party.

4.  I therefore respectfully request that the Court:

a. **Quash** all outstanding subpoenas issued by Plaintiffs Avalon Holdings Corp. and New Concept Energy, Inc.;

b. **Order Plaintiffs to produce** copies of all subpoenas and records obtained through post-judgment discovery to date;

c. **Issue a protective order** prohibiting further service or enforcement efforts until compliance with Rule 45, Rule 69, and the Hague Service Convention; and

d. Grant such other and further relief as the Court deems just and proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: October 24, 2025

**Guy Gentile**
 Defendant (appearing pro se)