UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
AVALON HOLDINGS CORP.,              :     18-cv-7291 (DLC) (RWL)
                                    :
                Plaintiff,          :     18-cv-8896 (DLC) (RWL)
                                    :
       - against -                  :
                                    :
GUY GENTILE, et al.,                :
                                    :
                Defendants.         :
-----------------------------------X      **LIMITED NOTICE**
NEW CONCEPT ENERGY, INC.,           :     **OF APPEARANCE**
                                    :
                Plaintiff,          :
                                    :
       - against -                  :
                                    :
GUY GENTILE, et al.,                :
                                    :
                Defendants.         :
-----------------------------------X

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel of record for Nicholas Abadiotakis for the limited purpose of contesting Plaintiffs' letter motion to compel (ECF No. 441), including contesting the Court's personal jurisdiction over Mr. Abadiotakis. By appearing through counsel, Mr. Abadiotakis does not admit or concede this Court's personal jurisdiction over him and does not waive any personal jurisdiction defenses. The undersigned certifies that he is admitted to practice in this Court, and requests that all notices, pleadings, and other documents given or filed in the above-captioned action be given and served upon the undersigned attorney.

1

Dated: Poughkeepsie, New York

October 24, 2025

                                                          Respectfully submitted,

                                                          SULTZER & LIPARI, PLLC

                                                                   /s/ Joseph Lipari  
                                          By:_____  
                                               Joseph Lipari  
                                               85 Civic Center Plaza, Suite 200  
                                               Poughkeepsie, NY 12601  
                                               Telephone: (845) 483-7100  
                                               Facsimile: (888) 749-7747  
                                               liparij@thesultzerlawgroup.com

                                             *Attorneys for Nicholas Abadiotakis*