UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

AVALON HOLDINGS CORP.,  :  18-cv-7291 (DLC) (RWL)

                   Plaintiff,  :  18-cv-8896 (DLC) (RWL)

       - against -  :

GUY GENTILE, et al.,  :

                 Defendants.  :

------------------------------------X

NEW CONCEPT ENERGY, INC.,  :

                 Plaintiff,  :

       - against -  :

GUY GENTILE, et al.,  :

                 Defendants.  :

------------------------------------X

## DECLARATION OF NICHOLAS ABADIOTAKIS

Pursuant to 28 U.S.C. § 1746, I, Nicholas Abadiotakis, duly sworn, hereby declare the

following:

1. I make this declaration in opposition to Plaintiffs' motion to compel me to produce

   documents and give deposition testimony related to the assets of Guy Gentile, pursuant to a

   subpoena directed at me individually and as "Trustee of the Susa Trust (owner of Mint

   Global Holdings, Inc.)." I have personal knowledge of the information set forth herein.

2. By making this declaration, I do not consent to personal jurisdiction and I am not waiving

   any personal jurisdiction defenses.

3. I am a resident of West Palm Beach, Florida.

4. Both The Susa Trust and Mint Global Holdings, Inc. have their principal places of business

   in Palm Beach, Florida.

1

5. In their motion, Plaintiffs assert that this Court has personal jurisdiction over me based on my alleged managerial control of SpeedTrader, Inc., a New York corporation.

6. I do not participate in day-to-day management of SpeedTrader, make any operational decisions, or supervise personnel, nor do I direct the broker dealers security business or have any operational or supervisory function.

7. I have never been to the SpeedTrader offices or headquarters in New York.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed:  10/24/2025

NICHOLAS ABADIOTAKIS

2