

**Miriam Tauber &lt;miriamtauberlaw@gmail.com&gt;**

## Subpoena re Guy Gentile
1 message

**Miriam Tauber** &lt;miriamtauberlaw@gmail.com&gt;     Wed, Oct 15, 2025 at 7:19 PM
To: "vg@vincentgelardi.com" &lt;vg@vincentgelardi.com&gt;
Cc: "David Lopez Esq." &lt;DavidLopezEsq@aol.com&gt;

Mr. Gelardi,
Thanks for your call earlier today re: the subpoena issued to Caputo & Associates.
Confirming that Caputo will respond to the subpoena by Monday, 10/27, as discussed.
I am also copying my co-counsel David Lopez. Please send the responses and documents to us via email (eg via dropbox or other link or file transfer).
Thank you for your cooperation.
Regards.
Miriam

**MIRIAM TAUBER LAW PLLC**
885 Park Ave 2A | New York NY 10075
323.790.4881 | MiriamTauberLaw@gmail.com

<div align="center">

The Law Offices of
# Vincent Gelardi
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: 914-251-0603
Fax: 914-253-0909
vg@vincentgelardi.com

</div>

October 24, 2025

Mirium Tauber Law
885 Park Avenue,# 2A
New York, New York 10075

    Re:    Avalon Holdings Corp. v Gentile 18-cv-7921;
              New Concept Energy, Inc. v Gentile 18-cv-8896

Dear Ms. Tauber:

    My client, Caputo & Associates, has been advised by Mr. Gentile, that he will be filing an application for a protective order and move to quash the subpoena.

    Please advise.

                                              Very truly yours,

                                              LAW OFFICE OF VINCENT GELARDI

                                              Vincent Gelardi

VG:dc

<div align="center">

The Law Offices of
# Vincent Gelardi
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: 914-251-0603
Fax: 914-253-0909
vg@vincentgelardi.com

</div>

October 24, 2025

Mirium Tauber Law
885 Park Avenue,# 2A
New York, New York 10075

      Re:    Avalon Holdings Corp. v Gentile 18-cv-7921;
               New Concept Energy, Inc. v Gentile 18-cv-8896

Dear Ms. Tauber:

    In light of the fact that Mr. Gentile just filed a Motion to Quash Subpoenas and for Protective Order, we will await your response and the Court's decision with respect to this application.

                                          Very truly yours,

                                          LAW OFFICE OF VINCENT GELARDI

                                          Vincent Gelardi

VG:dc

The Law Offices of
# Vincent Gelardi
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: 914-251-0603
Fax: 914-253-0909
vg@vincentgelardi.com

October 27, 2025

VIA EMAIL
Mirium Tauber Law
885 Park Avenue, 2A
New York, New York 10075

    Re:    Avalon Holdings Corp. v Gentile 18-cv-7921;
            New Concept Energy, Inc. v Gentile 18-cv-8896

Dear Ms. Tauber:

    In light of Mr. Gentile's recent filing with the Court, my client has elected to wait for a decision relative to the petition to quash the subpoena.

    I am presently not aware of any other additional objections to your requests.

    Best regards,

    LAW OFFICE OF VINCENT GELARDI

    Vincent Gelardi

VG:dc