**GUY GENTILE**
**Pro Se Defendant**

October 28, 2025

Hon. Magistrate Robert W. Lehrburger, USMJ (SDNY)
To the Hon. Denis Cote, SDNY District Court Judge

Re:    Avalon Holdings Corp. v. Gentile, et. al., 18-cv-7921;
       New Concept Energy, Inc. v. Gentile, et. al., 18-cv-8896

**REPLY IN RESPONSE TO PLAINTIFFS' REQUEST FOR TAX RETURNS**

Defendant Guy Gentile, appearing pro se, respectfully submits this reply to Plaintiffs' renewed demand for tax records allegedly held by Caputo & Associates CPA's P.C.

1. **Defendant Has Already Produced All Responsive Tax Records.**
   Plaintiffs' request seeks copies of tax returns prepared by Caputo & Associates CPA's P.C. Defendant previously produced those returns in prior discovery. Plaintiffs and their counsel, David Lopez and Miriam Tauber, are already in possession of those documents.

2. **No Additional Records Exist.**
   Defendant has not used the services of Caputo & Associates CPA's P.C. since 2020. Accordingly, there are no additional or subsequent filings, correspondence, or accounting records within Defendant's possession, custody, or control to produce.

3. **Duplicative and Harassing Demand.**
   Because the requested documents were already produced years ago and Plaintiffs have not identified any new basis for requesting them again, this renewed demand is duplicative, unduly burdensome, and appears intended solely to harass.

4. **Conclusion.**
   Defendant has fully complied with his obligations and cannot produce documents that do not exist. Plaintiffs' request for further production of tax returns should therefore be denied as moot.

**WHEREFORE**, Defendant respectfully requests that the Court deny Plaintiffs' renewed request concerning Caputo & Associates CPA's P.C., and confirm that Defendant has satisfied his discovery obligations with respect to tax return records from Caputo & Associates CPA's P.C..

Respectfully submitted,

 /s/ Guy Gentile                                                    Dated: October 28, 2025

Guy Gentile, Pro Se
P.O. Box 504377
Dubai, UAE
+971 58 590 2347

cc:      All registered parties/counsel (via ECF)

         Joseph Lipari, Sultzer & Lipari, PLLC,
         Attorney for Nicholas Abadiotakis (via ECF)

         Vincent Gelardi, Law Offices of Vincent Gelardi,
         Attorney for Caputo & Associates (via email: vg@vincentgelardi.com)