```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AVALON HOLDINGS CORP.,                  :
                                        :
                    Plaintiff,          :
         -v-                            :
                                        :
GUY GENTILE and MINTBROKER              :
INTERNATIONAL, LTD.,                    :   18cv7291 (DLC)
                                        :   18cv8896 (DLC)
                    Defendants.         :
                                        :       ORDER
----------------------------------------:
                                        :
NEW CONCEPT ENERGY, INC.,               :
                                        :
                    Plaintiff,          :
         -v-                            :
                                        :
GUY GENTILE and MINTBROKER              :
INTERNATIONAL, LTD.,                    :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 29, 2025, defendant Guy Gentile filed a motion "to clarify and correct" the Court's March 20, 2024 final judgment pursuant to Rules 54(b), 58, and 60(a), Fed. R. Civ. P. It is hereby

ORDERED that the plaintiffs shall file any opposition to the motion by **October 4, 2025**. A reply, if any, shall be filed by **October 7, 2025**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States

Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         October 29, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge