# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

October 30, 2025

Hon. Denise L. Cote
United States District Court Judge, S.D.N.Y.

**Re: Avalon Holdings Corp. v. Guy Gentile, 18 cv. 7291 (DLC)**
    **New Concept Energy, Inc. v. Guy Gentile, 18 cv. 8896 (DLC)**

    **Request For Clarification Or Restatement**

Your Honor:

As one of plaintiffs' counsel I respectfullyrequest clarification or restatement of Your Honor's Orders of this date setting a briefing schedule that requires deadlines of October 4, and October 7, 2025, both dates weeks in the past.  I assume these to be transcription errors.

May we have an indication of what dates were actually intended?

                            Very truly yours,

                            David Lopez

DL/el
Cc:  All Attorneys and Pro Se of Record
      Via ECF