```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AVALON HOLDINGS CORP.,                  :
                                        :
                    Plaintiff,          :
        -v-                             :
                                        :
GUY GENTILE and MINTBROKER              :
INTERNATIONAL, LTD.,                    :       18cv7291 (DLC)
                                        :       18cv8896 (DLC)
                    Defendants.         :
                                        :       ORDER
                                        :
----------------------------------------
                                        :
NEW CONCEPT ENERGY, INC.,               :
                                        :
                    Plaintiff,          :
        -v-                             :
                                        :
GUY GENTILE and MINTBROKER              :
INTERNATIONAL, LTD.,                    :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 29, 2025, defendant Guy Gentile filed a motion "to clarify and correct" the Court's March 20, 2024 final judgment pursuant to Rules 54(b), 58, and 60(a), Fed. R. Civ. P. An October 30, 2025 Order set a briefing schedule for that motion. Having received plaintiffs' subsequent letter dated October 30, 2025, it is hereby

ORDERED that the plaintiffs shall file any opposition to the motion by **November 4, 2025**. A reply, if any, shall be filed by **November 7, 2025**. At the time any reply is filed, the moving

party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
            October 31, 2025

                                            DENISE COTE
                              United States District Judge