**EXHIBIT B**

1. **Required Production:**

   a. **Tax Returns (Redacted):** Federal Form 1040 (and state equivalents) for 2018–2025, with Schedules/attachments, redacted per Rule 5.2 (e.g., full SSN, passport numbers).

   b. **Bank Accounts:** Documents identifying accounts (name, institution, type, last four digits, holders), including joint or entity-held.

   c. **Investment/Brokerage Accounts:** Documents identifying securities/digital asset accounts (institution, type, holders), e.g., 1099s.

   d. **Real Estate Holdings:** Documents showing ownership (address, percentage), e.g., tax bills, depreciation schedules.

   e. **Business Ownership Interests:** Documents identifying entities (name, jurisdiction, ownership extent), e.g., K-1s.

   f. **Trusts:** Documents identifying trusts where Mr. Gentile is settlor/beneficiary/trustee (name, date, role), e.g., K-1s.

   g. **Personal Property Assets:** Documents showing high-value items (e.g., vehicles, art) if recorded, or statement if none.

   h. **Business Financials:** Balance sheets for wholly/majority-controlled entities, if available, or statement if none.

   i. **Retirement Accounts:** Documents identifying IRAs/401(k)s (institution, type), e.g., 1099-Rs.

   j. **Annuities/Structured Payments:** Documents showing periodic payments, or statement if none.

   k. **Debts Owed to Mr. Gentile:** Documents identifying receivables (debtor, amount),

1

e.g., notes.

l. **Judgments/Settlements in Favor:** Documents identifying unpaid awards (last 5 years), or statement if none.

m. **Income Sources:** Documents showing recent/current income (W-2s, 1099s, K-1s).

n. **Financial Statements:** Most recent net worth/financial summary (last 5 years), if prepared.

o. **Recent Asset Transfers:** Documents showing transfers >$50,000 (last 3 years), e.g., gift returns, or statement if none.

p. **Jointly Held Assets:** Documents identifying joint items (nature, co-owner).


2. **Excluded all of the following Documents:**

   - Personal IDs (passports, licenses, birth certificates, SS cards)—irrelevant and disproportionate.

   - Communications (except non-privileged portions containing Paragraph 2 info, redacted).

3. **Protective Provisions:** Use limited to enforcement; treat sensitive data confidentially per Rule 5.2.

4. **Deadline:** Production within 14 days of this Order (or mutually agreed, max 30 days); electronic format.

5. **No Waiver:** Does not preclude further tailored discovery. Disputed portions (e.g., IDs, unlimited "all documents") are quashed as irrelevant/burdensome.