

VEALTH OF THE BAHAMAS                    2020

PREME COURT                    COM/Com/No.00014

l Division

IN THE MATTER of the Companies Act 1992 Chapter 308

AND

IN THE MATTER of an Application under the Securities Industry Act, 2011

AND

IN THE MATTER OF MINTBROKER INTERNATIONAL, LTD (FORMERLY SWISS AMERICA SECURITIES, LTD.) T/A SURE TRADER Swiss America Securities, a Registered Securities Firm



ORDER

Before His Lordship, the Honourable Chief Justice Sir Ian Winder

Dated this 15th day of October 2025

    **UPON APPLICATION** by way of Summons filed herein on 1 September 2025 **("the Dissolution Application")** on behalf of Mr. Igal Wizman, the Official Liquidator **("the OL")** for an order *inter alia* that Mintbroker International, Ltd. (Formerly Swiss America Securities, Ltd.) T/A Sure Trader Swiss America Securities, a Registered Securities Firm (In Official Liquidation) **("the Company")** be dissolved.

    **AND UPON READING** the Eighth and Ninth Affidavits of Igal Wizman filed herein on 2 September and 8 October 2025 respectively.

    **AND UPON HEARING** Mr. Valdere J. Murphy of Counsel for the OL.

**IT IS HEREBY ORDERED AND DIRECTED THAT:**

1. The remuneration, expenses and costs of the OL as hereafter set out be and is hereby approved for payment as follows:

    1.1. EY Bahamas Ltd., of Caves Corporate Centre, West Bay Street & Blake Road, Nassau, New Providence, The Bahamas for the period of 6 August 2022 to 31 July 2025 in the amount of US$97,464.75.

    1.2. Messrs. Lennox Paton of Bayside Executive Park, No.3, West Bay Street, New Providence, Nassau, The Bahamas, for the period 1 August 2022 to 31 July 2025 in the amount of US$51,351.68.

    1.3. Holland & Knight of 31 West 52nd Street, New York, NY, 10019 for the period of 1 July 2022 to 31 July 2025 in the amount of US$35,502.59.

2. The liquidation file shall be preserved, secured and stored by the OL for a period of at least five (5) years and shall be destroyed on or after 15 October 2030.

3. The Company's books and records shall be preserved, secured and stored by the OL for a period of at least five (5) years and shall be destroyed on or after 15 October 2030.

4. The Company be dissolved forthwith.

5. The costs of and occasioned by this application be paid out of the assets of the Company.

**BY ORDER OF THE COURT**

**REGISTRAR**
*This Order was drawn up by Messrs. Lennox Paton, 3 Bayside Executive Park, West Bay Street and Blake Road, Counsel and Attorneys acting on behalf of the Official Liquidator*

COMMONWEALTH OF THE BAHAMAS

IN THE SUPREME COURT

Commercial Division

BETWEEN

IN THE MATTER of the Companies Act 1992 Chapter 308

AND

IN THE MATTER of an Application under the Securities Industry Act, 2011

AND

IN THE MATTER OF MINTBROKER INTERNATIONAL, LTD (FORMERLY SWISS AMERICA SECURITIES, LTD.) T/A SURE TRADER Swiss America Securities, a Registered Securities Firm

---
**ORDER**
---

2020
COM/Com/No. 00014

*[signature]*
**LENNOX PATON**
Chambers
No. 3 Bayside Executive Park
Blake Road and West Bay Street
Nassau, N.P, The Bahamas
*Attorneys for the Official Liquidator*