UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVALON HOLDINGS CORP., | |
| Plaintiff, | No. 18-cv-7291 (VSB) |
| v. | (ECF Case) |
| GUY GENTILE and<br>MINTBROKER INTERNATIONAL, LTD., | |
| Defendants. | |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC. | |
| Plaintiff, | No. 18-cv-8896 (VSB) |
| v. | (ECF Case) |
| GUY GENTILE and<br>MINTBROKER INTERNATIONAL, LTD., | |
| Defendants. | |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL
OF DEFENDANT MINTBROKER INTERNATIONAL, LTD.,
With Prejudice, Per F.R.C.P. 41(a)**

Plaintiffs voluntarily dismiss Defendant Mintbroker International, Ltd., with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. This case was previously stayed against Mintbroker in view of liquidation proceedings in the Bahamas. Plaintiffs did not file any claims in connection with those proceedings, and the liquidation has concluded. Mintbroker was dissolved by Order of the Supreme Court of the Bahamas on October 15, 2025.

1

Dated: November __4__, 2025

_____  
Warren E. Gluck  
HOLLAND & KNIGHT  
131 West 52nd Street, New York NY 10019  
212.513.3200  
Warren.gluck@hklaw.com  

*Attorney for the former Joint Official Liquidators of Mintbroker International, Ltd. (now dissolved)*

_____  
Miriam Tauber  
MIRIAM TAUBER LAW PLLC  
885 Park Ave. 2A  
New York NY 10075  
(323) 790-4881  
MiriamTauberLaw@gmail.com  

David Lopez  
LAW OFFICES OF DAVID LOPEZ  
PO Box 323, 171 Edge of Woods Rd.  
Southampton, NY 11969  
(631) 287-5520  
DavidLopezEsq@aol.com  

*Attorneys for Plaintiffs*  
*Avalon Holdings Corp.*  
*and New Concept Energy, Inc.*

**SO ORDERED:**

DATED: _____  _____  
Hon. Denise L. Cote, U.S.D.J. (S.D.N.Y.)