# GUY GENTILE
*Pro Se*

**Via ECF**

November 5, 2025

**Honorable Denise Cote**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Granted.*
*/s/ Denise Cote*
*11/6/25*

**Avalon Holdings Corp. v. Gentile, Case No. 18-cv-7291 (DLC) (RJL)**
**New Concept Energy, Inc. v. Gentile, 18-cv-8896 (DLC) (RJL)**

Re:   MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Dear Judge Cote:

Defendant Guy Gentile, appearing *pro se*, respectfully moves for a brief extension of time to file his response to Plaintiffs' most recent submission.

1. I am appearing without counsel and am currently residing outside the United States.

2. Due to the significant time zone difference between my location and New York, I effectively lose a full business day each time Plaintiffs file papers late in the evening after the filing cutoff, often without first requesting an extension or leave of Court.

3. This repeated practice materially shortens the time available to me to review and prepare responses.

4. Accordingly, I respectfully request a short extension until next Tuesday, November 11, 2025, to ensure sufficient time to review the filing and prepare an appropriate response.

5. This brief extension will not prejudice Plaintiffs and is sought in good faith, solely to allow fair and timely participation by a *pro se* litigant facing logistical and time zone constraints.

WHEREFORE, Defendant respectfully requests that the Court grant an extension of time to respond until Tuesday, November 11, 2025.

1

Respectfully submitted,

/s/ Guy Gentile

Guy Gentile (Pro Se Defendant)
P.O. Box 504377
Dubai, UAE
+971 58 590 2347
fightfightfight@proton.me

cc: ECF to all counsel of record.