**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-7291 (DLC) (RJL) <br><br> ECF Case |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC. <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-8896 (DLC) (RJL) <br><br> ECF Case |

**DECLARATION OF GUY GENTILE IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

I, Guy Gentile, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Defendant in the above-captioned matter. I submit this Declaration in support of my Motion for Protective Order and to provide the Court with additional information regarding my current bankruptcy proceedings in the United Arab Emirates ("UAE").

2. I am a lawful resident of Dubai, United Arab Emirates. I retained Advocate Zelaikha Hasan Al Hosani, a licensed UAE attorney and principal of Al Adl Legal Consultants, based in Dubai, to prepare and file my bankruptcy petition in accordance with UAE bankruptcy law. I also retained Husain Al Hashmi Auditing of Accounts, a Dubai-based audit and insolvency firm, to prepare the required financial assessment report for submission to the Court.

1

3.  I authorized Advocate Al Hosani to represent me in all bankruptcy-related proceedings before the Dubai Court.

4.  Husain Al Hashmi Auditing of Accounts submitted an official Bankruptcy Assessment Report dated November 3, 2025, confirming my insolvency status and recommending the initiation of full bankruptcy proceedings, appointment of a trustee, and freezing of non-essential asset transfers (*attached hereto as Exhibit C*).

5.  Advocate Zelaikha Hasan Al Hosani, has issued a Legal Opinion addressed to the Honorable Denise L. Cote of the U.S. District Court for the Southern District of New York. That opinion confirms that, under UAE law, all creditor enforcement and discovery actions against me are automatically stayed once bankruptcy proceedings have been initiated. It further explains that any participation in foreign discovery or enforcement without authorization from the Dubai Court could expose me to criminal penalties under UAE law.

6.  My attorney has also informed me that they have filed for bankruptcy in the Dubai court for me today, November 7, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 7 day of November 2025.

Guy Gentile
 Defendant, Pro Se