# Exhibit B



**[2] Your Deposition As A Judgment Debtor**

↩ davidlopezesq@aol.com     ☆ 🖨 Sunday

**From** 🔒 fightfightfigth <fightfightfigth@proton.me>     ☆ ↗ Yesterday

**To** davidlopezesq@aol.com, Miriam Tauber

David:

Let's be clear — the failure to schedule my deposition is entirely on you and Miriam. You never provided a confirmed date, time, or location, nor gave reasonable notice as required. It was *Miriam*, not me, who asked for more time until November 10, 2025.

Since you have not picked a date, I'm available on the 9th of November, but you need to give me a time and location.

Guy

On Sunday, November 2nd, 2025 at 10:34 AM, davidlopezesq@aol.com <davidlopezesq@aol.com> wrote:

> Mr. Gentile:
>
> You are under court order to appear in New York for your oral deposition examining you as a judgment debtor no later than November 10, 2025.
>
> I have asked you several times to inform me when you propose to be in New York so that I might arrange for a reporter and locale for the examination. You have not responded.
>
> This is a final request. Kindly inform me of the date of your intended appearance.
>
> Do not ask for additional time. It will not be granted. You have already received one extension and we are no closer to compliance.
>
> **IF YOU DO NOT APPEAR FOR YOUR EXAMINATION BY THE CLOSE OF BUSINESS ON NOVEMBER 10, 2025, PLAINTIFFS WILL MOVE FOR REINSTATEMENT OF A WARRANT FOR YOUR ARREST ON NOVEMBER 11, 2025.**
>
> David Lopez