# Exhbit C



حسـين الـهاشـمي لـمراجـعة الـحسـابات
**Husain Al Hashmi Auditing of Accounts**



Member of Affilica International,
affiliates worldwide

**Ref no: Zenith/2025-RC/27619**
**Date: 3rd November 2025**

**To:**
**The Honorable Judge**
**Dubai Court of First Instance**
**Dubai, United Arab Emirates**

**Subject: Submission of Bankruptcy Assessment Report – Mr. Guy Gentile**

**Dear Honorable Judge,**

We, Husain Al Hashmi Auditing of Accounts, hereby submit the enclosed Bankruptcy Assessment Report prepared on behalf of Mr. Guy Gentile, an Italian national, for your review and consideration in accordance with UAE Federal Decree-Law No. 9 of 2016 on Bankruptcy.

This report presents a comprehensive financial and legal evaluation of Mr. Gentile's solvency status as of 15 October 2025, based on audited financial statements covering the period from 1 January to 15 October 2025. It includes detailed analysis of his assets, liabilities, cash flow, profitability, and legal exposures, including contingent receivables and enforceable judgments.

Our findings indicate that Mr. Gentile is currently unable to meet his financial obligations as they fall due and is exposed to substantial legal and operational risks. Accordingly, we advise that he qualifies for bankruptcy proceedings under UAE law.

We respectfully recommend that the Dubai Court initiate formal bankruptcy proceedings, appoint a trustee to oversee his financial affairs, freeze non-essential asset transfers, and notify creditors to commence the claims process. These actions will ensure equitable treatment of all parties and compliance with the applicable insolvency framework.

**Husain Al Hashmi**
**Auditing of Accounts**
**Dubai, U.A.E.**



Tel : 04 - 3885518, Fax : 04-3885519, P.O. Box : 242194, Nasir Ahamed Lootah Bldg. Flat # 308, Umm Hurair First
Bur Dubai - U.A.E. E-mail : zenithcca@gmail.com, nitendra@zenithcca.com, Website: www.zenithcca.com

