# EXHBIT D

