```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
AVALON HOLDINGS CORP.,                 :
                                       :
                        Plaintiff,     :
                                       :
        -v-                            :
                                       :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                   :    18cv7291 (DLC)
                                       :    18cv8896 (DLC)
                        Defendants.    :
                                       :          ORDER
                                       :
-------------------------------------- :
                                       :
NEW CONCEPT ENERGY, INC.,              :
                                       :
                        Plaintiff,     :
                                       :
        -v-                            :
                                       :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                   :
                                       :
                        Defendants.    :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On November 7, 2025, defendant Guy Gentile filed a motion for comity pursuant to Rule 26(c), Fed. R. Civ. P. It was docketed on November 10, 2025. It is hereby

ORDERED that the plaintiffs shall file any opposition to the motion by **November 26, 2025**. A reply, if any, shall be filed by **December 12, 2025**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United

States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         November 12, 2025

                                   _____
                                          DENISE COTE
                                   United States District Judge