# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

November 13, 2025

Hon. Denise L. Cote
Judge, U.S. District Court, S.D.N.Y.

Re:  Avalon Holdings Corp. v. Guy Gentile et ano., 18-cv-7921 (DLC)(RWL)
     New Concept Energy, Inc. v. Guy Gentile et ano. 17-cv-8896 (DLC)(RWL)
     Request For Modification Of Orders Of November 12, 2025

Your Honor:

I am one of the plaintiffs' counsel in the above-captioned cases and I write to request modifications to Your Honor's Orders of November 12, 2025.

1. All that is before the court in Guy Gentile's motions for the extension of comity to his purported seeking of bankruptcy protection in the United Arab Emirates is his hearsay declarations that such a petition has been filed, or so he says he has been told by his attorney. No court is identified by name and location; no case number is provided; no person is identified as trustee or administrator or liquidator; no copy of the petition or other initiating document is provided; no claim is made whether the petition is for liquidation or debtor in possession administration. I have requested of Mr. Gentile basic identifying information and have received no response.

   I respectfully request that Your Honor's Orders be modified to require Mr. Gentile's filing with the court and service on the plaintiffs of this basic information in acceptable evidentiary form with English translations from the Arabic as necessary and that all dates for briefing have deadlines measured from the dates of compliance with such production.

2. Guy Gentile is engaged in naked forum shopping having previously become a fugitive – for which Your Honor issued a bench warrant for his arrest. He has done so to be able to claim domicile in a foreign jurisdiction as a maximally non-convenient forum to the plaintiffs, whose laws include Sharia, and make creditor inquiries, including those ordered by this court, potentially into criminal offences. This letter is prosecutable in the narrative of guy Gentile's motion and punishable by fine or imprisonment.

   I respectfully request that Your Honor's Orders be modified to require Guy Gentile to provide oral testimony and documentation as to when his change of domicile took place and related circumstances. Should Guy Gentile invoke Emiratti law as forbidding his compliance Your Honor will have occasion to rule whether this court's jurisdiction over Guy Gentile's person can so easily be overruled by Mr. Gentile's "machinations".

# DAVID LOPEZ

Hon. Denise L. Cote
November 13, 2025
Page 2

3. When Guy Gentile's bankruptcy petition or other initiating documents and supporting schedules are produced I believe that the plaintiffs' judgments, currently around $18,000,000 with interest, and the SEC's judgment from the Southern District of Florida, currently around $19,000,000, will equal or exceed 90% of all his unsecured liabilities. The two plaintiffs I represent plus the SEC number the three creditors needed to initiate an involuntary bankruptcy in the United States court system. The SEC will also be an interested observer and possible intervenor in Guy Gentile's invocation of comity.

   I respectfully request that plaintiff's time to oppose be extended to thirty days from the time Guy Gentile files with this court and serves upon plaintiffs his Emiratti bankruptcy petiton or other initiating documents including all schedules. This will allow my consultation with the SEC and its decision on actions to be taken by it.

4. Plaintiffs intend to move for renewal of the warrant for Guy Gentile's arrest for contempt in failing to appear for his scheduled, ordered and agreed deposition on November 10, 2025.

Very truly yours,

David López

Cc: All Counsel And Pro Se Party of Reccord
    Vis ECF

DL/el