```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AVALON HOLDINGS CORP.,                  :
                                        :
                        Plaintiff,      :
            -v-                         :
                                        :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                    :        18cv7291 (DLC)
                                        :        18cv8896 (DLC)
                        Defendants.     :
                                        :        ORDER
----------------------------------------:
                                        :
NEW CONCEPT ENERGY, INC.,               :
                                        :
                        Plaintiff,      :
            -v-                         :
                                        :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                    :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

In a letter dated November 13, 2025, plaintiff Avalon Holding Corp. raises questions as to where defendant Guy Gentile is domiciled and whether he has filed for bankruptcy in the United Arab Emirates, as his submission dated November 7 indicates. It also appears that Gentile failed to submit to an in-person deposition within the Southern District of New York on or before November 10, 2025, in violation of the Order of September 26, 2025. It is hereby

ORDERED that the Order of November 12, 2025 setting a

briefing schedule for Gentile's motion for comity is vacated.

IT IS FURTHER ORDERED that Gentile shall provide, no later than **December 5, 2025,** a declaration containing the information listed below regarding his bankruptcy filing and his change of domicile.  Gentile's motion for comity will not be considered until the following disclosures are made:

- The name of the specific Dubai court in which Gentile has filed for bankruptcy;

- The case number for the bankruptcy filing;

- The name of the appointed trustee;

- A copy of the initiating document for the bankruptcy filing and an English translation, if necessary; and

- Information regarding any change of domicile to the United Arab Emirates and the timing of any such change, including any relevant documentation.

Dated:    New York, New York
          November 17, 2025

                                   DENISE COTE
                          United States District Judge