```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
AVALON HOLDINGS CORP.,                   :
                                         :
                    Plaintiff,           :
         -v-                             :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :   18cv7291 (DLC)
                                         :   18cv8896 (DLC)
                    Defendants.          :
                                         :       ORDER
------------------------------------     :
                                         :
NEW CONCEPT ENERGY, INC.,                :
                                         :
                    Plaintiff,           :
         -v-                             :
                                         :
GUY GENTILE and MINTBROKER               :
INTERNATIONAL, LTD.,                     :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

In a motion filed on November 13, 2025 and docketed on November 19, defendant Gentile moves to strike most of plaintiff Avalon Holding Corp.'s letter of November 13, 2025. Among other arguments, Gentile contends that Avalon's letter functions as an "unauthorized sur-reply" to Gentile's "fully submitted" November 7 motion for comity. Briefing for Gentile's motion for comity, however, has not been fully submitted. Only the opening brief has been filed; an Order of November 18, 2025 vacated the schedule for the remaining briefs and required Gentile to

provide additional information before his motion for comity could be considered. Accordingly, it is hereby

ORDERED that Gentile's November 13 motion to strike is denied.

Dated:   New York, New York
         November 19, 2025

                                                 DENISE COTE
                                     United States District Judge