**Guy Gentile**
P.O. Box 504377
Zamurda Trading Building Complex
Dubai, United Arab Emirates

November 18, 2025

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re: *Avalon Holdings Corp. v. Guy Gentile,* No. 18-CV-7291 (DLC) (RWL)

**REQUEST FOR LEAVE TO SUBMIT DOCUMENTS IN CAMERA**

Dear Judge Cote:

  I respectfully request leave to submit certain supporting documents *in camera*, because public disclosure would endanger my safety and my family's safety, and would disclose sensitive identifying information on the public docket.

  From approximately 2012 to 2015, I worked full-time as a covert operative and confidential informant for the Federal Bureau of Investigation, operating inside criminal networks that were active targets of federal investigations. Multiple individuals were arrested as a result of my cooperation. Several had ties to Russian organized-crime groups, and one individual—known as "The Ghost"—explicitly threatened to kill me if he ever discovered I was working with the government.

  The documents I want to submit *in camera* contain my residential address, personal details, and identification documents, and placing them online would create substantial risk to me and my family.

  As referenced in my Protective Order Motion, I provided some of the information the court seeks (ECF 466): Exhibit A shows the official Dubai Court record for my insolvency case: Case No. 2025/435789 – Insolvency Procedures. Exhibit C identifies the Dubai Court of First Instance and includes the Bankruptcy Assessment Report dated November 3, 2025.

  I will provide the remaining documents required by the Court's November 18, 2025 Order on or before December 5, 2025.

1

**Lopez's contradictory statements about my Dubai domicile**

I would like to point out to the court that for over a year, attorney David Lopez repeatedly represented to this Court—in writing—that I was domiciled in Dubai:

**July 17, 2024 (ECF 324):**
Lopez stated that I had *"removed himself from the United States"* and fled the jurisdiction.

**August 14, 2024 (ECF 329):**
Lopez reported that I had "relocated to Dubai in the United Arab Emirates."

**September 24, 2024 (ECF 343):**
Lopez went further and stated that I had *"effected his relocation of domicile to Dubai in the United Arab Emirates,"*.

Mr. Lopez has asserted that I had "absconded to Dubai" and was "retired" in the UAE, citing my social media activity and using these facts to support a motion for contempt.

This is yet another example of Mr. Lopez's careless and self-serving approach to his representations before this Court. When he wanted a civil arrest warrant, he did not care what he said—he portrayed me as a fugitive, accused me of forum shopping, and insisted with absolute certainty that I was living in Dubai. But now, because these same facts no longer serve Mr. Lopez's narrative, he now suddenly claims to have "serious doubts" about my Dubai residency, despite having been unequivocal about my location in 2024. This is not an honest mistake; it is the conduct of a lawyer who will say whatever he needs to say at any given moment to get what he wants, even when it directly contradicts his own prior statements. His behavior is purely manipulative, and he should not enjoy the automatic credibility ordinarily afforded to an attorney, given his conduct in this case. When a factual position benefits Mr. Lopez, he asserts it unequivocally; when the same facts undermine his argument, he denies them. The Court should not tolerate this behavior.

For the reasons above, I respectfully request leave to submit the documents *in camera*, and further request guidance from the Court on the appropriate method for doing so. I am prepared to transmit the materials directly to Chambers, by email or through any secure method the Court designates.

Respectfully submitted,


/s/ Guy Gentile
Guy Gentile
Defendant, *Pro Se*