```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AVALON HOLDINGS CORP.,                  :
                                        :
                    Plaintiff,          :
        -v-                             :
                                        :
GUY GENTILE and MINTBROKER              :
INTERNATIONAL, LTD.,                    :       18cv7291 (DLC)
                                        :       18cv8896 (DLC)
                    Defendants.         :
                                        :          ORDER
                                        :
----------------------------------------:
                                        :
NEW CONCEPT ENERGY, INC.,               :
                                        :
                    Plaintiff,          :
        -v-                             :
                                        :
GUY GENTILE and MINTBROKER              :
INTERNATIONAL, LTD.,                    :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received defendant Gentile's letter dated November 18, 2025 and docketed November 20, 2025, it is hereby

ORDERED that Gentile may, no later than **December 3, 2025,** propose redactions to the documents submitted in response to the Order of November 18, 2025. Gentile may do so by: (1) filing on the docket (i) a redacted version of each document for which he proposes redactions and (ii) a declaration describing the reasons for each proposed redaction; and (2) emailing an unredacted version of each document for which he proposes

redaction to CoteNYSDChambers@nysd.uscourts.gov.

Dated:   New York, New York
         November 21, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge