# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

November 23, 2025

Hon. Denise L. Cote
Judge, U.S. District Court, S.D.N.Y.

Re: Avalon Holdings Corp. v. Guy Gentile, 18-cv-7291 (DLC) (RWL)
    New Concept Energy v. Guy Gentile. 18-cv-8896 (DLC) (RWL)

Your Honor:

Mr. Gentile's activities as an FBI "covert operative and confidential informant" were the opening subjects of my cross-examination of him at the damages inquest held before Magistrate Judge Lehrburger. It was there established that a decade earlier Mr. Gentile had been detained by the FBI as a co-conspirator in seurities fraud schemes and was offered the option of being prosecuted for his criminal activities or betraying the trust of his fellow criminals. After a night's meditation in the serenity of a jail cell Mr. Gentile volunteered to help his government.

Mr. Gentile's cooperation ended fully a decade ago when he surreptitiously recorded sessions with his FBI handlers and attempted to extort his release from further service with threats to publish the tapes to the bureau's embarrassment. He was, instead, indicted. The indictment was dismissed on statute of limitations grounds. He has since proudly driven a car whose license plate spells out a message to the DOJ instructing it to engage in an anatomically impossible act.

During the past ten years Mr. Gentile has generated notoriety evoking frequent public notice, chronicled in The Tribune of Nassau, the Bahamas. The "Ghost", a newly introduced character, has been capable of reading of Mr. Gentile's exploits in Nassau, San Juan, New York, Miami and Dubai with his morning coffee for nearly the past ten years. Apart from his lack of success with judges and juries Mr. Gentile was a party giver in Nassau whose then girlfriend drove his Mercedes into his swimming pool, a lovers' squabble. His home address was reported on page 1.

We anticipate that Mr. Gentile will seek to guard his current residence address and his social security number. Both are essential to plaintiffs' collection efforts. His residence and its contents are assets likely subject to liquidation at public auction and his social security number is an essential starting point for any credit and asset search. His purported bankruptcy petition, if it exists, would be a matter of public record whose schedules should provide a wealth of investigative leads for identifying assets and for highlighting by their absence his offshore and trust assets. We ask that they be made known to us for all legitimate collection purposes.

Very truly yours,

David Lopez
*Attorney for Judgment Creditors*