# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

November 24, 2025

Hon. Robert W. Lehrburger
United States Magistrate Judge, S.D.N.Y.

Re: Avalon Holdings Corp. v. Guy Gentile, Judgment Debotr, 19-cv-7921
New Concept Energy, Inc. v. Guy Gentile, Judgment Debtor, 18-cv-8896

Your Honor:

By letter dated October 28, 2025, the judgment debtor asserts that he has produced all "Responsive Tax Records" and that "No Additional Records Exist". This is responsive to judgment creditors' demand for all his personal tax returns for the full period of pendency of these suits, ys/e 2018 through today. We demur.

Mr. Gentile attempts to restrict judgment creditor's demands to tax returns prepared by Caputo & Associates CPAs. Judgment creditors do not agree to this sleight of hand.. We ask for production of all tax returns for Mr. Gentile, however generated and by whomever generated, for the years in question.

Mr. Gentile is the settlor and beneficiary of offshore trusts and the sole or majority owner of offshore corporations. As such he is obliged to file personal returns containing information on distributions and deemed distributions from these entities, whether or not he claims or denies he incurred tax liability.

We ask that Mr. Gentile be ordered to produce the tax returns he was obliged to file for the years in question or to appear before Your Honor to state in open court that they do not exist and to explain why they do not exist. We reserve the right to have the IRS assist.

Very truly yours,

David Lopez
*Attorney for Judgment Creditors.*

cc: Guy Gentile, *pro se*
Miriam Tauber, Esq.
All via ECF