UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVALON HOLDINGS CORP,

        Plaintiff And
        Judgment Creditor

                18-cv-7291 (DLC) (RWL)

-v-

GUY GENTILE,

        Defendant And
        Judgment Debtor

Related To:

NEW CONCEPT ENERGY, INC.,

        Plaintiff And
        Judgment Creditor,

-v-

                18-cv-8896( DLC) (RWL)

GUY GENTILE,

        Defendant And.
        Judgment Debtor.

---

**NOTICE OF MOTION
FOR REINSTATEMENT OF BENCH WARRANT FOR THE ARREST OF
GUY GENTILE**

**KINDLY TAKE NOTICE** that the Plaintiffs/Judgment Creditors hereby move The Reinstatment Of The Bench Warrant For The Arrest Of Guy Gentile. The Court has general *in personam* jurisdiction over Mr. Gentile without limitations or conditions and Mr. Gentile does not have the unilateral power to alter or diminish it.

    Answering or opposing papers are to be served in accordance with the Local Civil Rules or as ordered by the Court.

Dated: Southampton, New York
<u>December 2, 2025</u>

Respectfully submitted,

/s/ David Lopez
_____
David Lopez, Esq.
*Attorney for Plaintiffs/Judgment Creditors*
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11968
Tel: 631.287.5520
DavidLopezEsq@aol.com