**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **AVALON HOLDINGS CORP,** <br> **Plaintiff And Judgment Creditor** <br> **-v-** <br> **GUY GENTILE,** <br> **Defendant And Judgment Debtor** | **18-cv-7291 (DLC) (RWL)** |
| **Related To:** | |
| **NEW CONCEPT ENERGY, INC.,** <br> **Plaintiff And Judgment Creditor,** <br> **-v-** <br> **GUY GENTILE,** <br> **Defendant And. Judgment Debtor.** | **18-cv-8896( DLC) (RWL)** |

**AFFIRMATION OF DAVID LOPEZ IN SUPPORT OF MOTION FOR REINSTATEMENT OF BENCH WARRANT FOR THE ARREST OF GUY GENTILE**

**DAVID LOPEZ,** being duly sworn upon his oath as an attorney and intending the penalties of perjury to apply, states and affirms the following:

1. This court ordered Guy Gentile to present himself within the Southern District of New York no later than November 10, 2025, to be deposed upon oral questions as a judgment debtor.

2. Guy Gentile agreed by e-mail in writing to be deposed at the offices of VERITEXT, a

court reporting stenographic service located within the Southern District of New York on Monday, November 10, 2025, beginning at 9:30 A.M. Eastern Time.

3. At approximately 9:28 P.M. Eastern Time on Sunday, November 9, 2025, a time when Guy Genitle knew or should have known that my law office was closed and that I would be in transit from Southampton, New York to New York City to make a timely beginning of his deposition, Guy Gentile sent or caused to be sent to my office in Southampton an e-mail announcing that he would not attend. The announcement gave no reason or explanation.

4. Guy Gentile gave no earlier notice of his intention to defy the order of this court nor did he apply to the court for a modification or dispensation. He feigned an intent to comply until the moment he announced that he would not..

5. On November 2, 2025, I sent Mr. Gentile the e-mail appearing at Exhibit A reminding him of his obligation to appear, urging him not to request further delay as I would not grant it and stating in boldface type and capital letters that if he failed to appear I would apply for reinstatement of the vacated arrest warrant.

6. As the court is aware, a bench warrant had been issued on September 20, 2024, for Mr. Gentile's arrest at a time when he had liquidated or was liquidating his United States assets, or as many of them as Judgment Creditor's counsel had been able to idenifty, expatriating the proceeds and was in hiding, we believed correctly, in Dubai. That warrant was vacated on Septenber 23, 2025, upon his coming out of hiding and in the expectation that he would cooperate with discovery in good faith thereafter.

7. In reliance on Mr. Gentile's representations to the court I did not oppose the vacatur.

8. In addition to his subsequent display of contempt in defying the court's unambiguous

order that he appear in the Southern District, within the physical jurisdiction of this court and testify he has further displayed contempt:

i) By claiming without proof to have filed for bankruptcy in the United Arab Emirates after having purported to establish his domicile there while a fugitive;

ii) By having failed to serve sufficient or adequate notice of such filing or of the substance thereof to the judgment creditors although having had it demanded of him by me;

iii) By having filed suit for defamation against the judgment creditors and against their counsel, Ms. Tauber and me, in the Superior Court of Puerto Rico, a "state" court whose affairs are conducted in the Spanish language. He based his clain for defamation on words addressed to the Second Circuit and basied his claim to venue on his close ties to Puerto Rico. The case has been removed to the U.S. District Court for the District of Puerto Rice, which has dismissed it as no defendant has meaningful contacts with the commonwealth;

iv) By responding to document requests by asserting that he has no requested document within his "custody or control" based we, believe, on his purported bankruptcy filing which he will claim vested custody and control of his papers and accounts in his unidentified trustee in bankruptcy;

v) And his refusal to testify, of course, leaves us unable to clarify any of the myriad ambiguities and mysteries he has cunningly created. Presumably we are free to travel to Dubai to figure it out for ourselves once we penetrate the legal bureaucracy in the Arabic language.

9. Mr. Gentile's arrest warrant should be reinstated.

I AFFIRM THE TRUTH OF THE FOREGOING TO THE BEST OF MY INFORMATION AND GOOD FAITH BELIEF THIS 2nd DAY OF DECEMBER, 2025.

David Lopez