# EXHIBIT A

Subject: **Your Deposition As A Judgment Debtor**
Date: 11/2/2025 10:34:05 AM Eastern Standard Time
From: davidlopezesq@aol.com
To: fightfightfigth@proton.me
Cc: davidlopezesq@aol.com, miriamtauberlaw@gmail.com

Mr. Gentile:

You are under court order to appear in New York for your oral deposition examining you as a judgment debtor no later than November 10, 2025.

I have asked you several times to inform me when you propose to be in New York so that I might arrange for a reporter and locale for the examination. You have not responded.

This is a final request. Kindly inform me of the date of your intended appearance.

Do not ask for additional time. It will not be granted. You have already received one extension and we are no closer to compliance.

**IF YOU DO NOT APPEAR FOR YOUR EXAMINATION BY THE CLOSE OF BUSINESS ON NOVEMBER 10, 2025, PLAINTIFFS WILL MOVE FOR REINSTATEMENT OF A WARRANT FOR YOUR ARREST ON NOVEMBER 11, 2025.**

David Lopez