UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
AVALON HOLDINGS CORP,          :
                               :
        Plaintiff And          :
        Judgment Creditor      :
                               :           18-cv-7291 (DLC) (RWL)
     -v-                       :
                               :
GUY GENTILE,                   :
                               :
        Defendant And          :
        Judgment Debtor        :
---------------------------------------------------------x
Related To:
---------------------------------------------------------x
NEW CONCEPT ENERGY, INC.,      :
                               :
        Plaintiff And          :
        Judgment Creditor,     :
     -v-                       :
                               :           18-cv-8896( DLC) (RWL)
GUY GENTILE,                   :
                               :
        Defendant And.         :
        Judgment Debtor.       :
---------------------------------------------------------x

MEMORANDUM IN SUPPORT OF MOTION
FOR REINSTATEMENT OF BENCH WARRANT FOR THE ARREST OF
<u>GUY GENTILE</u>

<u>OVERVIEW</u>

This motion is necessitated by the brazen contempt shown the court by Guy Gentile in inducing the vacatur of the warrant for his arrest, (Vacatur at Docket Entries 427 (Avalon) and 393 (New Concept; Issuance at Docket Entries 341 (Avalon) and 314 (New Concept) by feigning a willingness to cooperate in discovery. Durng the time gained by his pretense Mr. Gentile plotted

and purports to have executed a purported change of domicile to the United Arab Emirates, a purported valid bankruptcy filing for which he seeks comity and a stay of proceedings in these actions. While his request for comity – an appeal to the discretion of the court – remains incomplete and undecided lacking his his proofs of a valid bankruptcy filing, of a genuine change of domicile as opposed to a tactical sham and of the content of the applicable law of a foreign state, he proceeds as though he enjoys the benefit of an automatic stay of this court's proceedings granted by a court 6,500 from the S.D.N.Y. courthouse operating under sharia law and proceeding in the Arabic language. Comity has not been granted. No stay is in place that has been recognized by this court. His actions contrary to this court's orders are purist contempt.

### POINT . THE LIFTING OF THE BENCH WARRANT FOR MR. GENTILE'S ARREST WAS DONE ON THE EXPRESS CONDITION THAT HE COOPERATE IN DISCOVERY. HE HAS WILFULLY NOT DONE SO.

Mr. Gentile's arrest warrant was issued on September 20, 2024. The order lifting it issued one year and three days later on September 23, 2025, and was without prejudice to reinstatement of the warrant should Mr. Gentile fail to cooperate in discovery. The supporting affirmation on this motion establishes that Mr. Gentile has not complied with his part of the bargain and has acted in a manner that mocks the expectation of good faith on which the vacatur was predicated. To string out his deadline to be examined to the very last day set by the court and then to renege with an e-mail sent from Dubai to an unattended law office at 9:28 P.M. of the Sunday prior to the scheduled Monday commencement of his examination is calculated ridicule of the judgment creditors and their counsel and of the dignity of the court..

The reasons in fact and law supporting the original issuance of the warrant have been a part of the record for more than a year. Citations to the docket entries pinpoint them. Repetition of their content will add nothing.

The warrant for Mr. Gentile's arrest should be reinstated. And if Mr. Gentile wishes to oppose he should be required to appear in open court to be heard. It is the least he can do to show respect for the dignity of the court and of these proceedings.

Dated: Southampton, New York
    December 2, 2025

Respectfully submitted,

David Lopez, Esq.
Miriam Tauber, Esq.
*Attorneys for Judgment Creditor*