**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-7291 (DLC) (RJL) <br><br> ECF Case |
| Related to: <br> NEW CONCEPT ENERGY, INC. <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-8896 (DLC) (RJL) <br><br> ECF Case |

**MOTION FOR EXTENSION OF TIME AND REQUEST TO CONSOLIDATE COMPLIANCE INTO A SINGLE DECLARATION**

Defendant Guy Gentile, appearing *pro se*, respectfully moves for a brief extension of time to comply with the Court's recent Orders (Avalon Dkts. 466 and 471), and requests leave to submit a single consolidated declaration addressing both Orders.

Good cause exists for a short extension. I am currently awaiting translations of documents needed for compliance. Also, I'm coordinating with my Dubai counsel to ensure my submission does not violate UAE law, which imposes strict penalties for improper disclosure, and I'm experiencing holiday-related delays in the UAE, where a four-day public holiday ending December 2nd has temporarily slowed processing and communication.

1

Because I file by email, there can sometimes be a delay of several days before my submissions appear on the docket. Out of caution, I am requesting this extension early. If I am able to complete the required declaration earlier, I will file it promptly.

For these reasons, it is not feasible to complete a fully compliant declaration by the current deadline. I respectfully request an extension of one week, until December 12, 2025.

**Request to Consolidate Both Orders Into One Filing**

Preparing two separate declarations would be duplicative. To streamline compliance and avoid unnecessary filings, I request permission to submit one consolidated declaration that satisfies both Orders in a single filing.

**Relief Requested**

Defendant respectfully requests that the Court enter an order:

1. Extending the deadline to comply with Avalon Dkts. 466 and 471 to December 12, 2025; and

2. Permitting Defendant to file one consolidated declaration addressing both Orders.

Respectfully submitted,

/s/ Guy Gentile
 Guy Gentile, *Pro Se*

November 28, 2025

P.O. Box 504377
Dubai, United Arab Emirates
Tel: +971 58 590 2347
Email: fightfightfigth@proton.me

cc: ECF