```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AVALON HOLDINGS CORP.,                  :
                                        :
                        Plaintiff,      :
            -v-                         :
                                        :
GUY GENTILE and MINTBROKER              :
INTERNATIONAL, LTD.,                    :   18cv7291 (DLC)
                                        :   18cv8896 (DLC)
                        Defendants.     :
                                        :       ORDER
----------------------------------------
                                        :
NEW CONCEPT ENERGY, INC.,               :
                                        :
                        Plaintiff,      :
            -v-                         :
                                        :
GUY GENTILE and MINTBROKER              :
INTERNATIONAL, LTD.,                    :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received defendant Gentile's November 24, 2025 "motion to strike" Avalon's November 23 letter "as an unauthorized Motion for Reconsideration," Gentile's November 28 letter requesting a deadline extension for the submissions described in Orders of November 18 and November 21, and plaintiff Avalon's December 2 motion to reinstate the civil arrest warrant against Gentile, it is hereby

ORDERED that Gentile's November 24 motion to strike Avalon's letter is denied.

IT IS FURTHER ORDERED that Gentile's November 28 extension request is granted.  Gentile may, no later than **December 12, 2025**, propose redactions to the documents submitted in response to the Orders of November 18 and November 21.  There shall be no further extension.

IT IS FURTHER ORDERED that Gentile respond by **December 12, 2025** to Avalon's motion for the reinstatement of the civil arrest warrant against Gentile.  Any reply is due **December 19.**

IT IS FURTHER ORDERED that general matters in the above-captioned cases, including the following motions, shall be referred to Judge Lehrburger:

- Gentile's October 29, 2025 motion to "clarify and correct judgment under Rule 54(b) and Rule 60(a)"
- Gentile's November 7, 2025 motion for comity and its associated submissions pursuant to the Orders of November 18 and 21.  Unredacted documents shall instead be emailed to Lehrburger_NYSDChambers@nysd.uscourts.gov.
- Avalon's December 2, 2025 motion to reinstate the civil arrest warrant against Gentile.

Dated:   New York, New York
         December 3, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge