Guy Gentile

December 3, 2025

Pro Se Intake Unit

Re: Notice of Filing Error and Request to Correct Record

Case Nos. 18-CV-7291 and 18-CV-8896

To the Pro Se Intake Office:

    I am writing to notify the Court of an inadvertent filing error and to request corrective action consistent with the Court's prior sealing/redaction order.

    On December 2, 2025, I accidentally uploaded unredacted versions of certain exhibits in the above-referenced matters. These exhibits were required to be filed in redacted form under the Court's Order dated November 21, 2025 (Dkt. 471). The order expressly directed that the exhibits be redacted before public filing.
Specifically:

1. Case No. 18-CV-8896

    - Docket 441, All exhibits were inadvertently filed without the required redactions.

2. Case No. 18-CV-7291

    - Docket 480, All exhibits were inadvertently filed without the required redactions.

This was a clerical mistake. There was no intent to disregard the Court's Order or to place protected information on the public docket. I respectfully request the Pro Se Intake Office take the necessary steps to correct the record, including one or more of the following as the Court deems appropriate:
- Restricting public access to the unredacted versions currently on the docket;
- Permitting me to refile properly redacted versions; and/or
- Directing any other remedial process required to ensure compliance with Dkt. 471.

Thank you for your attention to this matter.
Respectfully submitted,
Guy Gentile
Pro Se Litigant