UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
AVALON HOLDINGS CORP.,                    :
                                          :
                        Plaintiff,        :
                                          :
            -v-                           :
                                          :
GUY GENTILE and MINTBROKER                :
INTERNATIONAL, LTD.,                      :         18cv7291 (DLC)
                                          :         18cv8896 (DLC)
                        Defendants.       :
                                          :         AMENDED ORDER OF
------------------------------------------ :         REFERENCE TO A
                                          :         MAGISTRATE JUDGE
NEW CONCEPT ENERGY, INC.,                 :
                                          :
                        Plaintiff,        :
            -v-                           :
                                          :
GUY GENTILE and MINTBROKER                :
INTERNATIONAL, LTD.,                      :
                                          :
                        Defendants.       :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    The above entitled action is referred to the designated
Magistrate Judge for the following purpose(s):

__X__  General Pretrial (includes        ____  Consent under 28 U.S.C. §
       scheduling, discovery, non-             636(c) for all purposes
       dispositive pretrial                    (including trial)
       motions, and settlement)

____   Specific Non-Dispositive          ____  Consent under 28 U.S.C. §
       Motion/Dispute                          636(c) for limited purpose
                                               (e.g., dispositive motion,
       _____                   preliminary injunction)
                                               Purpose:
       _____                   _____

       If referral is for discovery      ____  Habeas Corpus
       disputes when the District
       Judge is unavailable, the
       time period of the referral:

       _____

____   Settlement                        ____  Social Security

_____ Inquest After
Default/Damages Hearing

_____ Dispositive Motion (i.e.,
motion requiring a Report
and Recommendation)
Particular Motion:

_____

Dated:        New York, New York
              December 3, 2025

_____
              DENISE COTE
    United States District Judge

2