

## [8] Your Deposition As A Judgment Debtor

👤 davidlopezesq@aol.com    ☆ 📁 Nov 2

| From | 🔒 fightfightfigth <fightfightfigth@proton.me> |
| --- | --- |
| To | davidlopezesq@aol.com |
| CC | Miriam Tauber <miriamtauberlaw@gmail.com> |

Monday, November 3rd, 2025 at 10:32 AM

David:

Let's be clear — the failure to schedule my deposition is entirely on you and Miriam. You never provided a confirmed date, time, or location, nor gave reasonable notice as required. It was *Miriam*, not me, who asked for more time until November 10, 2025.

Since you have not picked a date, I'm available on the 9th of November, but you need to give me a time and location.

Guy

---

On Sunday, November 2nd, 2025 at 10:34 AM, davidlopezesq@aol.com <davidlopezesq@aol.com> wrote:

> Mr. Gentile:
>
> You are under court order to appear in New York for your oral deposition examining you as a judgment debtor no later than November 10, 2025.
>
> I have asked you several times to inform me when you propose to be in New York so that I might arrange for a reporter and locale for the examination. You have not responded.
>
> This is a final request. Kindly inform me of the date of your intended appearance.
>
> Do not ask for additional time. It will not be granted. You have already received one extension and we are no closer to compliance.
>
> <u>IF YOU DO NOT APPEAR FOR YOUR EXAMINATION BY THE CLOSE OF BUSINESS ON NOVEMBER 10, 2025, PLAINTIFFS WILL MOVE FOR REINSTATEMENT OF A WARRANT FOR YOUR ARREST ON NOVEMBER 11, 2025.</u>
>
> David Lopez

From: 🔒 Miriam Tauber &lt;miriamtauberlaw@gmail.com&gt;
To: fightfightfigth &lt;fightfightfigth@proton.me&gt;
CC: davidlopezesq@aol.com

Thursday, November 6th, 2025 at 2:12 PM

Guy,
November 9 is a Sunday. We are unable to make arrangements with a court reporter to depose you on the weekend.
We scheduled your deposition for **Monday, November 10, 2025, at 9:30 am.**
The deposition will be at Veritext, **7 Times Square, 16th Floor.**

As you know, November 10 is the deadline for your court-ordered in-person deposition in NY.
Notwithstanding your pending motions, we intend to apply for reinstatement of the bench warrant as permitted by the Court if you do not appear on Monday morning.
We will expect to see you then.
Miriam

On Mon, Nov 3, 2025 at 10:32 AM fightfightfigth <fightfightfigth@proton.me> wrote:

> David:
>
> Let's be clear — the failure to schedule my deposition is entirely on you and Miriam. You never provided a confirmed date, time, or location, nor gave reasonable notice as required. It was *Miriam*, not me, who asked for more time until November 10, 2025.
>
> Since you have not picked a date, I'm available on the 9th of November, but you need to give me a time and location.
>
> Guy
>
> On Sunday, November 2nd, 2025 at 10:34 AM, davidlopezesq@aol.com <davidlopezesq@aol.com> wrote:
>
>> Mr. Gentile:
>> You are under court order to appear in New York for your oral deposition examining you as a judgment debtor no later than November 10, 2025.
>> I have asked you several times to inform me when you propose to be in New York so that I might arrange for a reporter and locale for the examination. You have not responded.
>> This is a final request. Kindly inform me of the date of your intended appearance.
>> Do not ask for additional time. It will not be granted. You have already received one extension and we are no closer to compliance.
>> <u>IF YOU DO NOT APPEAR FOR YOUR EXAMINATION BY THE CLOSE OF BUSINESS ON NOVEMBER 10, 2025, PLAINTIFFS WILL MOVE FOR REINSTATEMENT OF A WARRANT FOR YOUR ARREST ON NOVEMBER 11, 2025.</u>
>> David Lopez

**From:** 🔒 fightfightfigth <fightfightfigth@proton.me>

**To:** davidlopezesq@aol.com <DavidLopezEsq@aol.com>
Miriam Tauber <miriamtauberlaw@gmail.com>

Sunday, November 9th, 2025 at 9:03 PM

Counsel:

Please be advised that I have filed for **bankruptcy** protection and will not be appearing in New York tomorrow. The filing was submitted on Friday to notify Judge Cote.

Guy

On Thursday, November 6th, 2025 at 2:37 PM, davidlopezesq@aol.com <davidlopezesq@aol.com> wrote:

> Miriam --
>
> What is the name of the reporting agency?
>
> David
>
> In a message dated 11/6/2025 2:12:35 PM Eastern Standard Time, miriamtauberlaw@gmail.com writes:
>
>> Guy,
>> November 9 is a Sunday. We are unable to make arrangements with a court reporter to depose you on the weekend.
>> We scheduled your deposition for **Monday, November 10, 2025, at 9:30 am.**
>> The deposition will be at Veritext, **7 Times Square, 16th Floor.**
>>
>> As you know, November 10 is the deadline for your court-ordered in-person deposition in NY.
>> Notwithstanding your pending motions, we intend to apply for reinstatement of the bench warrant as permitted by the Court if you do not appear on Monday morning.
>> We will expect to see you then.
>> Miriam
>>
>> On Mon, Nov 3, 2025 at 10:32 AM fightfightfigth <fightfightfigth@proton.me> wrote:
>>
>>> David:
>>>
>>> Let's be clear — the failure to schedule my deposition is entirely on you and Miriam. You never provided a confirmed date, time, or location, nor gave reasonable notice as required. It was *Miriam*, not me, who asked for more time until November 10, 2025.
>>>
>>> Since you have not picked a date, I'm available on the 9th of November, but you need to give me a time and location.
>>>
>>> Guy
>>>
>>> On Sunday, November 2nd, 2025 at 10:34 AM, davidlopezesq@aol.com <davidlopezesq@aol.com> wrote:
>>>
>>>> Mr. Gentile: