```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AVALON HOLDINGS CORP.,                   :       18-cv-7291 (DLC) (RWL)
                                         :
                Plaintiff,               :       18-cv-8896 (DLC) (RWL)
                                         :
       - against -                       :
                                         :
GUY GENTILE, et al.,                     :
                                         :
                Defendants.              :
-----------------------------------------------------------X       ORDER
NEW CONCEPT ENERGY, INC.,                :
                                         :
                Plaintiff,               :
                                         :
       - against -                       :
                                         :
GUY GENTILE, et al.,                     :
                                         :
                Defendants.              :
-----------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiffs shall file their opposition to Gentile's motion for comity and a protective order (18-CV-7291, Dkt. 461) by **December 19, 2025**, the same due date for their reply in support of their motion to reinstate the arrest warrant for Gentile (*see* 18-CV-7291, Dkt. 481 at 2). Any reply by Gentile in further support of his motion for comity and protective order shall be filed by **December 30, 2025**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 8, 2025
       New York, New York

Copies transmitted this date to all counsel of record.