# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

December 12, 2025

Hon. Robert W. Lehrurger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Avalon Holdings Corp. v. Guy Gentile, No. 18-cv-07291 (DLC) (RWL)**
**Gentile Motion For Sanctions Against Judgment Creditor's Attorney David Lopez**

Your Honor:

Guy Gentile, a judgment debtor in the above captioned case and in the related case of New Concept Energy Corp v. Guy Gentile, 18-cv-08896(DLC) (RWL) to the tune of approximately $18,000,000 including accrued pre-judgment and post-judgment interest, would like to move for sanctions against plaintiffs' counsel, to wit: me, for purported ethical transgressions involving pursuing him.

Your Honor's Individual Rules Of Practice at III (D) require a pre-motion conference prior to the bringing of such a motion. Assuming that Mr. Gentile's submission is a request for such a mandatory conference, I join in it and respectfully request that Mr. Gentile be ordered to attend in person. I will surely do so. Mr. Gentile makes many accusations raising issue of fact and veracity, and judicial economy and the economy of the parties would be well served by having Mr. Gentile make his presentation in open court and under oath while physically present in the Southern District of New York.

The issues Mr. Gentile raises of purported ethical failings by me have previously been weighed by Judge Cote in formal motions and she has summarily denied them. Those denials have purported to have been appealed and are now pending before the Second Circuit as Case Nos. 25-2436(L) and 25-2471(Con). Your Honor may wish to consider whether this court has jurisdiction to consider Mr. Gentile's prospective motion while the denial of two substantially similar decisions are on appeal, appealability being an issue for the Second Circuit to decide.

Pending a decision on whether a pre-motion conference will be held I respectfully request a stay of my need to respond further.

Respectfully,

David Lopez

DL/el
All Persons Of Record Via ECF