UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVALON HOLDINGS CORP.,                          :          18-cv-7291 (DLC) (RWL)
                                                :
                    Plaintiff,                  :          18-cv-8896 (DLC) (RWL)
                                                :
        - against -                             :
                                                :
GUY GENTILE, et al.,                            :
                                                :
                    Defendants.                 :
------------------------------------------------------------X          **ORDER**
NEW CONCEPT ENERGY, INC.,                       :
                                                :
                    Plaintiff,                  :
                                                :
        - against -                             :
                                                :
GUY GENTILE, et al.,                            :
                                                :
                    Defendants.                 :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Judgment debtor Guy Gentile's letter motion for sanctions against Plaintiffs' counsel at Dkt. 486 is denied. Addressing Gentile's allegations, seriatim: (1) Plaintiffs' counsel did not take inconsistent factual positions; acknowledging that Gentile is now a resident of and domiciled in Dubai is compatible with the argumentative assertion that Gentile's having obtained that status was a "sham" to help him avoid satisfying the judgments against him; (2) regardless of disputes about timing, Plaintiffs' counsel correctly represented that Gentile has not appeared for deposition even though the arrest warrant against him was lifted on the premise that he would submit to a deposition in New York; (3) Plaintiff counsel's characterization of Gentile as a "fugitive" is a fair rhetorical use of the term in the non-criminal sense insofar as one of its meanings is "a person who flees or tries to escape" (Merriam Webster Dictionary); in this instance, Gentile has taken

1

ongoing measures to escape from paying judgments against him; (4) although Gentile may have the right to seek protection under Dubai's bankruptcy law, Plaintiffs have a right to seek their own relief; the Court has not yet ruled on Gentile's motion for the Court to enforce the automatic stay under Dubai law as a matter of comity (in the meantime, Plaintiffs' counsel proceeds at their own risk with respect to violation of Dubai law); (5) the number of Plaintiffs' post-judgment enforcement filings is not at all surprising given that Gentile seemingly has done everything he can to evade paying the judgments against him.

Relatedly, if Gentile wants to make affirmative use of the Court's power to impose sanctions or seek other affirmative relief, he should be prepared to appear in New York to do so.

The Clerk of Court is respectfully directed to terminate the letter motion at 18-CV-7291, Dkt. 486.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 16, 2025
 New York, New York

Copies transmitted this date to all counsel of record.