# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

December 18, 2025

Hon. Robert W. Lehrburger
United States Magistrate Judge, U.S.D.C.

Re:  *Avalon Holdings Corp v. Guy Gentile*, 18-cv-7291 (DLC) (RWL)
     *New Concept Energy, Inc. v. Guy Gentile*, 18-cv-8896 (DLC) (RWL)

Your Honor:

Plaintiffs' memoranda of law and papers are due tomorrow, December 19, 2025, in reply and further support for their Motion For Reinstatement Of Bench Warrant For The Arrest Of Guy Gentilee and separately, In Opposition To Mr. Gentile's Motion For Comity to be accorded to his bankruptcy proceedings in Dubai.

The briefing has proven more time consuming than anticipated.

On behalf of counsel to the Judgment Creditors I respectfully request a continuance of the due date for thr Judgment Creditors" submissions from Friday, December 19, 2025, to Monday, December 22, 2025, with commensurate adjustments to any deadlines for Mr. Gentile.

Respectfully,

David Lopez
Attorney for Judgment Creditors

cc. All Persons of Record Via ECF

DL/el