**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVALON HOLDINGS CORP., | |
| Plaintiff, | No. 18-CV-7291 (DLC) (RJL) |
| v. | |
| GUY GENTILE, | |
| Defendant. | |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC., | |
| Plaintiff, | No. 18 Civ. 8896 (DLC) (RJL) |
| v. | |
| GUY GENTILE, | |
| Defendant. | |

**AFFIRMATION OF MIRIAM TAUBER IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR REINSTATEMENT**
**OF THE BENCH WARRANT FOR THE ARREST OF GUY GENTILE**

I, MIRIAM TAUBER, affirm the following upon my oath as an attorney, intending the penalties of perjury to apply:

1. I am counsel of record for Plaintiffs in these cases. I submit this Affirmation in Support of Plaintiff's Motion for Reinstatement of the Bench Warrant for the Arrest of Guy Gentile.

2. Attached as Exhibit A is a copy of the correspondence between Plaintiffs' counsel and Defendant Guy Gentile regarding the scheduling of his deposition ordered by the Court.

**Dated:** New York, NY | December 22, 2025.    Miriam Tauber, Attorney for Plaintiffs