# EXHIBIT A

Gmail - fightfightfigth shared an item with you  https://mail.google.com/mail/u/0/?ik=ec5b0e0d63&view=pt&sea...

 **Miriam Tauber <miriamtauberlaw@gmail.com>**

## fightfightfigth shared an item with you

**Miriam Tauber** <miriamtauberlaw@gmail.com>    Mon, Oct 27, 2025 at 10:29 PM
To: fightfightfigth@proton.me
Cc: "David Lopez Esq." <DavidLopezEsq@aol.com>

Mr. Gentile:
The files were received, thank you.
I note that one of your Objections is that we did not notice a specific date for your deposition, which as you know has been ordered to take place by November 10, 2025.
We are available any day during the week of Nov. 3 - Nov. 7, and are willing to work with you to find a mutually agreeable date and time during that week.
Let us know your preference.
Once we confirm the date and time, we will send you the address in New York City where the deposition will occur (likely a court reporter's offices).
Please advise.
 Miriam

[Quoted text hidden]

1 of 1    12/5/25, 3:48 PM

                                              **Miriam Tauber <miriamtauberlaw@gmail.com>**

---

## fightfightfigth shared an item with you

---

**Miriam Tauber** <miriamtauberlaw@gmail.com>                    Tue, Oct 28, 2025 at 10:35 AM
To: fightfightfigth <fightfightfigth@proton.me>
Cc: "David Lopez Esq." <DavidLopezEsq@aol.com>

As we wrote in our letter to the Judge last night in response to your motion, you are not entitled to copies of subpoenas and responses in post judgment discovery. We will bring copies of what we want to share and discuss with you to the deposition to introduce as exhibits.
Please let us know your preferred date and time during the week of 11/3.

[Quoted text hidden]

 **Miriam Tauber <miriamtauberlaw@gmail.com>**

## Your Deposition As A Judgment Debtor

**davidlopezesq@aol.com** <davidlopezesq@aol.com>                    Sun, Nov 2, 2025 at 10:34 AM
Reply-To: "davidlopezesq@aol.com" <davidlopezesq@aol.com>
To: fightfightfigth@proton.me
Cc: davidlopezesq@aol.com, miriamtauberlaw@gmail.com

Mr. Gentile:

You are under court order to appear in New York for your oral deposition examining you as a judgment debtor no later than November 10, 2025.

I have asked you several times to inform me when you propose to be in New York so that I might arrange for a reporter and locale for the examination.  You have not responded.

This is a final request.  Kindly inform me of the date of your intended appearance.

Do not ask for additional time.  It will not be granted.  You have already received one extension and we are no closer to compliance.

**IF YOU DO NOT APPEAR FOR YOUR EXAMINATION BY THE CLOSE OF BUSINESS ON NOVEMBER 10, 2025, PLAINTIFFS WILL MOVE FOR REINSTATEMENT OF A WARRANT FOR YOUR ARREST ON NOVEMBER 11, 2025.**

David Lopez

Gmail - Your Deposition As A Judgment Debtor                    https://mail.google.com/mail/u/0/?ik=ec5b0e0d63&view=pt&sea...

 **Miriam Tauber <miriamtauberlaw@gmail.com>**

## Your Deposition As A Judgment Debtor

**fightfightfigth** <fightfightfigth@proton.me>                    Mon, Nov 3, 2025 at 10:32 AM
To: "davidlopezesq@aol.com" <davidlopezesq@aol.com>
Cc: miriamtauberlaw@gmail.com

David:

Let's be clear — the failure to schedule my deposition is entirely on you and Miriam. You never provided a confirmed date, time, or location, nor gave reasonable notice as required. It was *Miriam*, not me, who asked for more time until November 10, 2025.

Since you have not picked a date, I'm available on the 9th of November, but you need to give me a time and location.

Guy

[Quoted text hidden]



**Miriam Tauber <miriamtauberlaw@gmail.com>**

## Your Deposition As A Judgment Debtor

**Miriam Tauber** <miriamtauberlaw@gmail.com>                    Thu, Nov 6, 2025 at 2:11 PM
To: fightfightfigth <fightfightfigth@proton.me>
Cc: "davidlopezesq@aol.com" <davidlopezesq@aol.com>

Guy,
November 9 is a Sunday. We are unable to make arrangements with a court reporter to depose you
on the weekend.
We scheduled your deposition for **Monday, November 10, 2025, at 9:30 am.**
The deposition will be at Veritext, **7 Times Square, 16th Floor.**

As you know, November 10 is the deadline for your court-ordered in-person deposition in NY.
Notwithstanding your pending motions, we intend to apply for reinstatement of the bench warrant as
permitted by the Court if you do not appear on Monday morning.
We will expect to see you then.
Miriam

[Quoted text hidden]

 **Miriam Tauber <miriamtauberlaw@gmail.com>**

## Your Deposition As A Judgment Debtor

**fightfightfigth** <fightfightfigth@proton.me>                    Sun, Nov 9, 2025 at 9:03 PM
To: "davidlopezesq@aol.com" <DavidLopezEsq@aol.com>, Miriam Tauber
<miriamtauberlaw@gmail.com>

Counsel:

Please be advised that I have filed for **bankruptcy** protection and will not be appearing in New York
tomorrow. The filing was submitted on Friday to notify Judge Cote.

Guy

[Quoted text hidden]