UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-7291 (DLC) (RJL) <br><br> ECF Case |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC. <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-8896 (DLC) (RJL) <br><br> ECF Case |

**NOTICE OF WITHDRAWAL OF COMITY MOTION**

Defendant Guy Gentile respectfully submits this notice to withdraw, without prejudice, his motion for recognition and extension of comity.

Dated: December 22, 2025

Respectfully submitted,

**/s/ Guy Gentile**

**Guy Gentile**
 *Pro Se* Defendant