# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

December 24, 2025

Hon. Robert J. Lehrburger
U.S. Magistrate Judge, S.D.N.Y.

Re: AVALON HOLDINGS CORP v. GUY GENTILE, 18-cv-7291 (DLC) (RJL)
NEW CONCEPT ENERGY, INC. v. GUY GENTILE, 18-cv-8896 (DLC) (RJL)

Your Honor:

Guy Gentile yesterday filed with the court a purported "Notice Of Withdrawal Of Comity Motion". As one of the Judgment Creditors' attorneys I protest Mr. Gentile's cavalier display of contempt for the court and for opposing counsel.

Mr. Gentile did not seek the court's permission to terminate his motion nor did he seek that of opposing counsel. He did not seek to abandon his motion until we had completed several weeks of research and briefing that demonstrate the total lack of merit of his position. We have obeyed the court's briefing order and demand that he do so too or default.

We oppose allowing Mr. Gentile to play the prankster and simply walk away from his motion without consequences. If he wishes to default we ask that the motion be decided on the current state of the record. If he wishes to supplement the record within the time allowed him by the existing briefing schedule, so be it. But it should not be within his power, unilaterally arrogated, to turn the court's jurisdiction on and off like a light switch. The case or controversy, as he himself framed it in his motion, continues and we do not consent to have him treat it as his personal property to be disposed of as he whims it.

Mr. Gentile's motion should be decided on the record as it will stand on the closing of briefing and with an opinion that addresses the legal issues he has raised or implicated. In particular Mr. Gentile's attempts to divest this court of jurisdiction through his filing of a contrived bankruptcy in Dubai in a court that will not extend comity to the judgments of this court, need addressing and their disposition made the law of the case. Those issues will not go away simply because Mr. Gentile now prefers that they do.

Very truly yours,

David Lopez

Cc: All Attorneys and Persons Of Record
    Via ECF