# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

December 29, 2025

Hon. Robert W. Lehrburger
United States Magistrate Judge, S.D.N.Y.

Re:   Avalon Holdings Corp. v. Guy Gentile, Judgment Debtor, 18-cv-7921
      New Concept Energy, Inc. v. Guy Gentile, Judgment Debtor, 18-cv-8896

Your Honor:

On November 24, 2025, I requested a pre-motion conference for an order compelling the Judgment Debtor to produce copies of his United States federal income tax returns for the full period of the pendency of these suits, tax years 2018 through current date. See Docket No. 473 (Avalon).

On November 25, 2025, Mr. Gentile wrote the court expressing indignation and outrage at my actions but not offering to produce the returns in question. See Docket No 475 (Avalon).

I respectfully expand that request to include copies of any and all income tax returns Mr. Gentile may have filed during those periods with the taxing authorities of The Republic of Italy, Jamaica and the Commonwealth of the Bahamas, of all of which he has at times claimed to be a citizen or domiciliary.

I have not heard from Your Honor responding to my request.

I respectfully renew my request or, in the alternative, ask for Your Honor's permission to file my motion without a conference.. In view of the fact that Mr. Gentile has refused to obey prior and still outstanding orders of the court, including one for his personal appearance to be deposed, and that Your Honor has pending before him a motion for reinstatement of a warrant for his arrest, I respectfully suggest that my request for a pre-motion conference may be a futile gesture.

Very truly yours,

David Lopez
*Attorney for Judgment Creditors*

Cc: All Attorneys and *Pro Se* of Record
    Via ECF

DL/el