**Guy Gentile**
P.O. Box 504377
Dubai, United Arab Emirates

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *Avalon Holdings Corp. v. Gentile*, **No. 18-cv-7291 (DLC) (RWL)**
**- Clarification Regarding Procedural Posture and Compliance**

Your Honor,

I respectfully submit this brief clarification for the limited purpose of ensuring the Court has an accurate understanding of my current procedural posture and compliance efforts.

I do not contend that any automatic stay or foreign order applies in this Court, nor do I assert that foreign law excuses compliance with the Court's directives. Rather, my position has been that, while an insolvency proceeding remains pending in Dubai, I have acted in good faith to seek legal guidance regarding the manner in which sworn testimony may be provided without acting inconsistently with the jurisdiction of the Dubai court.

I also note for clarity that, following consultation with counsel, I have been advised not to travel to the United States while arrest-related issues remain pending, in order to avoid unnecessary legal risk and to ensure that any participation in these proceedings occurs in an orderly and supervised manner. This advice has informed my efforts to propose lawful alternatives to in-person appearances.

If the Court directs, I will promptly seek authorization from the Dubai court to provide sworn written testimony in this matter, and upon receipt of that authorization, I will submit sworn written responses, executed before a Dubai-licensed notary, in response to written questions, as an immediate means of advancing post-judgment discovery.

I further wish to clarify that I have not conceded any factual assertions attributed to me in Plaintiffs' reply, nor did my opposition rely on or anticipate subsequent orders issued after my opposition was filed. This submission is intended solely to ensure the Court's understanding of my actual position and current compliance posture.

This clarification is not offered to reargue the pending motion or to expand the scope of briefing.

Respectfully submitted,


/s/ Guy Gentile
*Pro Se* Defendant                                                December 24, 2025


cc: ECF