# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TEL (631) 287-5520 | FAX (631) 283-4735
EMAIL DavidLopezEsq@aol.com

December 31, 2025

**Via ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge, S.D.N.Y.

*Avalon Holdings Corp. v. Gentile,* **18-cv-7291 (DLC) (RWL)**
*New Concept Energy, Inc. v. Guy Gentile,* **18-cv-8896 (DLC) (RWL)**

      Re:    **Judgment Debtor's Letter to Court,** dated December 24, 2025

Your Honor:

      Rather than comply with the unambiguous orders of the court Mr. Gentile persists in "clarify[ing]" his "procedural posture", by which he means reargue those orders. No clarification is needed.

      Mr. Gentile has been challenging directly and indirectly the jurisdiction of this court over his person and over the subject matter of enforcement of its judgments against him for many months after finally coming out of hiding. Judge Cote's Orders of August 29, 2025 (*Avalon* Dkt. 404; *New Concept* Dkt. 372) could not be clearer that he is subject to the Court's continued jurisdiction and that its orders are to be obeyed. The prior arrest warrant against him was lifted on Mr. Gentile's untruthful representations that he was prepared to cooperate with future discovery. At the time of those lies he was preparing his next evasive gambit with a bankruptcy filing in a court in a jurisdiction that had nothing to do with his generation of more than 90% of his liabilities owed to United States persons and generated under United States law. And, of course, all proceeding conducted in the Arabic language using Arabic script. Maximalist *forum non conveniens* by design.

      Whatever problems of compliance with this court's orders Mr. Gentile alleges are raised by his Dubai bankruptcy are of his own careful and deliberate making. They are part and parcel of his scheme to have the judgments against him declared unenforceable in the Dubai proceedings, as founded on violations of United States securities laws not recognized under Dubai law, and to invoke comity to cast doubt on their enforceability anywhere in the world through bankruptcy.

      Mr. Gentile intends to have the Dubai proceedings be treated by this court as superseding the jurisdiction of this Court, an objective that should, in and of itself, prevent this Court from according his comity request and ceding jurisdiction to a court that would apply local law to make

the judgments unenforceable. *See Royal & Sun Alliance Ins. Co. of Canada v. Century Internat'l Arms, Inc.*, 466 F.3d 88, 92 (2d Cir. 2006). There is precedent in this district for denial of comity where the alien judicial proceeding has been brought for the purpose of divesting this Court of jurisdiction over enforcement of its own judgments. *See ArcelorMittal N. Am Holdings LLC v. Essar Global Fund Ltd.,* No. 21-cv-6975 (KPF), 2022 WL 4334665, at *22 (S.D.N.Y. Sept 19, 2022) ("The Court remains cognizant that Plaintiff characterizes the Mauritian Proceeding as part and parcel of the Essar Group's scheme to avoid satisfaction of the Judgment.")

We have experienced Mr. Gentile's candor in written responses to written questions and oppose any further waste of time and paper in consenting to a vacatur of Judge Cote's Order to appear for an in-person deposition in this District. He has contemptuously flouted it. Without the ability to cross-examine and follow-up on his responses, or to react to his flat refusals to answer based on his gratuitous interpretations of foreign law and its interplay with United States law, paper discovery is going to continue to be a game of hide-and-go-seek with the Judgment Creditors confounded by Mr. Gentile's ever-inventive evasions. Mr. Gentile's refusal to appear in person because he might be arrested under the requested arrest warrant speaks contemptuously for itself.

The Judgment Creditors respectfully ask that Mr. Gentile be directed to surrender himself and to comply with the orders of the Court now outstanding or be defaulted on any pending motions or motions to come while he remains in contempt.

                                                      Respectfully,

                                                      */s/ David Lopez*
                                                      David Lopez
                                                      *Attorney for Judgment Creditors*

cc:    All Attorneys and *Pro Se* of Record
        (Via ECF)