UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVALON HOLDINGS CORP.,                    :          18-CV-7291 (DLC) (RWL)
                                          :
                 Plaintiff,               :          **ORDER**
                                          :
        - against -                       :
                                          :
GUY GENTILE, et al.,                      :
                                          :
                 Defendants.              :
------------------------------------------------------------X
NEW CONCEPT ENERGY, INC.,                 :          18-CV-8896 (DLC) (RWL)
                                          :
                 Plaintiff,               :          **ORDER**
                                          :
        - against -                       :
                                          :
GUY GENTILE, et al.,                      :
                                          :
                 Defendants.              :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiffs' letter motions at Dkts. 473 and 498 regarding production of tax returns.[1] The Court having accepted Defendant Gentile's withdrawal of his comity motion, Plaintiffs' motions for production are granted as follows. By **January 23, 2026**, Gentile shall produce to Plaintiffs any and all income tax returns filed by or on behalf of Gentile with taxing authorities of the United States, the Republic of Italy, Jamaica, and the Commonwealth of the Bahamas for tax years 2018 to the present, regardless of who prepared the returns. With respect to U.S. tax returns, the Court acknowledges Gentile's November 25, 2025 letter representing that he does not have

---

[1] Docket citations are to the *Avalon* case, No.18-CV-7291.

1

possession, custody, or control of any additional IRS tax returns beyond what already has been produced.  (Dkt. 475.)  Gentile's requests for relief set forth in Dkt. 475 are denied.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkts. 473 and 498 in Case No. 18-CV-77291, and Dkts. 434 and 454 in Case No. 18-CV-8896.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2026
       New York, New York