## AFFIDAVIT OF SERVICE

| Case: 471/22/2025 | Court: Dubai Courts of First Instance | County: | Job: 14865889 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Joy Gentile and Quantum AE LLC - FZE | | **Defendant / Respondent:** David Lopez and Mariam and Avalon Holdings and New Concept Energy | |
| **Received by:** One Source Process, LLC | | **For:** GALADARI ADVOCATES AND LEGAL CONSULTANTS | |
| **To be served upon:** Avalon Holdings Corporation c/o Frances R. Klingle | | | |

I, Manny Nites, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    Corrie Ward , 1 American Way, Warren, OH 44484

**Manner of Service:**    Authorized, Dec 31, 2025, 2:15 pm EST

**Documents:**    NOTICE OF FOREIGN JUDICIAL PROCEEDING AND SERVICE OF JUDICIAL DOCUMENTS; STATEMENT OF CLAIM; ATTACHMENTS (Received Dec 30, 2025 at 8:13am EST)

**Additional Comments:**
1) Successful Attempt: Dec 31, 2025, 2:15 pm EST at 1 American Way, Warren, OH 44484 received by Corrie Ward . Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 135; Height: 5'4"; Hair: Black; Relationship: Supervisor/Authorized to Accept;

_Subscribed and sworn to before me by the affiant who is personally known to me._

Manny Nites                    12/31/2025
Date

One Source Process, LLC
800 668 5448

Notary Public                    12/31/25
Date

4/24/29
Commission Expires

Dawn Ochman
Notary Public
State of Ohio
My Comm. Expires