# AFFIDAVIT OF SERVICE

| Case: 471/22/2025 | Court: Dubai Courts of First Instance | County: | Job: 14865907 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Joy Gentile and Quantum AE LLC - FZE | | **Defendant / Respondent:** David Lopez and Mariam and Avalon Holdings and New Concept Energy | |
| **Received by:** One Source Process, LLC | | **For:** GALADARI ADVOCATES AND LEGAL CONSULTANTS | |
| **To be served upon:** New Concept Energy, Inc. c/o National Registered Agents, Inc. of NV | | | |

I, Ted Tackett, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Ana Gomes, 701 South Carson Street Suite 200, Carson City, NV 89701
**Manner of Service:** Authorized, Dec 30, 2025, 9:26 am PST
**Documents:** NOTICE OF FOREIGN JUDICIAL PROCEEDING AND SERVICE OF JUDICIAL DOCUMENTS; STATEMENT OF CLAIM; ATTACHMENTS (Received Dec 30, 2025 at 8:10am EST)

**Additional Comments:**
1) Successful Attempt: Dec 30, 2025, 9:26 am PST at 701 South Carson Street Suite 200, Carson City, NV 89701 received by Ana Gomes. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 240; Height: 5'8"; Hair: Brown; Eyes: Brown; Relationship: Front Desk/Authorized to Accept;

Ted Tackett
Date: 1/6/26

One Source Process, LLC
800 668 5448

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public   Date: 1/6/2026
Commission Expires: 3/7/28

SUSANNE N LAMBERT
Notary Public, State of Nevada
Appointment No. 24-8651-02
My Appt. Expires Mar 7, 2028