## AFFIDAVIT OF SERVICE

| Case:<br>471/22/2025 | Court:<br>Dubai Courts of First Instance | County: | | Job:<br>14865919 |
|---|---|---|---|---|
| Plaintiff / Petitioner:<br>Joy Gentile and Quantum AE LLC - FZE | | Defendant / Respondent:<br>David Lopez and Mariam and Avalon Holdings and New Concept Energy | | |
| Received by:<br>One Source Process, LLC | | For:<br>GALADARI ADVOCATES AND LEGAL CONSULTANTS | | |
| To be served upon:<br>Miriam Tauber | | | | |

I, Darren P. Pinder, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Miriam Tauber, 270 New York Avenue, Brooklyn, NY 11216

**Manner of Service:** Personal/Individual, Jan 8, 2026, 7:16 pm EST

**Documents:** NOTICE OF FOREIGN JUDICIAL PROCEEDING AND SERVICE OF JUDICIAL DOCUMENTS; STATEMENT OF CLAIM; ATTACHMENTS (Received Dec 30, 2025 at 8:07am EST)

**Additional Comments:**

1) Unsuccessful Attempt: Jan 7, 2026, 10:09 am EST at 270 New York Avenue, Brooklyn, NY 11216
No answer at the front door. 4 apt. I need an apartment number.

2) Successful Attempt: Jan 8, 2026, 7:16 pm EST at 270 New York Avenue Apt 1, Brooklyn, NY 11216 received by Miriam Tauber. Age: 40;
Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'6"; Hair: Brown;

Darren P. Pinder                           1/14/2026
                                    Date

One Source Process, LLC
800 668 5448

Subscribed and sworn to before me by the affiant who is personally known to me

Notary Public                    January 14, 2026
                                    Date

                    07/17/2027
                    Commission Expires

DARREN R PINDER
Notary Public, State of New York
Registration No. 01PI0011348
Qualified in Kings County
Commission Expires 07/17/2027