



| | | | |
|---|---|---|---|
| **Dubai First Instance Courts** | Date | 24-12-2025 | التاريخ 24-12-2025 | محاكم دبي الابتدائية |
| | Number | 2025 / 368116 | الرقم 2025 / 368116 | |

| Announcement of a Session Date | إعلان بموعد جلسة |
|---|---|

| | | | |
|---|---|---|---|
| **In Civil, full jurisdiction Number** | Civil, full jurisdiction - 471 / 2025 / 22 | 22 / 2025 / 471 - مدني كلي | في الدعوى رقم |
| **Judged at** | Case Management Fifteenth Circuit Number 399 | دائرة إدارة الدعوى السادسة عشر رقم 399 | المنظورة في |
| **Civil, full jurisdiction Subject** | إلزام المدعى عليهم متضامنين بأداء تعويض مالي للمدعية قدره 293,500,000 درهم إماراتي (فقط مائتان وثلاثة وتسعون مليونًا وخمسمائة ألف درهم) عن كافة الأضرار المادية والمعنوية التي لحقت بها نتيجة فعل التشهير والمسؤولية التقصيرية الثابتة، على أن يتحمل المدعى عليهم الفائدة القانونية بنسبة 9% عن هذا المبلغ من تاريخ رفع الدعوى وحتى السداد التام.الضرر المعنوي والأدبي (النفسي): بمبلغ 10,000,000 درهم إماراتي تعويضًا عن الألم النفسي والمعاناة المعنوية التي لحقت بالمدعي الاول جراء التشهير به علنًا. ? إلزام المدعى عليهم بنشر تصحيح علني واعتذار رسمي في صحيفة Gulf News وفي نفس الصفحات التي نُشر فيها الإعلان محل الدعوى، على نفقة المدعى عليهم. 2- إلزام المدعى عليهم بسداد الرسوم والمصاريف القضائية وأتعاب المحاماة التي تكبدتها المدعية في سبيل رفع هذه الدعوى. | إلزام المدعى عليهم متضامنين بأداء تعويض مالي للمدعية قدره 293,500,000 درهم إماراتي (فقط مائتان وثلاثة وتسعون مليونًا وخمسمائة ألف درهم) عن كافة الأضرار المادية والمعنوية التي لحقت بها نتيجة فعل التشهير والمسؤولية التقصيرية الثابتة، على أن يتحمل المدعى عليهم الفائدة القانونية بنسبة 9% عن هذا المبلغ من تاريخ رفع الدعوى وحتى السداد التام.الضرر المعنوي والأدبي (النفسي): بمبلغ 10,000,000 درهم إماراتي تعويضًا عن الألم النفسي والمعاناة المعنوية التي لحقت بالمدعي الاول جراء التشهير به علنًا. ? إلزام المدعى عليهم بنشر تصحيح علني واعتذار رسمي في صحيفة Gulf News وفي نفس الصفحات التي نُشر فيها الإعلان محل الدعوى، على نفقة المدعى عليهم. 2- إلزام المدعى عليهم بسداد الرسوم والمصاريف القضائية وأتعاب المحاماة التي تكبدتها المدعية في سبيل رفع هذه الدعوى. | موضوع الدعوى |
| **Plaintiff** | GUY GENTILE and others | جوي جينتيلي وآخرون | المدعى |
| **His Address** | الإمارات-إمارة دبي-ند الشبا - بر دبي - دبي-شارع ميدان-مبنى جراند ستناد ميدان-شقة الطابق السادس-إتخذا المحل المختار/ مكتب كلداري محامون ومستشارون - 0525299001 | الإمارات-إمارة دبي-ند الشبا - بر دبي - دبي-شارع ميدان-مبنى جراند ستناد ميدان-شقة الطابق السادس-إتخذا المحل المختار/ مكتب كلداري محامون ومستشارون - 0525299001 | عنوانه |
| **Represented By** | أحمد عبدالله إبراهيم كلداري | أحمد عبدالله إبراهيم كلداري | ويمثله |
| | | دافيد لوبيز | المطلوب إعلانه |











| | | |
|---|---|---|
| إعدنه | | |
| الصفة | مدعى عليه | |
| عنوانه: | يعلن على البريد الإلكترونى - DavidLopezEsq@aol.com | |
| رقم المهمة: | 619564 / 2025 | |
| موضوع الإعلان | يقتضى حضوركم أمام المحكمة فى يوم الثلاثاء الموافق 30-12-2025 الساعة 09:00 صباحا بقاعة التقاضي عن بُعد والتي يمكن الوصول إليها من خلال موقع محاكم دبي الالكتروني-الخدمات العامة-جداول جلسات القضايا | |
| وسيلة التبليغ | البريد الالكتروني | |
| إعداد | عبدالله حسن خلفان عبدالله | |
| تاريخ الإعتماد | 08:13:36 24-12-2025 | |

**To be notified** DAVID LOPEZ

**To be notified type** Defendant

**His Address** DavidLopezEsq@aol.com - يعلن على البريد الإلكترونى

**Mission Number** 619564 / 2025

**Notice Subject** We announce that the court has scheduled a hearing day on TUESDAY 30-12-2025 at 09:00 AM in Remote Litigation Chamber that can be reached by Dubai Courts website - Public Services - Sessions Agenda which you must attend.

**Notification Channel** eMail

**Issued By Counter Sign Date** عبدالله حسن خلفان عبدالله 08:13:36 24-12-2025


