UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
AVALON HOLDINGS CORP,                :
                                     :
                    Plaintiff,       :
                                     :      18-cv-7291 (DLC) (RWL)
        -v-                          :
                                     :
GUY GENTILE,                         :
                                     :
            Defendant and            :
            Judgment Debtor.         :
---------------------------------------------------------x
**Related To:**
---------------------------------------------------------x
NEW CONCEPT ENERGY, INC.,            :
                                     :
                    Plaintiff,       :
                                     :      18-cv-8896 (DLC) (RWL)
GUY GENTILE,                         :
                                     :
            Defendant and            :
            Judgment Debtor.         :
---------------------------------------------------------x

### JUDGMENT CREDITORS' OPPOSITION TO GUY GENTILE'S OBJECTIONS TO REINSTATEMENT OF WARRANT FOR HIS ARREST

The objections of Guy Gentile, the Judgment Debtor, to Magistrate Judge Lehrburger's Report and Recommendations favoring reinstatement of the warrant for his arrest are without merit but rich in effrontery.

The Judgment Creditors have moved for reinstatement of the previously outstanding warrant for Mr. Gentile's civil arrest. That warrant was lifted by Your Honor after Mr. Gentile's more than one year of absenting himself from court proceedings expressly induced by Mr. Gentile's reappearance and promise to cooperate in discovery. Judge Lehrburger's report and recommendations identifies this gambit by Mr. Gentile, of representing to the court an intent to

cooperate while secretly preparing a bankruptcy filing, as "feigned". Mr. Gentile lied to Your Honor to induce you to afford him relief to which he was not entitled.

Mr. Genitle now protests that the Judgment creditors are proceeding with this motion on the erroneous assumption that reinstatement of the warrant is automatic and he appeals to the court's discretion. The judgment creditors quite willingly join in asking that the court exercise its discretion. Mr. Gentile is entitled to his just deserts, good and hard.

The judgments and Your Honor's and Judge Lehberger's related discovery orders were in the English language and unambiguous. Mr. Gentile was to present himself in New York City no later than November 10, 2025, to be examined at a deposition on oral questions. A time and place was specified in negotiations among the parties and Mr. Gentile pretended to agree. He then claims to have filed for a long-planned bankruptcy, or so he says, and failed to appear blaming everyone and everything but himself for his willfully contrived disobedience.

There is no competent evidence in the record that a bankruptcy decree has ever issued in Dubai nor what the legal ramifications are under Dubai law were it in fact to have issued,, nor that comity is owed or has been extended to whatever may or may not have happened in a jurisdiction separated from this court by 6,5000 miles and the barrier of the Arabic language. We are willing to have translations made of Dubai court actions but we can't find them.

**Machinations, Mendacity and Delay, Delay and Delay**

Throughout these litigations Mr. Gentile has employed a defense strategy of machinations, mendacity and delay, delay and delay. He utilized delay to liquidate his United States sited assets and to export the proceeds to offshore places of concealment.. He used delay to create a sham change of domicile to Dubai in the United Arab Emirates while he enjoys the pleasures of Milan

and to fraudulently claim that sham domicile as a jurisdictional basis for filing two court proceedings in Dubai:

(i) One is a fraudulent personal bankruptcy in which he claims Italian citizenship, a sham domicile in Dubai whereas he is in fact now domiciled in Italy, and fails to inform the bankruptcy court that he is a native-born United States citizen who is between arrest warrants, that falsely describes two offshore asset protection trusts as not beneficially owned by him nor assets of the bankruptcy estate and conceals the existence of a third such trust in Rarotonga in the Cook islands which we believe is the place of concealment of the bulk of his assets. A request for a pre-motion conference is being filed simultaneously with Judge Lehrburger today for proposed motions intended to penetrate these trusts and those falsehoods. But to succeed those proposed motions would require Mr. Gentile to testify truthfully and Mr. Gentile does not do anything so personally foolish willingly.

(ii) The other is a defamation suit against the Judgment Creditors and their attorneys, personally, seeking $100,000,000 in damages the gravamen of the claim being that the notice ordered by this court to be published in a Dubai newspaper announcing the judgment creditors' earlier motion for an arrest warrant ruined his reputation. It has been established in this court that such publication never took place but if it had the litigation privilege and truth would apply. Notwithstanding, suit was filed half-way 'round the world in a jurisdiction with which no defendant has either a meaningful or the slightest contact. A three-judge panel of the Dubai Court of First Instance *sua sponte* dismissed the case week before last, on the merits, based solely on the averments of the complaint. Mr. Gentile is unembarrassed. He simply does not embarrass.

The Judgment Creditors, following Judge Lehrburger's Individual Rules Of Practice, have requested a pre-motion conference for motions enjoining Mr. Gentile from altering the *status quo* in all three trusts and directing Mr. Gentile to take actions giving the Judgment Creditors access to them. If the Judgment Creditors have mistaken the reference of collection matters to Judge Lehrburger to include these proposed motions we respectfully request that the matter be redirected to Your Honor.

Many of these events are developments subsequent to Judge Lehrburger's taking his Report and Recommendations under advisement. None of them fails to support Judge Lehrburger's conclusion that Mr. Gentile should be arrested to induce his compliance with this court's orders.

**Request For Mediation**

Due in no small part to Mr. Gentile's litigation tactics these short-swing cases are now in thier sixth year. Counting the retaliatory suits Mr. Gentile has initiated in other courts across the world Mr. Gentile's various claims and defenses have now been before three Unitd States Court of Appeals judges, three federal district court judges, one federal magistrate judge, one judge of the Commonwealth of Puerto Rico Court of First Instance, a panel of three judges of the Court of First Instance of the Emirate of Dubai and a Dubai bankruptcy intake judge. Mr. Gentile informs us he has also now filed a suit in the Bahamas but we do not know its contents because we have not seen the complaint although we have asked for it. Our guess is that it is before one additional judge. All Judges have ruled against him to one degree or another except the bankruptcy court judge but the Judgment Creditors have not yet presented their claims and evidence to him or her because we have not been able to locate the case.

There have been findings of fact and conclusions of law resulting in final judgments in these cases which have been unanimously affirmed on appeal, and those final judgments have been the subject of orders which have been contumaciously flouted.

Now Mr. Gentile proposes going back to square one by convening a mediation before a newly designated magistrate judge, Judge Lehrburger having previously ruled against him.

There is nothing to mediate. There are final judgments outstanding and defied. There are enforcement orders outstanding and disobeyed. There is a contumacious and contemptuous defendant.

All that remains is enforcement. Magistrate Judge Lehrburger's Report and Recommendations, should be adopted. Guy Gentile should be arrested and imprisoned until he has complied.

Dated: Southampton, New York
February 4, 2026

Yours, etc.

David Lopez / Miriam Tauber
*Attorneys for Judgment Creditors*

## CERTIFICATE OF SERVICE

I, Miriam Tauber, a member of the bar of this court, certify that on February 4, 2026, I served by Electronic Case Filing true copies of the appended Judgment Creditors' Opposition To Mr. Gentile"s Objections To Reinstatement Of Warrant For His Arrest dated 02/04/26 and of this appended Certificate Of Service on all attorneys and persons registered to receive them on the ECF System.

I affirm the foregoing upon my oath as an attorney, intending the penalties of perjury to apply, this 4th day of February, 2026, at New York, New York.

Miriam Tauber