# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of February, two thousand twenty-six.

Avalon Holdings Corporation, New Concept Energy, Inc.,

    Plaintiff - Appellees,

v.

Guy Gentile,

    Defendant - Appellant,

MintBroker International, Ltd.,

    Defendants.

**STATEMENT OF COSTS**

Docket Nos. 24-999(L), 24-1002(Con)

IT IS HEREBY ORDERED that costs are taxed in the amount of $780.80 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/06/2026