# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

February 16, 2026

Hon. Denise L. Cote
Judge, U.S. District Court, S.D.N.Y.

Hon. Robert Lehrburger
Magistrate Judge, U.S. District Court, S.D.N.Y/

**Re: Avalon Holdings Corp. v. Guy Gentile, Judgment Debtor, 18-cv-7921 (DLC) (RWL)
New Concept Energy, Inc. v. Guy Tentile, Judgment Debtor, 18-cv-8896 (DLC) (RWL)**

Your Honors:

I write on behalf of the Judgment Creditors to withdraw their pending request to Magistrate Judge Robert Lehrburger for a pre-motion conference relating to injunctive relief.

Mr. Gentile's opposition papers have persuaded the Judgment Creditors that a magistrate judge is without jurisdictional power under 28 U.S. Sec. 636(b) to hear such a motion and that the matter must be addressed directly to Your Honor, Judge Cote.

Your Honor, Judge Cote's Individual Rules of Practice do not require a pre-motion conference and so the withdrawal requested will allow the Judgment Creditors to proceed with their motions forthwith or as convenient. They intend to do so and thank Mr. Gentile for calling to their attention the procedural error of their prior practice and apologize to Judge Lehrburger for their error. Mr. Gentile's assistance will allow the Judgment Creditors to proceed without undue delay.

Very truly yours,

David Lopez

Cc: All counsel and registered persons
    VIA ECF

DL/el