**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVALON HOLDINGS CORP.,<br><br>           Plaintiff,<br><br>           v.<br><br>GUY GENTILE,<br><br>           Defendant. | Case No. 18-cv-7291 (DLC) (RJL)<br>     .  (ECF Case) |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC.,<br><br>           Plaintiff,<br><br>           v.<br><br>GUY GENTILE,<br><br>           Defendant. | Case No. 18 Civ. 8896 (DLC) (RJL)<br>(ECF Case) |

**STIPULATION AND PROTECTIVE ORDER REGARDING CONFIDENTIALITY**

It is hereby stipulated and agreed that the Protective Order entered in the enforcement proceedings in the above-captioned actions (*Avalon* Dkt. 439) is hereby modified to include any information that any of the non-parties signing below designates as Confidential. Materials designated as Confidential by the non-party shall be subject to disclosure restrictions as provided by the Protective Order and all such information shall be entitled to the same protections as party produced materials.

Dated:  New York, New York
       March 27, 2026

By: _____

Miriam Tauber
MIRIAM TAUBER LAW PLLC
885 Park Ave. 2A, New York NY 10075
(323) 790-4881 | MiriamTauberLaw@gmail.com

David Lopez
LAW OFFICES OF DAVID LOPEZ
171 Edge of Woods Rd. | P.O. Box 323
Southampton NY 11969
(631) 287-5520 | DavidLopezEsq@aol.com

*Attorneys for Plaintiffs/Judgment Creditors*

By: _____

Thomas J. Fleming
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300 | TFleming@OlshanLaw.com

*Attorneys for Non-Parties Antonietta Gentile,*
*individually and as manager of XGEN Properties*
*LLC; Elvira Pietroniella; and Carla Marin*

SO ORDERED:

3/31/2026 _____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE