UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X
                                       :
AVALON HOLDINGS CORP.,                 :        18cv7291 (DLC)
                                       :        18cv8896 (DLC)
                     Plaintiff,        :
          -v-                          :           ORDER
                                       :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                   :
                                       :
                     Defendants.       :
                                       :
-------------------------------------- X
                                       :
NEW CONCEPT ENERGY, INC.,              :
                                       :
                     Plaintiff,        :
          -v-                          :
                                       :
GUY GENTILE and MINTBROKER             :
INTERNATIONAL, LTD.,                   :
                                       :
                     Defendants.       :
-------------------------------------- X

DENISE COTE, District Judge:

     For the reasons stated in the April 10, 2026 Opinion in the above-captioned case, it is hereby

     ORDERED that Gentile is in civil contempt of this Court for failing to cooperate with discovery and failing to submit to an in-person deposition in the Southern District of New York.

     IT IS FURTHER ORDERED that the United States Marshals Service is directed to take all necessary measures to effect service and enforcement of this Order in any district of the United States where Gentile may be found.  Because this case

involves Gentile's violations of federal securities laws, this contempt order is issued to "enforce the laws of the United States," and, accordingly, "may be served and enforced in any district." Fed. R. Civ. P. 4(b)(1).

IT IS FURTHER ORDERED that the United States Marshals Service, if called upon to execute the terms of the attached Order, will be permitted to use the minimum degree of non-deadly force necessary to arrest and detain Gentile and bring him before this Court, and will be permitted to enter any premises of Gentile's if he is reasonably believed to be inside and if requested access to such premises is withheld.

IT IS FURTHER ORDERED that, if located by the United States Marshals in any district of the United States, Gentile shall be incarcerated until he complies with any outstanding subpoenas in this case and submits to an in-person deposition in the Southern District of New York, or until further Order of this Court.

IT IS FURTHER ORDERED that Avalon's counsel shall contact the United States Marshals Service to coordinate the execution of this Order. If Avalon so chooses, it will at its own expense file this Order and provide any other forms or payments necessary to facilitate the Marshals' investigation and arrest

of Gentile.

Dated:     New York, New York
           April 10, 2026

_____
DENISE COTE
United States District Judge

3