**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
AVALON HOLDINGS CORP.,

                        Plaintiff,                    18 **CIVIL** 7291 (DLC)

        -against-

                                18 **CIVIL** 8896 (DLC)

GUY GENTILE and MINTBROKER
INTERNATIONAL, LTD.,

                    Defendants.
------------------------------------------------------------------------X       **JUDGMENT**
NEW CONCEPT ENERGY, INC.,

                    Plaintiff,

        -against-

GUY GENTILE and MINTBROKER
INTERNATIONAL, LTD.,

                    Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated April 10, 2026, the January 8, 2026 Reports are

adopted in full. Gentile's October 29, 2025 motion to "clarify and correct" the judgment is denied

and the March 20, 2024 judgment is certified under Rule 54(b) nunc pro tune. Avalon's

December 2, 2025 motion to reinstate the civil arrest warrant against Gentile is granted.

**Dated:**  New York, New York

      April 13, 2026

                                     **TAMMI M. HELLWIG**

                                 _____

                                 **Clerk of Court**

              **BY:**

                                 _____

                                 **Deputy Clerk**