# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: TFLEMING@OLSHANLAW.COM
DIRECT DIAL: 212.451.2213

April 14, 2026

**VIA ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge, S.D.N.Y.

> Re:    **Avalon Holdings Corp. v. Genitle, 18-cv-7291 (DLC)(RWL)**
> **New Concept Energy, Inc. v. Gentile, 18-cv-8896 (DLC)(RWL)**
> **Discovery Dispute**

Dear Judge Lehrburger:

I represent four individuals who have received subpoenas from David Lopez. I write in response to Mr. Lopez's letter to the Court filed April 14, 2026 (Dkt. 528). My clients are Antonietta Gentile, Elvira Pietraniello, Thomas Gentile and Carla Marin. I too have received a subpoena since undertaking the representation.

Mr. Lopez's claim that my clients are delaying their testimony is without basis. Two of my clients, Mrs. Pietraniello and Thomas Gentile, have no responsive documents and I believe little or no knowledge regarding Guy Gentile's assets. They are respectively his sister and nephew. I expressed a preference to have them deposed first and offered them for testimony two weeks ago. Mr. Lopez declined, indicating that he wished to first depose Mrs. Gentile, Guy Gentile's mother.

Last week, I completed a document production on behalf of Mrs. Gentile comprising approximately 825 pages. I also provided answers to written questions that she provided on behalf of XGen Properties LLC ("XGen Properties"), where she is the manager. The production largely concerns real property in Westchester that she purchased with her husband in July 2021 through XGen Properties. The property is the subject of a pending action in Supreme Court,

April 14, 2026
Page 2

Westchester County, *Avalon Holdings v. XGen Properties LLC*, Index No. 58930/2026, in which

plaintiffs seek a turnover of the real property owned by XGen Properties.

After the production was complete, Mr. Lopez insisted on taking Mrs. Gentile's

deposition the week of April 20. I am engaged in expedited discovery preparing for a three day

evidentiary hearing in the United States Bankruptcy Court for the Southern District of New

York, scheduled for May 5, 6 and 7. The case is *In re 30 East 40th LLC*, Case No. 25-12696. The

Bankruptcy Court set the trial date on March 31, 2026. We have scheduled depositions for four

days during the week of April 20 and reserved April 27 and 28 for possible testimony as well. I

shared this information with Mr. Lopez and offered to make Mrs. Gentile available two weeks

after his requested dates, May 12-14. Mr. Lopez's letter to the Court was sent without further

discussion. Mrs. Gentile is a 74 year old widow who has lived in Mt Vernon since immigrating

to the United States from Italy in 1974. She has cooperated in responding to the subpoena fully.

I am available for a pre-motion conference at the Court's convenience. I request that any

conference be telephonic or by Zoom.

Respectfully submitted

Thomas J. Fleming

cc:    David Lopez

13215173-1