# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL  DAVIDLOPEZESQ@AOL.COM

April 22, 2026

Hon. Robert W. Lehrburger
United S Magistrate Judge

Re:    *Avalon Holdings Corp. v Gentile*, **18-cv-7291 (DLC) (RWL)**
       *New Concept Energy, Inc.*, **18-cv-8896 (DLC) (RWL)**
       **Agreed Deposition Schedule**

Your Honor:

The parties report, as directed, their agreed deposition schedule in this matter.

| | |
|---|---|
| May 13, 2026 @ 9:30 A.M. | Antonietta Gentile |
| May 13, 2026 @ 3:00 P.M. | Vera Pietraniello |
| May 14, 2026 @ 9:30 A.M. | Thomas Gentile |
| May 14, 2026 @ 1:00 P.M. | Carla Marin |

Very truly yours,

David Lopez

DL/el

SO ORDERED:

4/23/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE