**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVALON HOLDINGS CORP., <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | No. 18-cv-7291 (DLC) (RJL) <br><br> ECF Case |
| Related to: <br> NEW CONCEPT ENERGY, INC. <br><br> Plaintiff, <br> v. <br><br> GUY GENTILE and <br> MINTBROKER INTERNATIONAL, LTD., <br><br> Defendants. | **NOTICE OF APPEAL** <br><br> No. 18-cv-8896 (DLC) (RJL) <br><br> ECF Case |

Notice is hereby given that the following party: Guy Gentile in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the judgment entered on: April 13, 2026,  that: This appeal is taken from the Judgment entered April 13, 2026 (Dkt. 527), which adopted the Court's April 10, 2026 Opinion and Orders, denied Defendant's motion to clarify and correct the judgment, certified the March 20, 2024 judgment under Rule 54(b), and granted Plaintiff Avalon's motion to reinstate the civil arrest warrant against Defendant.

Dated: May 6 2026
/s/ Guy Gentile
Guy Gentile, Defendant-Appellant (Pro Se)

P.O. Box 504377
Dubai, United Arab Emirates
+971 58 590 2347
fightfightfigth@proton.me